# EXHIBIT A



David A. Zetoony
Partner
Direct: 202/508-6030
Fax: 202/508-6200
david.zetoony@bryancave.com

July 10, 2013

**Bryan Cave LLP**
1155 F Street, NW
Washington, DC 20004
Tel (202) 508-6000
Fax (202) 508-6200
www.bryancave.com

**VIA E-MAIL AND US MAIL**

Jonathan E. Nuechterlein, General Counsel
Federal Trade Commission
Freedom of Information Act Appeal
Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Avenue NW.,
Washington, DC 20580
FOIAAppeal@ftc.gov

**Bryan Cave Offices**
Atlanta
Charlotte
Chicago
Dallas
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Re:    Appeal of Denial of FOIA Requests FOIA-2013-00680 and
        FOIA-2013-00949

Dear Mr. Nuechterlein:

    Attached please find an appeal of the Federal Trade Commission staff's denial
of Freedom of Information Act ("FOIA") requests numbered FOIA-2013-00680 and
FOIA-2013-00949.  If you wish to discuss this matter, please feel free to contact me
or my colleague Josh James, at 202-508-6265, at your convenience.

Sincerely,

David A. Zetoony

**Bryan Cave
International Consulting**
*A TRADE AND CUSTOMS CONSULTANCY*
www.bryancaveconsulting.com
Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

Attachment

cc:    Dione J. Stearns (by email)
        Josh James (by email)

**UNITED STATES OF AMERICA**
**BEFORE THE FEDERAL TRADE COMMISSION**
**Washington D.C. 20580**

| | |
|---|---|
| Administrative Appeal From Denial Of )<br>Request Nos. 2013-00680 and 2013-00949 Under )<br>The Freedom Of Information Act ) | Appeal No. _____ |

Pursuant to the Freedom of Information Act (the "FOIA"), 5 U.S.C. 552(a)(6)(A), and the Federal Trade Commission ("FTC") rules implementing the FOIA, 16 C.F.R. 4.11(a)(2)(i)(A)(2), Ayuda Inc., Catholic Charities of the Archdiocese of Washington D.C., Catholic Legal Immigration Network, Inc., and the Legal Aid Justice Center of Virginia appeal the FTC staff's (the "Staff") denial of FOIA Request No. 2013-00680 (the "First Request") and FOIA Request No. 2013-00949 (the "Second Request") (collectively referred to herein as the "Requests").[1]

## I.  Executive Summary.

Appellants requested under the FOIA that the FTC export five categories of fields from the CIS database: the CIS Generated Fields, the Complaint Information Fields, the Complainant Geographic Information Fields, the Company Information Fields, and the Comment Fields. Among other things the Requests, if granted, would permit the Appellants, and other members of the public, to evaluate whether the FTC is correctly and accurately identifying consumer fraud trends, gauge the effectiveness of the FTC's consumer protection initiatives, evaluate the accuracy of the CIS data, and identify trends in consumer fraud.  After determining that the First

---

[1]     The Requests were made by an attorney at Bryan Cave LLP "on behalf of a law firm for certain of its clients."  (CISADMINR-00018.)  As clients of Bryan Cave LLP who would benefit from the Requests, Appellants have standing to bring this Appeal. *Three Forks Ranch Corp. v. Bureau of Land Mgm't*, 358 F. Supp. 2d 1, 2 (D.D.C. 2005) (holding that where attorney states that a request is made "on behalf of" a client, the client, not the attorney, has standing to appeal the request).  *See also Nat'l Security Counselors v. C.I.A.*, 898 F. Supp. 2d 233, 259 (D.D.C. 2012) (holding that requests under the FOIA can be assigned from a filer to real parties in interest in order to avoid re-filing identical requests).

Request could be exported automatically for a modest cost, the Staff granted the request.  The Staff later reversed its decision based upon the belief that it would have to conduct a manual review of each exported record to guarantee that the data did not contain any personally identifiable information ("PII") subject to Exemption 6 of the FOIA, and that such a review would impose an undue burden on the agency.

The FOIA requires that the Staff segregate and produce any data for which no exemption applies.  The vast majority of the fields requested by Appellants (the CIS Generated Fields, the Complaint Information Fields, and a portion of the Company Information Fields) are simply incapable of storing PII and should, therefore, be segregated and produced.  Furthermore, much of the information contained in the Complainant Geographic Information Fields is routinely disclosed and not subject to Exemption 6.

The Staff argues that it is theoretically possible that a consumer could accidentally insert their own PII in certain Company Information Fields.  The staff has failed, however, to provide any evidence that such accidents occur – let alone that they occur with any frequency.  To the contrary, Bryan Cave reviewed more than 19,000 records that were manually reviewed by the Staff for PII and did not identify a single instance in which the Staff found a consumer's PII in the Company Information Fields.[2]  As a result, the Company Information Fields should also be segregated and produced.

Although in a minority of instances consumers may insert PII in the Comment Fields, the Staff has not provided any basis for establishing that the privacy interest in withholding the Comment Fields outweighs the strong public interest in disclosure.  As a result, Exemption 6 does not apply to the Comment Fields and that data should also be produced.

## II.    Appellants.

Ayuda Inc. ("Ayuda") is a non-profit agency that advocates for low-income immigrants through direct legal, social, and language services.  Among other things, Ayuda has an initiative to identify and address misleading and deceptive acts and practices committed against

---

[2]     As discussed in section VI.A.5., of the 19,229 records the Staff made only ten redactions from the Company Information Field.  These ten redactions removed the names of individuals other than the consumer and, as result, may have been made in error.

immigrants.  The initiative includes direct representation of immigrants, as well as evaluating and assessing the performance of government agencies' protection of immigrant rights.

Catholic Charities of the Archdiocese of Washington D.C. ("Catholic Charities") is a non-profit entity that provides a range of social and legal services, including legal services for low income and vulnerable immigrants within Washington, D.C. and five counties in Maryland, educating community groups on legal issues that impact vulnerable members of the community, and advocating before federal agencies to protect immigrants and their families from misleading and deceptive business practices.

Catholic Legal Immigration Network, Inc. ("CLINIC") is a non-profit agency that provides administrative support and services to a network of over 215 affiliated non-profit entities in 300 locations that, in turn, provide legal services to low-income and vulnerable immigrants throughout the United States.  Among other things, CLINIC provides affiliates within its network strategic, administrative, and technical support to help manage their respective programs.  CLINIC also advocates for immigrant rights before federal agencies.

The Legal Aid Justice Center of Virginia ("LAJC") is a non-profit entity that provides legal representation for low-income individuals in Virginia.  Its mission is to serve those in Virginia's communities who have the least access to legal resources.  LAJC provides a full range of legal services to its clients, including representation and advocacy to prevent unfair and deceptive practices that impact low-income individuals within Virginia.

## III.    The Consumer Information System ("CIS") Database.

### A.    General Overview.

The FTC maintains complaints submitted by consumers concerning fraud, deceptive practices, and identity theft.  Consumers can submit complaints to the FTC by calling a telephone call center (*e.g.*, the FTC Consumer Response Center ("CRC")), or completing an online form (*e.g.*, available at consumer.gov, consumer.gov/idtheft, and donotcall.gov).

Regardless of the method by which a complaint is collected, the FTC stores and indexes all complaints in a central database repository known as the Consumer Information System ("CIS").[3]  Among other things, the FTC uses the information stored within CIS to:

---

[3]    FTC, First Amended Statement of Work for Consumer Information System, Consumer Response Center, and National Do Not Call Registry (undated) at 2 (the "CIS SOW") *attached at* CISADMINR-00037 (stating that CIS is the "central repository" for complaints concerning

- "identify trends in consumer fraud and law violations,"

- "provide consumer and business education to protect the public," and

- "review the effectiveness of the FTC's current consumer protection regulations."[4]

### B.     CIS Data Fields.

CIS includes at least 90 fields of data that correspond to information either provided by a consumer or automatically generated by the database (*e.g.,* complaint submission time, etc.). The FTC's Bureau of Consumer Protection has conducted several privacy impact assessments of CIS and the systems that feed data into CIS.  The assessments identify those CIS fields that request a consumer's personal information (the "PII Fields"), such as first and last name, street address, email address, date of birth, or telephone number.  (CISADMINR-00109 at 00115, 00120, 00124.)  The majority of fields, however, do not request that a consumer provide sensitive or personal information (the "Non-PII" Fields).

The Requests only ask for information concerning a subset of 44 Non-PII Fields (the "Requested Fields").  (*See* CISADMINR-00001-2, 9, 14-23.)  The Requested Fields are copied below by category:

---

"business practices related to fraud, financial loss, identity theft and [Do Not Call] complaints."); FTC, Consumer Information System ("CIS") Privacy Impact Assessment (Sept. 30, 2004) at 1 (the "2004 Privacy Assessment") *attached at* CISADMINR-00097 (stating that the FTC designed CIS to centralize and replace data that had been kept by separate consumer complaint, telemarketing, and identity theft databases).  According to the CIS SOW, the CIS database is maintained at the FTC's Headquarters building, and was, at the time of the publication, 47 Gigabytes in size.  *See* CIS SOW at CISADMINR-00046.

The CIS database may sometimes be referred to as "Consumer Sentinel," the "Consumer Sentinel Network," or "Sentinel Network Services," however, these terms appear to relate only to the external application that the FTC, and other agencies, use to access the CIS database.  In addition, the Staff has implied in some documents that there may be a separate database for telemarketing or "do not call" complaints, and identity theft complaints. (CISADMINR-00005.) It is not clear whether these are in-fact databases separate from CIS, or are external applications used to access the CIS database. For simplicity, the term CIS is used in this appeal to collectively refer to *any and all* databases maintained by the FTC that store consumer complaints including, but not limited to, complaints collected through Consumer Sentinel, through a do not call complaint system, or through an identity theft complaint system.

[4]     CISADMINR-00102-03.

REQUESTED NON-PII FIELDS

| Category | Requested Fields |
|---|---|
| CIS Generated Field | Reference Number |
| | Created Date |
| | Complaint Source |
| | Complaint Date |
| | Entered Date |
| Complaint Information Fields | Complaint Info Product Service Description |
| | Complaint Info Law Violation Code[5] |
| | Complaint Info Law Violation Description |
| | Complaint Info Statute Code[5] |
| | Complaint Info Statute Description |
| | Phone in registry? |
| | Other Information Complaint Date |
| | Other Information Product Service Description |
| | Other Information Existing Business Relationship |
| | Other Information Pre-Recorded Message |
| | Other Information Requested Entity to Stop Calling |
| | Theft Activity First Noticed Date |
| | Theft Activity First Occurred Date |
| | Theft Incident Theft Type Description |
| | Theft Incident SubType Description |
| | Associated Institution Institution Name |
| | Suspect Alias, Company Name |
| Complainant Geographic Information Fields | Consumer Address, City |
| | Consumer Address, State Name |
| | Consumer Address, ZIP Code[5] |
| | Consumer Address, Country Name |
| Company Information Fields | Company Name |
| | Company Address, Line 1 |
| | Company Address, Line 2 |
| | Company Address, Line 3[5] |
| | Company Address, City |
| | Company Address, State Code |
| | Company Address, State Name[5] |
| | Company Address, Country Code |
| | Company Address, Country Name[5] |
| | Company Address, ZIP Code |
| | Company Address, ZIP Code Extension |
| | Company State |
| | Company Phone, Area Code |
| | Company Phone, Number |
| | Company Email[5] |
| | Company Website[5] |
| Comment Fields | Other Information Comments |
| | Complaint Info Comments |

---

[5]     These fields were not included in either the First Request or the Second Request, but are identical to, or similar to, other fields that were requested.  They have been included in this appeal in order to minimize additional requests that would necessitate additional appeals for what would appear to be identical issues.

**C.    Current Access To CIS Data Is Piecemeal, Burdensome, And Inhibits The Public Interest.**

The Staff has not allowed third parties, including the Appellants, to search or analyze the Requested Fields for the entire universe of CIS data.  Instead, the Staff requires that Appellants submit search terms to the Staff that include a specific business name, a word or phrase that might be found within the Comment Fields, or a product or industry code.  Appellants are permitted to obtain the Requested Fields only for the records that are "responsive" to the keyword search, and must wait for the FTC Staff to provide the results of the search.  The Staff's process has lead to three significant impediments to accessing the data.

First, there is a significant delay between when a request is made and when data is obtained.  The Staff reports that its average time for responding to requests under the FOIA in 2012 was 14 days, and the average time for responding to "complex" requests was 49.48 days.[6]  Significant variability exists beyond the average.  For example, Appellants have experienced delays of up to 84 days to receive CIS data in the form requested, and using simple search criteria.[7]  While a delay of between 14 and 84 days is, in itself, significant, when serial requests are required to conduct research concerning the Commission's performance of its statutory duties, the compounded time delays make it difficult, and sometimes functionally impossible, to conduct the research.

Second, in order to perform a search for complaints about a specific entity, or a category of entities, Appellants must provide the Staff with the name of the entity to be searched, and the information request itself becomes part of the public record.  As a result, Appellants are required

---

[6]    The FTC's 2012 annual report of FOIA requests states that the Staff received 1,152 "simple" requests which were responded to, on average, within 5.29 days, and 195 "complex" requests which were responded to on average within 49.48 days.  The overall weighted average response time is, therefore, 14 days.  The report does not define what the staff considers "simple" and "complex," nor does the report separate requests for information from CIS from requests for other information held by the FTC.  Nonetheless, the average between the two numbers, weighted for the number of requests, is 14 days.  FTC, Freedom Of Information Act Annual Report: Fiscal Year 2012 (Oct. 1, 2011 – Sept. 30, 2012) at 11-12 *attached at* CISADMINR-00141.

[7]    Bryan Cave submitted, on behalf of two of the Appellants, a request for CIS records in which the "Complaint Info Product Service Code" was coded for "Immigration Service." (FOIA-2013-00444.)  Approximately 84 days elapsed between the date of the original request and the date that Bryan Cave received the complaints in the electronic form requested.

to inform the Commission (and the public) each time they wish to examine CIS records to assess the Commission's performance of it duties, and must provide the Commission a detailed description of their inquiry.  This pre-notification requirement has a chilling effect on the ability of the public to investigate and analyze the Commission's performance.

Third, Appellants are currently required to rely upon the Staff to properly formulate queries of the CIS Database.  Although Appellants believe that the Staff formulates such queries in good faith, small differences in formulations (*e.g*., whether wildcards are used, how date restrictions are applied, whether fuzzy searches are performed) can generate different results. This may explain inconsistencies identified by Appellants in information received from the Staff.[8]  Appellants also receive little documentation concerning how the Staff performs searches and are therefore unable to verify the thoroughness of the data received.  Resolving questions concerning the application of appropriate search terms, and investigating whether a different search string may identify additional data, requires serial requests which cause further delay to obtain data needed to evaluate the FTC's performance, agenda, enforcement priorities, and enforcement targets.

## IV.  The Requests.

On March 27, 2013, Bryan Cave submitted the First Request, on behalf of its clients, including Appellants, which asked that the Staff export the CIS Generated Fields, the Complaint Information Fields, the Complaignant Geographic Information Fields, and the Company Information Fields from the CIS database.  On May 24, 2013, Bryan Cave submitted the Second Request, on behalf of its clients, including Appellants, which asked that the Staff also export the Comment Fields.   A copy of the First Request and Second Request have been attached at CISADMINR-00001 and CISADMINR-00014.

If the Requests are granted Appellants intend to use the data for a variety of purposes including, but not limited to:

---

[8]    For example, Bryan Cave LLP requested records in which the "Complaint Info Product Service Code" was coded for a particular industry.  FOIA-2013-00444.  The results provided failed to include records that were provided at a later date in response to a different request. FOIA-2013-01024.  Absent access to the Requested Fields for the entire CIS database there is no way for Bryan Cave, or any requestor, to verify that they have received a full and complete response to a FOIA search, or that the search terms, and the manner in which the search terms were applied, was accurately designed to solicit a complete response.

- Evaluating whether the FTC is correctly and accurately identifying trends in consumer fraud and law violations,

- Evaluating whether the FTC's current consumer protection regulations, guidelines, and enforcement initiatives are effective,

- Evaluating the accuracy of the FTC's industry and product service codes to track consumer fraud by cross referencing complaints within, and without, a product service code,

- Identifying trends in consumer fraud and law violations that may impact disadvantaged and vulnerable consumers,

- Identifying specific regions of the country which disproportionately suffer from consumer fraud in order to focus resources on those regions, and

- Identifying particular entities that appear to commit consumer fraud and law violations that may impact disadvantaged and vulnerable consumers, and taking action to protect consumers.  In some cases this may include petitioning the FTC or other federal or state agencies to investigate the entity.

The following are a few specific examples of Appellants anticipated use of the information requested, and an explanation of why Appellants will be unable to accomplish their intended uses absent a grant of the Request.

LAJC often investigates businesses suspected of defrauding low-income individuals in Virginia in order to determine whether to allocate its limited resources to petition a government consumer protection agency, such as the FTC, to take action, or to institute a civil action on behalf of victimized consumers.  In order to use the CIS information currently, LAJC would have to craft and submit a FOIA request to the Staff each time LAJC suspects that a business may be defrauding consumers.  As discussed above, the Staff's response to the request might take between 14 and 84 days for LAJC to receive.  During that time the business may have closed down and moved to another area to carry out fraud, a potential plaintiff may have had the statute of limitations run on his or her claim, or it may be difficult, or impossible for LAJC to re-contact the victim.  Also, because the request would be public information, the business that LAJC investigates may discover LAJC's interest in its operations and take steps to destroy evidence or flee to another jurisdiction to avoid LAJC initiating an action on behalf of a victim, or petitioning the FTC to do the same.  As a result of LAJC's limited resources, the time and effort required to submit piecemeal requests, the delay in receiving an answer to those requests, and the fact that such requests provide information to the public concerning the nature of LAJC's investigations, LAJC is deterred from accessing the CIS records.  If the Requests are granted,

LAJC would be able to effectively and efficiently use the data to support its consumer protection efforts.

As another example, in 2008 Catholic Charities submitted a petition to the FTC to take action to address the issue of notario fraud against immigrants.  In order to assess the effectiveness of the FTC's efforts to address notario fraud, and to assess the sufficiency of the resources that the FTC, and other agencies, have allocated to the issue, Catholic Charities and Ayuda submitted a request for all CIS complaints that are coded "Immigration Service."  The complaints were received, in the electronic form that was requested, 84 days after the request was submitted.  After the information was received, Appellants noticed that the data did not include information about businesses that operate under the term "multiservicios" and about which fraud has been publicly reported.  Appellants submitted a second request for complaints that identified any company using the name "multiservicios."  The second request identified several complaints that appear to relate to notario fraud, but were coded "other foreign money offers" instead of "immigration service."  In order to identify additional complaints that may be miscoded as "other foreign money offers," Appellants would have to submit a third request to the FTC for all complaints that contain that product service code and may have to wait an additional 14 to 84 days – yet this would fail to identify additional complaints that may be miscoded under a different product service code.  If the Requests are granted, Catholic Charities and Ayuda believe that their ability to directly access, search, and analyze all of the Requested Fields would enable them to verify the reported rate of notario fraud (and other immigration-related frauds), compare the rate to that reported for other types of fraud, and use that date to evaluate the sufficiency of the resources that the FTC, and other agencies, have allocated to the issue.

As a third example, among other uses of the Requested Fields, CLINIC has an interest in analyzing the quantity, and types, of reported fraud in the 300 specific locations of its affiliated non-profit entities.  For example, by analyzing the quantity and distribution of complaints in the particular zip code in which an affiliate is located, CLINIC may be able to help the affiliate understand the types of fraud faced by the population that the affiliate serves.  By comparing the quantity and distribution of fraud found in adjacent zip codes, CLINIC may be able to help the affiliate target outreach, education, or other resource deployment to the areas where they may be most needed, and about the topics most relevant to consumers.  By comparing the quantity and distribution of fraud found within a particular zip code with city-level, state-level, region-level,

or national-level data, CLINIC may be able to help advocate for FTC, Department of Homeland Security, and law enforcement efforts that are targeted to help particularly vulnerable populations. Quantitative information concerning a community's risk of a particular form of fraud may also assist an affiliate that is seeking funding to address that form of fraud. Finally, before accepting new entities as CLINIC affiliates, CLINIC could review consumer complaints (if any) submitted against the entity. Through the use of this information, CLINIC can better ensure that its affiliates continue to provide consistent, high quality legal services. If the Requests are granted, CLINIC would have the ability to conduct such database-wide comparisons.

## V.    Staff Response.

On April 17, 2013, a member of the Staff contacted Josh James, an attorney at Bryan Cave, and indicated that exporting the CIS Generated Fields, the Complaint Information Fields, the Complainant Geographic Information Fields, and the Company Information Fields for all complaints within CIS might impose a technological burden on the FTC. (CISADMINR-00007.) Mr. James proposed that a Bryan Cave information technology ("IT") expert discuss the logistics of exporting the requested data with an IT expert from the FTC. The Staff indicated that they would consult their IT expert to determine the technological feasibility of the request, and would consider a potential meeting between the respective IT experts. (CISADMINR-00006.)

On April 25, 2013, the Staff reported that they had consulted with their IT expert and had determined that exporting the CIS Generated Fields, the Complaint Information Fields, the Complainant Geographic Information Fields, and the Company Information Fields for all records in CIS would require 32 hours of time to complete, and would involve a total cost of approximately $3,982. (CISADMIN-0005.) Bryan Cave agreed to the cost estimate and requested that the Staff proceed (CISADMINR-00003-04, CISADMINR-00009). On May 2, 2013, Ms. Dione Stearns, the FTC's Assistant General Counsel for Information and Legal Support, confirmed that the Staff would grant the First Request and disclose the requested information. (CISADMINR-00009.)

On May 14, 2013, Ms. Stearns contacted Mr. James and indicated that the Staff had decided to reverse its decision to grant the First Request. Specifically Ms. Stearns indicated that the Staff had revised its estimate of the burden for complying with the First Request from 32 hours to "more than 8,000 hours," and had revised its estimate of the cost of complying with the

request to "more than $200,000." (CISADMINR-00011.)  The only explanation provided by Ms. Stearns for the revision was the Staff's belief that "it would be required to verify that no personal information exists in any of the fields requested."  (CISADMINR-00011.)

In response to the revised estimate, Mr. James wrote, "we have omitted any fields from our requests that solicit personal information from consumers and, consequently, its not clear to us why there would be any reason to believe that the fields requested would include personal information."  (CISADMINR-00012.)  Mr. James asked to meet with the Staff to discuss the Request and to better understand why the Staff believed that the CIS Generated Fields, the Complaint Information Fields, the Complainant Geographic Information Fields, and the Company Information Fields "are likely to include personal information, and the frequency with which the Staff has seen personal information inserted in those fields." (CISADMINR-00012.)

Having received no response to Mr. James's request for additional information concerning the Staff's estimate, on May 24, 2013, Bryan Cave submitted the Second Request.  In addition to the CIS Generated Fields, the Complaint Information Fields, the Complainant Geographic Information Fields, and the Company Information Fields, the Second Request asked the FTC to provide the Comment Fields.  When transmitting the Second Request, Bryan Cave explained that one of its purposes was to "help us better understand the time and cost estimate provided in response" to the First Request by comparing the Staff's response to a request for a "data set that is marginally _larger_ in scope then that which was requested" as part of the First Request.  (CISADMINR-00015) (emphases in original.)  Specifically, Bryan Cave hoped that by obtaining a comparison estimate from the Staff that included the Comment Fields it would permit Appellants to evaluate:

- The incremental burden upon the Staff to produce the Comment Fields, and

- Whether the Staff's May 14, 2013, estimate of burden may have inadvertently been based upon an estimate of time to review the Comment Fields.[9]

On May 30, 2013, Ms. Stearns confirmed that the change between the initial estimate and the revised estimate was based upon the Staff's belief that they were required to manually review

---

[9]     As disclosure of the Comment Fields would be more beneficial to the public interest than disclosure of the data without the Comment Fields, the main purpose of the Second Request was to evaluate any objection by the Staff to disclosing the Comment Fields and, if no valid objection was rendered, to seek the disclosure of those fields.

each consumer complaint in order to verify that the complaint did not contain any PII.  Ms. Stearns provided the following explanation:

> I hope this email sheds some light on any confusion. Sometimes, PII information ends up in incorrect fields in Consumer Sentinel.  For example, a person's name and home address could end up in the business address section.  The only way we can eliminate all the PII, prior to making an agency release determination, is to review each page.  We do not have the FOIA resources to review millions of records for possible PII and there can be civil and criminal penalties for releasing PII.

(CISADMINR-00027.)  The Staff has provided no further explanation concerning which of the requested fields it believes contain personal information, what civil or criminal penalties it believes might apply, or whether the removal of certain Requested Fields would reduce, or eliminate, the need to conduct a manual review of the data.  Furthermore, the Staff has refused requests to produce a *Vaughn* index or to otherwise estimate the rate at which it believes PII is incorrectly entered into each of the Requested Fields.  (CISADMINR-00024 at para. 3, CISADMINR-00027, CISADMINR-00030.)  *See Kurzon v. Dep't of Health & Human Servs*., 50 Fed. R. Serv. 3d 500 (D.N.H. 2001) (holding that a "government agency seeking to withhold materials requested under FOIA must provide a relatively detailed justification, one sufficient to give the FOIA requester a meaningful opportunity to contest, and the district court an adequate foundation to review, the soundness of the withholding.")[10]  The only additional information provided by the Staff concerning its basis for estimating that the First Request would require 8,000 hours is the following:

> . . . Although eliminating certain fields can possibly cut down on the number of instances that personal identifying information appears in a complaint, there is no true way to remove all PII, because people frequently enter information into the wrong fields.  For example, where the company information should go, a person puts their personal information.  I am not aware of a way to remove all PII without having to examine each complaint because that would make my job easier.  However, that is not the case. Instead, a paralegal and I have to review every single complaint that is responsive to remove all PII.  As a frame of reference, when we review 10,000 pages of records, it takes a paralegal

---

[10]     Although the Staff asserted that "a *Vaughn* Index is not required unless we are in litigation," (CISADMINR-00030), the United States District Court for the Eastern District of Virginia recently held that the FTC's failure to provide a *Vaughn* index prior to litigation "violates the intent of the FOIA statute."  *Carter v. FTC*, Case No. 1:12-cv-448, 2013 U.S. Dist. LEXIS 24850 at *2, 2013 WL 653288 (E.D. Va. Feb. 21, 2013).

approximately two weeks to process this one request and several days for me to review it.  Reviewing 10,000 pages of records is time consuming on this office, but it is manageable.  Regardless of the financial cost, which I understand is over $200,000, we do not have the man/women power to process this kind of request, and we process approximately 1500 FOIA requests a year.

(CISADMINR-00030.)

On June 10, 2013, and June 19, 2013, the Staff formally denied the First and Second Requests.  (CISADMINR-00031, CISADMINR-00032.)   The <u>only</u> basis offered for denying either request was that the Staff "determined that the resources required to process your request would cause an unreasonably burdensome review process for the agency."  (*Id.*)

## VI.    Basis Of Appeal.

As explained below, Appellants appeal the Staff's denial of the Requests as there is no evidentiary basis to support the Staff's assertion that the CIS Generated Fields, the Complaint Information Fields, the Complainant Geographic Information Fields, or the Company Information Fields are likely to contain PII.  Furthermore, to the extent that the Staff has a basis upon which it believes that one or more fields contain PII, the Staff has failed to segregate and disclose those fields which do not.

Although Appellants agree that in a small percentage of records consumers may accidentally include PII in the Comment Fields, there is a strong public interest in the disclosure of the Comment Fields so that members of the public can search, analyze, and review the information in order to evaluate the FTC's performance.  That interest outweighs any consumer privacy interest in those fields and, as a result, the Staff's decision to withhold all Comment Fields on the basis that manual redaction would be required prior to production is not justified.

### A.    Those Fields For Which There Is No Basis For Believing That PII Exists Should Be Segregated And Produced.

According to the Staff, it would take approximately 32 hours to comply with the Requests if the Requested Fields did not contain PII.  (CISADMINR-00005.)  The Staff claims, however, that because it believes that some of the Requested Fields may contain PII which falls under Exemption 6 of the FOIA the Staff must conduct a manual review of the responsive information which it estimates will take more than 8,000 hours.  (CISADMINR-00011.)  Based

upon its estimate for the time involved in completing a manual review, the Staff denied the entire request.

It is well accepted that a federal agency may not deny a request for information from a database because some fields in that database may contain exempt material. Rather, an agency is required to segregate the requested portion of the database that may contain exempt material and the "non-exempt portions . . . must be disclosed." *Trans-Pacific Policing Agreement v. Customs Service*, 177 F.3d 1022, 1027 (D.C. Cir. 1999). It is the agency's burden to explain why each portion of the documents requested is either exempt or cannot be reasonably segregated from material that is exempt. *Carter v. FTC*, Case No. 1:12-cv-448, 2013 U.S. Dist. LEXIS 24850 at *16 (E.D. Va. Feb. 21, 2013) (holding that the "burden [is] on the agency to justify withholding any requested documents"); *Hall v. C.I.A.*, 881 F. Supp. 2d 38, 53 (D.D.C. 2012) (holding that agency cannot rely on conclusory statements concerning the potential burden of complying with a request under the FOIA); *People for Am. Way Found. v. U.S. Dep't of Justice*, 451 F. Supp. 2d 6, 12 (D.D.C. 2006) (holding that the burden is on a federal agency to "provide sufficient explanation why a search . . . would be unreasonably burdensome.")

As discussed below, the CIS Generated Fields, the Complaint Information Fields, the Complainant Geographic Information Fields, and the majority of the Company Information Fields, cannot, as a technological matter, contain PII. As a result, these fields do not require manual review, and must be disclosed. Furthermore, while it is theoretically possible that some of the Company Information Fields could "accidentally" contain PII, the possibility is just that – theoretical. Not only does common sense indicate that consumers are unlikely to insert PII in these fields, but a sample of more than 19,000 complaints that were manually reviewed by the Staff did not identify a single instance in which a consumer accidentally inserted their own PII into these fields.[11] As the probability that these fields contain PII is *de minimis*, they too do not require a manual review, and should be segregated and disclosed.

---

[11]     Bryan Cave did identify ten instances in which the Staff redacted information in the Company name field under a claimed b(6) exemption. *See* CIS Reference Nos. 20494548, 39151315, and 42035505. In all ten instances the staff indicated that the redacted information related to the subject of the complaint (a distributor of a business) and not to the consumer that submitted the complaint itself. Furthermore, it is not clear that the Staff's redaction was proper as Exemption 6 has only been held to apply to individuals when operating in a business capacity when the records contain "financial information" concerning the business owner. *See, e.g., Multi Ag Medial LLC v. Dep't of Agriculture,*, 515 F.3d 1224, 1228-29 (D. D. C. 2008).

1.      **It Is Impossible To Insert PII Into The CIS Generated Fields.**

The CIS Generated Fields are comprised of data that is automatically created by CIS, such as the "created date" of a record, or whether the complaint was received from CRC or through the FTC's online complaint forms.

As these fields do not contain information supplied by a consumer, <u>none of these fields could include PII</u> and, as a result, there is no reason for the Staff to expend 8,000 hours to review them manually. *See Carter*, 2013 U.S. Dist. LEXIS 24850 at * 21 (holding that method of search must be reasonably designed to identify and exclude likely exempt material); *Hall*, 881 F. Supp. 2d at 57 (holding that agency's proposed search methodology is governed by "principles of reasonableness"). As the FOIA demands that "segregable portions of withheld documents" that include no exempt material – such as the CIS Generated Fields – must, at a minimum, be disclosed, the Staff should produce the CIS Generated Fields. *Id.* at 72 (*citing* 5 U.S.C. § 552(b).).

2.      **It Is Impossible To Insert PII Into The Complaint Information Fields.**

Although the Complaint Information Fields are comprised of information submitted by consumers, for most, if not all, Complaint Information Fields consumers are <u>not</u> permitted to input information free-form.  To the contrary, consumers are presented either with a drop-down menu of choices, are asked to select among a predefined list of options, or are restricted to inputting numerical date related information.  For example, the field "Complaint Info Product Service Description" records a consumer's entry from a predefined set of choices.

As these fields do not permit a consumer to input unstructured information, none of these fields could include PII and there is simply no reason for the Staff to expend 8,000 hours to review these fields manually. *See Carter*, 2013 U.S. Dist. LEXIS 24850 at * 21; *Hall*, 881 F. Supp. 2d at 57.  As the FOIA demands that "segregable portions of withheld documents" that include no exempt material – such as the Complaint Information Fields – must, at a minimum, be disclosed, the Staff should produce the Complaint Information Fields. *Id.* at 72.

3.      **Most Information in the Complainant Geographic Information Fields Are Routinely Disclosed and Not Subject To Exemption.**

The Complainant Geographic Information Fields contain information concerning a complainant's country, state, and city.  While this information relates to consumers, it does not identify, or provide a means for identifying, an individual consumer.  The Staff has <u>not</u> redacted

this information in response to prior requests for records under the FOIA, presumably, in recognition that city and state information do not threaten an individual's privacy interest.[12]

As these fields include only non-precise geographic information about the consumer providing the complaint that is routinely released by the Staff, there is no basis for withholding these fields, and no reason for the Staff to expend time to review these fields manually. *See Carter*, 2013 U.S. Dist. LEXIS 24850 at * 21; *Hall*, 881 F. Supp. at 57. As the FOIA demands that "segregable portions of withheld documents" that include no exempt material – such as the Complainant Geographic Information Fields – must, at a minimum, be disclosed, the Staff should produce these fields. *Id.* at 72 (*citing* 5 U.S.C. § 552(b).).

### 4. Consumer ZIP Code Information Is Routinely Disclosed by Other Agencies.

While the Appellants did not initially request the "Consumer Address, ZIP Code" field, they have determined that such information would be helpful to their community service missions and seek to have information contained in that field released. In response to prior FOIA requests, the FTC has routinely redacted all consumer ZIP code information. This is in marked contrast to the treatment of consumers' ZIP codes by other federal agencies. For example, the Consumer Financial Protection Bureau ("CFPB") does not treat information about a complaining consumer's ZIP code as subject to the b(6) exemption and has disclosed the ZIP code of all consumers that have submitted complaints to the CFPB.[13] As the field includes only non-precise geographic information about the consumer providing the complaint that is routinely released by other federal agencies there is no basis for withholding this field, and no reason for the Staff to expend time to review this field manually. *See Carter*, 2013 U.S. Dist. LEXIS 24850 at * 21; *Hall*, 881 F. Supp. 2d at 57. As the FOIA demands that "segregable portions of withheld documents" that include no exempt material – such as the Complainant Geographic Information Fields – must, at a minimum, be disclosed, the Staff should produce these fields. *Id.* at 72 (*citing* 5 U.S.C. § 552(b).).

---

[12]    Additionally, two of these fields, the Consumer Address, State Name and Consumer Address, Country Name, are provided by the consumer in drop-down fields which do not permit the consumer to mistakenly enter other personal information about themselves.

[13]    *Available* at, http://www.consumerfinance.gov/complaintdatabase/.

5.      **It Is Impossible To Insert PII In Most Company Information Fields.**

At least three of the Company Information Fields do not permit consumers to input information free-form.[14]  To the contrary, consumers are asked to select among a predefined list of options, or are restricted to inputting numerical values such as ZIP codes.  For example, "Company Address, State Code" records a consumer's entry from a dropdown menu of states.  The consumer has no opportunity to include PII accidentally, or otherwise.

As these fields are not capable of containing PII there is no reason for the Staff to conduct a manual review.  *See Carter*, 2013 U.S. Dist. LEXIS 24850 at * 21; *Hall*, 881 F. Supp. 2d at 57.  As the FOIA demands that "segregable portions of withheld documents" that include no exempt material – such as the Company Information Fields that do not permit the input of free-form information – must, at a minimum, be disclosed, the Staff should, at a minimum, produce these fields.  *Id.* at 72 (*citing* 5 U.S.C. § 552(b).).

6.      **There Is No Evidence That PII Is Accidentally Inserted In The Remaining Company Information Fields.**

The only Company Information Fields that permit a consumer to provide a free-form response ask for the name and address of the company about which the complaint is made.  The Staff asserts that "people frequently" enter personal information in these fields and has provided as an example that "where the company information should go, a person puts their personal information."  (CISADMINR-00030.)

Although it is theoretically possible that a consumer might accidentally input PII in place of the entity about which they are complaining, the Staff has not provided any basis for its belief that such practice has occurred, let alone that it occurs "frequently."  (CISADMINR-00030.)  *See Dep't of Air Force v. Rose*, 425 U.S. 352, 380 n. 19 (1976) (stating that threat to privacy must be "more palpable than mere possibilities.").

To the contrary, inputting the wrong information in the Company Information Fields is unlikely for two reasons.  First, approximately 59% of consumers who file complaints with the FTC do so by contacting the FTC by telephone.[15]  These consumers speak with FTC employees

---

[14]      This includes the (1) Company Address, State Code, (2) Company Address, Country Code, and (3) Company Address, Zip Code.

[15]      According to the FTC's annual consumer sentinel report in 2012;  514,510 of the 866,386 complaints received by the FTC were submitted by telephone.  *See* http://www.ftc.gov/sentinel/reports/sentinel-annual-reports/sentinel-cy2012.pdf at 75.

who transcribe consumer complaints into CIS, and who are specifically trained <u>not</u> to insert personal information in non-PII fields. (CISADMINR-00124-25) (describing training of CRC staff to prevent collection of sensitive information.)

Second, those consumers who file a complaint with the FTC on-line are presented with a complaint "wizard" that clearly explains what information is requested. For example the following plain-language prompt is provided to make sure that a consumer provides information concerning the entity about which a complaint has been made, and not themselves:



In light of the interaction between a consumer and a telephone operator, and the clear language used in the complaint wizard, there is no reason to suspect that a consumer would "accidentally" input PII into any of the Company Information Fields. In the unlikely event that a consumer did enter PII into the Company Information Fields its not at all clear how a manual review of those fields would identify the mistake. Specifically, were the Staff to see the name of an individual in the Company Information Fields they would have no way of knowing whether that name related to the complaining consumer or to the complained-about company.

In order to determine the actual rate at which the Staff identifies PII in the Company Information Fields when conducting a manual review, counsel for Appellants examined two

samples from the CIS database.  (Declaration of J. James at CISADMINR-00166.)  The first sample was obtained by filing a request under the FOIA on May 30, 2013, for 500 CIS complaints randomly chosen by the Staff.  (CISADMINR-00159-61.)  After receiving the request, the Staff manually reviewed the complaints for PII and indicated all instances in which PII was located by replacing the information with the redaction code "(b)(6)."  The second sample consisted of the more than 19,000 complaints that Bryan Cave attorneys received from the Staff in 2013 in response to a variety of separate FOIA requests.  (James Decl. at CISADMINR-00167.)  As with the prior sample, the Staff conducted a manual review of the data for PII and recorded any instance in which PII was identified by replacing the information with the redaction code "(b)(6)."

As shown in the following chart, <u>the Staff did not identify a single instance </u>in which PII was accidentally placed in the Company Information Fields in either sample.  (James Decl. at CISADMINR-00166-67.)

**Percentage of Instances In Which PII In
Company Information Fields Was Identified
During Manual Review By The Staff**

| Free-Form Fields From First Request | 500 Complaint Sample | 19,229 Complaint Sample |
|---|---|---|
| Company Name[16] | 0% | 0%[17] |
| Company Address, Line 1 | 0% | 0% |
| Company Address, Line 2 | 0% | 0% |
| Company Address, Line 3 | 0% | 0% |
| Company Address, City | 0% | 0% |

Based upon the samples there is no basis for the Staff's assertion that consumers "frequently" insert PII in the Company Information Fields, that a manual review of those fields is required, or that the cost of such a review justifies a refusal to disclose the fields.  *See Rose*, 425 U.S. at 381 n. 19 (stating that "Exemption 6 was directed at threats to privacy interests more

---

[16]    Includes the "Company Name" field from both the CIS and DNC databases as well as the "Associated Institution Institution Name" field from the IDT database.

[17]    In ten of the 19,229 records the staff included a "b(6)" redaction within the "Company Name" Field.  The Staff included a notation, however, indicating that the redacted information related to the subject of the complaint, not the consumer providing the information.  As discussed *supra* in Note 12, it does not appear that these redactions were proper.

palpable than mere possibilities"). As the FOIA demands that "segregable portions of withheld documents" that include no exempt material – such as the Company Information Fields – must, at a minimum, be disclosed, the Staff should, at a minimum, produce these fields. *Hall*, 881 F. Supp. at 72 (*citing* 5 U.S.C. § 552(b).).

      **B.**    **The Privacy Concerns Raised By The Inadvertent Inclusion of PII In Comment Fields Are Outweighed By The Public Interest.**

      Unlike the CIS Generated Fields, the Complaint Information Fields, the Complainant Geographic Information Fields, or the Company Information Fields, Appellants recognize that in some complaints consumers may accidentally include PII in the Comment Fields. Based upon Appellants' samples, this may occur in 12% to 25% of all complaints. (James Decl. at CISADMINR-00166-67.))

<div align="center">

**Percentage of Instances In Which Staff
Redacted As PII Information From Comment Fields**

</div>

| Field | 500 Complaint Sample | 12,620[18] Complaint Sample |
|---|---|---|
| Complaint Info Comments | 25.14% | 12.59% |
| Other Information Comments | 2.19% | 2.17% |
| Theft Activity Comments | 13.95% | N/A |

It appears, however, that certain categories of complaints are more prone to contain PII in the Comment Fields than are others. For example, of the complaints received that relate to the FTC's "Do Not Call" database only around 2% accidentally included PII in the Comment Fields.

      The fact that the Comment Fields of some complaints may accidentally capture PII does not, however, require that the Staff conduct a manual review of each complaint to redact PII, nor does it form a basis to deny Appellants request that the Comment Fields be disclosed. The FOIA "mandates a 'strong presumption in favor of disclosure.'" *Multi AG Media LLC v. Dept. of Agriculture*, 515 F.3d 1224, 1227 (D.C. Cir. 2008). An agency may not refuse an otherwise valid request for data under the FOIA unless the request falls under one of nine exemptions. *Id.* Although protecting "personal privacy interests" may, in some situations, fall under exemption 6 of the FOIA, the scope of that exemption is "narrowly construed" and "under Exemption 6, the

---

[18]    This figure differs from the prior sample size because 6,609 of the sampled complaints did not include a "Complaint Info Comments" field.

presumption in favor of disclosure is as strong as can be found anywhere in the Act." *Id.* at 1227 *citing Nat'l Ass'n of Homebuilders v. Norton*, 309 F.3d 26, 32 (D.C. Cir. 2002).

Exemption 6 applies only if a two-part test is satisfied. First, the disclosure of the PII must in itself "constitute a clearly unwarranted invasion of personal privacy." *Multi AG*, 515 F.3d at 1228. Second, "the privacy interest that would be compromised by disclosure" must be balanced "against any public interest in the requested information." *Id.* In this case, neither component of the two-part test is satisfied and, as a result, the Commission should not withhold or redact information from the Comment Fields.

**1.      Disclosure Of Comment Fields Would Not Invade Personal Privacy.**

In order for Exemption 6 to permit the withholding of PII, a threshold determination must be made that the disclosure of the information "would constitute a substantial, as opposed to *de minimis*, privacy interest." *Multi Ag*, 515 F.3d at 1229.

Although a minority of consumers may have included some form of PII in the Comment Fields, the Staff has not provided any information concerning the type of PII observed, or the rate at which it is observed. There is simply no basis in the record to find that consumers insert sensitive information – the disclosure of which might cause the consumer direct harm – in the Comment Fields with any frequency. Indeed, the FTC's on-line complaint wizard specifically warns consumers <u>not</u> to include any sensitive information "such as social security, date of birth, financial account or credit/debit card numbers, drivers license number, detailed health or medical history, or similar sensitive information:"



Furthermore to the extent that a consumer voluntarily decides to insert PII in the Comment Fields, the FTC's privacy policy notifies them that the information may be provided to "businesses or individuals in response to . . . Freedom of Information Act requests." (CISADMINR-00106, 158.)  In light of the relatively low rate in which PII is included within the Comment Fields, warnings to consumers to avoid including sensitive PII, and notification to consumers that the information that they provide may be shared pursuant to a request under the FOIA, to the extent consumers have any privacy interest in the information, that interest is *de minimis*.

## 2.   The Public Has A Strong Interest In Disclosure.

The public has at least five interests in obtaining the Requested Fields, including the Comment Fields, for the entire CIS database.[19]

---

[19]     As the D.C. Circuit has held, when analyzing the public's interest "the use for which the requestor seeks the information is not relevant."  Nonetheless, as indicated in Section IV, the following describes some of the ways in which Appellants' are interested in using the data. *Multi AG*, 515 F.3d at 1231 n.2.

### a. Disclosure Permits Public To Monitor Effectiveness Of FTC's Consumer Protection Program.

The FTC uses the CIS data to "review the effectiveness of the FTC's current consumer protection regulations." (CISADMINR-00103.) Members of the public have an interest in conducting their own independent evaluation of the CIS data to determine whether they believe that the FTC's consumer protection efforts are effective. As the Comment Fields provide the only description by a consumer of the nature of the allegedly deceptive acts and practices committed against them, unless the public is able to review those records they will be unable to determine the precise nature of the practices about which consumers are complaining, or to correlate those complaints against the FTC's efforts to address them. Courts have repeatedly recognized that "shed[ding] light on the agency's performance of its statutory duties" is within the public interests that the FOIA is designed to promote. *Multi AG*, 515 F. 3d at 1231. This is particularly true when the requested information "will enable the public to more easily monitor whether the agency is carrying out its statutory duty." *Id.*

### b. Disclosure Permits Public To Verify Accuracy Of Statistics.

The FTC has indicated that it also uses the CIS data to "provide statistical data on the number and types of complaints" made by consumers. (CISADMINR-00034.) The public has a strong interest in verifying the accuracy of the statistical data created by the FTC. For example, the description that a consumer provides of his complaint in the Comment Fields may indicate that the complaint has been miscoded within the CIS database, or could be coded under more then one type of practice.[20] Miscoding causes the number and type of complaints reported about a particular deceptive practice to be over, or under, inclusive. Disclosing the Comment Fields permits members of the public to conduct their own review of the number and types of complaints consumers report which permits them to either verify the FTC's statistical analysis, or to petition the FTC to dedicate greater resources to issues that may be underreported in the FTC's statistical analysis.

---

[20]     For example, a FOIA request for the terms "multiservicios" revealed complaints that could be characterized as "Immigration Services" but were instead coded as "Nigerian\Other Foreign Money Offers (not prizes)." This discrepancy is only apparent when the complaint's comments are available for verification. *See, e.g.,* CIS Reference Nos. 35659980 and 35659989.

c.        **Disclosure Permits Public To Assess FTC Agenda Priorities.**

The FTC has indicated that it uses the CIS data to "identify consumer problems and issues that may lead to law enforcement investigations, litigation, or other proceedings." (CISADMINR-00034.)   Other federal agencies have indicated that they also use consumer complaints, including the CIS data, to "identify and prioritize problems" and to make decisions concerning "allocating . . . limited resources."   (CISADMINR-00163.)   The public has an interest in reviewing the Comment Fields concerning those entities against which the FTC initiates an enforcement action and those industries in which the FTC is considering rulemaking, and to compare the complaints lodged against those entities to other companies and industries about which the FTC has chosen not to take action.   As the D.C. Circuit has recognized, "the public has a significant interest in being able to look at the information the agency had before it when making [agency] determinations so that the public can monitor whether the agency is correctly doing its job."   *Multi AG*, 515 F.3d at 1231.

d.        **Disclosure Permits Companies To Better Protect Consumers.**

As the Director of the CFPB recently recognized, easy access to consumer complaints that are filed with government agencies permits legitimate companies to "detect regulatory risks and address problems before they are faced with potential enforcement action or private litigation."   (CISADMINR-00164.)   It also allows companies to "view the strengths and weaknesses of their competitors" in order to take action, when needed, to prevent a competitor from causing consumer harm that could impact an industry.  (CISADMINR-00164.)

e.        **Disclosure Permits Consumers To Protect Themselves.**

Access to the Comment Fields without submission of individual piecemeal FOIA requests permits consumers to consider the complaints that a company has received prior to deciding whether to do business with them.   As Director Cordray stated, allowing consumers to access complaints without having to submit a "formal inquiry through the Freedom of Information Act" for each request permits consumers to "draw their own conclusions" concerning a company's business practices and provides them with "a valuable educational and shopping tool."  (CISADMINR-00164-65.)

In addition, when a consumer has been harmed by an unfair or deceptive practice, the Comment Fields allow organizations that represent vulnerable consumers, such as Ayuda, Catholic Charities, or LAJC, to investigate a business's practices in order to determine whether

to bring suit to enjoin what may appear to be a pattern and practice of unlawful or deceptive conduct, or to petition the FTC to do the same.

### 3.      The Public Interest Outweighs Any Privacy Interests.

In response to prior FOIA requests, the Staff has pointed to the Seventh Circuit's decision in *Lakin Law Firm, P.C. v. FTC*, 352 F.3d 1122 (7th Cir. 2003) to support the assertion that consumers' privacy interests outweigh the public interest in disclosure of CIS records.

*Lakin* does not apply to the records requested in this appeal for two reasons. First, *Lakin* involved a request that the FTC provide PII fields for all complaints about a particular issue. As the court in *Lakin* noted, the requestor – a plaintiff class action law firm – was specifically seeking a list of names and addresses in order to "propel a possible class-action lawsuit." *Lakin*, 352 F.3d at 1122. In contrast, Appellants are <u>not</u> seeking PII fields let alone a list of consumer telephone numbers and addresses that could be used to make contact with a potential class of plaintiffs. Indeed, Appellants have specifically exempted from the Requests any fields that solicited consumer-related PII. The fact that in a small percentage of records PII may be contained in the Comment Fields does not provide third parties the type of ready-made mailing list about which the court was concerned in *Lakin*.

Second, the Seventh Circuit noted that the plaintiff in *Lakin* failed to identify a public interest in the disclosure of the name and address information they had requested. *Id.* at 1125. In contrast, section VI.B.2. discusses three public interests which would be served if the particular fields contained in the Requests are granted.

### VII.     Conclusion.

The only basis provided by the Staff for denying the First and Second Request is the assertion that the records requested would have to be manually reviewed in order to verify that they do not contain PII, and that such a review would require 8,000 hours and $200,000. With regard to the CIS Generated Fields, the Complaint Information Fields, the Company Information Fields, and the Complainant Geographic Information Fields there is no evidence that any of the fields contain, or are likely to contain, PII. To the contrary, a sample of 19,229 complaints did not identify one instance in which a requested field contained PII and most of the fields are technologically incapable of storing PII. As there is no reason for the Staff to conduct a manual

review of these fields for PII, there is no basis for withholding the requested information from disclosure pursuant to the FOIA.  At a minimum they should be segregated and released.

With regard to the Comment Fields, the fact that some consumers may accidentally include PII does <u>not</u> necessitate that the Staff review each and every comment prior to disclosure – an exercise which according to the Staff's estimate would make full disclosure impossible. Rather the FOIA requires the Commission to balance the public's interest in disclosure with the potential privacy impact from disclosure.  In this case, the public has a strong interest in disclosure as access to the entirety of the CIS database would permit the public to determine whether the FTC's consumer protection efforts are effective, verify the accuracy of the statistical data provided by the FTC concerning the frequency of unfair and deceptive practices impacting the public, and review the complaint information that was evaluated by the FTC in connection with the agency's law enforcement initiatives.  Conversely consumers' privacy interest is relatively low as there is no evidence that consumers include sensitive PII in the Comment Fields – indeed consumers are expressly instructed not to do so.  Furthermore, consumers are notified that any PII they choose to provide may be shared under the FOIA.

Based upon the foregoing, Appellants respectfully request that the General Counsel overturn the Staff's denial and direct the Staff to disclose the CIS Generated Fields, the Complaint Information Fields, the Company Information Fields, the Complainant Geographic Information Fields, and the Comment Fields for the CIS database.  To the extent that the General Counsel believes that some portion of the Requests are exempt from disclosure under the FOIA, Appellants request that the General Counsel direct the Staff to segregate and disclose those portions of the Requests which are not exempt while an appeal of the remaining portions may be made in federal district court.

Respectfully Submitted,

Counsel for Appellants
David Zetoony
David.Zetoony@bryancave.com
Josh James
Josh.James@bryancave.com
Bryan Cave LLP
1155 F Street N.W.
Washington D.C. 20004
202-508-6000 (t)
202-508-6200 (f)

### INDEX TO RECORD ON APPEAL

| Document Description | Bates Range | |
|---|---|---|
| First Request | CISADMINRECORD-00001 | CISADMINRECORD-00002 |
| Correspondence with Staff | CISADMINRECORD-00003 | CISADMINRECORD-00013 |
| Second Request | CISADMINRECORD-00014 | CISADMINRECORD-00023 |
| Correspondence with Staff | CISADMINRECORD-00024 | CISADMINRECORD-00030 |
| Denial of First Request | CISADMINRECORD-00031 | CISADMINRECORD-00031 |
| Denial of Second Request | CISADMINRECORD-00032 | CISADMINRECORD-00032 |
| FTC Correspondence Systems of Records: Consumer Information System | CISADMINRECORD-00033 | CISADMINRECORD-00036 |
| FTC, First Amended Statement of Work for Consumer Information System, Consumer Response Center, and National Do Not Call Registry (undated) | CISADMINRECORD-00037 | CISADMINRECORD-00096 |
| FTC, Consumer Information System ("CIS") Privacy Impact Assessment (Sept. 30, 2004) | CISADMINRECORD-00097 | CISADMINRECORD-00108 |
| FTC, Privacy Impact Assessment (PIA) For Sentinel Network Services (SNS) Previously CRSS (Updated Jan. 2013) | CISADMINRECORD-00109 | CISADMINRECORD-00140 |
| FTC, Freedom Of Information Act Annual Report: Fiscal Year 2012 | CISADMINRECORD-00141 | CISADMINRECORD-00156 |
| FTC Privacy Policy | CISADMINRECORD-00157 | CISADMINRECORD-00158 |
| FOIA Request for 500 Randomly Selected Complaints | CISADMINRECORD-00159 | CISADMINRECORD-00159 |
| FOIA Response Letter to FOIA Request for 500 Randomly Selected Complaints | CISADMINRECORD-00160 | CISADMINRECORD-00161 |
| Prepared Remarks of Richard Cordray Director of the Consumer Financial Protection Bureau Consumer Response Field Hearing | CISADMINRECORD-00162 | CISADMINRECORD-00165 |
| Declaration of Joshua James | CISADMINRECORD-00166 | CISADMINRECORD-00167 |
| Sample of 500 Complaints Received From Staff | CISADMINRECORD-00168 | CISADMINRECORD-00191 |

Joshua James
Bryan Cave LLP
1155 F Street NW
Washington, DC 20004
Direct: (202) 508-6265
josh.james@bryancave.com

March 27, 2013

**VIA E-MAIL**

Freedom of Information Act Request
Office of General Counsel
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
E-Mail: FOIA@FTC.gov

Dear FOIA Officer:

Pursuant to the Freedom of Information Act ("FOIA"), I would like to request a copy of all complaints that are recorded in the Consumer Sentinel database ("CS database"). For each complaint I request only the information in the following fields:

- Reference Number
- Created Date
- Complaint Source
- Complaint Date
- Consumer Address, City
- Consumer Address, State Name
- Consumer Address, Country Name
- Company Name
- Company Address, Line 1
- Company Address, Line 2
- Company Address, City
- Company Address, State Code
- Company Address, Country Code
- Company Address, ZIP Code
- Complaint Info Product Service Description

CISADMINRECORD-00001

March 27, 2013
Page 2

- Complaint Info Law Violation Description
- Complaint Info Statute Description

Assuming that the Sentinel database is a SQL based system, please export this information in comma separated value ("CSV") format with delimited rather than fixed width columns. Please use a " (quotation mark) as a text qualifier. Please record the column names in the first data row. To delimited the rows, use a carriage return and line feed, and to delimit the columns, please us a | (vertical bar).

In order to help determine fees, I am an attorney and this request is being made on behalf of a law firm.

If you have any questions about this request, please contact me at (202) 508-6265.

Thank you for your consideration of my request.

Sincerely,
/s/
Joshua James

**James, Josh**

| | |
|---|---|
| **From:** | Bajorek, Rosemary <rbajorek@ftc.gov> |
| **Sent:** | Monday, April 29, 2013 4:36 PM |
| **To:** | James, Josh |
| **Cc:** | Zetoony, David; Emerson, Chris; Fitting, Mike |
| **Subject:** | RE: Follow-up discussion between technical personnel regarding FOIA request. |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Hi Josh,

We will begin processing. Just want to confirm...you want to pay for all three sources of data (Fraud/Other, Do Not Call, and Identity Theft), correct?  DPI is not available for a call; however, here are some answers from DPI to the items you wished to discuss:

1. Any updates to the vendor's estimates on man-hours for the project.
   Answer - We have no update to the contractor's estimates.

2. How to streamline future requests for this type of data.
Answer: If they have plans for future requests for data we would need to see the request to provide assistance.

3. What OS/database management systems are being used.
Answer - SQL Server.

4. Updates to the terms of the FOIA request (i.e. the fields requested) to conform the requests to the DNC and IDT databases.
Answer: We are able to provide feedback to requesters based on what data fields they are interested in.

While I'm out, you can contact Dione Stearns at 202-326-2735 or dstearns@ftc.gov if you have any questions.  She can also speak with you about the DPI call if you want to give her a call tomorrow.

I will check in with you when I return next week.  Unfortunately, I will be out for law schools exams, so nothing fun.

Thanks!
Rose

---

**From:** James, Josh [mailto:Josh.James@bryancave.com]
**Sent:** Monday, April 29, 2013 1:44 PM
**To:** Bajorek, Rosemary
**Cc:** Zetoony, David; Emerson, Chris; Fitting, Mike
**Subject:** RE: Follow-up discussion between technical personnel regarding FOIA request.

Rose:

Thanks for all your hard work.  After internal discussions we have decided to move ahead with the request; please let DPI and the vendor know that we would like them to begin processing our request as soon as possible.  We think a preliminary call will help minimize the burden on all the parties involved.

CISADMINRECORD-00003

We would be available for a call on Tuesday, April 30 between 9:00 and 11:00 and 3:00-5:00; Wednesday, May 1 between 9:00 and 11:00 and 2:00-5:00; Thursday, May 2 between 9:00-12:00 and 1:00-3:00; and Friday, May 3 between 9:00-11:00 and 3:00-4:30.

As for items to discuss at that meeting:
1. Any updates to the vendor's estimates on man-hours for the project.
2. How to streamline future requests for this type of data.
3. What OS/database management systems are being used.
4. Updates to the terms of the FOIA request (*i.e.* the fields requested) to conform the requests to the DNC and IDT databases.
5. Any items DPI/the vendor believe pertinent.

Also, while you're away (enjoying a vacation I hope) who should we be in touch with at your office?

Josh James
Bryan Cave LLP
1155 F Street NW
Washington, DC 20004
t) 202-508-6265
f) 202-220-7565
josh.james@bryancave.com

---

**From:** Bajorek, Rosemary [mailto:rbajorek@ftc.gov]
**Sent:** Monday, April 29, 2013 11:00 AM
**To:** James, Josh
**Cc:** Zetoony, David; Emerson, Chris; Fitting, Mike
**Subject:** RE: Follow-up discussion between technical personnel regarding FOIA request.

Hi Josh,

I will actually be out of the office starting tomorrow and won't be back until Tuesday, May 7; however, I am trying to set up a call for you with DPI sometime this week while I'm gone.

DPI would like to know what specific questions you have, so if you could please let me know, I will pass the questions along.

I apologize that this is taking so long, and really appreciate your patience. If you want to give me a call today, I'll be here until 5pm.

Thanks,
Rose

---

**From:** James, Josh [mailto:Josh.James@bryancave.com]
**Sent:** Friday, April 26, 2013 9:42 AM
**To:** Bajorek, Rosemary
**Cc:** Zetoony, David; Emerson, Chris; Fitting, Mike
**Subject:** RE: Follow-up discussion between technical personnel regarding FOIA request.

Rose:

Let's setup a time to discuss this next Tuesday or Wednesday. We are available either day between 9:30 and 12:00 or 3:00 and 5:00. Just let us know what works best for you. We'd like to use that discussion to setup a time to talk with your vendor/DPI about the logistics of the process going forward, so you may want to reach out to them to join you on the call or get some dates/time from them to help us schedule a follow up call.

CISADMINRECORD-00004

Thanks again for your help in this process.

Josh James
Bryan Cave LLP
'155 F Street NW
Washington, DC 20004
t) 202-508-6265
f) 202-220-7565
josh.james@bryancave.com

---

**From:** Bajorek, Rosemary [mailto:rbajorek@ftc.gov]
**Sent:** Thursday, April 25, 2013 11:25 AM
**To:** James, Josh
**Cc:** Zetoony, David; Emerson, Chris; Fitting, Mike
**Subject:** RE: Follow-up discussion between technical personnel regarding FOIA request.

Hi Josh,

DPI got back to me with quotes from our contractor.  Here is a breakdown of how much it would cost to process all complaints in the database, or specific categories.  Just so you know, our database only goes back five years.  Please take a look and let me know how you would like to proceed or if you have any questions.

Thanks!
Rose

All Complaints:
$3,982.40 = 32 hrs x $124.45/hr, using the "Information Systems Analyst III" labor category

Fraud\Other only:
$2,986.80 = 24 hrs x $124.45/hr, using the "Information Systems Analyst III" labor category

Do Not Call only:
$2,986.80 = 24 hrs x $124.45/hr, using the "Information Systems Analyst III" labor category

Identity Theft only:
$2,986.80 = 24 hrs x $124.45/hr, using the "Information Systems Analyst III" labor category

---

**From:** James, Josh [mailto:Josh.James@bryancave.com]
**Sent:** Tuesday, April 23, 2013 10:22 AM
**To:** Bajorek, Rosemary
**Cc:** Zetoony, David; Emerson, Chris; Fitting, Mike
**Subject:** RE: Follow-up discussion between technical personnel regarding FOIA request.

Rose:

Thanks for the follow up.  Both the Do Not Call and Identity Theft Complaints are within the scope of our request, but, with that said, we're happy to discuss the relative burden of producing those complaints with DPI or the contractor to determine whether we might exclude those categories.

Also, if it would be helpful generally, our IT personnel are happy to discuss the project directly with the contractor in order to minimize their difficulties in preparing an estimate and processing the request.

Any of our prior dates and times still fit our schedules, and the following dates and time would also be available:

3

Thursday 4/25- 9:30 to 11:30, 1:00 to 5:00
Friday 4/26- 9:30 to 11:30, 1:00 to 4:00
Monday 4/29- 9:30 to 11:30, 1:00 to 5:00
Tuesday 4/30- 9:30 to 11:30, 3:00 to 5:00

Thanks for your assistance,


Josh James
Bryan Cave LLP
1155 F Street NW
Washington, DC 20004
t) 202-508-6265
f) 202-220-7565
josh.james@bryancave.com

---

**From:** Bajorek, Rosemary [mailto:rbajorek@ftc.gov]
**Sent:** Tuesday, April 23, 2013 10:14 AM
**To:** James, Josh
**Cc:** Zetoony, David; Emerson, Chris; Fitting, Mike
**Subject:** RE: Follow-up discussion between technical personnel regarding FOIA request.

Hi Josh,

I just spoke with DPI again and they wanted to find out whether you are including Do Not Call complaints and Identity Theft complaints in your request.  If you could please let me know, I will pass the information along.

Thanks!
Rose

---

**From:** Bajorek, Rosemary
**Sent:** Tuesday, April 23, 2013 9:49 AM
**To:** 'James, Josh'
**Cc:** Zetoony, David; Emerson, Chris; Fitting, Mike
**Subject:** RE: Follow-up discussion between technical personnel regarding FOIA request.

Hi Josh,

Sorry for the delay.  I am still waiting to hear back from our Division of Planning and Information.  It seems like they think a call will be unhelpful since the contractor would be completing this request, not anyone in DPI.  DPI is waiting to get an estimate for you from the contractor of how much this would cost to complete.  I will let you know as soon as I hear back.

Thanks for your patience on this.

Thanks,
Rose

---

**From:** James, Josh [mailto:Josh.James@bryancave.com]
**Sent:** Monday, April 22, 2013 5:51 PM
**To:** Bajorek, Rosemary
**Cc:** Zetoony, David; Emerson, Chris; Fitting, Mike
**Subject:** RE: Follow-up discussion between technical personnel regarding FOIA request.

CISADMINRECORD-00006

Rose:

Just wanted to follow-up with you regarding the referenced meeting and see if you'd heard anything back from your Division of Planning and Information. Thanks for your assistance with this.

Josh James
Bryan Cave LLP
1155 F Street NW
Washington, DC 20004
t) 202-508-6265
f) 202-220-7565
josh.james@bryancave.com

**From:** Bajorek, Rosemary [mailto:rbajorek@ftc.gov]
**Sent:** Wednesday, April 17, 2013 12:42 PM
**To:** James, Josh
**Cc:** Zetoony, David; Emerson, Chris; Fitting, Mike
**Subject:** RE: Follow-up discussion between technical personnel regarding FOIA request.

Hi Josh,

Thanks for your email. I have forwarded this to our Division of Planning and Information, the division that handles the Consumer Sentinel Network. I will let you know when I hear back, and hopefully we can set up a call soon to further discuss this request.

Thanks!
Rose

**From:** James, Josh [mailto:Josh.James@bryancave.com]
**Sent:** Wednesday, April 17, 2013 12:21 PM
**To:** Bajorek, Rosemary
**Cc:** Zetoony, David; Emerson, Chris; Fitting, Mike
**Subject:** Follow-up discussion between technical personnel regarding FOIA request.

Rose:

Thank you so much for taking time to speak with David, Chris and me about our FOIA request for information in the Consumer Sentinel database. We also appreciate the opportunity for one of our IT personnel to speak with one of the FTC's IT personnel regarding the process for exporting data from the Consumer Sentinel database.

We would like to discuss the technical aspects of exporting data from the Consumer Sentinel database; for example, what database software the Consumer Sentinel database uses and what type of hardware the Consumer Sentinel database is being managed on; to help us better understand the technical aspects of our request.

Our IT personnel would be available for a discussion Friday, April 19 between 10-11 and 2-4; Monday, April 22 between 10-11 and 2-5; Tuesday, April 23 between 10-11 and 2-5; and Wednesday, April 24 between 10-11 and 2-4.

Please let me know what date and time would work best for you, and thank you again for your assistance.

Josh James
Bryan Cave LLP
1155 F Street NW

CISADMINRECORD-00007

Washington, DC 20004
t) 202-508-6265
f) 202-220-7565
josh.james@bryancave.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2013

CISADMINRECORD-00008

**James, Josh**

| | |
|---|---|
| From: | Stearns, Dione J. <dstearns@ftc.gov> |
| Sent: | Thursday, May 02, 2013 11:11 AM |
| To: | James, Josh |
| Subject: | RE: FOIA Request |

Mr. James,

I enjoyed speaking with you yesterday.  We will begin processing your modified request.

Dione

---

**From:** James, Josh [mailto:Josh.James@bryancave.com]
**Sent:** Thursday, May 02, 2013 11:05 AM
**To:** Stearns, Dione J.
**Cc:** Zetoony, David
**Subject:** FOIA Request

Ms. Streans:

Thank you for taking the time to speak with me yesterday, May 1,  2013, regarding my FOIA request for all information contained the in Consumer Sentinel database.  We would like to proceed with the request and for your vendor to begin work as soon as possible.  Also, as discussed, here is a list of the fields we would like pulled from each of the three Consumer Sentinel databases:

Consumer Information System: (No Change From Initial Request)
Reference Number
Created Date
Complaint Source
Complaint Date
Consumer Address, City
Consumer Address, State Name
Consumer Address, Country Name
Company Name
Company Address, Line 1
Company Address, Line 2
Company Address, City
Company Address, State Code
Company Address, Country Code
Company Address. ZIP Code
Complaint Info Product Service Description
Complaint Info Law Violation Description
Complaint Info Statute Description

Do Not Call: (Clarifying)
Reference Number
Complaint Source
Phone in Registry?
Consumer Address, City
Consumer Address, State Name
Company Name

1

CISADMINRECORD-00009

Company State
Company Phone, Area Code
Company Phone, Number
Other Information Complaint Date
Other Information Product Service Description
Other Information Existing Business Relationship
Other Information Pre-Recorded message
Other Information Requested Entity to Stop Calling

Identity Theft:  (Clarifying)
Reference Number
Complaint Source
Entered Date
Consumer Address, City
Consumer Address, State Name
Theft Activity First Noticed Date
Theft Activity First Occurred Date
Theft Incident Theft Type Description
Theft Incident SubType Description
Associated Institution Institution Name
Suspect Alias, Company Name

For all of the databases, please follow the export instructions provided in my initial request (attached for your convenience).  At the end of the project, we would like your vendor to provide us with an itemization of their hours and costs associated with the project.

If you should have any questions, please do not hesitate to contact me.  Thank you again for taking the time to speak with me yesterday and for your assistance with our request.

Sincerely,

Josh James
Bryan Cave LLP
1155 F Street NW
Washington, DC 20004
t) 202-508-6265
f) 202-220-7565
josh.james@bryancave.com

---

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2013

CISADMINRECORD-00010

**James, Josh**

| | |
|---|---|
| From: | James, Josh |
| Sent: | Wednesday, May 15, 2013 3:31 PM |
| To: | 'dstearns@ftc.gov' |
| Subject: | Follow-up regarding FOIA request. |

Ms. Stearns:

As you know, on March 27, 2013, we submitted a Freedom of Information Act ("FOIA") request which asked the FTC to produce certain fields within the Consumer Sentinel database ("CS database") which we believe are not likely to contain any personally identifiable information.

On April 17, 2013, we received an informal response from the staff indicating that our request might be difficult to comply with from a technology standpoint. We indicated that we had consulted with our own IT personnel prior to making the request and, based upon their guidance, had designed the request to specifically minimize any technological burden, and to alleviate the need for the requested records to be reviewed by FTC personnel for personally identifiable information. We offered for one of our IT personnel to speak with the FTC's IT personnel (or the FTC's contractor) regarding the process of exporting data from consumer sentinel. Alternatively, we asked the FTC to request that its IT contractor provide an estimate of the time and expense for complying with our request.

On April 25, 2013, the staff informed us that the burden of complying with our request would be 32 hours of an information system analysts time for a monetary cost of approximately $3,982. Although this was greater than what our own IT personnel had estimated, we agreed to the estimate and asked the FTC to proceed. Following further discussions via telephone on May 6, 2013 you provided a revised estimate of $4,978 that included processing the data received in April 2013.

You contacted me yesterday morning and indicated that you had a conversation with the individual who manages the contract which covers the operation of the CS database. Please let me know if the following accurately describes the information that you conveyed:

1. You have now been told that the CS database contains over 22 million records which would be covered by our request. This represents five years worth of data in the databases.

2. A request of this size is unprecedented insofar as the FTC has never provided the entire CS database to a requestor.

3. The staff has revised its estimate of time and burden, and now believes that in order to process this request, it would take more than 8,000 hours, or 50 people a month to go through the documents.

4. Following the work to assemble the documents, the staff now believes that it would be required to verify that no personal information exists in any of the fields requested.

5. You estimated that the minimum cost would be more than $200,000.00.

In addition to burden concerns, you mentioned that the staff is concerned that FOIA exemptions may prohibit the release of the information. Specifically that:

1. The data could reveal patterns of FTC procedures which would reveal the FTC's deliberative process.
2. FOIA exemptions may apply to the information in the complaints.
3. The data would reveal FTC codes used in the CS database.

CISADMINRECORD-00011

Its our understanding that, based upon the above, the staff intends to deny our request.

I appreciate your willingness to share the above information. To the extent possible, we would like an opportunity to meet with you, and/or with others in the Division of Planning and Information to discuss our request and to better understand the staff's concerns. To the extent that we can better understand the source of the staff's concerns we may be able to explain why our request does not implicate those concerns, or to tailor or adapt our request to avoid those concerns. For example:

1. While you indicated that the CS Database contains over 22 million records, it is our understanding based upon the FTC's most recent Consumer Sentinel Databook that the five-year database contains only 8 million records. *See* http://www.ftc.gov/sentinel/reports/sentinel-annual-reports/sentinel-cy2012.pdf at 2.

2. While you indicated that it would take 8,000 hours to assemble the documents, it is our understanding, based upon the CS Database specifications which were published by the FTC, that the CS Database was designed to permit batch exporting that requires little, if any, employee hours. This also accords with the understanding of our IT personnel concerning SQL databases.

3. While you indicated that your team would be required to verify that no personal information was contained in any of the fields requested, we have omitted any fields from our request that solicit personal information from consumers and, consequently, its not clear to us why there would be any reason to believe that the fields requested would include personal information. It would help us if you could explain which of the fields that we requested you believe are likely to include personal information, and the frequency with which the staff has seen personal information inserted in those fields.

4. While you indicated that the data may reveal FTC codes used in the CS database, its our understanding that the only "codes" that we requested (i.e., the complaint info product service description, the complaint info law violation description, and the complaint info statute description) are publicly available. *See http://www.ftc.gov/sentinel/reports/sentinel-annual-reports/sentinel-cy2012.pdf* at 77 and 78, and have been routinely disclosed to us, and to other FOIA requesters, in response to past requests. Nonetheless, if our request inadvertently asked for an internal code that the FTC does not routinely disclose, we would be more than happy to discuss removing that portion of our request.

5. While you indicated that the data could reveal the FTC's deliberative process, let me assure that that our intention was not to request any information concerning how the FTC searches or uses the CS Database, or which companies the FTC has searched in the past. Furthermore, to the extent that the staff is concerned that a company could analyze the complaint pattern concerning a company about which the FTC has initiated an enforcement action, we would note that individuals and companies (including Bryan Cave) routinely ask for, and obtain, all CS complaints relating to FTC investigative targets.

Again, thank you for your willingness to explain the staff's concerns. We hope that a continued dialog can help move our request forward. Alternatively, if the staff is not available for a discussion and has decided to deny our request, we request written confirmation of the denial so that we can appeal the issue with the General Counsel.

Thank you again for your continued assistance with this matter.

Josh James
Bryan Cave LLP
155 F Street NW
Washington, DC 20004
t) 202-508-6265
f) 202-220-7565

2

josh.james@bryancave.com

3

**James, Josh**

| | |
|---|---|
| **From:** | Zetoony, David |
| **Sent:** | Friday, May 24, 2013 2:00 PM |
| **To:** | FOIA@ftc.gov |
| **Cc:** | 'Dstearns@ftc.gov'; James, Josh |
| **Subject:** | FOIA Request Submitted May 24, 2013 |
| **Attachments:** | FOIA Request Dated May 24 2013.PDF |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear FOIA Officer:

Please find attached a FOIA request which asks the FTC to produce fields within the Consumer Sentinel databases. Please note that although this request references an earlier request submitted by Josh James from Bryan Cave on March 27, 2013, this is intended to be a separate request and is not intended to modify or amend the earlier request.

For processing purposes, please note that this request is made by a law firm on behalf of firm clients.

Sincerely,

-David Zetoony

Bryan Cave LLP
David Zetoony
Partner
1155 F Street N.W.
Washington, D.C. 20004
office: 202 508 6030 | fax: 202 220 7330
email: David.Zetoony@bryancave.com
www.bryancave.com

CISADMINRECORD-00014



David Zetoony
Partner
Bryan Cave LLP
1155 F Street NW
Washington, DC 20004
Direct: (202) 508-6030
David.Zetoony@bryancave.com

May 24, 2013

**VIA E-MAIL AND MAIL**

Freedom of Information Act Request
Office of General Counsel
Federal Trade Commission
600 Pennsylvania Ave. N.W.
Washington D.C., 20580
E-Mail: FOIA@ftc.gov

Re:     FOIA Request Dated May 24, 2013

Dear FOIA Officer :

Bryan Cave submitted a FOIA request on March 27, 2013, which asked the FTC to produce fields within the Consumer Sentinel database that were specifically selected, based upon prior discussions with FTC personnel, to avoid any personally identifiable information (the "Non-PII Fields Request"). (*See* Attachment A.)

FTC staff (the "Staff") initially agreed to the Non-PII Fields Request and indicated that the cost to obtain such records would be 32 hours of an information system analyst's time for an estimated total cost of $3,982. The Staff later revised their estimate and indicated that the Non-PII Fields Request would require at least 8,000 hours of time and cost at least $200,000. The Staff also suggested that the Non-PII Fields Request might call for information that was exempt from disclosure under the Freedom of Information Act ("FOIA"). (*See* Attachment B.)

Bryan Cave emailed Ms. Dione Stearns on May 15, 2013, to request additional information concerning the Staff's revised estimate and concerns, and/or to request that the Staff provide written confirmation of their intent to deny the Non-PII Fields Request so that Bryan Cave could appeal the issue to the General Counsel. As you may know, we are still waiting for a response from the Staff.

In part to help us better understand the time and cost estimate provided in response to the Non-PII Fields Request through this letter we are submitting a second, separate, FOIA request. The purpose of this FOIA request is to request a data set that is marginally <u>larger</u> in scope then that which was requested as part of the Non-PII Fields Request. Specifically, in addition to the information sought in the Non-PII Fields Request this request seeks fields that include a consumer's description of a complaint. In previous FOIA responses received by Bryan Cave the Staff has

**Bryan Cave LLP**
1155 F Street, NW
Washington, DC 20004
Tel (202) 508-6000
Fax (202) 508-6200
www.bryancave.com

**Bryan Cave Offices**
Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

**Bryan Cave
International Consulting**
*A TRADE AND CUSTOMS CONSULTANCY*

www.bryancaveconsulting.com
Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

May 24, 2013
Page 2

referred to these fields as the "Complaint Comments" or the "Complaint Info Comments" fields.[1]

The following provides a summary of the records covered by the current request (the "Non-PII + Comment Fields Request")

### Scope of Non-PII + Comment Fields Request

1. **Universe of Records to be Searched:**  All complaints that are recorded in the Consumer Sentinel databases.[2]

2. **Scope of Request:**   Only the information in the following fields.

   Consumer Information System ("CIS") Database Fields:

   - Reference Number
   - Created Date
   - Complaint Source
   - Complaint Date
   - Consumer Address, City[3]
   - Consumer Address, State Name
   - Consumer Address, Country Name
   - Company Name
   - Company Address, Line 1
   - Company Address, Line 2
   - Company Address, City
   - Company Address, State Code

---

[1]   The complaint comments fields were originally excluded from the Non-PII Fields Request based upon our understanding that the time and cost incurred by the Staff to comply with a FOIA request for Consumer Sentinel records was primarily spent reviewing the complaint comment fields for accidental inclusion by a consumer of PII. Given the Staff's most recent estimate of the burden of complying with the Non-PII Fields Request we would like to assess the comparative burden of complying with a similar request that includes the complaint comment fields. Please note that like the Non-PII Fields Request, this request does **not** seek any field which corresponds to personal identifying information.

[2]   For the purpose of this letter the term "Consumer Sentinel databases" refer to any and all databases maintained by, or on behalf of, the FTC that contain complaints submitted by, or on behalf of, consumers. It is our understanding that this may include, among other things, the Consumer Information System ("CIS"), the Do Not Call Database ("DNC"), and the Identify Theft Database ("IDT"). To the extent that the Staff objects to this FOIA request based upon burden, we request that the Staff separately provide information concerning the burden for complying with the request as it relates to each of the Consumer Sentinel databases individually.

[3]   It is our understanding that this field includes only a consumer's city, and does not include a consumer's mailing address. For example "Washington, D.C." as opposed to "1155 F. Street, Washington D.C."

May 24, 2013
Page 3

**Bryan Cave LLP**

- Company Address, Country Code
- Company Address, ZIP Code
- Complaint Info Product Service Description
- Complaint Info Law Violation Description
- Complaint Info Statute Description
- Complaint Comments

Do Not Call ("DNC") Database System Fields:

- Reference Number
- Complaint Source
- Phone in Registry?
- Consumer Address, City
- Consumer Address, State Name
- Company Name
- Company State
- Company Phone, Area Code
- Company Phone, Number
- Other Information Complaint Date
- Other Information Product Service Description
- Other Information Existing Business Relationship
- Other Information Pre-Recorded message
- Other Information Requested Entity to Stop Calling
- Other Information Comments

Identity Theft ("IDT") Database system Fields:

- Reference Number
- Complaint Source
- Entered Date
- Consumer Address, City
- Consumer Address, State Name
- Theft Activity First Noticed Date

CISADMINRECORD-00017

May 24, 2013
Page 4

**Bryan Cave LLP**

- Theft Activity First Occurred Date

- Theft Incident Theft Type Description

- Theft Incident SubType Description

- Associated Institution Institution Name

- Suspect Alias, Company Name

3. **Excluded Records:** This request does not seek any fields in the Consumer Sentinel databases that is not listed above. Specifically this request does not seek any field designed to capture consumers' personal identifying information.

4. **Format of Records:** Assuming that the Consumer Sentinel databases are SQL based systems, please export this information in comma separated value ("CSV") format with delimited rather than fixed width columns. Please use a " (quotation mark) as a text qualifier. Please record the column names in the first data row. To delimit the rows, use a carriage return and line feed, and to delimit the columns, please us a | (vertical bar). If the requested format is not possible, or would be burdensome, we would be happy to discuss an alternative electronic format.

5. **Fees Assessment:** In order to help determine fees, I am an attorney and this request is being made on behalf of a law firm for certain of its clients.

If you have any questions about this request, please contact me at (202) 508-6265. As always, we are more then willing to meet with the Staff to discuss the Non-PII + Comment Fields Request or the Non-PII Fields Request, including ways in which the requests can be modified in order to reduce aspects of the request which may cause the Staff burden, or to avoid requesting information which is non-public and subject to exemption under FOIA.

Sincerely,

David Zetoony

cc:     Ms. Dione J. Stearns
        Assistant General Counsel for Information & Legal Support Services
        Office of General Counsel
        Federal Trade Commission
        600 Pennsylvania Avenue, N.W.
        Washington, DC 20580
        dstearns@ftc.gov
        Josh James (by PDF)

CISADMINRECORD-00018

Attachment A

CISADMINRECORD-00019

Joshua James
Bryan Cave LLP
1155 F Street NW
Washington, DC 20004
Direct: (202) 508-6265
josh.james@bryancave.com

March 27, 2013

**VIA E-MAIL**

Freedom of Information Act Request
Office of General Counsel
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
E-Mail: FOIA@FTC.gov

Dear FOIA Officer:

Pursuant to the Freedom of Information Act ("FOIA"), I would like to request a copy of all complaints that are recorded in the Consumer Sentinel database ("CS database").  For each complaint I request only the information in the following fields:

- Reference Number
- Created Date
- Complaint Source
- Complaint Date
- Consumer Address, City
- Consumer Address, State Name
- Consumer Address, Country Name
- Company Name
- Company Address, Line 1
- Company Address, Line 2
- Company Address, City
- Company Address, State Code
- Company Address, Country Code
- Company Address, ZIP Code
- Complaint Info Product Service Description

March 27, 2013
Page 2

- Complaint Info Law Violation Description
- Complaint Info Statute Description

Assuming that the Sentinel database is a SQL based system, please export this information in comma separated value ("CSV") format with delimited rather than fixed width columns. Please use a " (quotation mark) as a text qualifier. Please record the column names in the first data row. To delimited the rows, use a carriage return and line feed, and to delimit the columns, please us a | (vertical bar).

In order to help determine fees, I am an attorney and this request is being made on behalf of a law firm.

If you have any questions about this request, please contact me at (202) 508-6265.

Thank you for your consideration of my request.

Sincerely,
/s/
Joshua James

Attachment B

CISADMINRECORD-00022

**Zetoony, David**

**From:** James, Josh
**Sent:** Wednesday, May 15, 2013 3:31 PM
**To:** 'dstearns@ftc.gov'
**Subject:** Follow-up regarding FOIA request.

Ms. Stearns:

As you know, on March 27, 2013, we submitted a Freedom of Information Act ("FOIA") request which asked the FTC to produce certain fields within the Consumer Sentinel database ("CS database") which we believe are not likely to contain any personally identifiable information.

On April 17, 2013, we received an informal response from the staff indicating that our request might be difficult to comply with from a technology standpoint. We indicated that we had consulted with our own IT personnel prior to making the request and, based upon their guidance, had designed the request to specifically minimize any technological burden, and to alleviate the need for the requested records to be reviewed by FTC personnel for personally identifiable information. We offered for one of our IT personnel to speak with the FTC's IT personnel (or the FTC's contractor) regarding the process of exporting data from consumer sentinel. Alternatively, we asked the FTC to request that its IT contractor provide an estimate of the time and expense for complying with our request.

On April 25, 2013, the staff informed us that the burden of complying with our request would be 32 hours of an information system analysts time for a monetary cost of approximately $3,982. Although this was greater than what our own IT personnel had estimated, we agreed to the estimate and asked the FTC to proceed. Following further discussions via telephone on May 6, 2013 you provided a revised estimate of $4,978 that included processing the data received in April 2013.

You contacted me yesterday morning and indicated that you had a conversation with the individual who manages the contract which covers the operation of the CS database. Please let me know if the following accurately describes the information that you conveyed:

1. You have now been told that the CS database contains over 22 million records which would be covered by our request. This represents five years worth of data in the databases.

2. A request of this size is unprecedented insofar as the FTC has never provided the entire CS database to a requestor.

3. The staff has revised its estimate of time and burden, and now believes that in order to process this request, it would take more than 8,000 hours, or 50 people a month to go through the documents.

4. Following the work to assemble the documents, the staff now believes that it would be required to verify that no personal information exists in any of the fields requested.

5. You estimated that the minimum cost would be more than $200,000.00.

In addition to burden concerns, you mentioned that the staff is concerned that FOIA exemptions may prohibit the release of the information. Specifically that:

1. The data could reveal patterns of FTC procedures which would reveal the FTC's deliberative process.
2. FOIA exemptions may apply to the information in the complaints.
3. The data would reveal FTC codes used in the CS database.

1

CISADMINRECORD-00023

**James, Josh**

| | |
|---|---|
| From: | Zetoony, David |
| Sent: | Thursday, May 30, 2013 9:51 AM |
| To: | 'Stearns, Dione J.' |
| Cc: | James, Josh |
| Subject: | RE: FOIA Request Submitted May 24, 2013 |

Ms. Stearns,

In order to allow us to evaluate the staff's assertion of burden, and to consider ways in which the Non-PII + Comments Fields Request might be narrowed to reduce burden, we respectfully request that the Staff provide us an explanation of the burden claimed. Specifically:

1. The cost and time attributable to batch export the data from each of the Consumer Sentinel databases (this would not include the cost or time that the staff believes would be needed to manually review the exported data).

2. For each field that the staff believes would, when exported, necessitate a manual review the following information:

   a. The reason why the staff believes the information entered in the field would need to be reviewed,

   b. The staff's estimate in terms of personnel hours to review the particular field, and

   c. The staff's estimate in terms of cost (i.e., personnel costs + ancillary costs) to review the particular field,

3. Although the requested fields were selected in order to avoid requesting any personally identifiable information, to the extent that the staff believes that a requested field needs to be reviewed in order to guarantee that no personal information was accidentally entered by a consumer in the field the following information:

   a. The rate that the staff has observed personal information has been entered in the referenced field,

   b. An explanation concerning how the staff estimated the rate of occurrence, and

   c. Any representation of privacy of which the Staff is aware that was given to consumers at the time that the field-information was solicited.

4. Although the fields were selected in order to avoid requesting any non-public codes used by the FTC which might reveal FTC deliberative process, to the extent that the staff believes that a requested field would include codes that the FTC does not routinely disclose, the following information:

   a. The name of the field requested in which internal codes would be included in the response, and

   b. A brief description of the type of codes that might be included under that field (e.g., the nature of the codes, the number of codes, and whether the codes are standard such that they could be removed using automated find and replace techniques).

1

As always, we are more then willing to meet with the Staff in order to better understand the Staff's belief that the Non-PII + Comment Fields Request or the Non-PII Request would be burdensome.

Sincerely,

-David

**David Zetoony**
Bryan Cave LLP, Partner
1155 F Street N.W.
Washington, D.C. 20004
office: 202 508 6030 | fax: 202 220 7330
email: David.Zetoony@bryancave.com
www.bryancave.com


```
-----Original Message-----
From: Stearns, Dione J. [mailto:dstearns@ftc.gov]
Sent: Wednesday, May 29, 2013 9:55 AM
To: Zetoony, David
Subject: RE: FOIA Request Submitted May 24, 2013

Mr. Zetoony,

Your request is overly burdensome.  Can you please provide me with a
narrowed request?

Dione

-----Original Message-----
From: Zetoony, David [mailto:David.Zetoony@BryanCave.com]
Sent: Friday, May 24, 2013 2:00 PM
To: FOIA
Cc: Stearns, Dione J.; James, Josh
Subject: FOIA Request Submitted May 24, 2013

Dear FOIA Officer:

Please find attached a FOIA request which asks the FTC to produce fields
within the Consumer Sentinel databases.  Please note that although this
request references an earlier request submitted by Josh James from Bryan
Cave on March 27, 2013, this is intended to be a separate request and is
not intended to modify or amend the earlier request.

For processing purposes, please note that this request is made by a law
firm on behalf of firm clients.

Sincerely,

-David Zetoony
```

CISADMINRECORD-00025

Bryan Cave LLP
David Zetoony
Partner
1155 F Street N.W.
Washington, D.C. 20004
office: 202 508 6030 | fax: 202 220 7330
email: David.Zetoony@bryancave.com
www.bryancave.com

---

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2013

CISADMINRECORD-00026

**James, Josh**

| | |
|---|---|
| **·rom:** | Stearns, Dione J. <dstearns@ftc.gov> |
| **⌐ent:** | Thursday, May 30, 2013 3:02 PM |
| **To:** | James, Josh; Zetoony, David |
| **Subject:** | RE: CS request |

Josh and David,

I hope this email sheds some light on any confusion. Sometimes, PII information ends up in incorrect fields in Consumer Sentinel. For example, a person's name and home address could end up in the business address section. The only way we can eliminate all the PII, prior to making an agency release determination, is to review each page.  We do not have the FOIA resources to review millions of records for possible PII and there can be civil and criminal penalties for releasing PII.  Importantly, I did not deny you or your colleagues' FOIA requests.  Instead, I sent both of you emails asking you to narrow your requests because they both are overly burdensome on the agency.  I look forward to discussing ways that we might be able to tailor the request to minimize the burden on the agency.

Dione

---

**From:** James, Josh [mailto:Josh.James@bryancave.com]
**Sent:** Thursday, May 30, 2013 1:51 PM
**To:** Stearns, Dione J.
**·ubject:** RE: CS request

Ms. Stearns:

I am slightly confused at the moment.  On May 14 you and I discussed the FTC's revised estimates of the time and cost associated with fulfilling the 2013-680 request.  The following day I sent you an email outlining the events that led up to our May 14 discussion and requesting additional information regarding the burden of the request, so that we might be able to tailor the request to minimize that burden.

Is it possible for you to provide more detailed information regarding the burden so that we might discuss how to narrow the request to relieve the burden on the agency?

You recently received an email from my colleague David Zetoony responding to the denial of his FOIA Request of May 24, 2013.  In his email he set forth a list of questions as follows:

1.  The cost and time attributable to batch export the data from each of the Consumer Sentinel databases (this would not include the cost or time that the staff believes would be needed to manually review the exported data).

2.  For each field that the staff believes would, when exported, necessitate a manual review the following information:

    a.  The reason why the staff believes the information entered in the field would need to be reviewed,

    b.  The staff's estimate in terms of personnel hours to review the particular field, and

1

c.  The staff's estimate in terms of cost (i.e., personnel costs + ancillary costs) to review the particular field,

3.  Although the requested fields were selected in order to avoid requesting any personally identifiable information, to the extent that the staff believes that a requested field needs to be reviewed in order to guarantee that no personal information was accidentally entered by a consumer in the field the following information:

a.  The rate that the staff has observed personal information has been entered in the referenced field,

b.  An explanation concerning how the staff estimated the rate of occurrence, and

c.  Any representation of privacy of which the Staff is aware that was given to consumers at the time that the field-information was solicited.

4.  Although the fields were selected in order to avoid requesting any non-public codes used by the FTC which might reveal FTC deliberative process, to the extent that the staff believes that a requested field would include codes that the FTC does not routinely disclose, the following information:

a.  The name of the field requested in which internal codes would be included in the response, and

b.  A brief description of the type of codes that might be included under that field (e.g., the nature of the codes, the number of codes, and whether the codes are standard such that they could be removed using automated find and replace techniques).

The answers to these questions would be helpful in narrowing our request.  As always, we are available to meet with you or other FTC staff to confer regarding the scope and nature of our request.

Thank you for all your work on this.

Josh James
Bryan Cave LLP
1155 F Street NW
Washington, DC 20004
t) 202-508-6265
f) 202-220-7565
josh.james@bryancave.com

**From:** Stearns, Dione J. [mailto:dstearns@ftc.gov]
**Sent:** Tuesday, May 28, 2013 10:13 AM
**To:** James, Josh
**Subject:** RE: CS request

Josh,

I am referring to request number 2013-680.

Dione

**From:** James, Josh [mailto:Josh.James@bryancave.com]
**Sent:** Tuesday, May 28, 2013 9:58 AM
**To:** Stearns, Dione J.
**Subject:** RE: CS request

Ms. Stearns:

2

CISADMINRECORD-00028

Just to clarify, which request are you referring to?

Thanks,

Josh James
Bryan Cave LLP
1155 F Street NW
Washington, DC 20004
t) 202-508-6265
f) 202-220-7565
josh.james@bryancave.com

**From:** Stearns, Dione J. [mailto:dstearns@ftc.gov]
**Sent:** Tuesday, May 28, 2013 9:46 AM
**To:** James, Josh
**Subject:** CS request

Joshua,

Your request is overly burdensome on the agency.  Will you narrow your request?

Dione

_____

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2013

CISADMINRECORD-00029

**Zetoony, David**

| | |
|---|---|
| **From:** | Stearns, Dione J. <dstearns@ftc.gov> |
| **Sent:** | Thursday, June 13, 2013 4:25 PM |
| **To:** | Zetoony, David |
| **Subject:** | FOIA request |

Mr. Zetoony,

We have and continue to try to process multiple requests from Bryan Cave.  This particular request is complicated because there are millions of complaints in the database that contain personal identifying information.  Although eliminating certain fields can possible cut down on the number of instances that personal identifying information appears in a complaint, there is no true way to remove all PII, because people frequently enter information into the wrong fields.  For example, where the company information should go, a person puts their personal information.  I am not aware of a way  to remove all PII without having to examine each complaint because that would make my job easier.  However, that is not the case.  Instead, a paralegal and I have to review every single complaint that is responsive to remove all PII.   As a frame of reference, when we review 10,000 pages of records, it takes a paralegal approximately two weeks to process this one request and several days for me to review it.   Reviewing 10,000 pages of records is time consuming on this office, but it is manageable.   Regardless of the financial cost, which I understand is over $200,000, we do not have the man/women power to process this kind of request, and we process approximately 1500 FOIA requests a year.

You also requested a *Vaughn* Index.  Please be advised that a *Vaughn* Index is not required unless we are in litigation.  I hope this email provides greater clarity and I hope we can reach an understanding.

Dione

CISADMINRECORD-00030



United States of America
**FEDERAL TRADE COMMISSION**
WASHINGTON, D.C. 20580

Joshua James                                              JUN 1 0 2013
Bryan Cave
1155 F Street, NW
Washington, DC 20004

Re:    FOIA-2013-00680
       Consumer Sentinel Network

Dear Mr. James:

This is in response to your request dated March 27, 2013 under the Freedom of
Information Act seeking access to records concerning the Consumer Sentinel database. In
accordance with the FOIA and agency policy, we have searched our records as of March 27,
2013, the date we received your request in our FOIA office.

We have made several attempts to communicate with you in regards to narrowing the
scope of your request, but have not been able to narrow the request. As a result, we have
determined that the resources required to process your request would cause an unreasonably
burdensome review process for the agency. Accordingly, we are denying your request. *See
O'Harvey v. Office of Workers' Comp. Programs*, No. 95-0187, slip op. at 3 (E.D. Wash. Dec.
29, 1997) and *Blackman v. DOJ*, No. 00-3004, slip op. at 5 (D.D.C. July 5, 2001).

If you are not satisfied with this response to your request, you may appeal by writing to
Freedom of Information Act Appeal, Office of the General Counsel, Federal Trade Commission,
600 Pennsylvania Avenue, N.W., Washington D.C. 20580, or by facsimile at (202) 326-2477
within 30 days of the date of this letter. Please enclose a copy of your original request and a
copy of this response. If you believe that we should choose to disclose additional materials
beyond what the FOIA requires, please explain why this would be in the public interest.

If you have any questions about the way we handled your request or about the FOIA
regulations or procedures, please contact Rosemary Bajorek at (202) 326-3363.

Sincerely,

Dione J. Stearns
Assistant General Counsel

CISADMINRECORD-00031



United States of America
**FEDERAL TRADE COMMISSION**
WASHINGTON, D.C. 20580

JUN 1 9 2013

David Zetoony
Bryan Cave
1155 F Street, NW
Washington, DC 20004

Re:   FOIA-2013-00949
      Consumer Sentinel Database

Dear Mr. Zetoony:

       This is in response to your request dated May 24, 2013 under the Freedom of Information
Act seeking access to records concerning the Consumer Sentinel database.  In accordance with
the FOIA and agency policy, we have searched our records as of May 24, 2013, the date we
received your request in our FOIA office.

       We attempted to communicate with you in regards to narrowing the scope of your
request, but have not been able to narrow the request.  As a result, we have determined that the
resources that are required to process your request would cause an unreasonably burdensome
review process for the agency.  Accordingly, we are denying your request.  *See O'Harvey v.
Office of Workers' Comp. Programs*, No. 95-0187, slip op. at 3 (E.D. Wash. Dec. 29, 1997) and
*Blackman v. DOJ*, No. 00-3004, slip op. at 5 (D.D.C. July 5, 2001).

       If you are not satisfied with this response to your request, you may appeal by writing to
Freedom of Information Act Appeal, Office of the General Counsel, Federal Trade Commission,
600 Pennsylvania Avenue, N.W., Washington D.C. 20580, or by facsimile at (202) 326-2477
within 30 days of the date of this letter.  Please enclose a copy of your original request and a
copy of this response.  If you believe that we should choose to disclose additional materials
beyond what the FOIA requires, please explain why this would be in the public interest.

       If you have any questions about the way we handled your request or about the FOIA
regulations or procedures, please contact Rosemary Bajorek at (202) 326-3363.

                     Sincerely,

                     Dione J. Stearns
                     Assistant General Counsel

## IV.   FTC Correspondence Systems of Records

## FTC-IV-1

SYSTEM NAME:

>    Consumer Information System–FTC.

SECURITY CLASSIFICATION:

>    Not applicable.

SYSTEM LOCATION:

>    Federal Trade Commission, 600 Pennsylvania Avenue, NW., Washington, DC 20580. This system is operated off-site by a contractor.  See Appendix III.

CATEGORIES OF INDIVIDUALS COVERED BY THE SYSTEM:

>    (1) Individual consumers who submit complaints to the FTC about identity theft, or the business practices of a company or individual, as well as consumers who request information or assistance.

>    (2) Individuals who submit their complaints about identity theft or the business practices of a company or individual to another organization that has agreed to provide its consumer complaint information to the FTC.

>    (3) Individuals acting on behalf of another consumer to submit the other consumer's complaint about identity theft, or the business practices of a company or individual, or to request information or assistance on behalf of another individual.

>    (4) Individuals who are the subjects of complaints about identity theft or about the business practices of a company or individual.

>    (5) FTC or contractor staff assigned to process or respond to such communications.

>    (6) Other system users outside the FTC (e.g., law enforcement agencies authorized to have access to the system under confidentiality agreements).

CATEGORIES OF RECORDS IN THE SYSTEM:

>    (1) Personally identifying information about the individual who submits a complaint or requests information or assistance, including, for example, the individual's name, address, telephone number, fax number, date of birth, Social Security or credit card numbers, e-mail address and other personal information extracted or summarized from the individual's complaint.

(2) Personally identifying information about the individual who submits a complaint or requests information or assistance on behalf of someone else, including, for example, the submitting individual's name, address, phone or fax number and e-mail address.

(3) The name, address, telephone number or other information about an individual who is the subject of a complaint, or is allegedly associated with the subject of a complaint. (Information in the system about companies or other non-individuals is not covered by the Privacy Act.)

(4) The name and reference number of FTC or contractor staff person who entered or updated the complaint information in the database.

(5) Name, organization, and contact data for system users outside the FTC (e.g., staff of other authorized law enforcement agencies).

AUTHORITY FOR MAINTENANCE OF THE SYSTEM:

Federal Trade Commission Act, 15 U.S.C. 41 et seq.; section 5 of the Identity Theft and Assumption Deterrence Act of 1998 (ITADA), 18 U.S.C. 1028 note.

PURPOSE(S):

To maintain records of complaints and inquiries from individual consumers; to track and respond to such communications (e.g., providing information to consumers over the phone or fulfilling requests by consumers to be mailed copies of FTC publications); identify consumer problems and issues that may lead to law enforcement investigations, litigation, or other proceedings; to be used in and made part of the records of such proceedings, or to be referred to other person, entities, or authorities, where appropriate, covered by other Privacy Act system of records notices; and to provide statistical data on the number and types of complaints or other communications received by the FTC. Also, to satisfy the requirement of the ITADA that the FTC compile and refer ID theft complaints to "appropriate entities," and to provide useful information that may contribute to regulation and oversight of institutions and systems that play a role in or are affected by fraudulent business practices or identity theft.

ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND THE PURPOSES OF SUCH USES:

(1) Consumer complaints can be disclosed to the subject of the complaint for purposes of attempting to resolve the complaint;

(2) ID theft complaints also can be disclosed to the three major national credit reporting agencies and other appropriate entities to fulfill the requirements of section 5 of the ITADA; and

(3) Contact data for non-FTC users of this system (e.g., staff of authorized law enforcement agencies) can be shared among such users or with others within or outside the FTC to enable them to communicate with one another.

See Appendix I for other ways that the Privacy Act allows the FTC to use or disclose system records outside the agency.

DISCLOSURE TO CONSUMER REPORTING AGENCIES:

Identity theft complaints may be referred to consumer reporting agencies, as authorized by the ITADA. Disclosure of system records is also authorized under 5 U.S.C. 552a(b)(12) when trying to collect a claim of the Government. See Appendix I.

POLICIES AND PRACTICES FOR STORING, RETRIEVING, ACCESSING, RETAINING, AND DISPOSING OF RECORDS IN THE SYSTEM:

STORAGE:

Communications are received from consumers in a variety of paper and electronic formats (e.g., by letter, e-mail, Web-based form, facsimile, telephone, TTY). The FTC maintains a Consumer Response Center, which can be reached through a toll-free telephone numbers, for the collection of complaints from consumers. Communications referred to the FTC from other sources (e.g., other law enforcement agencies, private consumer protection organizations) may also be provided to the FTC in paper or electronic format (e.g., by letter, e-mail, CD-ROM, disk drive). Data from such communications are entered into a structured electronic database maintained by a contractor on the agency's behalf, and accessible by Web-based interface to FTC staff, contractors, and other authorized users (e.g., law enforcement partners) subject to strict access and security controls (see "Safeguards" below).

RETRIEVABILITY:

Records may be retrieved and indexed by any category of data that is submitted by consumers or otherwise compiled in association with such records (e.g., name, subject of the complaint).

SAFEGUARDS:

The system can currently be accessed by FTC staff, contractors, and other system users, such as authorized law enforcement agency personnel. This access occurs via a Web-based interface and is authorized only on a need-to-know basis to those individuals and organizations requiring access. Contractors and other non-FTC users must sign confidentiality and nondisclosure agreements, and, in some cases, are required to undergo additional security clearance procedures. Letters or other system records in paper format are maintained in lockable rooms and cabinets. Access to the electronic database requires users to have the correct "user ID" and password combination, individual security token code, and Internet protocol ("IP") address for the user's law enforcement agency. The system database is maintained on secure servers, protected by firewalls, access and usage logs, and other security controls. Servers are maintained in a secure physical environment, including building locks, security guards, and cameras.

RETENTION AND DISPOSAL:

Records are retained and destroyed in accordance with schedules and procedures issued or approved by the National Archives and Records Administration.

SYSTEM MANAGER(S) AND ADDRESS:

Assistant Director, Division of Planning and Information, Bureau of Consumer Protection, Federal Trade Commission, 600 Pennsylvania Avenue, NW., Washington, DC 20580.

NOTIFICATION PROCEDURE; RECORD ACCESS PROCEDURES; AND CONTESTING RECORD PROCEDURES:

See Appendix II. Individuals who call the FTC's Consumer Response Center can also use their FTC reference number to identify complaints they have previously submitted in order to update them.

RECORD SOURCE CATEGORIES:

Consumers and entities who communicate with the FTC; FTC staff and contractors; other law enforcement agencies and non-FTC organizations.

EXEMPTIONS CLAIMED FOR THE SYSTEM:

None.



# Federal Trade Commission
# First Amended Statement of Work for:

## Consumer Information System
## Consumer Response Center
## National Do Not Call Registry

# TABLE OF CONTENTS

C.1      GENERAL INFORMATION ...................................................................... 1
  C.1.1      Introduction ............................................................................ 1
  C.1.2      Background ............................................................................. 1
    C.1.2.1    Federal Trade Commission .................................................... 1
    C.1.2.2    Bureau of Consumer Protection ............................................. 2
    C.1.2.3    Consumer Information System ............................................... 2
    C.1.2.4    Relevant CIS System Components or Ancillary Systems ........... 3
      C.1.2.4.1    Consumer Sentinel Data Mart ......................................... 3
      C.1.2.4.2    Online Complaint Forms ................................................ 3
      C.1.2.4.3    Consumer Sentinel Network ............................................ 4
        C.1.2.4.3.1    Consumer Sentinel ................................................... 4
        C.1.2.4.3.2    Identity Theft Data Clearinghouse ............................... 5
        C.1.2.4.3.3    Consumer Planet Sentinel (econsumer.gov) .................. 6
        C.1.2.4.3.4    Military Sentinel .................................................... 6
        C.1.2.4.3.5    National Do Not Call Registry ................................... 6
        C.1.2.4.3.6    Crosswalks ........................................................... 7
      C.1.2.4.4    CIS Users ................................................................ 7
        C.1.2.4.4.1    FTC Users ........................................................... 7
        C.1.2.4.4.2    External Users ...................................................... 10
  C.1.3      Scope of Work ......................................................................... 12
    C.1.3.1    Work Volume Impact ........................................................... 12
  C.1.4      Period of Performance .............................................................. 13
  C.1.5      Transition and Start Up ............................................................. 13
  C.1.6      Contractor Personnel ................................................................ 13
    C.1.6.1    Contract Manager ............................................................... 13
    C.1.6.2    Key Personnel .................................................................... 14
    C.1.6.3    Contractor Personnel ........................................................... 14
    C.1.6.4    Additional Clearance Requirements for Contractor Personnel ...... 15
      C.1.6.4.1    Nondisclosure Agreement .............................................. 15
      C.1.6.4.2    Replacement Contractor Personnel .................................. 15
      C.1.6.4.3    Successor Contractors ................................................. 15
      C.1.6.4.4    Renewal of Suitability Determination ............................... 16
      C.1.6.4.5    FTC Identification Card/Building Pass .............................. 16
  C.1.7      Third-party Requests for Access to Records ................................... 16
  C.1.8      Quality Control ....................................................................... 16
    C.1.8.1    Description of the Inspection System ...................................... 17
    C.1.8.2    Description of the Methods ................................................... 17
    C.1.8.3    Description of the Records .................................................... 17
  C.1.9      Quality Assurance .................................................................... 17
    C.1.9.1    Evaluation of Contractor's Performance .................................. 17
    C.1.9.2    Performance Evaluation Meetings ........................................... 18
  C.1.10     System and Data Ownership ....................................................... 18
  C.1.11     Compliance with Applicable Laws and Regulations ......................... 18
  C.1.12     Information and Physical Security ................................................ 20

i

C.1.12.1    Information Security ................................................................. 20
C.1.12.2    Physical Security...................................................................... 23
C.1.13    Contingency/Disaster Recovery.................................................. 24
C.1.13.1    Program Operations Recovery ................................................ 24
C.1.13.2    Data Recovery ........................................................................ 24
C.1.13.3    Voice Recovery........................................................................ 25
C.1.13.4    Notification Process ................................................................ 25
C.1.14    Privacy Act of 1974 ................................................................... 25
C.1.14.1    Privacy Act System of Records: CIS ....................................... 26
C.1.14.2    Privacy Act System of Records: DNC...................................... 26
C.1.14.3    Privacy Act System of Records: Identity Theft ....................... 26
C.1.14.4    Privacy Act Requirements for Systems of Records Designed,
Developed or Operated by the Contractor ........................................................ 27
C.1.14.5    Additional Privacy Act Requirements for IT Service or IT Support
Service Contracts ............................................................................................. 28
C.1.14.6    EGOV Requirements for Privacy Policies and Privacy Impact
Statements (PIA's) ........................................................................................... 30
C.1.14.7    Year 2000 Compliance ........................................................... 30
C.1.15    Hours of Operation ................................................................... 30
C.1.16    Records ..................................................................................... 31
C.1.17    Compliance with Section 508 of the Rehabilitation Act of 1973 ................. 31
C.1.18    Project Plan .............................................................................. 31
C.2    DEFINITIONS AND ACRONYMS ................................................... 31
C.2.1    Definitions.................................................................................. 31
C.2.2    Acronyms.................................................................................... 32
C.3    GOVERNMENT FURNISHED ITEMS ............................................. 33
C.3.1    Websites...................................................................................... 33
C.3.2    Telephone Numbers .................................................................... 34
C.3.3    Translations for Complaint Forms ............................................. 34
C.3.4    Materials and Publications......................................................... 34
C.3.5    Training....................................................................................... 35
C.3.6    Cash Management System .......................................................... 35
C.4    CONTRACTOR FURNISHED ITEMS AND SERVICES ................. 35
C.5    SPECIFIC TASKS............................................................................. 35
C.5.1    General Information.................................................................... 35
C.5.2    Continuous Improvement............................................................ 35
C.5.3    Web Based Architecture ............................................................. 36
C.5.4    FTC Review of Websites, Online Forms and Other Deliverables................ 36
C.5.5    Compatible Browsers.................................................................. 36
C.5.6    User Administration.................................................................... 36
C.5.7    Machine Readable Privacy Policies............................................ 36
C.5.8    Section 508 Toggle Capability.................................................... 37
C.5.9    Task One: Collect, Process and Store Consumer Data ............... 37
C.5.9.1    Sub Task 1.1: Integrate Data Currently in CIS/CSDM.............. 37
C.5.9.2    Sub Task 1.2: Integrate DNC Complaints ................................. 37

CISADMINRECORD-00039

C.5.9.3    Sub Task 1.3: Collect and Process Consumer Data via Integration with
Contact Center CRM Application.................................................................................. 37
   C.5.9.3.1    Permit Access by Call Center Information Specialists...................... 37
   C.5.9.3.2    Insertion of Records.......................................................................... 38
   C.5.9.3.3    Update of Records.............................................................................. 38
   C.5.9.3.4    Integration ......................................................................................... 38
C.5.9.4    Sub Task 1.4: Import Records from External Data Contributors ............ 38
   C.5.9.4.1    Contributor Data Formats and Record Forms.................................... 39
   C.5.9.4.2    Map Contributor Data to FTC Fields................................................. 39
   C.5.9.4.3    Secure Website for Data Transfer...................................................... 39
      C.5.9.4.3.1    User Administration for Data Contributors................................. 39
   C.5.9.4.4    Quality Assurance of Import Data by FTC......................................... 40
   C.5.9.4.5    Upload Contributor Records into the Database ................................. 40
   C.5.9.4.6    Retention of Records.......................................................................... 40
C.5.9.5    Sub Task 1.5: Maintain Consumer Information in a Database................. 40
   C.5.9.5.1    Minimum System Generated Data...................................................... 40
   C.5.9.5.2    Retention of Data ............................................................................... 40
C.5.9.6    Sub Task 1.6: Add, Modify or Delete Values........................................... 41
C.5.10    Task Two: Law Enforcement Access to the Consumer Data ....................... 41
  C.5.10.1    Sub Task 2.1: Permit Web Access by Authorized Law Enforcement
Users and Other Data Receivers ................................................................................ 41
   C.5.10.1.1    User Administration ......................................................................... 41
      C.5.10.1.1.1    FTC Staff.................................................................................... 41
      C.5.10.1.1.2    Law Enforcement Users ............................................................. 41
      C.5.10.1.1.3    Data Receivers (Bulk Data Exports) ......................................... 42
      C.5.10.1.1.4    Access rights .............................................................................. 42
      C.5.10.1.1.5    Unlock Accounts ....................................................................... 42
   C.5.10.1.2    Integrate Current FTC and Law Enforcement Users ....................... 42
   C.5.10.1.3    Website Landing Pages .................................................................... 42
  C.5.10.2    Sub Task 2.2: Provide Law Enforcement Constrained Access to
Retrieve Data ............................................................................................................. 43
   C.5.10.2.1    Data Sources..................................................................................... 43
   C.5.10.2.2    Provide Access to DNC Registry Data ............................................ 43
   C.5.10.2.3    Query Attributes............................................................................... 43
   C.5.10.2.4    "Quick" Search................................................................................. 44
   C.5.10.2.5    Scheduled Searches .......................................................................... 44
   C.5.10.2.6    Query Results – Summary View....................................................... 44
   C.5.10.2.7    Query Results – Detailed Record View ........................................... 45
   C.5.10.2.8    Save Query Results .......................................................................... 45
   C.5.10.2.9    Improvement of Data Quality for Extraction ................................... 45
   C.5.10.2.10    Audit and Logging ......................................................................... 46
   C.5.10.2.11    Data Extraction (Following Query)............................................... 46
   C.5.10.2.12    Provide "Alert" Functionality ...................................................... 46
      C.5.10.2.12.1    Ownership of Alerts ................................................................ 46
      C.5.10.2.12.2    Search Alerts ........................................................................... 46
      C.5.10.2.12.3    Alert Expiration....................................................................... 46

CISADMINRECORD-00040

C.5.10.2.13    Provide Parameterized Reports ........................................................ 46
C.5.10.2.14    Training Environment ...................................................................... 47
C.5.10.3      Sub Task 2.3: Provide Direct Access to the Database for Reporting
Tools        47
C.5.10.4      Sub Task 2.4: Bulk Data Exports ........................................................ 47
C.5.10.4.1    Methods of Data Transfer .................................................................. 48
C.5.10.4.2    Redacted Fields in Data Export ......................................................... 48
C.5.10.4.3    Retention of Data ............................................................................. 48
C.5.10.5      Sub Task 2.5: Securely Exchange Data with Law Enforcement
Networks     48
C.5.10.6      Sub Task 2.6: Additional Web Pages for Reference Materials ............ 48
C.5.10.6.1    Content Management ........................................................................ 49
C.5.10.7      Sub Task 2.7: Customer Support for FTC, Law Enforcement and Data
Receivers    49
C.5.10.7.1    Tutorial ........................................................................................... 49
C.5.10.7.2    Online help ...................................................................................... 49
C.5.10.7.3    Requests for Customer Service .......................................................... 49
C.5.10.7.3.1    Channels of Communication ......................................................... 50
C.5.10.7.3.2    Escalation of Requests ................................................................. 50
C.5.10.7.3.3    Records of Requests for Assistance ............................................... 50
C.5.10.7.3.4    2005 Data re Requests for Customer Service ................................. 50
C.5.11        Task Three: Reports ......................................................................... 50
C.5.11.1      Other Reports .................................................................................. 52
C.6      PROJECT PHASES AND INTERIM WORK PRODUCTS ............................. 52
C.6.1        Project Planning Phase ....................................................................... 52
C.6.2        Discovery Phase ................................................................................. 53
C.6.3        Design Phase ..................................................................................... 53
C.6.4        Test Phase ......................................................................................... 53
C.6.5        Implementation Phase ........................................................................ 53

CISADMINRECORD-00041

**CIS SOW Technical Exhibits**

| | |
|---|---|
| CIS TE 1 | Consumer Sentinel Network User Application |
| CIS TE 2A | CIS Statspack Report |
| CIS TE 2B | CSDM Statspack Report |
| CIS TE 3 | Online Identity Theft Complaint Report (future) |
| CIS TE 4 | CIS and CSDM user account information |
| CIS TE 4A | VeriSign certificates |
| CIS TE 5 | Non Disclosure Agreement |
| CIS TE 6 | Office of Management and Budget Memorandum (OMB) M-06-16 |
| CIS TE 7A | FTC Enterprise Database Security Policy |
| CIS TE 7B | FTC Sensitive Information Handling Policy |
| CIS TE 7C | FTC Enterprise Encryption Policy |
| CIS TE 7D | FTC Server Security Policy |
| CIS TE 7E | FTC Password Policy |
| CIS TE 7F | FTC IT Audit Policy |
| CIS TE 7G | FTC System Security Certification and Accreditation Policy |
| CIS TE 8A | Current general complaint web form |
| CIS TE 8B | Current Spanish-language general complaint web form |
| CIS TE 8C | Current Military Sentinel general complaint web form |
| CIS TE 8D | Current econsumer.gov complaint web form (English) |
| CIS TE 8E | Current IDT complaint web form |
| CIS TE 8F | Current Spanish-language IDT complaint web form |
| CIS TE 8G | Current Military Sentinel IDT complaint web form |
| CIS TE 9A | Records received by category (2003 – 2006) |
| CIS TE 9B | CIS Stats (2003 – 2006) |
| CIS TE 10A | Background on current crosswalks |
| CIS TE 10B | Georgia Governor's Office/NW3C Complaint Transfer Diagram |
| CIS TE 10C | Georgia Governor's Office/NW3C Complaint Transfer Narrative |
| CIS TE 11 | 2005 Requests for Assistance re CIS/Consumer Sentinel |
| CIS TE 12 | CIS Architecture (Nov. 8, 2005) |
| CIS TE 13 | IDT Architecture (Sept. 2005) |
| CIS TE 14 | CIS user session information |
| CIS TE 15 | FTC server architecture |
| CIS TE 16 | IDT Data Dictionary |
| CIS TE 17 | CIS Database Overview (including database tables) |
| CIS TE 18 | CIS System Users |
| CIS TE 19 | CIS Architecture Diagram (2) |
| CIS TE 20 | DNC Architecture Diagram |
| CIS TE 21 | CIS/IDT/DNC Complaint Data Flow |
| CIS TE 22 | Consumer Sentinel GPRA stats (Sept. 2006) |
| CIS TE 23 | Consumer Sentinel member agencies (2002 – 2006) |
| CIS TE 24 | List of Consumer Sentinel Network Member Agencies (Oct. 10, 2006) |
| CIS TE 25A | IDT Associated Institution Data Flow |
| CIS TE 25B | IDT Credit Bureau Institution Data Flow |
| CIS TE 25C | Business Rules for CRA (IDT) Complaint Calls |

CISADMINRECORD-00042

CIS TE 25D   Business Rules for IDT Request for Information Calls
CIS TE 26    List of CIS product/service codes

CISADMINRECORD-00043

**Note: Parts C.1 through C.4 of the CIS Statement of Work (SOW) apply to the Consumer Response Center SOW and the Do Not Call SOW as well.**

# C.1 GENERAL INFORMATION

## C.1.1 Introduction

This requirement is for performance-based technical services to build and operate a storehouse of consumer data relating to the Federal Trade Commission's (FTC) consumer protection mission. The contractor is required to perform the following specific tasks:

- Gathering, processing, updating and housing consumer information about instances of business practices related to fraud, financial loss, deceptive practices, identity theft, and National Do Not Call (DNC) Registry violations. This information may be collected directly by the FTC's call center and web based complaint forms, as well as indirectly through data imports from other organizations.

- Providing the FTC, as well as local, state, and federal and international law enforcement agencies, with access to the consumer information through queries and ad hoc reporting tools.

The contractor shall perform the following specific tasks pursuant to the corresponding Statement(s) of Work (SOW):

- Consumer Response Center (CRC) SOW: The contractor shall gather, process and update consumer information via call center services and web based complaint forms. The contractor also shall provide FTC consumer education materials to the public.

- National Do Not Call Registry (DNC) SOW: The contractor shall develop, implement and operate a national do not call registry that will permit United States consumers to register their preference not to receive telemarketing calls at the registered telephone numbers. The initial database build will be based on existing data in the registry. The specific tasks in the DNC (Option 2) SOW are divided into four main parts: consumer registration; telemarketer and seller access; law enforcement access; and consumer complaint processing.

## C.1.2 Background[1]

## C.1.2.1     Federal Trade Commission

The FTC is the primary federal agency with broad jurisdiction to enhance consumer welfare in virtually all sectors of the economy. The FTC enforces the laws that prohibit

---

[1] The information presented in the "Background" section, including descriptions of the manner in which the current data collection and analysis system works, is for factual and historical purposes only. Other than stated in the Specific Tasks section, the FTC is in no way requiring that the system to be developed and provided by the contractor shall operate in the same manner.

CISADMINRECORD-00044

business practices that are anticompetitive, deceptive, and unfair to consumers. The agency also promotes informed consumer choice and public understanding of the competitive process. The FTC's work is critical in protecting and strengthening free and open markets in the United States and the global marketplace.

The FTC has two law enforcement bureaus, Consumer Protection and Competition, supported by the Bureau of Economics and regional and mission support offices.

## C.1.2.2    Bureau of Consumer Protection

The Bureau of Consumer Protection (BCP) enforces a variety of consumer protection laws. Its law enforcement-related activities include consumer complaint collection and analysis, individual company and industry-wide investigations, administrative and federal court litigation, rulemaking proceedings, and consumer and business education. One consumer protection initiative by the FTC includes amendments to its Telemarketing Sales Rule (TSR). A core component of the TSR amendments required implementation of the National Do Not Call (DNC) Registry, which has significantly impacted the Bureau's law enforcement activities.

## C.1.2.3    Consumer Information System

BCP uses the Consumer Information System (CIS) as the primary system to collect, analyze, extract, distribute, and archive/purge data relating to its mission. In addition to recording instances of business practices related to fraud, financial loss, identity theft, and DNC complaints, CIS also facilitates consumer requests for educational material. As of September 25, 2006, CIS contained approximately 6.07 million records.

As a central repository for this data, CIS is a powerful crime-fighting data source, much of which is available to the federal, state, and local, as well as international, law enforcement community. In addition, CIS data is used to identify and track trends and potential problems affecting the marketplace.

CIS interconnects several applications within the FTC. One of these applications, the Consumer Sentinel Network, currently serves more than 9,000 law enforcement users across the world. These applications, comprised of secure restricted websites which permit limited access to CIS, provide users with integrated access to the worldwide justice network of about 1,600 law enforcement agencies (for a list of current Consumer Sentinel Network member agencies, see CIS Technical Exhibit 24). Through this network, federal, state, local, and international law enforcement and justice agencies have access to a comprehensive set of consumer protection-related complaints.

The majority of the records in CIS are received by the FTC's Consumer Response Center (CRC) through two toll-free telephone numbers, online complaint forms, and mail. These records include consumer complaints and requests for information. Other public and private entities share consumer complaint data with the FTC, which is entered into CIS.

CISADMINRECORD-00045

Currently, the CIS database is maintained at the FTC's Headquarters building. The sizes of the CIS and related Consumer Sentinel Data Mart (CSDM) are 47G and 60G, respectively, for data and index (actual used) content space. These figures do not include ancillary space needed to house the application. CIS and CSDM transaction times, sample searches, and related data are in CIS Technical Exhibit 2.

CIS currently stores complaints in English, Spanish, French, and German. All content is stored as it is entered - not translated to a common searchable text (i.e., English). Since foreign language content has been a very small percentage of the content currently stored in CIS, the FTC has not addressed the use of desktop language kits, client fonts or browser parameter recommendations.

## C.1.2.4      Relevant CIS System Components or Ancillary Systems

### C.1.2.4.1          Consumer Sentinel Data Mart

The Consumer Sentinel Data Mart (CSDM) was designed and developed to improve performance of the CIS applications. By separating ad-hoc and long-running queries from the CIS transaction database, the Data Mart is the query and reporting repository for the Consumer Sentinel Network (see description below). The CSDM also houses the DNC consumer complaints. The purpose of the CSDM is to store information in a manner optimized for reporting (output, queries) as opposed to transactions (input from CRC, Internet or data from external contributors). The contractor does NOT need to follow the example of using a separate data warehouse.

### C.1.2.4.2          Online Complaint Forms

The FTC operates several public websites where consumers can lodge general consumer and identity theft complaints, obtain educational materials, and view trends in fraud and identity theft. General consumer and identity theft complaint forms are available in English and Spanish. The public websites through which the FTC collects online complaints that are entered into CIS are:

- The FTC's primary website at www.ftc.gov for general and identity theft complaints;

- The FTC's Spanish language website at www.ftc.gov/espanol for general and identity theft complaints in Spanish;

- The Consumer Sentinel public website (www.consumer.gov/sentinel) for consumer complaints;

- The IDT website (www.consumer.gov/idtheft) for identity theft complaints;

- The econsumer.gov website (www.econsumer.gov) for complaints relating to cross-border e-commerce fraud (which provides online complaint forms in English, Spanish, French, and German (the FTC also will provide Japanese and Polish translations and the contractor will create the complaint forms in these languages);

3

CISADMINRECORD-00046

- The Military Sentinel public website (www.consumer.gov/military), for complaints from service members, their families, and DOD civilians. In addition to the standard information collected on the FTC's other online complaint forms, the complaint forms on Military Sentinel allow consumers to identify their service branch, status, posting and pay grade; and

- The Do Not Call website (www.donotcall.gov) for complaints related to violations of the TSR and the DNC Registry (as explained in more detail below, these complaints are collected by the DNC vendor and transferred to CIS).

### C.1.2.4.3        Consumer Sentinel Network

The Consumer Sentinel Network (CSN) is a series of interconnected web based applications, or portals, through which external users (and internal FTC users) can access various subsets of complaint records in CIS. These applications include: Consumer Sentinel, the Identity Theft Data Clearinghouse, Consumer Planet Sentinel, and Military Sentinel. (In-depth descriptions of each are in the following sections.) External users have access <u>only</u> to the Consumer Sentinel Network and not directly into CIS.

#### C.1.2.4.3.1        <u>Consumer Sentinel</u>

The purpose of Consumer Sentinel (CS) is to collect and share information about consumer fraud, identity theft and DNC with law enforcement agencies. CS is accessible free of charge to local, state and federal law enforcement agencies ("members") in the United States, Canada and Australia. Individual users access CS through a secure, password-protected website. Depending on their privileges, they then can search millions of fraud, identity theft and DNC complaints. (This represents a subset of the records in CIS.) Search criteria includes, among other things, company or suspect name, address, telephone number, consumer location, or type of scam or identity theft.

In implementing a solution, the contractor should expect that CS users will be able to search through ALL non-identity theft (general) records, as opposed to only those complaints categorized as fraud.

In addition to searching for complaints, CS has a variety of tools to aid users. These tools include:

1. An "alert" function that allows users to flag companies, suspects and identity theft victims that are part of an investigation in order to inform other law enforcers using CS.

2. An "auto query" function that will periodically scan the database for new complaints relating to the user's interest and notify the user via email if it finds any new complaints meeting their criteria.

3. Top violators reports that allow users to identify companies or individuals receiving the most complaints.

4

4.    Consumer fraud and identity theft trend reports prepared by FTC data analysts.

5.    An index of taped, allegedly fraudulent telemarketing sales pitches available from the National Tape Library.

6.    A list of all registered CS users with contact information.

7.    Contact lists for regional and cross-border fraud and identity theft law enforcers.

8.    A library of reference materials and website links, how-to manuals for investigating different types of fraud, and periodicals.

9.    The ability to add complaints on behalf of consumer fraud and identity theft victims. These complaints are then entered into CIS.

C.1.2.4.3.2            Identity Theft Data Clearinghouse

The Identity Theft Data Clearinghouse is the nation's repository of identity theft complaints. Users access the Clearinghouse through CS. Accordingly, users conduct searches of the Clearinghouse in the same manner as on CS. As of September 25, 2006, there were about 1.19 million identity theft complaints accessible through the Clearinghouse.

Currently, the data in the Clearinghouse is available to all domestic law enforcement agencies that have signed an appropriate agreement with the FTC. Eligible Canadian law enforcement members may view a subset of the IDT complaints. No other foreign law enforcement agency may view the IDT complaints; however, this may change in the future.

As part of the President's Identity Theft Task Force Summary of Interim Recommendations (http://www.ftc.gov/os/2006/09/060916interimrecommend.pdf), the FTC, with support from Task Force members, has developed a universal police report/identity theft complaint. Identity theft victims can complete the complaint online, print it, and take it to a local law enforcement agency for verification and incorporation into the police department's report system.

For the future, the FTC envisions that in law enforcement agencies that are Consumer Sentinel Network members, an officer will call up the complaint, stored in CIS. The officer will interview the victim to verify information. If the information in the report is verified, the officer will complete online the law enforcement authentication portion of the report (e.g., department name, local incident report number, etc.) and send it back to the database via the secure data transfer architecture. The officer then will print out a copy of the IDT report for the victim with law enforcement authentication information.

For law enforcement agencies that are NOT Consumer Sentinel Network members, the FTC is researching methods to facilitate this process by securely connecting to a law enforcement data transfer network(s).

CISADMINRECORD-00048

C.1.2.4.3.3          Consumer Planet Sentinel (econsumer.gov)

The Consumer Sentinel Network also houses Consumer Planet Sentinel (CPS). CPS membership is open to government agencies in those countries that belong to the International Consumer Protection and Enforcement Network. CPS is part of econsumer.gov (www.econsumer.gov), an international project focusing on cross-border e-commerce fraud. Like the Consumer Sentinel public website, econsumer.gov offers cross-border consumer protection information and an online complaint form. All information on econsumer.gov, including the complaint form, is available in English, Spanish, French, and German (the FTC anticipates Japanese and Polish language versions as part of this contract, and possibly other languages as well).

Cross-border e-commerce complaints received from consumers through the econsumer.gov complaint form are entered into CIS. CPS members can access only the econsumer.gov complaints through a secure, password-protected website. The FTC desires to provide CPS users with the same functions available to CS users (e.g., alert, auto-query, etc.).

C.1.2.4.3.4          Military Sentinel

Military Sentinel, which was launched in September 2002, is a joint initiative of the FTC and the Department of Defense (DOD) to identify and target consumer protection issues for service members, their families and DOD civilians. Military Sentinel also provides a gateway to consumer education materials covering a wide range of consumer protection issues. Information from complaints entered through Military Sentinel helps target law enforcement actions and consumer education initiatives.

The complaint forms on Military Sentinel allow consumers to identify their service branch, status, posting and rank. General and identity theft complaints entered into Military Sentinel go directly into CIS, and are accessible by users through CS and the Identity Theft Data Clearinghouse. Also, fraud complaints submitted through Military Sentinel's public website are accessible by DOD consumer education staffers through a restricted, password-protected website (also called Military Sentinel), although consumers' personal identifying information (e.g., name, address, telephone number) is not displayed. The FTC desires to provide Military Sentinel users with the same functions available to CS users (e.g., alert, auto-query, etc.).

C.1.2.4.3.5          National Do Not Call Registry

In October 2003, the FTC implemented the DNC Registry. The registry is a central database of telephone numbers of consumers who choose not to receive telemarketing calls. Consumers are able to register either online or by telephone. The TSR requires that telemarketers search the registry every 31 days and delete (or "scrub") from their call lists phone numbers that are on the registry. Since inception, there are over 132 million telephone numbers have been registered.

Consumers who receive telemarketing calls after they have registered their telephone numbers are able to lodge complaints either online or by telephone. These complaints are

CISADMINRECORD-00049

entered into CIS and accessible through CS. As of September 25, 2006, there are about 2.37 million DNC complaints in the Consumer Sentinel Data Mart (DNC complaints are loaded directly into the CSDM; they are not loaded into CIS.)

The FTC has contracted with AT&T Government Solutions, Inc. to implement and maintain the consumer and telemarketer registries, and to receive consumer complaints. AT&T transmits all consumer complaint information to the FTC for storage in CIS via XML utilizing a web services approach on two redundant private T-1's. However, the consumer and telemarketer registries remain housed in AT&T databases. Both are accessible by CS users through Consumer Sentinel.

C.1.2.4.3.6          Crosswalks

In FTC parlance, a "crosswalk" provides mechanisms to upload bulk complaints into CIS (also called imports), request bulk downloads of complaints (also called exports), and administer the quality assurance (QA), scheduling, logging, and notification aspects of the process.

CIS currently receives batch data content from various other government and private entities. Data format is determined in agreement with the contributing organization. The FTC does not mandate a specific data format. The FTC maps the external format to CIS attributes. The external source may or may not provide all of the CIS attributes, and several of the contributor's internal codes must be translated to matching CIS internal codes.

For general complaints, the FTC utilizes the crosswalk service (an application built on J2EE and WebServices). The crosswalk service provides a means to QA the data before it goes into the database. XML is used throughout to describe the complaint data and the system data, such as logs, preferences, etc. The crosswalk service also facilitates bulk exports of general complaints for the credit reporting agencies. Other bulk general complaint exports require ITM support using SQL queries.

For import of identity theft complaints, the FTC uses a random structure of batch processes and desktop initiation from ITM administrators. Export of identity theft complaints requires ITM support using SQL queries.

**C.1.2.4.4          CIS Users**

C.1.2.4.4.1          FTC Users

Within the FTC, there are about 600 CIS user accounts. This number includes personnel who work for the CRC external call center vendor (see below for description). The total figure does not include the Office of Information and Technology Management (ITM) staffers responsible for maintaining the software applications and databases. The groups that comprise the FTC users include:

- **Consumer Response Center (CRC):** The CRC information specialists use CIS for the following purposes: enter and update fraud, identity theft and all other consumer

7

CISADMINRECORD-00050

complaints received by phone, mail and online; respond to requests for information (on consumer fraud and identity theft, other areas of law within the FTC's jurisdiction, and brochures); enter and process inquiries from law enforcement and businesses; and enter general comments. When required, the contact center vendor sends a response to a consumer's complaint that includes a letter or a letter and educational brochures. These responses are currently fulfilled by the vendor from a remote location separate from the contact center.

The bulk of the complaints relating to unfair, deceptive, or fraudulent business practices are received from telephone contacts through the Commission's general consumer help line (1-877-FTC-HELP), which is currently operated by a contractor, Lockheed Martin Aspen Systems, Inc. This help line is configured to allow calls from within the United States, Canada, Puerto Rico, U.S. Virgin Islands, and other territories. Similar complaints are received via postal mail and Internet submissions from FTC operated websites (See: www.consumer.gov/sentinel; www.ftc.gov). The contractor information specialists enter the information provided by the consumers into CIS through a connection with the FTC's designated database manager. The information specialists also may respond to these contacts by preparing acknowledgment letters using pre-approved responses. Currently, there are approximately 17,000 weekly contacts for FTC-HELP via all channels.

The FTC also collects information about consumer complaints relating to identity theft. Information regarding this comes primarily from a dedicated telephone number (1-877-IDTHEFT), which was established when Congress passed the Identity Theft and Assumption Deterrence Act (ID Theft Act) in October 1998. This legislation requires the FTC to maintain a log of complaints received from identity theft victims, provide the victims with assistance and educational materials, and refer the complaints, in appropriate cases, to law enforcement authorities. BCP receives additional IDT data from written materials submitted by postal mail or through Internet submissions from FTC operated websites. The IDT data is entered into CIS. IDT volume currently is approximately 19,000 contacts via phone, online complaint forms, and mail per week.

Additionally, the FTC receives numerous complaints or inquiries concerning matters that are not within the jurisdiction of the FTC. Such requests are classified as "out - of-scope contacts." The contact center is required to record these contacts and refer them to the appropriate agencies for response.

In addition to the services provided by the contractor, the FTC also operates an internal Consumer Response Center (CRC), currently staffed by approximately 15 FTC employees. The CRC manages, processes, and redirects to the call center, the mail complaints that are then entered into CIS. Mail requests for brochures are handled by the CRC. Staff also reviews CIS and IDT electronic complaints before they are processed by the call center. The CRC also responds to questions received on the Commission's local business phone line, provides publications, brochures, and other written information to consumers and businesses, processes investigative

8

CISADMINRECORD-00051

matters, supports law enforcement efforts, and provides assistance to phone counselors as needed. The FTC intends to continue to process at least a portion of the Internet communications received. The balance of these contacts may be referred to the contact center vendor for processing.

The FTC's in-house CRC staff performs quality assurance on the information entered into CIS by the contact center vendor. Also, in-house CRC staff preview online complaints and remove duplicates prior to processing by the contact center vendor. CRC staff also assist in cleaning up the database. In addition, FTC investigators in the in-house CRC use both CIS and CS to analyze complaint trends to identify companies requiring further investigation. Using other resources, the investigators develop preliminary investigative reports regarding consumer fraud scams. These leads are then sent to BCP law enforcement divisions and the FTC's regional offices.

Occasionally, employees at the CRC are asked to answer consumer calls on a temporary basis for some special purpose. Some of these special purposes range from active participation in certain law enforcement actions, active marketing of a toll-free telephone number or receipt of telephone calls about a specific topic. When situations warrant, the FTC may request the contact center contractor to reroute calls from the contractor operated center to the CRC for response. The anticipated volume and duration of such rerouting will be specified by FTC. CRC staff will need to be able to have calls escalated to them from the contact center or transfer calls to the call center as needed. The contact center must have the capacity to send and receive calls to and from CRC staff.

The offsite Lockheed Martin contact center accesses the database over a frame relay. Form files are stored at the call center to minimize calls to the database. Further, new records requiring a written response or brochure are duplicated in a CIS table which is shared with the call center, over the frame relay, and imported by the call center into their database for order fulfillment. The vendor also provides FTC staff access to a real time and call review application for QA purposes. This application allows the reviewer to view and listen to calls as they are being taken or that have been recorded recently.

- **FTC Consumer Protection Law Enforcement Staff:** The BCP and the FTC's regional offices are responsible for investigating and litigating cases involving fraudulent, deceptive and unfair practices. These investigators, paralegals, and attorneys conduct searches in CIS to identify targets and gather additional complaint information about suspects. CIS assists staffers in locating fraud victims, and they may use actual complaints or complaint counts to support litigation. BCP and the regional offices also use the alert and auto query tools, reports, telemarketing tapes and library. Occasionally, these staffers use CS to enter complaints on behalf of consumers.

- **FTC Office of General Counsel:** The Office of General Counsel responds to Freedom of Information Act (FOIA) requests. FOIA requests require searches on

CISADMINRECORD-00052

CIS for complaints. If responsive complaints exist, all consumer personal identifying information must be redacted before the complaints can be released to the requestor.

- **BCP Data analysts**: The data analysts are responsible for analyzing information captured in fraud, identity theft and other (e.g., privacy-related) complaints in CIS, synthesize the information to identify trends and target suspect entities and individuals, and validate the results. The reports are prepared for the FTC, other law enforcement agencies, the media, members of Congress, and the public.

   As an example, each year the data analysts compile statistical data for the Consumer Fraud and Identity Theft Complaint Report (http://www.consumer.gov/sentinel/pubs/Top10Fraud2005.pdf), which is one of the FTC's most comprehensive studies. The report represents detailed analyses of the various categories of information captured in consumer complaints, and the graphic display of these analyses.

   In producing the reports, the data analysts use Business Objects to analyze the data in CIS (other BCP and regional office users also have access to, and use, Business Objects to report on CIS data). They validate the results using the Oracle search engine in CIS. The data is presented in various formats (e.g., PowerPoint, Business Objects reports, Excel, pdf files, Word and WordPerfect files) using graphics, charts and/or text.

   The analysts also assist in transferring crosswalk data received from external contributors into CIS. In addition, the analysts assist in clean-up of data stored in CIS, including eliminating duplicate records. They also help develop canned and ad hoc reports available to users on the Consumer Sentinel Network.

- **FTC Consumer Sentinel Team**: The Sentinel team currently is responsible for issuing CS Network user names and passwords. Also, they perform customer service for users, including training users to do searches and use system tools, troubleshooting access and systemic problems, conducting searches on behalf of users, and administering the content of the websites. The CS team participates in development of new features and functions on the CS Network. In managing the CS Network, the team works closely with both the software development and operational branches of ITM.

C.1.2.4.4.2          External Users

Through the CS Network, external users search on subsets of records in CIS. Access to the CS Network is restricted to local, state and federal domestic and foreign civil and criminal law enforcement agencies. Each agency (in the case of certain agencies, it may be a unit within it (e.g., fraud unit, inspector general) must sign a Consumer Sentinel Network Confidentiality Agreement. The Confidentiality Agreement is an agency-to-agency agreement. The agreement defines the CS Network access privileges and confidentiality rules.

CISADMINRECORD-00053

Each individual CS Network user completes a one page application for access to the CS Network secure website. The information on the application is used to create an account for each individual Sentinel user. Each user receives a unique user ID and password.

In addition, each user must register for a VeriSign digital PKI certificate. The CS team reviews and approves the requests for certificates. Once issued, the certificate aids in authenticating the user for access to the secure CS Network website.[2]

- **Consumer Sentinel Members:** As of October 2006, CS had about 1,600 local, state and federal domestic, Canadian and Australian law enforcement member agencies. Law enforcers use CS search functions, alert and auto query tools, top violator lists and trend reports to identify fraud patterns and target suspect companies and individuals. CS users also enter complaints into CIS through the forms available on CS and the Clearinghouse. Most CS users have access to identity theft complaints. Certain domestic, Canadian and all Australian agencies do not have access to identity theft complaints. Currently, CS users are limited to searching for "fraud" complaints. It is anticipated that when the contractor's system is deployed, CS users will be able to search ALL CIS (non-identity theft) records.

- **Military Sentinel Members:** DOD non-law enforcement users mine complaints received through Military Sentinel to spot consumer fraud trends. They are then able to direct consumer protection materials to the correct service branch(es), installation(s) and personnel (by rank) based on the identified trends.

- **econsumer.gov/Consumer Planet Sentinel (CPS) Members:** These foreign government agencies use CPS in the same manner as CS users. They also add complaints to CIS through CPS. Currently, there are twenty-three (23) CPS member agencies.

- **External Data Contributors:** In addition to data entered into CIS by the CRC, the FTC receives complaint data from a broad array of public and private domestic and foreign organizations. Since 1997, users from about 40 CS Network members (including local, state, federal and international agencies) entered complaint data directly into CIS through their respective web applications.

   As previously discussed in the crosswalk section, other data contributors, including both CS members and non-CS entities, send complaints in other formats to be uploaded into CIS. The contributors' data transfers range from one complaint at a time up to tens of thousands of complaints. DPI maps data fields using contributors' data dictionaries.

---

[2] The VeriSign digital certificates have created a host of problems for CSN users due to the interaction between the certificates and member agency firewalls and network administration, as well as individual users' operating systems, web browser versions and web browser settings. The majority of CSN user customer support is dedicated to resolving certificate issues. The FTC is seeking alternatives to using these certificates commensurate with the sensitivity of the data and its security requirements.

CISADMINRECORD-00054

- **External Data Receivers:** A very small number of domestic Sentinel members and the credit reporting agencies receive periodic batched downloads of complaints. This information is transmitted via CD. The largest individual batches to date have been about 350,000 complaints. These members either add the data to their own databases or, in the case of the U.S. Secret Service, use analytical software to identify patterns and report the results to the FTC.

## C.1.3   Scope of Work

Except as specified in Section C.3 as government furnished property and services, the contractor shall provide all facilities, personnel, equipment, tools, materials, supervision and other items and services necessary to develop, implement and operate a system to store, analyze, extract, distribute, and archive/purge data relating to the FTC's consumer protection mission as defined in this SOW.

Under the CRC SOW, except as specified in Section C.3 as government furnished property and services, the contractor shall provide all facilities, personnel, equipment, tools, materials, supervision and other items and services necessary to develop and implement a system to collect data relating to the FTC's consumer protection mission and to establish a contractor-provided multi-channel contact center to support the operation of the programs described in this SOW.

Under the DNC SOW, except as specified in Section C.3 as government furnished property and services, the contractor shall provide all facilities, personnel, equipment, tools, materials, supervision and other items and services necessary to develop, implement and operate a national do not call registry as defined in this SOW.

The contractor must perform to the standards set forth in this contract. The estimated quantities of work are listed in the Technical Exhibits.

## C.1.3.1      Work Volume Impact

Actual work volumes may be greater than or less than the volumes incurred to date. The FTC will notify the contractor of any known, or anticipated, impact to work volumes. The FTC anticipates that the following events may have an impact on work volumes:

   a. The volume of telephone and email inquiries may increase as the FTC further promotes the help line and identity theft programs. The extent of the impact, however, is unknown at this time.

   b. The FTC sponsors and/or participates in certain campaigns to promote consumer awareness (e.g., National Consumer Protection Week). These campaigns may cause a surge in call volumes. The extent of the impact on the work volumes will vary with the nature and scope of the promotional campaigns.

   c. The FTC partners with law enforcement agencies, performing tasks that serve agency-specific programs on an as-needed basis (e.g., emergency response Hotline for Department of State).

CISADMINRECORD-00055

On special operations involving certain law enforcement actions, active marketing of a toll-free telephone number, or receipt of telephone calls about a specific topic, the FTC may reroute calls destined for the contractor operated center to the FTC CRC for response. The reroute of such calls will reduce the call volumes to the contractor provided contact center for the duration of the special operations. The extent of the volume reduction will vary with the nature and scope and duration of the special operations.

## C.1.4   Period of Performance

The period of performance of this SOW shall cover a transition and development period, a base performance period of one year, followed by four optional performance periods.

## C.1.5   Transition and Start Up

For any of the SOW's awarded to the contractor, the contractor shall not start work on these tasks until it receives written notification to do so from the contracting officer ("the notification date"). For all of the SOW's, the FTC anticipates no more than 90 days for full transition. During this period, the contractor shall work with the FTC to develop a sound project implementation plan. The contactor shall work with the FTC and, if applicable, the incumbent contractor(s) to facilitate a smooth and seamless transfer.

CIS SOW: The contractor shall develop and implement CIS by no later than April 1, 2008.

CRC SOW: The FTC expects the contractor to begin transition of call handling with an appropriate staffing plan at least 15 days prior to assuming full work. The current contact center contract expires on March 31, 2008.

DNC SOW: The contractor shall develop and implement all components of the SOW by no later than October 1, 2007. The current DNC contract expires September 30, 2007.

## C.1.6   Contractor Personnel

## C.1.6.1   Contract Manager

The contractor shall provide a contract manager who shall be responsible for the performance of the work. The name of this person, and an alternate or alternates who shall act for the contractor when the contract manager is absent, shall be designated in writing to the contracting officer. The FTC reserves the right to approve the contract manager. If the FTC determines that the contract manager is unacceptable, the contractor shall replace the contract manager within 30 days. The contract manager or alternate(s) shall have full authority to act for the contractor on all contract matters relating to the daily operation of this contract.

CISADMINRECORD-00056

The contract manager or alternate(s) shall be available Monday through Friday, except federal holidays, between 9:00 am and 8:00 pm Eastern time, within one hour of notification to meet or talk with FTC personnel designated by the Contracting Officer's Technical Representative (COTR). Outside of those days and hours, the contract manager or alternate(s) shall be available within four hours.

In the event the contract manager departs, the contractor shall provide immediate and complete mission and functional coverage until a replacement is available. A replacement is required within 30 days after departure of the contract manager. The contractor shall provide the FTC with the resume of the replacement. The contractor shall obtain the FTC's approval of the replacement contract manager.

## C.1.6.2    Key Personnel

In addition to the contract manager, the contractor shall designate key personnel. Key personnel are contractor employees with authority to act, make decisions, and commit contractor resources to accomplish the workload or resolve issues during normal and emergency situations. At least one member of the key personnel will be on-site at the FTC Headquarters building one to two business days each week. The contractor shall provide the contracting officer with a list of key personnel and alternate or back-up designations. The FTC reserves the right to approve all contractor key personnel. If the FTC determines that a key person is unacceptable, the contractor shall replace the key person within 30 days.

In the event of key personnel departures, the contractor shall provide immediate and complete mission and functional coverage until replacements are available. These replacements are required within 30 days after departure of the key personnel. The contractor shall obtain FTC approval of the replacement key personnel.

## C.1.6.3    Contractor Personnel

The contractor shall not employ any person who is an employee of the U.S. Government if employing that person would create a conflict of interest. Additionally, the contractor shall not employ any person who is an employee of the FTC unless such person receives FTC approval for such employment.

The contractor shall not employ persons to work on this contract if such applicant is a potential threat to the health, safety, security, general well being of other persons, or the operational mission of the FTC.

Pursuant to the CRC SOW, the contractor shall provide qualified personnel in sufficient quantities to perform the required tasks, including Consumer Information Specialists, project management, quality assurance, technical and support staff. The contractor shall ensure that the staff possesses the appropriate qualifications and skills required to perform the task and meet minimum qualifications and competencies. The FTC anticipates that up to fifteen percent (15%) of the telephone, internet and mail inquiries handled by the contractor will be in Spanish. The contractor shall provide sufficient

CISADMINRECORD-00057

consumer information specialists, supervisors, quality assurance and management personnel who are proficient in English and Spanish (orally, in writing, or both) to handle this anticipated workload. The contractor shall cross-train the contact center and support staff to ensure sufficient qualified support is provided at all times to each of the supported activities. All contact center staff shall be situated in contractor-provided facilities with restricted access.

The contractor shall be responsible for the ongoing training of its employees to properly perform the duties and procedures necessary to provide the services required under this task. The contractor shall provide training to all of its employees about security matters relating to CIS. As part of the training procedure, the contractor shall obtain, maintain, and provide to the COTR, upon request, a signed FTC Non Disclosure Agreement from each of its employees assigned to this contract. The contractor shall include the steps it proposes to use to implement such training in its training plan. All individuals employed or retained by the contractor to fulfill the positions or duties described in this task shall be approved by the COTR for access to the FTC database systems, as provided under the security clearance procedures set forth in this SOW.

## C.1.6.4   Additional Clearance Requirements for Contractor Personnel

### C.1.6.4.1        Nondisclosure Agreement

Each individual employed or otherwise retained by the contractor to fulfill the contract positions or duties shall complete a Nondisclosure Agreement, set forth in CIS Technical Exhibit 5, and submit such completed form to the COTR at least five working days before that individual may begin work or be given access to any agency records, data, or information in connection with this contract.

### C.1.6.4.2        Replacement Contractor Personnel

The contractor shall provide qualified replacements to the extent necessary to maintain performance under the contract. For example, pending resolution of any suitability issues, contractor personnel may be removed from contract duties; if such an individual is so removed, the contractor shall provide a qualified temporary replacement pending resolution of the suitability issue. The procedures set forth in this section shall apply to all individuals serving as replacement contractor personnel, who shall be required to submit all required forms within the time period(s) specified by these procedures, and shall agree to any resulting background investigations, before starting work or obtaining access to agency records, data, or information under the contract. Where appropriate, the FTC Security Officer may, in his/her discretion, waive these procedures in whole or part (see below, "Successor contractors").

### C.1.6.4.3        Successor Contractors

If the contractor is subsequently replaced under this contract by another contractor, through assignment of the contract or otherwise, all individuals employed, carried over, or otherwise retained by the successor contractor to fulfill the contract positions or duties

CISADMINRECORD-00058

shall be required to apply for and obtain suitability approval under the security procedures set forth in this section, regardless whether such individuals may have already obtained such approval when employed or otherwise retained by the previous contractor to fulfill the same or other contract position or duties. The FTC Security Officer, at his/her discretion, may waive this requirement, in whole or part, for any individual carried over from a previous contractor if the individual was determined suitable by the FTC within the last three years, or if the Security Officer otherwise determines that it is unnecessary for the individual to obtain a new suitability determination under these procedures.

**C.1.6.4.4          Renewal of Suitability Determination**

All individuals required to obtain a suitability determination under this contract shall obtain a new FTC suitability determination every five years; this requirement shall not be waived except in extraordinary circumstances, as determined by the FTC. Each such individual shall inform the FTC of changes in any information or documentation that was previously submitted by or on behalf of such individual to obtain clearance under this section. Failure to do so may result in immediate removal or disqualification of the individual from contract duties.

**C.1.6.4.5          FTC Identification Card/Building Pass.**

For contracts anticipated to exceed 30 days that require employees of the contractor to be present on a regular basis in any FTC building, the contractor shall, through coordination with the COTR, ensure that all such contractor personnel are issued FTC contractor identification cards/badges before they enter duty or have access to any agency records, data or information. The contractor shall ensure that its employees display their FTC contractor identification cards/badges at all times; and that all such cards/badges are returned to the COTR as contractor personnel are dismissed or terminated, and upon the expiration of the contract or applicable work order, whichever is earlier. All FTC contractor identification cards/badges shall have an expiration date of no more than one year from the issue date or from the contract expiration date, whichever period is shorter.

## C.1.7  Third-party Requests for Access to Records

In addition to the section entitled "Handling of third-party requests for access to records" in the document "FTC Clauses and Special Provisions Applicable to this Order," the contractor shall follow this guideline: All other types of voluntary or mandatory requests for access to materials, including inquiries from any media outlet, law enforcement, informant, other government agencies, cases of business-related identity theft, or Congress, except those requesting general information such as publications or brochures, shall be referred to the COTR for appropriate action within four hours of receipt.

## C.1.8  Quality Control

After contract award, the contractor shall implement and follow the Quality Control Plan(s) that it submitted as part of its proposal, and that were approved by the FTC. The

CISADMINRECORD-00059

minimum requirements for such plans are specified below in sections C.1.8.1, C.1.8.2, and C.1.8.3.

### C.1.8.1     Description of the Inspection System

A description of the inspection system that will be used to evaluate all services listed in CIS SOW Section C.5 (Specific Tasks), CRC SOW Opt. 1.3 (Specific Tasks) and DNC SOW Opt. 2.1 (Specific Tasks). This description shall include, at a minimum:

- Methods to measure actual performance against performance standards.

- Control and audit procedures to identify areas adversely affecting contract performance.

- An approach to continuously improve quality and timeliness.

- A problem identification and resolution process and a method for monitoring corrective action.

- A system for recording, computing, accumulating, maintaining, and providing access to performance measurement data so that the contractor and FTC can use it for analysis and decision making.

- A method to identify and resolve user complaints.

- A method to monitor the accuracy and completeness of the data in the system.

### C.1.8.2     Description of the Methods

A description of the methods to be used for identifying and preventing defects in the quality and timeliness of services performed.

### C.1.8.3     Description of the Records

A description of the records to be kept to document inspections and corrective or preventative actions taken by the contractor under its quality control plan. These records of inspections and actions taken shall be kept by the contractor and made available to the contracting officer upon request throughout the contract performance period and for the period after contract completion until the final settlement of any claims under this contract.

### C.1.9  Quality Assurance

### C.1.9.1     Evaluation of Contractor's Performance

As stated in each Performance Requirements Summary ("PRS"), the FTC will evaluate the contractor's performance under this contract. For those tasks listed in the PRS, the COTR or evaluators will follow the methods of surveillance specified in this contract.

17

The FTC will record all surveillance observations. When an observation indicates defective performance, the COTR will forward the observation to the contract manager or alternate(s), who shall initial the observation. The initialing of the observation does not necessarily constitute concurrence with the observation, only acknowledgment that he or she has been made aware of the defective performance. FTC surveillance of tasks not listed in the PRS or by methods other than those listed in the PRS may occur during the performance period of this contract. Such surveillance will be done according to standard inspection procedures or other contract provisions. Any action taken by the contracting officer as a result of surveillance will be in accordance with the terms of this contract.

Note that there is a separate PRS for each of the SOW's, and that the above paragraph is applicable to each PRS.

## C.1.9.2     Performance Evaluation Meetings

The contracting officer may require the contract manager to meet with FTC personnel as deemed necessary. The contractor may request a meeting with the contracting officer when he or she believes such a meeting is necessary. At a minimum, the contract manager and other key personnel, and contracting officer (or other FTC personnel, as deemed necessary) shall meet quarterly to discuss the ongoing operation of the contract. The contractor shall prepare written minutes of such meetings, which shall be recorded in the contract file. The contract manager and the contracting officer shall sign the minutes or provide in writing their nonconcurrence within five calendar days following receipt of the minutes.

## C.1.10 System and Data Ownership

During the performance of this contract, the contractor will create and maintain databases, information, and other materials that are used to support the various activities (e.g., customer service records, business rules, knowledge database, call flow diagrams, IVR scripts, FAQ, preformatted responses, business rules, training materials). The FTC retains ownership of all information resources: stored data, information, database structure, design and content of web pages, and other materials developed by the contractor in support of this contractor. The contractor shall retain ownership of the system (except for any items that may be furnished by the FTC), including all hardware and software. At the end of the performance period, all information resources developed in support of the contract shall be turned over to the FTC in its entirety.

## C.1.11 Compliance with Applicable Laws and Regulations

The contractor shall ensure that all systems and services provided to the FTC under this contract comply with all applicable laws, statutes, regulations, and guidelines that govern the operation of systems by the FTC. The contractor shall also ensure that all systems and services provided to the FTC under this contract comply with all FTC mandated procedures, standards, and requirements.

CISADMINRECORD-00061

As the FTC develops and implements new or modified policies and procedures either to comply with internal agency rules and procedures or to comply with applicable rules, regulations, statutes, or other binding obligations ("Additional Compliance Terms"), the FTC reserves the right to incorporate such Additional Compliance Terms into this Agreement. The contractor hereby acknowledges and agrees that such Additional Compliance Terms will become part of this contract. The FTC will provide the contractor with prior written notice regarding the date by which the contractor shall comply with each set of Additional Compliance Terms ("Compliance Date"). Failure to comply with the Additional Compliance Terms prior to the Compliance Date shall be cause for the FTC to immediately terminate this contract. In the event that the FTC terminates this contract because of the contractor's failure to comply with Additional Compliance Terms by the Compliance Date, the contractor shall be liable for such reasonable costs as may be associated with the FTC's efforts to procure a replacement contractor and associated systems and services.

The following is only a sample of some of the statutes, rules, regulations, and guidelines that the contractor shall comply with:

- Statutes. For example:
  - Federal Information Security Management Act of 2002 (FISMA), Pub. L. No. 107-296, Title X, §§ 1001 to 1006, 89 Stat. 26
  - Computer Security Act of 1987, Pub. L. No. 100-235, 101 Stat. 1724
  - Paperwork Reduction Act of 1995, 44 U.S.C. §§ 3501-3520 (2006)
  - Clinger-Cohen Act of 1996, Pub. L. No. 104-106, Divisions D and E, 110 Stat. 186
  - Government Paperwork Elimination Act, 44 U.S.C. § 3504 (2006)
  - Management of Federal Agency Receipts, Disbursements, and Operation of the Cash Management Improvements Fund, 31 C.F.R. Part 206\
  - E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899

- Circulars, Memos, and Guidelines published by the Office of Management and Budget (OMB). For example:
  - OMB Memo M-06-16
  - OMB Circular A-130
  - Government Performance and Results Act Guidance, OMB Circular A-11, Part 2

- Circulars, Memos, Guidelines, Reports, and Recommendations published by the Government Accountability Office (GAO). For example:
  - GAO/AIMD-00-33, *Information Security Risk Assessment: Practices of Leading Organizations*
  - GAO/AIMD-98-68, *Executive Guide – Information Security Management: Learning from Leading Organizations*

- Circulars, Memos, Guidelines, Reports, and Recommendations published by the National Institute of Standards and Technology (NIST). For example:

19

CISADMINRECORD-00062

- o NIST Special Publication 800-9, *Good Security Practices for Electronic Government*
- o NIST Special Publication 800-12, *An Introduction to Computer Security*
- o NIST Special Publication 800-14, *Generally Accepted Principals and Practices for Security Information Technology Systems*
- o NIST Special Publication 800-18, *Guide for Developing Security Plans for Information Technology Systems*
- o Federal Information Processing Standards – available at http://www.itl.nist.gov/fipspubs

## C.1.12 Information and Physical Security

## C.1.12.1    Information Security

The contractor shall comply with federal information systems security requirements as described by the National Institute of Standards and Technology (NIST) (see the Computer Security Resource Center website at www.csrc.nist.gov) and United States Office of Management and Budget Memorandum (OMB) M-06-16 (attached as CIS Technical Exhibit 6). The contractor shall comply with the FTC's specific guidelines pertaining to information systems security (CIS Technical Exhibits 7A – 7G: Enterprise Database Security Policy, Sensitive Information Handling Policy, Enterprise Encryption Policy, Server Security Policy, Password Policy, IT Audit Policy, and System Security Certification and Accreditation Policy).

The contractor shall provide protection for information and an information system that has been categorized in accordance with Federal Information Processing Standards Publication 199 as moderate impact. Authentication shall comply with that required for a system in which e-authentication assurance level "3" applies (see "E-Authentication Guidance for Federal Agencies" (OMB 04-04) and NIST Special Publication 800-63.) Authentication shall not be burdensome, and the contractor shall not develop a method of authentication that does not require users to download or install an application or file on their computers or networks.

In addition to the policies described above, adequate data protection includes the following discrete requirements, at a minimum:

- Encrypt all sensitive data in the database (at rest) and in transmission;

- Log all computer-readable data extracts and verify each extract, including whether sensitive data has been erased within 90 days or its use is still required (OMB Memo M-06-16);

- Allow remote access only with two-factor authentication where one of the factors is provided by a device separate from the computer gaining access (OMB Memo M-06-16);

CISADMINRECORD-00063

- Use a "time-out" function for remote access and mobile devices requiring user re-authentication after thirty minutes of inactivity (OMB Memo M-06-16);

- Allow entry into the systems only to authorized individuals and only during authorized times;

- Maintain a history of password changes over a specified amount of time, including changes and lost passwords, and preclude the consecutive use of the same password;

- Passwords shall be non printing and non displaying. The system shall: (1) allow for the establishment of a specified period for password expiration to provide changes on a regular basis; (2) prohibit the user from reusing recent passwords; and (3) permit periodic password change, at the option of the user, and mandatory password change, at the option of the system administrator after a specific period of time;

- Maintain an audit logging capability to record access activity including the user ID, time and date of use, type of transaction, all log in/log out attempts, user submitted transactions, initiated transactions, system override events, and direct additions, changes or deletions to application maintained data;

- Limit the capability to select functions (e.g., data entry), as well as have the capability to define functional access rights (e.g., to modules, transactions, approval authorities) and data access rights (e.g., record, create, read, update, and delete) by assigned user ID, functional role, and user group. User profiles can be accessed, deleted, modified or changed by the system administrator;

- Allow the system administrator to restrict access to sensitive data elements by named user, user groups, or functional role;

- Alert and record when invalid access attempted or when the user ID limit is exceeded;

- Lock all accounts after five consecutive failed login attempts. The account shall remain locked until a system administrator unlocks it;

- Ensure that all users have unique user ID's;

- Prevent users from simultaneous log-ins;

- Provide the ability for the FTC to query the audit log by type of access, date and time stamp range, user identification, user group, organization code, or access point;

- Internet and E-mail usage policy - Guidelines regarding appropriate Internet access and usage is implemented and enforced. Policies addressing access to and disclosure of electronic mail messages sent or received by employees using contractor's corporate email system shall also be implemented and enforced. Such guidelines will inform employees that their privacy does not extend to their use of contractor-provided equipment or supplies; and

21

CISADMINRECORD-00064

- Telecommunications systems - Provision of telecommunications security is sufficient to protect all incoming and outgoing calls and electronic contacts/responses, and all data collected from these activities, from unauthorized access or loss.

The systems and other electronic applications described in the SOW's shall be certified and accredited by the FTC Designated Approving Authority (DAA) prior to implementation.  The contractor is responsible for preparing all certification and accreditation (C&A) documents described in the FTC System Security Certification and Accreditation Policy, coordinating the submission of such documents with the DAA, and correcting any deficiencies identified in the C&A process until full accreditation from the DAA is obtained.

The contractor must also continuously monitor the system and services provided under this SOW to ensure the security of the system.  The contractor will provide the FTC with the following information:

- Incident and activity reports:
    - Immediate notice of any successful intrusions or exploits, along with any and all details regarding such incidents as the FTC may reasonably request;
    - Immediate notice of any hardware or software patches, along with any and all details regarding such patches as the FTC may reasonably request; and
    - Immediate notice of any hardware or software configuration changes, along with any and all details regarding such changes as the FTC may reasonably request.
- Monthly security report:
    - A checklist demonstrating compliance with applicable NIST standards and OMB Memorandum M-06-16, with detailed explanations for any noncompliance;
    - A checklist demonstrating compliance with applicable FTC guidelines found in CIS Technical Exhibits 7A – 7G, with detailed explanations for any noncompliance;
    - A checklist demonstrating compliance with the discrete requirements listed above, with detailed explanations for any noncompliance;
    - A detailed listing of the current patch level of all systems (including the availability of applicable patches and a schedule for when they will be applied);
    - A detailed explanation of any changes implemented to maintain compliance with the requirements in this section;
    - A detailed list of all attempted intrusions and exploits; and
    - A detailed hardware inventory and configuration.

**For any security problems, including breaches, the contractor shall immediately notify the COTR and the FTC Chief Security Officer.**

CISADMINRECORD-00065

## C.1.12.2    Physical Security

The contractor also shall be responsible for providing a physically secure facility for people, equipment, and documentation. All security requirements apply to the contractor facility, alternative facility, or any subcontractor facilities. When designing physical security measures, the contractor shall address factors including, but not limited to:

- Controlled access - All personnel who enter the facility shall be issued a badge or identification card. Employees have a permanent badge and approved visitors receive a temporary badge. In general, facility access is limited to: contractor personnel performing work under contract; authorized Government personnel; maintenance personnel or suppliers performing upkeep or repair of facilities or equipment; customer personnel visiting the site on official business; and personnel as approved jointly by the contractor and the FTC. The contractor must obtain FTC approval prior to granting either current or potential customers access to areas where FTC work is performed. Terminated employees shall have their badges removed and their accounts deactivated and/or deleted from any system access immediately upon termination. Proof of such removal shall be documented by the contractor and made available to the FTC upon request.

- Data and telecommunications center - The primary data and telecommunications center is secured through the use of key-code access with entrance granted only to those requiring access to this area on a regular basis to perform their normal job functions or who are escorted as in the case of visitors or technicians.

- Confidential information - Subsequent to the award of each contract, the FTC will provide the contractor with a listing of items it deems confidential in nature. Examples of such data include, but are not limited to, consumer names, addresses, and social security numbers. The contractor shall implement appropriate security measures to ensure such data is safeguarded in a manner consistent with those employed by the FTC. Examples of data security include locked file storage, confidentiality stamping, restricted system access, data encryption, restricted print options, and disposal by shredding.

- Proper notification – The contractor shall report all attempts made, whether successful or not, to breach the physical security of the facilities or primary data centers where the work is performed, or any related telecommunications and information systems that support each task. The contractor shall adhere to applicable agency IT Incidence Handling Procedures for reporting these intrusions, including escalation to Department of Homeland Security FedCIRC if necessary. **Such reports shall be made to the Government as soon as possible and in no event more than 24 hours after discovery of the incident.** In rare instances, the contractor may receive calls that threaten the well being of the Government and/or other personnel or property. The contractor shall ensure that procedures are in place to report the calls immediately to the appropriate law enforcement agency(ies) and the FTC.

23

CISADMINRECORD-00066

The contractor shall provide the FTC with monthly status reports summarizing any attempted intrusions or exploits, along with all details regarding such incidents as the FTC may reasonably request.

## C.1.13 Contingency/Disaster Recovery

The contractor shall develop and implement contingency/disaster recovery plans and procedures to address continuity of operations in the event of a shutdown or lapse in service for any reason. For outages that are not caused by a major disaster (e.g., system failure, network outage) the plans and procedures shall ensure that all attended and unattended services are restored to pre-outage performance levels by the contractor within four hours after report or discovery of the outage. For outages that are caused by a major disaster (e.g., tornado, hurricane, flooding), the plans and procedures shall ensure that all unattended services (e.g., websites, IVR, Hosted FAQ Service, Email Routing) be restored by the contractor to pre-outage performance levels within four hours after report or discovery of outage, and all attended services (e.g., inquiry response support, transcription, fulfillment) be restored by the contractor to pre-outage performance levels within 96 hours after report or discovery of outage. The contractor is responsible for restoring the services to their primary service location(s) upon correction of the outage problem.

All contingency/disaster recovery plans and procedures shall comply with the physical and information security guidelines outlined in the preceding section.

### C.1.13.1    Program Operations Recovery

In the event of periodic or catastrophic failures that restrict or terminate program operations, the design of CIS and, if applicable, the contact center infrastructure, the communications network servicing the FTC, and the National Do Not Call Registry, shall include sufficient redundancy to allow normal business operations to continue with minimal disruption and inconvenience to customers for all access channels.

### C.1.13.2    Data Recovery

When designing disaster recovery plans for data recovery, the contractor shall address factors including, but not limited to:

Backup routines - The ease and frequency of which backup routines are conducted and the ability to backup data on remote servers/processors.

Effectiveness - The degree to which data can be compressed for backup purposes and the ability to perform unattended backups on high-density/high-capacity storage devices.

Operational impact - The time that is required to complete backups and the need to remove users from the system to conduct backup routines.

Data integrity - The methods of maintaining data integrity so that completed transactions are not lost due to outages, system failures, etc. In long-running transactions, such as

24

when an information specialist needs to navigate several screens of data entry, there should be interim checkpoints that save the transaction so that it may be re-entered from the last checkpoint if the transaction was not completed prior to the failure.

Data recovery - The methods of restoring data from backup in the event of a failure (e.g., commercial power failure, system or hardware failures).

Simulated tests - Regularly scheduled simulated tests shall be conducted for purposes of preparing the staff and assessing the plan's viability.

### C.1.13.3    Voice Recovery

When designing disaster recovery plans for the communications network, the contractor shall address factors including, but not limited to:

Network routing - If an individual facility should become inaccessible, a sufficient communications network shall be in place to allow for forwarding of customer calls to one or more alternate facilities. If the outage is brief, the network shall resume normal call routing as soon as the primary facility is operational again.

Operational impact - Documented policies shall exist for assuming workload from an incapacitated facility for immediate, short-term, and long-term relief.

Simulated tests - Regularly scheduled simulated tests shall be conducted for purposes of preparing the staff and assessing the plan's viability.

### C.1.13.4    Notification Process

The contractor shall implement procedures for communicating to the COTR or alternate disaster-related issues that inhibit system or contact center operations. Such procedure shall include an escalation process defining various stages of issue severity and the notification level appropriate to each.

### C.1.14 Privacy Act of 1974

When an agency is acquiring information technology, the FAR provides generally that the agency must specify appropriate information security policies and requirements to be followed by the contractor. See 48 C.F.R. (FAR) 39.101(d). Such policies and requirements are set out throughout this document. See, e.g., section C.1.12 (Information and Physical Security). In addition, when a contract will include the design, development or operation of systems of agency records within the meaning of the Privacy Act of 1974 (5 U.S.C. 552a), as in this case, the FAR also requires that the contract specifically address protection of privacy in accordance with that Act and corresponding FAR provisions. See FAR 39.105 (privacy) and FAR Part 24 (protection of privacy and Freedom of Information Act).

CISADMINRECORD-00068

### C.1.14.1    Privacy Act System of Records: CIS

The Privacy Act system of records corresponding to CIS records is currently designated FTC-IV-1 (Correspondence Control System—FTC), http://www.ftc.gov/foia/sysnot/iv-1.pdf (CRC or CIS "system notice"), which may be legally amended at any time by the FTC without prior notice or approval of the contractor. The contractor understands and agrees that records collected, maintained, and retrieved about individuals within the meaning of the Act by the contractor for the FTC in the CIS system shall be subject to the Privacy Act requirements of this contract, whether or not those records are specifically described or enumerated in the above-cited system notice, as modified or superseded at any time.

Specifically, CIS contains consumers' personal information, which may include: first and last name; street address; city; state; zip code; email address; date of birth or age range; and telephone number(s).  For two categories of complaints – identity theft-related complaints and complaints related to the accuracy of the consumer's credit report – CIS permits consumers to provide a Social Security number. CIS also collects and maintains the subject matter of consumers' complaints (a 2,000-character free text "comments" field) – which may contain additional sensitive personally identifiable information or sensitive health information - and information regarding the companies, entities, or individuals about which the consumer is complaining.

### C.1.14.2    Privacy Act System of Records: DNC

The Privacy Act system of records corresponding to DNC records is currently designated FTC-IV-3 (National Do Not Call Registry System–FTC), www.ftc.gov/foia/031103privactDNC.pdf (DNC "system notice"), which may be legally amended at any time by the FTC without prior notice or approval of the contractor. The contractor understands and agrees that records collected, maintained, and retrieved about individuals within the meaning of the Act by the contractor for the FTC in the DNC system shall be subject to the Privacy Act requirements of this contract, whether or not they are specifically described or enumerated in the above system notice, as modified or superseded at any time.

Specifically, the DNC registry contains consumer telephone numbers obtained through the registration process. As part of the telemarketer subscription process, individual name, social security number, and credit information may be obtained.  As part of the DNC complaint process, these records may contain personally identifiable information.

### C.1.14.3    Privacy Act System of Records: Identity Theft

The Privacy Act system of records corresponding to identity theft (IDT) records is currently designated FTC-IV-2 (Identity Theft Complaint Management System-FTC), http://www.ftc.gov/foia/031103privact1974.pdf (IDT "system notice"), which may be legally amended at any time by the FTC without prior notice or approval of the contractor.  The contractor understands and agrees that records collected, maintained, and retrieved about individuals within the meaning of the Act by the contractor for the FTC in

CISADMINRECORD-00069

the IDT system shall be subject to the Privacy Act requirements of this contract, whether or not those records are specifically described or enumerated in the above-cited system notice, as modified or superseded at any time.

Specifically, the IDT system contains individuals' (victims, suspects, and persons reporting on behalf of victims) personal information, which may include: first and last name, address, telephone number, fax number, date of birth, social security number, credit card numbers, e-mail address, and other personal information extracted or summarized from the individual's complaint. The IDT system also collects and maintains the subject matter of victims' complaints (currently, a 2,000-character free text "comments" field) which may contain additional sensitive personally identifiable information or sensitive health information.

### C.1.14.4     Privacy Act Requirements for Systems of Records Designed, Developed or Operated by the Contractor

The contractor shall comply with FAR 52.224-1 (Privacy Act notification) and 52.224-2 (Privacy Act), which are incorporated by reference here and elsewhere in this document. The latter FAR clause explicitly requires that the contractor comply with the Privacy Act and all implementing agency rules and regulations.

For purposes of this contract, such Privacy Act rules and regulations shall include, but are not limited, to FTC Operating Manual, ch. 15.10 (Privacy Act procedures), available online at: http://www.ftc.gov/foia/ch15confidentialityandaccess.pdf, and shall also include compliance with any other agency policies, procedures, or changes that may be developed or issued to the FTC's own employees, consultants, or contractors during the performance of this contract. In addition, applicable Privacy Act rules and regulations shall include, but not be limited to, the FTC's Rules of Practice, particularly Rule 4.13 (Privacy Act), 16 C.F.R. 4.13, and any applicable Privacy Act guidance issued by the OMB (e.g., OMB Circular A-130, Appendix I).

The contractor shall pay particular attention to the Act's requirements for verifying identity, purpose, and authority of the requester before any disclosure of system records, accounting (tracking) of disclosures, protecting the security and integrity of system records from threats and hazards (see below), and providing Privacy Act notices to individuals, the text of which shall be supplied by the FTC, when collecting information from such individuals, whether in writing (e.g., notice included on paper or electronic forms used to collect complaints or other data from individuals, etc.) or orally (e.g., recorded or live oral notice given over the telephone to individual callers).

Certain Privacy Act responsibilities, such as the publication of system notices in the Federal Register, shall not be the contractor's responsibility. As explained elsewhere in this document, with respect to disclosure of system records, **neither the contractor nor its employees or agents, as explained elsewhere in this document, shall have any duty or authority to disclose system records unless expressly authorized by the contract and/or approved by the appropriate designated FTC officials or employees.** Should the contractor need clarification of any of the agency's Privacy Act rules and

CISADMINRECORD-00070

regulations, the contractor, unless otherwise provided in the contract, shall consult with the COTR, who shall make best efforts to obtain such clarification from FTC legal counsel or other appropriate individual(s). To comply with the Act, the contractor shall also be required to provide sufficient system data, at no additional cost, to the FTC in formats to be specified by the FTC, for the agency to fulfill its own reporting or other compliance, monitoring, or accounting duties under the Act. The cost of complying with these requirements shall be included in the total contract price and shall be borne exclusively by the contractor.

### C.1.14.5   Additional Privacy Act Requirements for IT Service or IT Support Service Contracts

To the extent this contract shall be for the design, development, or operation of a Privacy Act system of records using commercial information technology services or information technology support services, the following additional provisions shall also apply, see FAR 39.105:

(a) Agency rules of conduct that the contractor and the contractor's employees shall be required to follow: These rules of conduct include, but are not limited to: FTC and other rules, regulations, and policies noted above relating to the Privacy Act; other FTC relevant internal privacy and/or information technology policies or guidance; any policies or guidance implementing FISMA, Homeland Security, and NIST information security requirements or guidance; and the applicable privacy policies and privacy impact assessments posted on the FTC's Web sites pursuant to the EGOV Act of 2002. Copies or links to such information shall be provided upon request. To the extent that such information is publicly available, the agency's delay or failure, if any, to provide requested copies or links shall not excuse the Contractor's delay or failure, if any, to comply.

(b) Anticipated threats and hazards that the contractor must guard against: In accordance with NIST Federal Information Processing Standards (FIPS) Publication 199, the agency has categorized CIS, IDT, DNC, and the information contained therein, as "moderate impact" system[s] in terms of risk. They also have been designated as "major applications" in accordance with OMB A-130. Threats and hazards to CIS, IDT and DNC system records include, but are not limited to: unauthorized access, disclosure, alteration or removal by contractor employees or others; pretexting (i.e., internal or external attempts to obtain unauthorized access through methods designed to evade required identity verification procedures); malicious viruses, spyware, phishing, cookies or similar threats where records are maintained, retrieved, or transmitted or otherwise managed through online methods (e.g., access or dissemination through Web sites or servers) or in whole or part through online communications (e.g., e-mails or electronic file exchanges between contractor and consumers or other individuals regarding system records); improper commingling; accidental or willful destruction; temporary or permanent loss or impairment of information collection or access to records in the event of electrical, software, or other system failure or catastrophic event, etc.; vulnerabilities, if any, in processes for remote physical, logical or electronic access or transfer (e.g., Web-

CISADMINRECORD-00071

based access to DNC records by telemarketers, etc.).  **NOTE: The preceding list is not exhaustive.** The contractor is expected to follow applicable requirements and industry best practices, as also described elsewhere in this document, to anticipate, identify, and implement reasonable safeguards against threats and hazards to system records.  As provided in FAR 52.239-1 (Privacy or Security Safeguards), which is incorporated by reference, if new or unanticipated threats or hazards are discovered by either the FTC or the contractor, or if existing safeguards have ceased to function, the discoverer shall immediately bring the situation to the attention of the other party.

(c) Safeguards that the contractor must specifically provide: The contractor is required to provide all safeguards described elsewhere in this document to protect the security and integrity of the relevant system and records contained therein.  To the extent not otherwise specified or required in this document, the contractor's proposal shall including a completed Self-Assessment Questionnaire under applicable NIST standards.  See NIST Draft SP 800-26, Revision 1, *Guide for Information Security Program Assessments and System Reporting Form,* [Reference questionnaire format to be used in http://csrc.nist.gov/publications/drafts/Draft-sp800-26Rev1.pdf] NIST 800-26 assesses information security assurance of the offeror's internal systems security.  This assessment is based on the Federal IT Security Assessment Framework and Draft NIST SP 800-53, Revision 1, *Recommended Security Controls for Federal Information Systems.* [Reference: http://csrc.nist.gov/publications/drafts/800-53-rev1-clean-sz.pdf. ] The contractor shall update this questionnaire annually following award in accordance with FISMA and OMB policy.  This questionnaire shall be subject to FTC approval.  Questionnaires deemed to be insufficient may be deemed non-responsive and may render the proposal ineligible for award.  Likewise, to the extent not otherwise specified or required in this document, the contractor's proposal must include a draft Information System Security Plan (ISSP) using the most current template in Appendix A of NIST SP 800-18, Revision 1, *Guide to Developing Security Plans for Federal Information Systems,* which is available at http://csrc.nist.gov/publications/nistpubs/800-18-Rev1/sp800-18-Rev1-final.pdf.  The draft ISSP must be commensurate with the size and complexity of the contract performance requirements.  This plan shall be subject to FTC approval for sufficiency and consistency with FISMA and other applicable laws, regulations and policies.  The contractor must update and resubmit its ISSP every three years following award or, in any event, when a major modification is made to the system.

(d) Requirements for a program of Government inspection during performance of the contract that will ensure the continued efficacy and efficiency of safeguards and the discovery and countering of new threats and hazards: To the extent not otherwise incorporated into this document elsewhere, FAR 52.239-1, Privacy or Security Safeguards, is hereby incorporated by reference.  This clause provides, among other things, that the contractor shall afford the FTC access to the contractor's facilities, installations, technical capabilities, operations, documentation, records, and databases to the extent required to carry out a program of inspection to safeguard against threats and hazards to the security, integrity, and confidentiality of data maintained on the FTC's behalf.  As noted earlier, this clause also requires notice of any new or unanticipated threats or hazards are discovered by either the FTC or the contractor, or

CISADMINRECORD-00072

if existing safeguards have ceased to function. The contractor's ISSP shall include reasonable procedures for ensuring the continued efficacy and efficiency of safeguards and the discovery and countering of new threats and hazards.

(e) To the extent not required by the monthly security report described in section C.1.12.1, the contractor shall provide a monthly report detailing compliance with subsections (a), (b) and (c) herein.

## C.1.14.6    EGOV Requirements for Privacy Policies and Privacy Impact Statements (PIA's)

The contractor shall be required to provide full and timely assistance to the FTC, including requested data, reports or other information in formats requested by the FTC, in the preparation of any required privacy policies for any websites relating to either the CIS, IDT or DNC systems and privacy impact statements for such systems, as required by section 208 of the EGOV Act of 2002. The contactor should review the relevant privacy policies and privacy impact statements posted on the FTC Web site as guidance in construing this requirement.  See, e.g.,
(http://www.ftc.gov/os/2004/11/041104coninfosysprivimpassess.pdf) (CIS PIA); http://www.ftc.gov/ftc/privacy.htm (FTC privacy policy, applicable to CIS and DNC).

## C.1.14.7    Year 2000 Compliance

To the extent that this contract will require the contractor to perform date/time processing involving dates subsequent to December 31, 1999, the contractor's information technology must be Year 2000 compliant.  See FAR 39.106.

## C.1.15 Hours of Operation

Except as otherwise set forth in this contract or for scheduled maintenance, the contractor shall take reasonable steps to ensure web based access to the system 24 hours per day, seven days per week, 52 weeks per year.  Scheduled maintenance shall be approved in advance by the COTR, and the contractor shall make every effort to minimize such maintenance to the least amount of time necessary and perform it during off-peak periods (i.e., minimal system usage).  For those tasks that may involve a live operator (e.g., CRC SOW), the contractor shall provide such service Monday through Friday, except federal holidays, between 9:00 am and 8:00 pm Eastern time.

Unless directed otherwise by the Government, the contractor shall provide an automated interactive voice response service to enable telephone callers to access information twenty-four hours a day, seven days a week (24 x 7) for each of the programs supported. The automated service shall provide an option for the callers to obtain live assistance from qualified contractor personnel during the hours between 9:00 am and 8:00 pm Eastern time, Monday to Friday, except federal holidays.

To accommodate callers who call just prior to the 8:00 pm closing time, the contractor shall make reasonable accommodation in extending the closing time of the center by a

30

few minutes to allow calls that have entered the normal business hour automated voice response service menu prior to the closing time to progress through to the contact center staff for assistance.

## C.1.16 Records

The contractor shall be responsible for creating, maintaining and disposing of only those government required records that are specifically listed in this SOW. If requested by the contracting officer or COTR, the contractor shall provide the original record, or a reproducible copy of such record, within three working days of receipt of the request.

## C.1.17 Compliance with Section 508 of the Rehabilitation Act of 1973

To the extent that this contract involves the development, procurement, maintenance or use of electronic and information technology by a federal agency, it is subject to the requirements of Section 508 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794d, and the disability access standards issued thereunder by the Architectural and Transportation Barriers Compliance Board ("Access Board"), 36 C.F.R. Part 1194. In particular, when members of the public seek information or services from a federal agency, Section 508 requires that the agency ensure that technology developed, procured, maintained or used by the agency allows individuals with disabilities to have access to and use of information and data that is comparable to the access and use provided to members of the public who are not individuals with disabilities, unless an undue burden would be imposed on the agency; in such cases, individuals with disabilities must be provided alternative means of access that allows them to use the information and data.

## C.1.18 Project Plan

As part of its solicitation, the contractor shall include preliminary project plans for each SOW. At a minimum, the project plans shall include a schedule for milestones. For the CIS SOW specifically, the project schedule shall outline the approximate timing for the phases detailed in section C.6.

# C.2 DEFINITIONS AND ACRONYMS

## C.2.1 Definitions

**Completed registration request**: Each successful integration into the national registry of all information provided by a consumer as set forth in DNC SOW, Sub Task 1-1, or each successful request by a consumer to remove a telephone number from the registry or re-register a telephone number, as set forth in the DNC SOW, Sub Task 1-4.

**Consumer Sentinel Data Mart**: A data warehouse of all records that are stored in the Consumer Information System that is used as the query and reporting repository for the Consumer Sentinel Network. The CSDM also houses the National Do Not Call Registry complaints.

31

CISADMINRECORD-00074

**Crosswalk:** Mechanisms to upload bulk complaints into CIS (also called imports), request bulk downloads of complaints (also called exports), and administer the quality assurance (QA), scheduling, logging, and notification aspects of the process.

**Defective service:** A service output that does not meet the standards of performance requirement specified in the contract for that service.

**Normal business hours:** 9:00 am to 8:00 pm Eastern time, Monday through Friday, 52 weeks per year, except for federal government holidays.

**Organization code:** The unique identifier of a Consumer Sentinel Network member, data contributor, or data receiver.

**Performance requirement:** The point that divides acceptable and unacceptable performance of a task according to the Inspection of Services clause. It is the maximum percentage of defective service that is acceptable.

**Reference number:** A unique system generated identification number.

**Valid processed call log records:** Each call log record that is included as part of a deliverable (or report) that is provided to the FTC pursuant to the DNC SOW, Task Six, Opt. 2.7, and which is accepted by the FTC.

**Valid processed contact center complaints:** Information provided by a consumer that is gathered by the contact center contractor pursuant to the CRC SOW, Sub Tasks 1.1 and Task 2, and successfully loaded into the CIS database.

**Valid processed DNC complaints:** Information, provided by a consumer indicating a problem concerning compliance with the FTC's do not call requirements of the Telemarketing Sales Rule, that is gathered by the contractor pursuant to the DNC SOW, Sub Task 4-1 and successfully loaded into the CIS database. The term does not include those contacts by a consumer which are determined to be invalid complaints, as outlined in the DNC SOW, paragraph Opt.2.5.1.1.

## C.2.2 Acronyms

| ACRONYMS | DEFINITIONS |
| --- | --- |
| BCP | Bureau of Consumer Protection |
| BO | Business Objects |
| CRC | Contact Center Services |
| CIS | Consumer Information System |
| CMS | (Congressional) Correspondence Management System |
| CO | Contracting Officer |
| COTR | Contracting Officer's Technical Representative |
| CPS | Consumer Planet Sentinel |
| CRC | Consumer Response Center |
| CS | Consumer Sentinel |

CISADMINRECORD-00075

| CSDM | Consumer Sentinel Data Mart |
|------|------------------------------|
| CSN | Consumer Sentinel Network |
| DNC | Do Not Call (National Do Not Call Registry) |
| DOD | Department of Defense |
| FAR | Federal Acquisition Regulations |
| FIPS | Federal Information Processing Standards |
| FISMA | Federal Information Security Management Act of 2002 |
| FOIA | Freedom of Information Act |
| FTC | Federal Trade Commission |
| IDT | Identity Theft |
| ITM | Office of Information and Technology Management |
| ISSP | Information System Security Plan |
| IVR | Interactive Voice Recognition |
| NIST | National Institute of Standards and Technology |
| NTL | National Tape Library |
| OMB | Executive Office of the President, Office of Management and Budget |
| PIA | Privacy Impact Assessment |
| PRS | Performance Requirements Summary |
| PWS | Performance Work Statement |
| QA | Quality Assurance |
| SOW | Statement of Work |
| TSR | Telemarketing Sales Rule |
| USPS | United States Postal Service |
| XML | Extensible Markup Language |

## C.3  GOVERNMENT FURNISHED ITEMS

The FTC will provide the services and materials listed in this section to the contractor for use in performing the requirements of this SOW.

### C.3.1  Websites

The FTC will provide the contractor with the URL(s) for the contractor's website(s) to be used for: (1) data contributor upload (CIS SOW Sub Task 1.4); (2) FTC and law enforcement access to the system (CIS SOW Task 2) (https://cs.sentinel.gov); and (3) data receiver bulk download (CIS SOW Sub Task 2.4).  (As stated later, the contractor may use the same website for all of these functions.)  The FTC also will provide the URL's for the contractor's websites for collecting consumer data (CRC SOW Sub Task 1.1).  In addition, the FTC will provide the contractor with the URL for the contractor's website to be used for consumer Internet registration requests (DNC SOW, Sub Task 1-1, Paragraph Opt.2.2.1.3) and consumer complaints (DNC SOW, Sub Task 4-1).  The URL to be used is www.donotcall.gov.

33

CISADMINRECORD-00076

### C.3.2  Telephone Numbers

The FTC will provide the contractor with the toll-free telephone number, but not the long distance service, to be used by CIS users for requests for customer service.  The telephone number is 877-701-9595.

The FTC also will provide the toll-free telephone numbers, but not the long distance services, for consumers to use.  The telephone numbers are 877-382-4357 (877-FTC-HELP), 877-438-4338 (877-ID-THEFT), 877-987-3728 (kNOw Fraud), and 866-653-4261 (hearing impaired (TTY)).  The contractor shall either, as an agent of the government, make use of FTS 2001 phone service or provide their own service at comparable pricing rates.

The FTC also will provide the contractor with the toll-free telephone numbers, but not the long distance service, to be used by consumers to access the national registry.  The telephone numbers are 1-888-382-1222 (voice), 1-800-382-1222 (voice), and 1-866-290-4236 (TTY).

### C.3.3  Translations for Complaint Forms

The FTC will provide the contractor with translations for the econsumer.gov complaint forms and update to those forms.  Currently, the FTC has translations in the following languages: French, German, Japanese, Polish, and Spanish (Japanese and Polish versions have not been deployed).

### C.3.4  Materials and Publications

The FTC will furnish pertinent information to the contractor for use in the performance of this task.  Examples of information that will be furnished include the following:

    a.  Initial content for knowledge database;
    b.  Federal statues, rules, and regulations enforced by the FTC;
    c.  Business rules, response formats, guidelines, and preformatted responses;
    d.  Existing IVR call flow and scripts;
    e.  Escalation procedures and guidelines;
    f.  FTC IT systems security policy and guidelines;
    g.  Reference materials;
    h.  Information packets, publications and forms for fulfillment; and
    i.  URL links to web based versions of FTC publications.

The contractor shall be responsible for inquiring before and throughout the life of the contract regarding any relevant changes in such materials.  For any materials to be distributed by the contractor to the public, the contractor shall be responsible for stocking adequate supply and submitting resupply requests on a timely basis to ensure continuous availability.

CISADMINRECORD-00077

### C.3.5  Training

The FTC will provide training in the statutes and rules administered by the agency, including Privacy Act requirements.  In addition, the FTC will provide update training and briefings on an as-needed basis.  The FTC shall provide initial training for contractor personnel before the contract start date. The FTC shall not be responsible for training after this initial training period except in cases where initiation of a new project is authorized by the COTR, or where changes in law or consumer education materials require training updates.

### C.3.6  Cash Management System

The FTC will provide the contractor, via the United States Treasury, with a cash management system for telemarketer user fee transactions. See DNC SOW, Sub Task 2-3, Paragraph Opt.2.3.3.1.

## C.4  CONTRACTOR FURNISHED ITEMS AND SERVICES

Except for those items specifically stated in section C.3 as government furnished, the contractor shall furnish everything needed to perform the requirement of this contract.  All items and facilities provided shall be located within the contiguous 48 states.  If the contractor requires FTC personnel for any system testing, the contractor shall provide facilities within the metropolitan Washington, D.C. area to do so.

## C.5  SPECIFIC TASKS

**Sections C.5.2 – C.5.8 are applicable to the CRC SOW and DNC SOW as well.  The remainder of this section (C.5.1 and C.5.9 – C.5.11) is applicable only to CIS.**

### C.5.1  General Information

The contractor shall develop, implement and operate a storehouse of consumer data relating to the FTC's consumer protection mission. The specific tasks in the CIS SOW are divided into three main parts: (1) collect, process and store consumer data; (2) provide web based access to the data for the FTC and law enforcement; and (3) provide reports.

### C.5.2  Continuous Improvement

The contractor shall implement a continuous improvement program to identify and implement improvements to the services, processes, and systems that are provided under this contract.  Improvements shall include modifications that improve the end-user experience, result in lower costs to the FTC, or result in increased operational efficiency. Improvements also shall include modifications necessitated by: (1) the incorporation into the contract of Additional Compliance Terms, as that term is defined in section C.1.11; (2) any new or substantially revised statue, rule, regulation or guidelines that were not reasonably anticipated with which the contractor must comply; (3) any significant

CISADMINRECORD-00078

changes to the information and physical security and Privacy Act of 1974 requirements as described in sections C.1.12 and C.1.14; (4) a significant increase in CIS concurrent users; (5) updates to and new versions of web browsers as referenced in section C.5.4; (6) any upgrades to Pay.gov, as described in Opt.2.3.3.7; and (7) as requested by the FTC, enhancements of functions, websites, online forms, graphic interfaces, tutorial tools, help systems, quality assurance systems, telecommunications tools and systems (including, but not limited to, IVR, AVR, TTS, voice recognition service, etc.), and reporting requirements not already included in the SOW. The contractor shall submit such improvements to the COTR for approval, prior to implementation. In the event that the FTC does not approve of a particular improvement, then that improvement will not be implemented by the contractor. Payment for the implementation of these improvements is described in the Performance Requirements Summary for each SOW.

### C.5.3  Web Based Architecture

The contractor shall develop and provide a system that utilizes web-based best practices and industry standards.

### C.5.4  FTC Review of Websites, Online Forms and Other Deliverables

All websites, online forms, function screens (e.g., query, reports, etc.), tutorial tools, IVR scripts and recordings, and help systems shall be submitted for FTC review, feedback and approval of design, content and functionality.

### C.5.5  Compatible Browsers

For all web based features, the system shall be compatible with and have complete functionality using the latest version of the industry standard browsers and two previous versions (e.g., Firefox, Internet Explorer, and Netscape).

### C.5.6  User Administration

The contractor shall provide a method to grant and terminate access to the system and assign, modify, and withdraw privileges to ensure that authorized users have secure, transparent, and reliable access to resources in accordance with FTC security policies. The COTR or person designated by the COTR will authorize access for individual users. The contractor shall provide each approved user with a unique user ID and password for access to the system. All account metadata shall be maintained indefinitely. However, accounts may be deactivated.

### C.5.7  Machine Readable Privacy Policies

The contractor shall make the Privacy Policies on the FTC's websites available in machine readable formats, in accordance with the Platform for Privacy Preference Project (P3P) standards.

CISADMINRECORD-00079

## C.5.8   Section 508 Toggle Capability

For all interfaces that are non-public (e.g., for law enforcement or the contact center counselors), the system shall have the capability to toggle section 508 compatibility functions on and off, depending on user preference. The default setting shall be for section 508 compatibility to be off. The capability to toggle on section 508 capability shall itself be apparent to disable users and section 508 compliant.

## C.5.9   Task One: Collect, Process and Store Consumer Data

The contractor shall develop and provide: (1) integration of data currently housed in CIS/CSDM; (2) integration of National Do Not Call Registry (DNC) complaints; (3) integration with the CRC call center contractor's customer relationship management (CRM) application; (4) a method to integrate consumer data from other organizations; (5) a database to maintain the consumer information; and (6) a method to update certain metadata values.

### C.5.9.1      Sub Task 1.1: Integrate Data Currently in CIS/CSDM

The contractor shall transfer and load records from the current CIS/CSDM into the new database. The transfer shall maintain the integrity of the data – no data may be lost, altered or added. All records shall maintain their CIS/CSDM unique reference numbers and original load date and, where applicable, time.

### C.5.9.2      Sub Task 1.2: Integrate DNC Complaints

The contractor shall develop and provide a system that automatically loads into the database consumer complaints transferred from the FTC's National Do Not Call Registry contractor. The DNC complaints will be transferred on a daily basis using XML and WSDL. The FTC will not perform QA on these complaints before they are loaded into the database.

All DNC complaints shall be assigned the "National Do Not Call Registry" product/service code and organization code. In addition, all DNC complaints shall have comments as provided by the FTC.

The contractor shall integrate the DNC complaints with the requirements under Task One.

### C.5.9.3      Sub Task 1.3: Collect and Process Consumer Data via Integration with Contact Center CRM Application

#### C.5.9.3.1        Permit Access by Call Center Information Specialists

The contractor shall develop and provide a system that permits secure remote access by contact center information specialists. Information specialists shall have access to complaints that were entered by the contact center or are web based complaints. The system shall be capable of handling up to 200 concurrent contact center users.

37

Currently, the contact center contractor runs the CIS application (Oracle database) from its own server. The FTC connects with the contact center utilizing a frame relay and transmits data through formatted messages using Oracle stored procedures.

When this contract is fully implemented, the FTC will no longer utilize a client-server application. The FTC envisions that the contractor's system eventually will need to communicate with a contact center data collection system or CRM through the use of XML and web services. Accordingly, the contractor shall ensure that its system is capable of connecting with a call center system based on a web service model.

If necessary, the system shall be capable of accepting user authentication credentials from a contact center CRM application. The system shall be capable of interoperating with a CRM application.

### C.5.9.3.2      Insertion of Records

All records received from the contact center shall be immediately inserted into the database. Upon record submission, a reference number shall be generated immediately and transmitted to the contact center. Each record shall contain the appropriate organization code, the user ID, the date and time that it was loaded into the database, and any other minimum system generated data. A detailed listing of the number of records inserted monthly by the contact center is attached as CRC SOW Technical Exhibit 1.

### C.5.9.3.3      Update of Records

The system shall permit contact center information specialists to retrieve and update any web based complaints, and records that previously were entered by the contact center. The contractor shall provide the contact center with one of the following: (1) search function described in Task Two; or (2) interoperability between the system and the contact center's CRM application search function. An updated record shall contain the date(s) and time(s) that it was modified, the data field(s) that were modified, the previous value(s) of modified data fields, and the user(s) who modified the record.

### C.5.9.3.4      Integration

The contractor shall determine how best to collect and process consumer data collected by the contact center.

## C.5.9.4      Sub Task 1.4: Import Records from External Data Contributors

The contractor shall develop and provide a system that will accept and integrate records from external contributors (crosswalks) and, when necessary, provide means for the FTC to QA the data before it goes into the database. Data on imported records is contained in CIS Technical Exhibits 9 and 10.

CISADMINRECORD-00081

**C.5.9.4.1          Contributor Data Formats and Record Forms**

Currently, the data from external contributors is formatted in the following ways: (1) parsed XML SOAP data transfers; (2) text file – comma delimited; (3) fixed format; and (4) MS Excel.  The system shall be capable of receiving data in these formats, as well as XML.

Currently, the contributors' data is received via email and CD.  The system shall be capable of receiving data by these methods of transmission, as well as through a web service (in either batched files or individually in real-time).

**C.5.9.4.2          Map Contributor Data to FTC Fields**

For new contributors, the FTC will provide the contractor with the initial mapping of the contributor's data to the FTC data fields and values.  The contractor shall be responsible for the technical mapping.  Likewise, when an existing contributor alters the format of its data, the FTC will revise the mapping accordingly, and the contractor shall provide the technical mapping.  All new and revised mappings shall be tested.  The contractor shall obtain the FTC's final approval of the mapping before loading data into the system.  (For any contributors providing data at the time of contract award, the FTC will provide its current crosswalk mappings.)

Where multiple contributors provide data in such a way that the same mapping can be used for each (e.g., identical data fields and identical values), the contractor shall treat the imports collectively as one initial import (e.g., currently, the Better Business Bureaus).  Each import using the same mapping thereafter shall be treated as a subsequent import.

**C.5.9.4.3          Secure Website for Data Transfer**

The contractor shall develop and provide a secure website that will permit data contributors to upload their mapped data in an asynchronous manner into a crosswalk queue for QA.  The contractor shall take into account that the speed of contributors' connections to the internet will vary.  All such contributors will have had their data mapped to FTC data fields and values pursuant to section C.5.9.4.2.  The website shall be password protected and accessible only by data contributors approved by the FTC.  The website can be the same one that law enforcement uses to access the Consumer Sentinel Network (https://cs.sentinel.gov) or the same one used by data receivers (see Sub Task 2.4).

Data contributors shall receive notification of successful data uploads into the crosswalk queue.

C.5.9.4.3.1          <u>User Administration for Data Contributors</u>

The FTC will approve data contributor organizations.  The COTR or person designated by the COTR will authorize access to the secure website for data transfer for users within data contributor organizations.  The contractor shall provide each user with a user ID and

CISADMINRECORD-00082

password for access to the system. Data contributor users will have access only to the secure contributor website.

### C.5.9.4.4        Quality Assurance of Import Data by FTC

The contractor shall provide a mechanism that permits the FTC to perform QA for records received from an external data contributor prior to uploading them into the database. The mechanism shall provide the FTC with the option to approve, modify or reject import files.

### C.5.9.4.5        Upload Contributor Records into the Database

Upon direction by the FTC, the contractor shall upload the approved records in the import file. The contractor shall log processing errors and store records that contain invalid data so those records can be reviewed and processed separately, if necessary.

### C.5.9.4.6        Retention of Records

The contractor shall retain in a secure manner the original data contributor files for a period of 90 days after records from that file have been successfully uploaded into the database pursuant to section C.5.9.4.5. At the end of this retention period, the contractor shall purge these files, unless directed otherwise by the FTC. If the files were transmitted via CD, DVD or similar transportable media, the media shall be destroyed per FISMA standards.

## C.5.9.5      Sub Task 1.5: Maintain Consumer Information in a Database

The contractor shall develop and provide a secure database that stores, in individual records, the information collected from consumers and any other system generated data. (In addition to fields noted in the technical exhibits, the FTC will add some additional fields of information to be collected after contract award. Two fields in particular are the "language of the transaction" (with corresponding values) and "county.")

### C.5.9.5.1        Minimum System Generated Data

At a minimum, each record loaded into the database shall contain a reference number, an organization code, the date and time that it was loaded into the database, contact type, product/service code or identity theft subtype, and identification of the user creating or updating the record. The identification numbers shall follow sequentially from those records currently housed in CIS/CSDM. Each record also shall indicate its category (e.g., general, DNC, IDT or other). For an updated record, it shall contain a log of the date(s) and time(s) that it was modified, the data field(s) that were modified, the previous value(s) of modified data fields, and the user(s) who modified the record.

### C.5.9.5.2        Retention of Data

Information housed in the database shall be retained indefinitely, unless otherwise directed by the FTC.

CISADMINRECORD-00083

### C.5.9.6     Sub Task 1.6: Add, Modify or Delete Values

The contractor shall add, modify or delete certain metadata values (e.g., product/service codes, statute/rules, law violations, topic codes, etc.) pursuant to the FTC's request. After contract award, the FTC may request such changes once per month, in addition to four ad hoc requests per year.

The system shall provide for an automated export of these values to the call center contractor's system each time there is a change to the values.

## C.5.10 Task Two: Law Enforcement Access to the Consumer Data

The contractor shall develop and provide a system that: (1) permits law enforcement to access the data; (2) allows users to retrieve data via structured queries and parameterized reports; (3) provides certain users with direct access to the data to perform ad hoc reporting; (4) downloads batch files for export; (5) securely exchanges data with law enforcement networks; (6) contains web pages for reference materials; and (7) offers customer support.

### C.5.10.1     Sub Task 2.1: Permit Web Access by Authorized Law Enforcement Users and Other Data Receivers

The contractor shall develop and provide a system that permits secure, web based access by FTC staff and authorized law enforcement users. The system shall be capable of handling up to 500 concurrent FTC and law enforcement users. The contractor shall permit law enforcement access to the data in two ways: (1) using a structured, intermediary function such as a query tool or parameterized report (constrained access); and (2) direct, unconstrained access to perform ad hoc reporting.

#### C.5.10.1.1        User Administration

##### C.5.10.1.1.1          FTC Staff

The FTC will provide the contractor with information regarding all FTC employees and contractors who need access to the system. All FTC employees and contractors assigned to the Bureau of Consumer Protection and regional offices shall be granted access to the system. The COTR or person designated by the COTR will authorize access for any other FTC users, and assign them a user role. (Through the discovery phase as discussed in Task Six, the contractor shall determine the FTC user groups.) The contractor shall provide the user with a user ID and password for access to the system.

##### C.5.10.1.1.2          Law Enforcement Users

The FTC will continue to approve Consumer Sentinel Network member agencies. The contractor shall develop and provide an online application for law enforcement users of Consumer Sentinel Network member agencies. (The current Consumer Sentinel Network User Application is CIS TE 1. This application is meant as an example only, and the requirements for the online application shall be discussed in the discovery phase.) The

41

contractor shall suggest methods to reduce or eliminate members of the public being able to access the law enforcement user application.  The contractor also shall propose a method(s) for the FTC to verify the identity of law enforcer applicants.

The applications shall be made available online to the FTC to approve and assign the law enforcer to a user group, or reject.  If approved, the contractor shall provide the user with a user ID and password for access to the system.

### C.5.10.1.1.3          Data Receivers (Bulk Data Exports)

Certain data receivers will have access to a secure website to download bulk data files.  The FTC will approve each data receiver organization (unless it is already an approved law enforcement agency).  The COTR or person designated by the COTR will authorize access for users within data receiver organizations.  The contractor shall provide each user with a user ID and password for access to the system.  Data receiver users will have access only to the secure export website.

### C.5.10.1.1.4          Access rights

Several groups shall be defined with specific access rights and the FTC and authorized external users shall be assigned to those groups.  Users in a specific group will have access only to those parts and functions of the system and data that are identified for that group with privileges that were granted to that group.

### C.5.10.1.1.5          Unlock Accounts

The system shall lock user accounts in accordance with the section on Physical and Information Security (C.1.12).  The contractor shall work with the FTC to develop a policy regarding unlocking accounts, including verification that there is not a threat to system security and integrity.  The contractor shall implement the policy and, for all accounts meeting the stated guidelines, unlock user accounts.

### C.5.10.1.2          Integrate Current FTC and Law Enforcement Users

The contractor shall transfer and load all existing FTC and law enforcement user accounts into the system.  The transfer shall maintain the integrity of the data – no data may be lost, altered or added.  However, the contractor may work with the FTC to correct data discrepancies and suggest other methods for organizing the data (e.g., modifying or eliminating the "organization codes" for each agency and listing only by name, in alpha/numerical order).

### C.5.10.1.3          Website Landing Pages

Upon successful authentication, all FTC and law enforcement users shall be directed to landing pages corresponding to their user groups.  In the least, the landing page shall provide a summary of the user's alerts, scheduled searches, and saved searches (see Sub Task 2.2).

CISADMINRECORD-00085

The user should be able to customize the landing page, within certain administrator defined parameters.

## C.5.10.2   Sub Task 2.2: Provide Law Enforcement Constrained Access to Retrieve Data

The system shall allow law enforcement users to query and view data. The system shall provide a query interface that requires minimal skill in using a search engine. The query functionality shall be used to support record updates and data extraction. The FTC users may have more search fields than law enforcement users.

Queries may require searches and retrieval of both encrypted and unencrypted data. The contractor shall ensure that search and retrieval of encrypted data does not impact performance.

### C.5.10.2.1   Data Sources

The system shall allow users to choose from one or more data sets as permitted by privileges assigned to their respective user groups. The data sets are: CIS, IDT, National Tape Library (NTL), DNC complaints, DNC consumer and telemarketer registry records, econsumer, and Military Sentinel.

### C.5.10.2.2   Provide Access to DNC Registry Data

DNC consumer and telemarketer registry data is housed in the DNC contractor's database. The FTC and certain law enforcement users shall be able to query and obtain appropriate registry information. Although the registry information is housed in the DNC contractor's database, the user search experience shall be transparent and seamless, completely conducted through the system query interface. Thus, using a web service, the contractor shall develop and provide a secure method for authorized users to access and query the DNC registries, or the contractor may integrate the DNC registries with the system, provided that it also meets with the same security requirements.

### C.5.10.2.3   Query Attributes

The system shall provide:

- field-level search functionality (all data (text or values) fields are searchable);

- Boolean and related search operators within fields ("and", "or", "not", "greater than", "less than", "equal", and use of parentheses or quotes to group words);

- Boolean operators "and" and "or" between fields;

- for searches by ranges of values;

- proximity searches (e.g., operators like "near", "within X" (within X number of words, sentences or paragraphs), "before", and "after");

43

- use of a wildcard character (e.g., for truncation and multi-character wildcard for finding alternative spellings);

- an option to search for records flagged as internet related;

- an option to select one or more suspects from a list of values;

- an option to save and load a pre-defined query; and

- a search within a search result set.

### C.5.10.2.4        "Quick" Search

The system shall provide users with a "quick" search option which will be executed against a select set of data fields (e.g., suspect name, suspect address, etc.) and record attributes (e.g., identity theft complaints).  The data fields and record attributes will be determined by the FTC in the discovery phase.

### C.5.10.2.5        Scheduled Searches

The system shall provide an option to set an automated search to run for a user-defined frequency (daily, weekly or monthly) and deliver a message via email when there are results of the search.  The scheduled search function shall have the following features:

- Users can set the duration for the scheduled search to run (within a maximum duration set by a business rule);

- Generate an expiration warning via email and offer an extension of user-defined amount of time (within maximum duration);

- Prompt user with an option to create an alert (see C.5.10.2.12) when saving a scheduled search;

- Users have the option to designate if they want to overwrite the previous results of the scheduled search each time the search is run, or maintain the results of all previous instances of the scheduled search.  The default setting is overwrite the results with each new result set; and

- The notification email shall contain a link to the system page on which the user can view the results (after user authentication).

### C.5.10.2.6        Query Results – Summary View

The system shall display query results in a column and row style summary of records displaying data from certain fields.  The data views shall conform to the following:

- Sort summary search results by column;

44

- Display search criteria;

- Users can choose the columnar order in which the fields are displayed;

- Users should be able to set preference for columns and their order in their user profile;

- For quick search, callout the search term(s) in the results; and

- The summary view shall be in a printer-friendly format.

### C.5.10.2.7    Query Results – Detailed Record View

The system shall allow users to drill down from the summary results to see a detailed record view. The user will be able to print a printer friendly formatted record of the detailed record view. The system also shall provide the user the option to define fields that should be redacted in this view and insert user-defined appropriate text instead (e.g., user chooses to redact consumer name field on all detailed records and display "redacted" in that field).

### C.5.10.2.8    Save Query Results

The system shall provide users with the option to save the query results on the system (NOT saved locally). The saved search results shall be retrievable, and appear as they were returned on the day and time the search ran. This feature shall comply with the requirements stated in OMB Memorandum M-06-16 (e.g., deleted after 90 days, encrypted, etc.).

### C.5.10.2.9    Improvement of Data Quality for Extraction

To improve data retrieval, the contractor shall develop and provide for a mechanism to logically link all permutations of a suspect name to provide comprehensive and accurate search results. The mechanism shall account for, among other things, proper name variations, misspellings, and commonly used name and abbreviation variations. Likewise, data retrieval should account for address discrepancies (USPS compliant address hygiene software can be used for this). Note that the FTC's policy is that the consumer data, as submitted, cannot be altered.

The contractor shall propose other automated methods to find commonalities, patterns and relationships among records to provide comprehensive and accurate search results. For example, the system may provide the user the option to return results corresponding to matching underlying suspect data (e.g., if one complaint has suspect name X and suspect phone number 123-555-1212, and another complaint has suspect name UNKNOWN and suspect phone number 123-555-1212, the second complaint would be associated with suspect name X and returned in a search for suspect name X).

CISADMINRECORD-00088

**C.5.10.2.10          Audit and Logging**

The system shall audit and log all queries. The information that shall be audited and logged includes, at a minimum: user ID, date and time of the search, the search terms, and reference numbers of all extracted records containing sensitive information. The contractor shall maintain the logs indefinitely, unless otherwise directed by the FTC. The contractor shall provide the FTC access to the audit logs, and provide the capacity to query, sort, filter, view and print the logs.

**C.5.10.2.11          Data Extraction (Following Query)**

The system shall provide a download option to save the detailed records in the following formats: CSV, PDF, TXT, XLS and XML. The system shall allow the user to select the fields to download (within a set of fields defined by an administrator). Access to the download feature shall be limited by user role. The user shall be able to indicate that certain downloaded fields are redacted, and have the ability to assign what is to be displayed instead of the value. This feature shall comply with the requirements stated in OMB Memorandum M-06-16.

**C.5.10.2.12          Provide "Alert" Functionality**

Users shall have the capability to "alert" other users as to their interest in a particular target or attributes of a target (e.g., name, phone number, address, URL, etc.). When a query runs, the query terms and results are compared to all active alert data. If there is a match, the alert information is returned along with the search results in the summary view. Alerts are NOT linked to a particular record.

C.5.10.2.12.1          Ownership of Alerts

In creating alerts, users can delegate ownership of an alert (e.g., have a "created for" field) to another authorized user for the purpose of modifying or deleting the alert. Only alert owners may modify or delete alerts.

C.5.10.2.12.2          Search Alerts

The system shall provide an option to search for alerts. When searching alerts, the system shall allow a user to enter a search string and search all alert criteria.

C.5.10.2.12.3          Alert Expiration

The system shall provide an option to select an expiration date for the alert. The default expiration date shall be one year. The maximum duration for an alert shall be set by an administrator. The system shall send an email to the alert owner(s) with an expiration warning.

**C.5.10.2.13          Provide Parameterized Reports**

The contractor shall develop and provide a parameterized report ("Top Violator" report) that provides a list of those suspects with the most complaints (along with complaint

CISADMINRECORD-00089

count). The report shall be based on the data set(s) as determined by the user's group. The possible data sets are: CIS, DNC and econsumer. Users shall be able to build the report using the following criteria (not all criteria are applicable depending on the data set): number of suspects (1 – 100); country (can select multiple values); date range (default to six months); state/province (can select multiple values or all); product/service code or DNC law violations (can select multiple values or all); for DNC, count by suspect name or subject phone number (integrate, if possible); choice between consumer state/province/country or suspect state/province/country, and internet-related check box. The system shall use the mechanism developed to logically link all permutations of a suspect name in order to provide comprehensive and accurate reporting results. The report results shall contain the report criteria and a table showing the suspect names with corresponding complaint count, in decreasing order of complaints. Each suspect name in the report results shall be a clickable link that will call up all complaints underlying the reported number (in the search results summary view).

**C.5.10.2.14    Training Environment**

The contractor shall develop and provide a web based training environment that replicates all system functions in the end user experience. The training database shall contain non-production ("dummy") data. The training environment shall be capable of handling up to 200 concurrent users. The FTC may use this training environment to demonstrate the system to persons and organizations that are not eligible to access the system.

## C.5.10.3    Sub Task 2.3: Provide Direct Access to the Database for Reporting Tools

The contractor shall provide secure, direct, and unconstrained access to the consumer data to permit law enforcement to perform unstructured, ad hoc reporting. This access currently is limited to certain FTC personnel, but may be expanded to other FTC personnel and external law enforcers in the future. This access shall be accomplished without the need for an intermediary function, and a desktop, server-based or web based industry standard data reporting and analysis tool may be utilized. Currently, the FTC uses Business Objects as its reporting tool.

## C.5.10.4    Sub Task 2.4: Bulk Data Exports

The contractor shall develop and provide a system that will download batch files. Bulk exports may be regularly scheduled or needed on an ad hoc basis. Exports shall be in either text - comma delimited or XML formats. The FTC will identify the parameters, fields, and, if applicable, format (e.g., Global Justice XML Data Model) for the export. All data in exports shall be encrypted (see section C.1.12 – Physical and Information Security).

CISADMINRECORD-00090

#### C.5.10.4.1       Methods of Data Transfer

The contractor shall develop and provide the capability to transfer export files via web services. Alternatively, files may be transferred using a CD, DVD or as an email attachment.

The contractor shall develop and provide a secure website that will permit data receivers to download their data export files. The contractor shall take into account that the speed of contributors' connections to the internet will vary. The website shall be password protected and accessible only by data receivers approved by FTC. The website can be the same one that law enforcement uses to access the Consumer Sentinel Network (https://cs.sentinel.gov) or the same one used by data contributors (see Sub Task 1.4).

#### C.5.10.4.2       Redacted Fields in Data Export

The system shall have the capability to insert user-defined text for certain downloaded fields that need to be redacted (e.g., consumer names are not downloaded; instead, "consumer name redacted" appears in that field for each record).

#### C.5.10.4.3       Retention of Data

The contractor shall maintain duplicates of all export files. The duplicate export files shall be retained indefinitely, unless otherwise directed by the FTC. The duplicate export files shall be provided to the COTR or person designated by the COTR upon request.

## C.5.10.5     Sub Task 2.5: Securely Exchange Data with Law Enforcement Networks

The FTC's IDT Uniform Law Enforcement Complaint/Report (described in C.1.2.4.3.2) requires that the contractor develop and provide a system that is capable of establishing secure XML data transfers with certain national and regional law enforcement networks to exchange, in real-time and using web services, data relating to identity theft affidavits.

**This sub task shall be priced separately.**

## C.5.10.6     Sub Task 2.6: Additional Web Pages for Reference Materials

The system shall provide the following web pages for text and reference content: Library, Reports, Contacts, Orders, and National Tape Library. Prior to implementation of the system, other web pages may be added based on the requirements analysis. Except for the Contacts page, the FTC will provide content for each of these pages. These pages shall be capable of maintaining files in various formats (e.g., PDF, HTM, MS Word, WordPerfect, PowerPoint). The FTC will be able to request changes to these web pages monthly. In addition, the FTC will be able to request three emergency releases to these pages per quarter.

CISADMINRECORD-00091

The contractor shall provide the content for the Contacts page based on all system user profiles. Users will be able to search based on the following criteria, at a minimum: last name, first name, city, state/province, country and organization name.

In addition, the contractor shall provide a manner for law enforcement users to access a complaint entry web page hosted by the contact center contractor. Access to the complaint entry page shall be transparent and seamless from the system developed under this task, and the user experience shall be completely transparent and seamless. The contractor shall work with the contact center contractor to develop a secure method to provide this access and transfer information.

After contract award, the FTC may request quarterly additional content web pages.

### C.5.10.6.1          Content Management

The contractor shall provide the COTR or person designated by the COTR with privileges to manage content on the system. Alternatively, the COTR or person designated by the COTR may direct the contractor to add, modify or delete content on the system. If so directed, the contractor shall make the content changes accurately and completely and within two business days.

## C.5.10.7     Sub Task 2.7: Customer Support for FTC, Law Enforcement and Data Receivers

The contractor shall provide customer support through: (1) an online tutorial for authorized users; (2) an online help system; and (3) receipt and resolution of user problems.

### C.5.10.7.1          Tutorial

Upon accessing the system for the first time, authorized users shall be provided the option of using a tutorial about: various system functions available to the user (based on user group), the type(s) of data in the system, and protection of the confidential data. The tutorial shall be tailored to particular user groups. The contractor shall create the tutorial with input from the FTC. The tutorial shall be available to users at any time after their initial use of the system. The contractor need not prepare a tutorial for consumers.

### C.5.10.7.2          Online help

The system shall provide information to support user real-time activities. The online help shall be context sensitive at the screen level. The system shall open the online help in a manner to permit users to view the appropriate function simultaneously.

### C.5.10.7.3          Requests for Customer Service

The contractor shall ensure that it resolves any problems users experience in accessing or using the system.

CISADMINRECORD-00092

C.5.10.7.3.1          Channels of Communication

The contractor shall receive requests for customer service via three channels of communication: telephone messages, email, and problem reports generated from within the system (e.g., "Contact Customer Service" link).  The contractor shall respond to requests for customer service via telephone or email.  When users call the contractor, they will hear a greeting and a call tree providing support options, including answers to frequently asked questions about access or use of the system.  Users shall be given the option to leave a message and the option to be contacted via telephone or email.  The contractor shall respond to telephone messages and email contacts within four hours inside normal business hours.

The contractor may combine the telephone customer service with the call center lines.

C.5.10.7.3.2          Escalation of Requests

All requests from authorized users that do not concern accessing or using the system (e.g., law enforcement eligibility for Consumer Sentinel Network membership, requests for FTC staff to attend events, data contributor questions about confidentiality of submitted data, etc.) shall be referred to the COTR or person designated by the COTR for appropriate action the same day as receipt.

C.5.10.7.3.3          Records of Requests for Assistance

The contractor shall maintain, for a period of two years from the date created, a record of all such requests for assistance.  The record shall contain, at a minimum: the user's name, date and time received, phone or email contact, description of the problem, status, response provided by the contractor, date and time of the response(s), date of resolution, length of time to respond initially, and length of time to resolve.

C.5.10.7.3.4          2005 Data re Requests for Customer Service

In 2005, the FTC received about 1,800 calls and about 850 emails from external law enforcement users regarding problems experienced in accessing or using Consumer Sentinel.  In addition, the FTC Help Desk had about 200 contacts from internal users about CIS.  (Note that at this time, only FTC staff and law enforcement users have access to Consumer Sentinel.)  Due to the fact that this will be a newly redesigned system, and it will be available to authorized data contributors and receivers in addition to FTC staff and authorized law enforcers, the FTC cannot accurately predict the number of customer service requests the contractor will receive.

## C.5.11 Task Three: Reports

The contractor shall provide periodic reports via a secure website for remote access, download and printing by the COTR or any person designated by the COTR.  The COTR shall be able to manipulate, sort and filter the reports.  The reports shall be downloadable to Excel.  The contractor shall make the reports available for remote access for two (2) years after the date created.

CISADMINRECORD-00093

Daily reports are due the following business day by 8:00 a.m. Eastern time. Weekly reports are due within one business day after the conclusion of each week. Monthly reports are due within three business days after the conclusion of each month. Quarterly reports are due within five business days after the conclusion of each quarter. Annual reports are due within five business days after the conclusion of the calendar year.

At a minimum, the reports must include:

| REPORT | ATTRIBUTES | FREQUENCY |
| --- | --- | --- |
| Imported records | 1. Contributor<br>2. Number of raw records<br>3. Number of records imported into database<br>4. Number of records that failed to be loaded into database and reason(s) for failure<br>5. Cumulative total of contributor's records loaded into database YTD | Next business day after each import<br>Monthly and annual summaries |
| Imported records awaiting QA | 1. Contributor<br>2. Date data received<br>3. Number of raw records | Next business day after each upload |
| Total records loaded into the database | Broken down by contributing organization | Weekly and quarterly |
| Exports | 1. Data receiver<br>2. Number of records by source (e.g., IDT, general, etc.) | Next business day after each export<br>Monthly and annual summaries |
| Authorized user accounts created/modified/deactivated | 1. Broken down by user (alpha) and by organization<br>2. Indicate create, modify or deactivate (if deactivate, why)<br>3. Total number of each | Daily |
| Locked user accounts | | Daily |
| User access/hits on web pages | Broken down by user (alpha), by organization and web pages visited; be able to sort by user, organization, and web pages. | Weekly and quarterly |

CISADMINRECORD-00094

| REPORT | ATTRIBUTES | FREQUENCY |
|---|---|---|
| Query performance (constrained access – Sub Task 2.2) | For any query results that were not returned within the performance standard (5 seconds or less): 1. User ID 2. Query criteria 3. Amount of time for query to run 4. Reason(s) for query to not run within the performance standard 5. Total number of queries not returned within performance standard and as a fraction (percentage) of the total number of constrained access queries. | Weekly and monthly views |
| Number of queries and system usage | Broken down by constrained vs. unconstrained queries; users; etc. | Weekly |
| Requests for customer service | Phone v. email, nature of the problem, status, time to respond. | Weekly |

The FTC may update the format and attributes of the reports quarterly.

### C.5.11.1    Other Reports

The contractor shall provide, at the COTR's request, periodic reports about performance of the requirements of this contract, including statistical information. The FTC annually may request up to six reports on an ad hoc basis, at no additional cost.

## C.6  PROJECT PHASES AND INTERIM WORK PRODUCTS

The contractor shall develop and provide the system according to the following phases. Progressing to the next phase is contingent upon the factors (including interim work products) outlined below.

### C.6.1  Project Planning Phase

Two weeks after contract award, the contractor shall submit a project plan describing project execution and control. The project plan shall contain, at a minimum: roster of team members, along with roles and responsibilities; major milestones with descriptions

52

CISADMINRECORD-00095

and dates (project schedule); key risks; and organizational strategy and management strategy. It is expected that this document will change over the course of performance.

## C.6.2  Discovery Phase

The contractor shall undertake a study of the business processes and functions of the stakeholders who will use the system. The contractor shall use this study to analyze and further refine the requirements of this contract and build a business architecture about the system users and how they will use the system. Upon completion of this phase, the contractor shall submit a detailed requirements analysis and standards report. This phase will be considered complete upon approval of the requirements and standards report by the FTC.

## C.6.3  Design Phase

Based upon the requirements analysis and standards report, and per section C.5.3, the contractor shall submit all websites, online forms, function screens, tutorial tools and help systems to the FTC for review. In addition, the contractor shall provide the FTC with wireframes of web pages and interfaces. This phase will be considered complete upon the FTC's approval of the design, content and functionality of the aforementioned items and wireframes.

## C.6.4  Test Phase

The contractor shall provide a final version of the system for testing at least 30 days prior to deploying the system. All data used in this phase shall be CIS data. Data will be entered, queries and reports will be run, and security features shall be challenged. Testing shall occur in an environment which simulates the production environment. The contractor shall consider using releases (i.e., alpha, beta, etc.) to reflect changes made to correct defects and in response to feedback from testers. During this phase, the contractor shall develop an implementation plan. This phase will be considered complete upon remedy of all significant defects and delivery of an implementation plan, and acceptance of both by the FTC.

## C.6.5  Implementation Phase

The contractor shall deploy the system and perform the requirements as set forth in the specific tasks section.

CISADMINRECORD-00096



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Consumer Information System

Privacy Impact Assessment

September 30, 2004

CISADMINRECORD-00097

## INTRODUCTION

The Federal Trade Commission's (FTC or the Commission) Bureau of Consumer Protection (BCP) protects consumers from fraud, deception, and unfair practices in the marketplace. The BCP addresses current issues of importance to consumers, including identity theft, telemarketing fraud, Internet fraud, and consumer credit. To further its consumer protection mission, the FTC files law enforcement actions and provides consumer and business education to protect the public. The FTC works to ensure that consumers have accurate information for purchasing decisions, and confidence in the traditional and electronic marketplaces.

The BCP's consumer protection-related activities include consumer complaint collection and analysis, individual company and industry-wide investigations, administrative and federal court litigation, rulemaking proceedings, and consumer and business education. The BCP uses the Consumer Information System (CIS) as the primary system to collect, analyze, extract, distribute, and archive/purge data relating to its mission. In addition to recording instances of business practices related to fraud, financial loss, identity theft, and Do Not Call regulations, CIS also facilitates consumer requests for educational material related to numerous business practices.

The BCP has conducted this Privacy Impact Assessment on the existing CIS as part of its Certification and Accreditation process for major information technology systems.

## SYSTEM OVERVIEW

CIS in its current state evolved from past FTC systems, integrating the similar functionality of the older Consumer Complaint System (CCS) and the Telemarketing Complaint System (TCS). TCS incorporated several separate, older systems: Chairman's Correspondence Tracking System; Office of the Secretary Congressional Correspondence System; and other Commission correspondence tracking needs within the Bureau of Competition and the Office of the General Counsel. In 1992, CCS and the TCS sub-systems were merged into a single system, and redesigned in 1997 into a single CIS replacing all previous sub-systems, and configured to operate within the Oracle 6 RDBMS, Windows PC based Client Server Forms environment on a SUN UNIX server.

Expansions to CIS have included: the Correspondence Management System (1998); the Consumer Sentinel® Web site (1998); the Identity Theft (IDT) client-server application and the Web based IDT Data Clearinghouse (1999); toll free telephone numbers for consumers to report complaints (1999); "KnowFraud" Web link with the U.S. Postal Inspection Service (2000); a Web site for collection of cross-border e-commerce complaints (econsumer.gov) (2001); Consumer Planet Sentinel (2001); Military Sentinel (2002); and incorporation of Oracle portal (access control mechanism) (2002/3). In 2003, CIS was expanded to utilize a DataMart, which is the repository of CIS data that provides query and reporting functions for the Consumer Sentinel Network (described below). In addition, Business Objects reporting software is utilized for in-depth analysis of CIS data.

CISADMINRECORD-00098

As a central repository for complaint data, CIS is a powerful crime-fighting data source, much of which is available to the federal, state, and local, as well as the international, law enforcement community. CIS data are also used to identify and track trends and potential problems affecting the marketplace.

CIS contains data collected by the FTC as well as data collected by other entities that are forwarded to the FTC. External contributors include a broad array of public and private domestic and foreign organizations.

Other applications or components of CIS that are used to collect or share consumer data are:

- **Consumer.gov public Web sites**, where consumers can lodge complaints, obtain educational materials, and view trends in fraud and identity theft. These sites also provide information to law enforcers and businesses. Complaints are entered into CIS.

- **Consumer Sentinel® Network** (CSN) is a series of interconnected Web-based applications, or portals, through which authorized external law enforcement users can access various subsets of complaint records in CIS. These applications include: Consumer Sentinel®, the Identity Theft Data Clearinghouse, Consumer Planet Sentinel, and Military Sentinel. External users have access only to CSN, and not directly into CIS. (Only FTC staffers and contractors have direct access to CIS.)

  The purpose of CSN is to share information about consumer fraud (including Do Not Call) and identity theft with law enforcers for law enforcement purposes. As of September 1, 2004, CSN served about 1,200 law enforcement agencies across the world that have signed appropriate confidentiality agreements restricting their use and disclosure of CIS data to law enforcement purposes. Authorized users access CSN through a secure, password-protected Web site. They then can search a subset of the complaints in CIS (as described below). (CSN users' access to the various subsets of CIS data is based on the organization to which they belong.) Search criteria includes, among other things, company or suspect name, address, telephone number, consumer location, or type of scam or identity theft.

- **Consumer Sentinel®** (CS) is the application through which local, state and federal law enforcers in the United States, Canada and Australia access consumer fraud, identity theft and Do Not Call complaints. CS users have access to all consumer fraud and DNC complaints. Only domestic and Canadian law enforcers have access to identity theft complaints, per the restrictions stated in the next paragraph.

- **The Identity Theft Data Clearinghouse** is the nation's repository of identity theft complaints. These complaints are entered into CIS. Users access the Clearinghouse through CSN. Currently, all US law enforcers can access complaints in the IDT Data

CISADMINRECORD-00099

Clearinghouse. Canadian law enforcers can access all IDT complaints submitted by Canadian data contributors as well as IDT complaints submitted by US data contributors that have an entry date after July 1, 2003.

- **Consumer Planet Sentinel** (CPS) is also housed within CSN. CPS membership is open to government agencies in those countries that belong to the International Consumer Protection and Enforcement Network. CPS is part of econsumer.gov (www.econsumer.gov), an international project focusing on cross-border e-commerce fraud. The econsumer.gov site offers cross-border consumer protection information and an online complaint form. All information on econsumer.gov, including the complaint form, is available in English, Spanish, French, German and Korean (currently, there is no Korean language complaint form). Cross-border e-commerce complaints received from consumers through the econsumer.gov complaint form are entered into CIS. CPS users can access only those complaints received through econsumer.gov.

- **Military Sentinel,** launched in September 2002, is a joint initiative of the FTC and the Department of Defense (DOD) to identify and target consumer protection issues for service members, their families and DOD civilians. Military Sentinel (MS) consists of a public Web site, and a restricted Web site accessed through CSN. The MS public site also provides a gateway to consumer education materials covering a wide range of consumer protection issues. Information from complaints entered through MS helps target law enforcement actions and consumer education initiatives.

  The complaint forms on the MS public site allow consumers to identify their service branch, posting and pay grade. Consumer fraud and identity theft complaints entered into MS go directly into CIS, and are accessible by users through CSN. Also, consumer complaints submitted through MS's public Web site are accessible by DOD consumer education staffers through the MS restricted Web site, although consumers' personal identifying information (e.g., name, address, telephone number) is not displayed.

- **The National Do Not Call Registry (DNC)** was created by the FTC through amendments to its Telemarketing Sales Rule. The registry is a central database of telephone numbers of consumers who choose not to receive telemarketing calls as well as profile information about the organizations that have registered to download these phone numbers. The registry also lists the area codes that were purchased and downloaded by those organizations. Consumers are able to register either online or by telephone. The rule currently requires that telemarketers search the registry every three months and delete (or "scrub") from their call lists phone numbers that are on the registry (as of January 2005, telemarketers will be required to scrub their call lists every 31 days) . Consumers who receive telemarketing calls after they have registered their telephone numbers may lodge complaints either online or by telephone.

  The FTC has contracted with AT&T Government Solutions, Inc. to implement and maintain the consumer and telemarketer registries, and to receive consumer complaints. AT&T transmits all consumer complaint information received to the FTC for storage in

CISADMINRECORD-00100

CIS on a daily basis. Registry information on consumer telephone numbers and organizations is available through queries from within Consumer Sentinel®.

## ANALYSIS

### 1.    The Information CIS Collects from Consumers

CIS collects and maintains personal information that consumers voluntarily submit either when they contact the FTC or another entity that contributes data to CIS. This personal information includes: first and last name; street address; city; state; zip code; email address; date of birth or age range; and telephone number(s).  For two categories of complaints – identity theft-related complaints and complaints related to the accuracy of the consumer's credit report – CIS permits consumers to provide a Social Security number.[1]  CIS encrypts the Social Security number, and the number is not displayed when users search the system.  CIS also collects and maintains the subject matter of consumers' complaints (a 2,000 character free text "comments" field) and information regarding the companies, entities, or individuals about which the consumer is complaining.

The FTC collects such information directly from consumers, who may provide it by using the FTC's online consumer complaint forms, or by calling, writing or visiting the FTC's Consumer Response Center at 600 Pennsylvania Avenue NW, Washington, D.C.  The FTC also collects consumer complaint data from external data contributors that share consumer protection-related complaints with the FTC.  Each of these methods of collection is discussed below.

**a)  Collection from consumers through the FTC's online complaint forms:**  The FTC operates several public Web sites where consumers can lodge general consumer and identity theft complaints, obtain educational materials, and view trends in fraud and identity theft. Consumers also can access an online complaint form directly from the FTC's primary Web site at www.ftc.gov.  General consumer and identity theft complaint forms are available in English and Spanish.  The other public Web sites through which the FTC collects online complaints that are entered into CIS are:

- The Consumer Sentinel® public Web site (www.consumer.gov/sentinel) for consumer complaints;

- The IDT Web site (www.consumer.gov/idtheft) for identity theft complaints;

- The Do Not Call Web site (www.donotcall.gov) for complaints related to

---

[1]      See Fair Credit Reporting Act Complaint Referral Program Privacy Impact Assessment (September, 2004).

4

CISADMINRECORD-00101

violations of the Telemarketing Sales Rule and the Do Not Call (DNC) Registry;

- The econsumer.gov Web site (www.econsumer.gov) for complaints relating to cross-border e-commerce fraud (which provides online complaint forms in English, Spanish, French, and German); and

- The Military Sentinel public Web site (www.consumer.gov/military), for complaints from service members, their families, and DOD civilians. In addition to the standard information collected on the FTC's other online complaint forms, the complaint forms on Military Sentinel allow consumers to identify their service branch, posting and pay grade.

**b) Consumer Response Center**: Consumers also may lodge complaints directly with the FTC by calling one of several toll free telephone lines, sending a complaint in writing, or visiting the FTC at 600 Pennsylvania Avenue NW, Washington, D.C. These complaints are handled by the FTC's Consumer Response Center (CRC). The CRC, which includes FTC employees and contractors who are bound to maintaining the confidentiality of the information by a non-disclosure agreement, receive, process and input complaints into CIS.

**c) External data contributors**: CIS includes data collected by other entities that are forwarded to the FTC. External contributors include a broad array of public and private domestic and foreign organizations. Most of those contributors send batched complaint data using CD's or email.[2]

**d) National Do Not Call Registry**: Consumers may register for the National Do Not Call Registry either by phone or online at www.donotcall.gov. Consumers must provide the telephone number(s) they are registering and, if they register online, an email address (the email address is encrypted).

## 2. Why the Information Is Being Collected

The FTC collects and maintains consumer complaints to further its consumer protection mission. By collecting, maintaining, and analyzing CIS data, the FTC is better able to identify trends in consumer fraud and law violations, target law enforcement action, and provide consumer and business education to protect the public.

Several statutes authorize the FTC to collect and maintain consumer complaints. Section 6(a) of the FTC Act, 15 U.S.C. § 46(a), authorizes the Commission to compile information

---

[2] For a list of external data contributors, see www.consumer.gov/sentinel.

CISADMINRECORD-00102

concerning and to investigate business practices in or affecting commerce, with certain exceptions. The Identity Theft and Assumption Deterrence Act of 1998, 18 U.S.C. § 1028 note, mandates the Commission's collection of IDT complaints. In addition, amendments to the Telemarketing Sales Rule (TSR) (16 C.F.R. Part 310) required the implementation of the National Do Not Call Registry and collection of DNC-related complaints. These collections have been reviewed and approved by OMB (OMB Control No. 3084-0047) in accordance with the Paperwork Reduction Act.

### 3. The Opportunities Consumers Will Have to Decline to Provide Information or to Consent to Particular Uses of the Information

All information provided by consumers to the FTC is voluntary. Consumers may choose to submit some, all, or none of the personal identifying information requested by the FTC's complaint forms. Through notices available on the online complaint forms and provided by telephone counselors, the FTC informs consumers that the information collected is not mandatory, but that if they do not provide certain information, it may be impossible for the FTC to refer, respond to, or investigate the consumer's complaint or request. The FTC Privacy Policy also informs consumers that any information they submit in connection with a complaint is voluntary.

### 4. How Information Collected From Consumers Is Used And Disclosed

The FTC uses and shares CIS data to further its consumer protection mission. The use of CIS data is in accordance with the routine uses outlined in the FTC's Privacy Policy and Privacy Act System of Records notices.[3]

a) **FTC Staff and Contractors**: CIS data are used by FTC employees and contractors to target investigations, locate fraud victims, respond to inquiries, provide consumer and business education, and identify trends. In addition, CIS data are used to assist with consumer redress, periodically review the effectiveness of the FTC's current consumer protection regulations, and develop consumer and business education programs and publications. Aggregate numbers of CIS data also help determine the effectiveness of the FTC's consumer protection mission (e.g., Government Performance & Results Act).

Within the FTC, CIS data are used by BCP and regional office consumer counselors, attorneys, investigators, paralegals and data analysts; the Office of the

---

[3]     For FTC Privacy Policy, see http://www.ftc.gov/ftc/privacy.htm. For Privacy Act System of Records notices, see 57 FR 45678 (Oct. 2, 1992) (consumer complaint system generally), 64 FR 57887 (Oct. 27, 1999) (IDT portion), and 68 FR 37494 (June 24, 2003) (National Do Not Call Registry).

CISADMINRECORD-00103

General Counsel; the Office of the Secretary; the Bureau of Economics; and the Office of the Inspector General.

b)   **External law enforcement**: As part of its consumer protection mission, the FTC shares CIS data with other law enforcement agencies. Through CSN, various subsets of CIS data are shared with authorized local, state, federal, and international law enforcement officers.

Periodically, the FTC provides law enforcement agencies with batched data using a CD. This information is password protected, and encryption used in CIS is maintained in the data transfer.

c)   **Other disclosures**: The FTC may be required or authorized to share complaint data in other circumstances, including in response to requests from Congress, Freedom of Information Act (FOIA) requests from private individuals or companies, requests from the media (not obtained through a FOIA request), or during litigation. In these situations, the FTC redacts all personal identifying information before providing the CIS data. Governmental agencies also may request CIS data for a non-law enforcement purpose (e.g., regulatory entities may use for licensing) (such requests must be submitted to and approved by the Office of the General Counsel). CIS data also may be shared with the entity about which a consumer complains in order to address the complaint. In the latter two situations, the FTC only discloses the CIS data after receiving assurances of confidentiality from the recipients.

d)   **FCRA Complaint Referral Program**: The FTC may share certain consumer complaints about identity theft or the accuracy of a consumer's credit report with credit bureaus to help address the consumer's complaint or identity-theft related concern. The credit bureaus will review the complaints, take appropriate action, and report back to the Commission on their determinations. In addition, the repositories will share some of the complaints with consumer reporting agencies that maintain consumer files within the systems operated by the repositories ("associated consumer reporting agencies" or "associated CRAs"). The repositories will share with each associated CRA only those complaints that pertain to consumer files owned by that associated CRA, and will only share complaints with an associated CRA that has entered into a confidentiality agreement with the FTC.[4]

5.   **Security**

---

[4]     See Fair Credit Reporting Act Complaint Referral Program Privacy Impact Assessment (September, 2004).

CISADMINRECORD-00104

CIS employs multiple security controls to protect the privacy related information it collects. Verisign digital certificates provide Secure Socket Layer (SSL) communications and authentication for external users of CSN. Social Security numbers are encrypted in CIS. Access control mechanisms restrict users to authorized actions or tasks based on appropriate privileges (i.e., external law enforcers cannot change data within CIS; CRC staffers can update data in case a consumer provides additional or changed information). Another feature of the system is the inability to access any data outside of the application front end. Users cannot use SQL-Plus or other tools to access that data even if they log on with a user ID that is in the access list. External access to CSN is protected by a firewall.

Further, the Commission:

(I) Affirms that it followed IT security requirements and procedures as required by federal law and policy to ensure that information is appropriately secured;

(II) Conducted a Risk Assessment, identified appropriate security controls, and implemented those controls;

(III) Conducted all security related activities required by the Commission's Certification and Accreditation Policy including, conducting a risk assessment to identify appropriate security controls, development of a system security plan to document the managerial, technical and operational controls used by the system, and conducted security testing and evaluation of the system by an independent party to verify that the specified controls were in place and operating as expected. The system will be scanned monthly to ensure that implemented controls continue to operate as expected and to identify and mitigate any new vulnerabilities. The system will be subjected to a 'self-assessment' evaluation of risk on an annual basis and a new risk assessment and system security plan will be developed every three years or when there are significant changes to the architecture of the system;

(IV) Designates the Office of Information Technology, Office of the Executive Director, Federal Trade Commission, as the point of contact for questions about the technical controls on this system.

## 6.    Privacy Act

CIS is covered by three existing Privacy Act System of Records notices, available at 57 FR 45678 (Oct. 2, 1992) (consumer complaint system generally), 64 FR 57887 (Oct. 27, 1999) (IDT portion), and 68 FR 37494 (June 24, 2003) (National Do Not Call Registry). In compliance with the Act, the Web sites from which consumers can access the general, IDT and DNC complaint forms contain the required notice of authority, purpose, routine uses, and whether the collection is voluntary or mandatory. They also contain links to the FTC's Privacy Policy.

CISADMINRECORD-00105

7.     **Other Privacy Considerations And Analysis**

The FTC has identified privacy risks associated with CIS and has taken steps to mitigate those risks. With respect to the collection of data, the risks we identified are: consumers might not understand how their information will be used, children under the age of 13 may attempt to provide us with personal identifying information, consumers might not realize the protection that is accorded their information, and we might collect more information than is required (e.g., consumers provide Social Security numbers on the general complaint form when not needed). To address these risks, we provide clear and conspicuous notice (on our online complaint forms or through a telephone counselor) about how consumers' information will be used.   On the online complaint forms, we provide a link to our Privacy Policy. Social Security numbers, if provided, are encrypted when stored in CIS. We explain on our general complaint form that a Social Security number should be provided only for certain types of complaints, and CIS is designed to not store the Social Security number if provided inadvertently for a different type of complaint. Our Web sites are not directed to children under 13, and if an individual lodges a complaint and indicates that he/she is under 13, we delete/purge any personal identifying information in that complaint.   We do not use persistent cookies or other tracking devices on our Web sites. We use SSL encryption to protect data transmitted using our online complaint forms.

With respect to the use and disclosure of CIS data, the FTC recognizes that there is a risk that consumers' information will be misused or disclosed for an unauthorized purpose. To mitigate this risk, the FTC has taken a number of steps. First, we require all of our contractors involved with data collection and processing, as well technical support of CIS, to pass a security clearance. Second, all contractors are required to sign a non-disclosure agreement.

Further, we limit users' access to data and functions based on their role. Each user is assigned a unique user name and password (passwords must be strong - i.e., at least 8 characters; contain a mix of letters, numbers and special characters; and not be based on a word in any language, slang or jargon). Access to CIS is password protected. Access to CSN requires dual verification - a digital certificate and a password.  In addition, by using a portal mechanism, users are limited in the functions they can use and have access only to specific subsets of the data. For example, the contractors involved with data collection can only view the data which they enter, and CPS users only can view data received through econsumer.gov. Users cannot see Social Security numbers. External users enter CSN through SSL. We also can maintain audit logs of each user's activity in CIS.

In addition, we protect use of the information by external law enforcers through a confidentiality agreement. Each member agency, and each user, agree, in writing, to maintain the confidentiality of CIS data and only to use it for law enforcement purposes. In addition to the confidentiality agreement, we periodically provide CIS users with information on how CIS data may be used and disclosed. If we disclose CIS data in another manner (e.g., in response to a FOIA request or to an entity that is a subject of a complaint), we redact personal identifying information.

As for storage of the information, there is a risk that unauthorized users may try to access

9

CIS.  This risk is addressed in the Security section above.  The Commission may retain data in CIS indefinitely, subject to earlier deletion.

CISADMINRECORD-00107

Prepared for the Business Owner of the System, the Bureau of Consumer Protection, by

_____

Jay M. Miller, Consumer Sentinel Program Manager, Division of Planning and Information, Bureau of Consumer Protection

Review:

_____

Alexander C. Tang, Attorney
Office of the General Counsel

_____

Privacy Steering Committee
By: Judith Bailey, Chair

Approved:

_____

Stephen Warren
Chief Information Officer
Federal Trade Commission

CISADMINRECORD-00108



# PRIVACY IMPACT ASSESSMENT (PIA) FOR:

## Sentinel Network Services (SNS)
### Previously CRSS

### June 2008
### (Updated January 2013)

The Federal Trade Commission's (FTC) Bureau of Consumer Protection (BCP) protects consumers from a variety of fraudulent, deceptive, and unfair practices in the marketplace, including identity theft, telemarketing fraud, Internet fraud, and consumer credit issues. To further its consumer protection mission, the FTC brings civil and administrative law enforcement actions to enforce its laws and provides consumer and business education to enable the public to avoid common harms. The FTC works to ensure that consumers have accurate information for purchasing decisions, and confidence in the traditional and electronic marketplaces.

BCP's consumer protection-related activities include consumer complaint collection and analysis, individual company and industry-wide investigations, administrative and federal court litigation, rulemaking proceedings, consumer and business education, and the operation of consumer protection programs.

One focus of these activities is the enforcement of the Telemarketing Sales Rule (TSR) and do not call regulations (16 C.F.R. Part 310). BCP uses the National Do Not Call Registry® (DNC) to protect consumers from unwanted telemarketing sales calls and to make complaints about calls they receive; to assist telemarketers in complying with regulations; and assist law enforcement investigations of violations.

In addition, BCP uses the Consumer Response Center (CRC) to allow consumers to report instances of identity theft and other consumer protection complaints; to guide and educate consumers; and to assist law enforcement investigations of alleged violations. The CRC acts as both an information collection and dissemination point to assist in mission achievement.

BCP's consumer protection-related activities also include enforcement of the Controlling the Assault of Non-Solicited Pornography and Marketing Act (the CAN-SPAM Act of 2003, 15 U.S.C. § 7704), which establishes requirements for those who send commercial email, spells out penalties for spammers and companies whose products are advertised in spam if they violate the law, and gives consumers the right to ask emailers to stop spamming them. To support BCP's investigations and consumer protection-related activities, BCP has created a "Spam Database" (SpamDB) where consumers can submit unsolicited commercial emails that they receive.

Consumer complaint information received by the FTC, including spam, is made available to thousands of civil and criminal law enforcement personnel in the United States and abroad through a secure Internet website called the Consumer Sentinel Network (CSN). CSN thus makes the complaint filing and collection process more efficient for both consumers and law enforcement; consumers file one complaint that can be accessed by numerous agencies, each of which may have jurisdiction and the ability to assist the consumer or prosecute the alleged violation. CSN is used to make available, analyze and extract data, and to provide a host of other investigatory tools to members.

BCP's DNC, CRC, SpamDB and CSN programs are collectively referred to as Sentinel Network Services (SNS). The FTC has contracted with Lockheed Martin Information Systems & Global

CISADMINRECORD-00110

Services (LM IS&GS) to implement, maintain, and operate SNS. BCP has conducted this Privacy Impact Assessment on SNS as part of the Certification and Accreditation process for major information technology systems.

## 1.0     System Overview

SNS is a powerful consumer protection data source, much of which is available to the federal, state, local, and international law enforcement community. SNS data is also used to identify and track trends and potential problems affecting the marketplace. SNS contains data collected by the FTC as well as data collected by other entities and forwarded to the FTC. External contributors include a broad array of public and private domestic and foreign organizations.

SNS uses several applications or components to collect and share consumer data as described below. SNS related data is owned by BCP's Division of Planning and Information.

### 1.1     Consumer Response Center (CRC)

The Consumer Response Center gathers, processes and updates consumer information via call center services and Internet-based complaint forms. Users access a multi-channel bilingual (English and Spanish) contact center to file complaints, report instances of identity theft, receive and print an identity theft affidavit, and request or receive consumer education materials. Consumers may contact the CRC by using two toll-free telephone numbers, 1-877-FTC-HELP or 1-877-ID-THEFT. Toll-free services include:

- Interactive Voice Response (IVR)
- TTY (for hearing impaired persons)
- Live telephone conversations with customer service representatives

Consumers may also contact the CRC online by filing a complaint via the Complaint Assistant Wizard, which asks consumers to answer a series of questions organized in a few simple steps. Hyperlinks to the Complaint Assistant Wizard - https://www.ftccomplaintassistant.gov/ - are available through FTC.gov. The Complaint Assistant Wizard also has a portal called Military Sentinel, designed for members of the military filing a complaint. It asks all of the questions that the Complaint Assistant Wizard asks plus several additional questions that apply only to military members and are of assistance to military law enforcement.

Finally, consumers may contact the CRC through postal mail.

The CRC currently handles about 2 million consumer interactions per year - about 50% of these interactions are automated. Consumer complaint data received through the CRC is entered into CSN.

3

CISADMINRECORD-00111

## 1.2   National Do Not Call Registry® (DNC)

DNC consists of four major functions: consumer registration, telemarketer access, law enforcement access, and consumer complaints. The consumer registration function allows consumers to register their telephone numbers and to verify whether their phone numbers are on the registry. Consumers carry out these activities through the secure Internet site at www.donotcall.gov or via nationwide toll-free telephone numbers (1-888-382-1222 or TTY 1-866-290-4236). Consumers may also delete their telephone numbers from the registry by using the toll-free system, if they are calling from the phone that is registered. Users of the consumer Internet site or toll-free telephone number may interact with DNC in English or Spanish. In addition, the telephone system supports hearing impaired persons through a toll-free number for teletypewriter (TTY) access.

Telemarketers may access DNC through the Internet site telemarketing.donotcall.gov. New telemarketers create a profile and receive an organization ID and password. They then subscribe to area codes their telemarketing campaign will call and, if required, pay for their subscription. Upon successful completion of that step, they download registered consumer telephone numbers within the selected area codes to ensure that they do not call those numbers. Telemarketers originally were required to download and scrub their lists every 90 days; in 2005, this was shortened to 31 days. Each time telemarketers access DNC, they must certify that their organization will comply with the DNC requirements. In addition, telemarketers may access an online helpdesk system to obtain assistance with technical questions and issues.

CSN law enforcement members in the United States, Canada, and Australia may access the DNC system to support investigations of violations of the Telemarketing Sales Rule. These Sentinel members can access information about the registration, verification, and deletion transactions for individual consumer telephone numbers. They may also gather information about telemarketer enrollment profiles, clients, subscriptions, and downloads.

Consumers may file complaints about alleged violations of the do not call rules through Donotcall.gov or by calling 1-888-382-1222. Like the registration function, consumers may access the complaint function either over the Internet or by telephone. Consumer complaint data received through DNC is made available to law enforcement on the CSN.

## 1.3   Spam Database (SpamDB)

The SpamDB provides the public with an email address (spam@uce.gov) to which they can forward email messages that they believe to be spam (also known as unsolicited commercial email). Participation is voluntary, and the Commission's website notifies consumers that the FTC maintains this information for use in law enforcement investigations.[1] Currently the system receives over 44 million submissions a year. Because spam email may contain viruses and other

---

[1]     See http://www.ftc.gov/ftc/contact.shtm.

CISADMINRECORD-00112

malware that can exploit security vulnerabilities, the SpamDB receives and processes all emails in an isolated cloud computing environment.[2]  The SpamDB permits authorized CSN users to view a static image of the actual email to protect SNS and its users against any risks associated with spam email.

### 1.4    Consumer Sentinel® Network (CSN)

CSN includes the following series of interconnected websites:

- Consumer Sentinel® - general fraud, identity theft (IDT), DNC, consumer credit issues, and other complaints, accessed at www.consumersentinel.gov
- Consumer Planet Sentinel - cross-border e-commerce complaints, accessed at www.econsumer.ftccomplaintassistant.gov
- Consumer Sentinel/Military - fraud and identity theft complaints from military personnel, also accessed at www.consumersentinel.gov

Consumer Sentinel is the website through which local, state and federal law enforcement agencies in the United States, Canada, and Australia access complaints collected by the CRC directly from consumers or complaints collected by other entities and forwarded to the FTC. Included within Consumer Sentinel is the IDT Data Clearinghouse, which is the nation's repository of identity theft complaints.  These complaints also are made available through CSN. As a further protection, identity theft complaints are only available to those law enforcement agencies who request access to that data.

The Consumer Planet Sentinel (CPS) website is also housed within CSN.  CPS membership is open to government agencies in those countries that belong to the International Consumer Protection and Enforcement Network (ICPEN).  CPS is part of econsumer.gov (www.econsumer.ftccomplaintassistant.gov), an international project focusing on cross-border e-commerce fraud.  The econsumer.gov site offers cross-border consumer protection information and an additional separate online complaint form able to process consumer complaints in additional languages.  All information on econsumer.gov, including the complaint form, is available in English, Spanish, French, German, Polish, Japanese, and Korean.  Cross-border e-commerce complaints received from consumers through the econsumer.gov complaint form are entered into CSN.  CPS users can access only those complaints received through econsumer.gov.

Military Sentinel is a joint initiative of the FTC and the Department of Defense (DOD) to identify and target consumer protection issues for service members, their families, and DOD civilians.  Military Sentinel consists of a public Internet site and a restricted Internet site

---

[2]"Cloud computing is internet-based computing whereby shared resources, software, and information are provided to computers and other devices."  CIO Council, "Privacy Recommendation for the Use of Cloud Computing by Federal Departments and Agencies" August 2010.

CISADMINRECORD-00113

accessed through CSN.  Military members wishing to file complaints may do so at //www.ftc.gov/sentinel/military/index.shtml.  The Military Sentinel public site is a version of the Complaint Assistant Wizard that also provides a gateway to consumer education materials covering a wide range of consumer protection issues, including issues that are directed to members of the military. The complaint forms on the Military Sentinel public site allow consumers to identify their service branch, posting, and pay grade.  Complaints entered into Military Sentinel go directly into, CSN, for access by authorized CSN users.

Authorized users access the CSN through a secure, password-protected Internet site which uses two-factor authentication.  CSN users' access to the various subsets of data in the system is based on the organization to which they belong.  For example, Canadian law enforcement has access to general fraud complaints but does not have access to complaints regarding credit reporting or various other complaints that are related specifically to a domestic law issue.

Authorized CSN users may search the complaint database using criteria which include company or suspect name, address, telephone number, consumer location, or type of scam or identity theft. As of August 2012, CSN served over 2,100 law enforcement agencies across the world that have signed appropriate confidentiality agreements restricting their use and disclosure of CSN data to law enforcement purposes.

CSN is an effective tool for immediate and secure access to consumer complaints about fraud, identity theft, Internet fraud, telemarketing, and consumer credit issues, among others. Authorized law enforcement users can utilize CSN to:

- Find complaints
- Store search results in 100 MB of online storage space
- Search within searches
- Gather related complaints using keywords in the search results
- Extract a limited number of complaints from the system for use in their investigations

## 2.0    Information Collected and Stored Within SNS

### 2.1    What information is collected, used, disseminated, or maintained by SNS?

The various SNS components collect and maintain personal information that consumers voluntarily submit when they contact the FTC to file a complaint or to request information.  The CRC collects such information directly from consumers, or from their guardians or others acting on their behalf who may provide the information by using the CRC's Complaint Assistant Wizard found at ftc.gov, or by calling or writing to the CRC.  Consumers may also submit similar information through the separate complaint forms found at econsumer.gov, or the

6

CISADMINRECORD-00114

Military Sentinel complaint forms accessed at http://www.ftc.gov/sentinel/military/index.shtml. The personal information collected in these complaint forms may include:

- First and last name
- Street address, city, state, country and postal code
- Email address
- Date of birth only for IDT complaints or age range
- Contact telephone number(s)
- Social Security Number (SSN), only if applicable
- Relationship to suspect, only for identity theft complaints
- Account number, only for identity theft complaints
- Driver's license number, only for identity theft complaints
- Free-form description of the consumer's issue(s)

For two categories of complaints, identity theft-related complaints and complaints related to the accuracy of consumer credit reports, SNS includes a field for consumers to provide a SSN if they choose. Consumers submitting identity theft complaints are asked to provide their SSN in order to assist law enforcement with identity theft investigations. Consumers submitting complaints about the accuracy of consumer credit reports are asked to provide their SSNs to enable the consumer reporting agency (CRA) to accurately and efficiently match the consumer complaint to the CRA's files, pursuant to a statutory complaint sharing and resolution initiative (see section 3.3). SNS encrypts the SSN, and the number is not displayed when members search the system. SNS also collects and maintains the subject matter of consumers' complaints and information regarding the companies, entities, or individuals about which the consumer is complaining. If the complaint is reported by someone else on behalf of the consumer, then name, address, and contact information of the person reporting the complaint is also captured along with the affected consumer's information, and both are stored in CSN.

If a consumer submits their entire identity theft complaint by phone, but would like to print a copy of an affidavit of their complaint to provide to law enforcement, the counselor will provide them with a single-use password, and the consumer will receive an email with a secure custom link to a login page to access this form.

When a consumer files a police report related to identity theft, U.S. law enforcement with access to CSN can update the consumer's identity theft complaint that was submitted to the FTC. Law enforcement can update the consumer's complaint to include information about the department taking the police report, which includes the name of the department, report number, date of report, officer's name and the officer's telephone number. Law enforcement can also update the complaint to include new information provided by the consumer in the police report.

When a consumer complains about an individual, as opposed to a company or other entity, the CRC may collect the following personal information about the individual against whom the consumer is complaining:

7

- First and last name
- Middle name and suffix, only for identity theft complaints
- Street address, city, state, country and postal code
- Email address
- Telephone number(s)
- Date of birth, only for identity theft complaints
- SSN, only for identity theft complaints
- Individual's relationship to consumer, only for identity theft complaints
- Method individual used to obtain the complainant's personal information without authorization, only for identity theft complaints

In addition to the standard information collected on the CRC's other online complaint forms, the complaint forms on Military Sentinel allow consumers to identify their service branch, posting, and pay grade.

For system auditing purposes, SNS also collects and stores the following user responses, computer system and network related information along with the consumer complaints:

- Answers or responses provided by consumers to the questions presented by the online Complaint Assistant Wizard or the IVR while gathering their complaints
- Date and time when the consumer's complaint is submitted or updated
- Name of the domain and host from which the consumer gained access to the online complaint forms
- Internet address of the site from which the user linked directly to the online complaint forms
- Internet protocol (IP) address of the computer the consumer was using when submitting a complaint online
- User's Internet browser software information

SNS also includes consumer complaint data collected and forwarded to the FTC by external data contributors (see section 2.2). External data contributors include a broad array of public and private domestic and foreign law enforcement, consumer protection, and other organizations. The consumer complaint data collected from external data contributors includes the same types of data collected by the CRC.

DNC collects and maintains information that consumers voluntarily submit either via the Internet site or by calling the DNC's toll-free telephone numbers. For registrations, verifications, and deletions completed over the telephone, the only information provided by consumers is their telephone number. Consumers registering via the DNC website must also provide an email address, which is used as part of an online confirmation process that includes the delivery of an email message and online confirmation transaction. Importantly, the DNC registry uses a secure hash algorithm to maintain the security of consumer email address information. For consumers calling the DNC toll-free telephone numbers, access control is

8

CISADMINRECORD-00116

limited by requiring them to call from the telephone that they wish to register, delete, or verify. The DNC only collects telephone numbers and the numbers are not associated with any other information, including email addresses.

For DNC complaints, consumers must provide the telephone number that the telemarketer called and when the telemarketer called. Optionally, consumers may also provide the name and/or the telephone number of the telemarketing company, their name and address, and additional comments. Consumers are cautioned not to provide personally identifiable information (PII) such as their SSNs. Consumers are also asked to answer the following three questions:

- Have you done business with this company in the last 18 months or contacted them in the last 3 months?
- Was this a pre-recorded message?
- Have you asked this company to stop calling you?

When telemarketers enroll and create their profiles, they must provide the following information: their organization name and address; Employer Identification Number (EIN) or SSN in the case of a sole proprietorship; organization contact person; and the contact person's telephone number and email address. If an entity is accessing the registry on behalf of a seller-client, the entity also will need to identify that client. Telemarketer payment information, including account numbers, is collected and handled by Pay.Gov[3], the federal government payment processor operated by the US Department of the Treasury, and is not shared with the FTC.

Telemarketers who submit requests to DNC's online Help Desk are explicitly cautioned, with a notice at the top of the request form, not to provide their EIN or SSN when making a Help Desk request.

When telemarketers download the list of telephone numbers from the DNC, the system keeps track of the area codes of the telephone numbers that are downloaded. For system auditing purposes, DNC also collects and stores the following computer system and network related information:

- Date and time when the user gained access to DNC
- Name of the domain and host from which the user gained access to the DNC site
- Internet address of the site from which the user linked directly to the DNC site
- Internet protocol (IP) address of the computer the user was using
- User's Internet browser software information
- User's computer Operating System information

---

[3] The Privacy Impact Assessment for Pay.gov may be found at found at http://www.fms.treas.gov/pia/paygov_pia%20.pdf.

9

CISADMINRECORD-00117

The SpamDB collects and maintains information that is voluntarily submitted via email to spam@uce.gov. Any information included in an email message submitted to the SpamDB also is included.

The information collected in the SpamDB varies depending on what the submitter has chosen to forward to the FTC. Most often, emails submitted to the SpamDB include the body of the original email received by a consumer, along with standard email header information, which includes the email address of the consumer or entity that forwarded the email to the FTC. In addition, email header information includes sender and recipient email addresses, timestamps for each transmission between the sender and recipient, and a subject line.

Occasionally, messages forwarded to the SpamDB contain additional information, including PII such as name, address, telephone numbers, and email addresses. Typically, such information is provided by those who forward messages to the SpamDB that include their "signature line" / contact information. In addition, because information is submitted to the SpamDB via email, messages can include more sensitive information (e.g. social security or tax ID numbers, credit card numbers, and bank account numbers). However, the submission of sensitive information does not occur frequently.[4]

Finally, law enforcement users requesting access to the CSN must go through a comprehensive and secure registration process and become approved and authorized members before being given access to the information available in the system. During the law enforcement organization registration process, we collect name, mailing address, email address and contact information associated with the organization requester, organization administrator, and the approving authority within the applying organization. In addition, we also gather the static IP address range that the organization's computers will use when accessing the Internet. During the individual law enforcement user registration process, we collect the law enforcer's name, work address, telephone number, and email address, as well as a copy of their government issued ID or badge.

In addition to law enforcement users, relevant sections of CSN may be accessed by approved data contributors to periodically upload and contribute bulk consumer complaint data to the FTC. These approved data contributors will only have access to those sections of CSN that enable submission of bulk complaint data, and will not have access to the complaint data maintained in the system. Name, mailing address, email address, and phone contact information of respective and approved data contributors is collected and stored in SNS. Similar to data contributors, relevant sections of CSN may also be accessed by approved data receivers who may periodically login and download requested complaint data exported out of SNS. Currently,

---

[4]     Based on a random sample of 300 messages contained within the SpamDB, approximately three percent (3%) of all submissions contain some signature line information, and approximately three tenths of one percent (0.3%) of all submissions may contain more sensitive information.

CISADMINRECORD-00118

these data receivers are limited to consumer reporting agencies (CRAs), which are provided certain data pursuant to a statutory mandate, and approved CSN law enforcement members (see section 3.3 for a discussion of data sharing with CRAs). These approved data receivers will only have access to those sections of CSN that enable downloading of requested complaint data. Name, mailing address, email address, and phone contact information of prospective and approved data receivers is collected and stored in SNS.

Similar to CRC and DNC, CSN captures the following computer system and network related information for system auditing purposes:

- Date and time when the user gained access to CSN
- Name of the domain and host from which the user gained access to CSN
- Internet address of the site from which the user linked directly to the CSN site
- Internet protocol (IP) address of the computer the user was using to access CSN
- User's Internet browser software information
- User's computer Operating System information
- User's login and password

### 2.2 What are the sources of the information in SNS?

Complaints maintained in SNS are voluntarily submitted by consumers, or others acting on their behalf, to either the FTC or to our external data contributors. The major external data contributors to SNS currently include the following:

- The Internet Crime Complaint Center (IC3)
- Participating Better Business Bureaus (BBBs)
- Phonebusters
- The US Postal Inspection Service (USPIS)
- The National Fraud Information Center (NFIC)
- The Identity Theft Assistance Center (ITAC)

NOTE: a complete list of data contributors is available in the FTC's annual Consumer Sentinel Network Data Book, which can be found at www.ftc.gov/sentinel/reports.

SNS does not receive data from commercial data brokers or information resellers.

In addition, consumers who wish not to receive telemarketing calls can register their telephone numbers on the DNC, either online via the DNC website, or by calling the toll free phone numbers. Telemarketer information gathered by DNC is provided by telemarketers and sellers. Law enforcement organization and user information for access to the CSN is provided directly by the law enforcement member and their respective organization. Finally, SNS maintains the SpamDB, which includes all emails voluntarily submitted to spam@uce.gov by individuals and other entities that collect consumer complaints regarding spam emails.

CISADMINRECORD-00119

### 2.3    Why is the information being collected, used, disseminated, or maintained?

The FTC collects and maintains consumer complaints to further its consumer protection mission. Unsolicited commercial emails are collected to support the FTC's law enforcement mission and to enforce the CAN-SPAM Act, including rulemaking under the Act. By collecting, maintaining, and analyzing this data, the FTC is better able to target law enforcement action, provide consumer and business education to protect the public, and identify trends in consumer fraud and law violations.

As explained above (see section 2.1), the FTC collects SSNs for two categories of complaints, identity theft complaints and complaints related to the accuracy of consumer credit reports. Consumers submitting identity theft complaints are asked to provide their SSN and other sensitive PII (e.g. account numbers, driver's license number, date of birth, etc.) in order to assist law enforcement with identity theft investigations. Consumers submitting complaints about the accuracy of their consumer credit reports are asked to provide their SSNs to enable the CRAs to accurately and efficiently match the consumer complaint to the CRA's files. SNS encrypts the SSN, and the number is not displayed when members search the system.

The FTC collects and maintains consumer telephone numbers in DNC to make them available to telemarketers for the purpose of ensuring that telemarketers do not call the numbers on the registry. In addition, all registration, verification, and deletion transaction history for individual telephone numbers is maintained to assist law enforcement action. All telemarketers' identifying information, including profile information, which includes EINs and SSNs, is maintained to assist law enforcement investigations. Law enforcement members of CSN have access to this information.

The computer system and network related information collected by SNS is used to determine the number of visitors to different sections of the respective websites including DNC, CRC, and CSN to help make the corresponding sites more useful, to help ensure the proper operation of these sites, and to help resolve Help Desk requests. SNS collects consumers' IP address information to prevent abuse and to protect the integrity and security of the system. This information is not used to track or record information about individuals.

Consumers are instructed not to provide personal information such as SSNs, credit card numbers, bank account numbers, drivers' license numbers, or health information in the comment portion of complaint forms when filing a complaint online. In addition, when a complaint is filed by a minor under the age of 13, any PII in that complaint is deleted and purged. The FTC may periodically accept complaints about minors from law enforcement partners or other third parties, when such information is needed to effectuate law enforcement investigations, and when such information is gathered and shared in a manner that complies with applicable statutes and regulations (e.g., the Children's Online Privacy Protection Act (COPPA)). In addition, the FTC will accept identity theft complaints filed by an adult on a minor's behalf. For DNC online

CISADMINRECORD-00120

registration, the online registration wizard only collects consumer telephone numbers and email addresses.

For complaints submitted via Military Sentinel, the FTC allows consumers to identify their service branch, posting, and pay grade. This information is collected to enable Military Sentinel users and DOD consumer education staffers to better investigate and follow-up on complaints submitted by consumers in the armed forces.

As mentioned above (see section 2.1), the FTC also collects information from law enforcement users who request access to the CSN. This information includes contact information (e.g. name, address, etc.), IP address information, and also their login and password. The FTC collects and maintains this information to help ensure the security of the system. In addition, to foster law enforcement cooperation, contact information for CSN law enforcement users is made available to CSN members, and a list of all CSN member agencies is made available to the public.

### 2.4    How is the information collected?

The consumer complaint information gathered by the CRC is collected through the following channels:

- Interactive Voice Response (IVR) units collect data via interactive toll-free telephone sessions with consumers. Consumers may complete their transaction in the IVR or be passed to a customer service representative for further processing.
- Customer service representatives at the contact center enter or update complaints during live conversations with consumers. The customer service representatives use a complaint/identity theft entry/update interface that ensures the collection of required data elements.
- Complaints are entered directly by consumers via either the general or IDT online complaint form accessed from www.ftc.gov. The complaint forms link to the Complaint Assistant Wizard located at www.ftccomplaintassistant.gov. This is the same portal used for members accessing Military Sentinel.
- Physical mail, received by the FTC via US mail, is either mailed to or scanned and securely sent to the contractor and entered into CSN by customer service representatives using the contact center complaints/identity theft interface. Physical mail is retained onsite at the contact center for a period of one year, after which it is shredded. An electronic copy of scanned mail is attached to a complaint in the CSN system and retained under the retention schedule for complaints.

DNC registration and complaint information is collected either through the toll-free telephone numbers or the Internet site (www.donotcall.gov). Telemarketer information is gathered through the telemarketer Internet site (www.telemarketing.donotcall.gov).

13

CISADMINRECORD-00121

The econsumer.gov site (www.econsumer.ftccomplaintassistant.gov) gathers complaints relating to cross-border e-commerce fraud and provides online complaint forms in English, Spanish, French, German, Polish, Japanese, and Korean.

These collections have been reviewed and approved by the Office of Management and Budget (OMB) (OMB Control No. 3084-0047) in accordance with the Paperwork Reduction Act.

Consumers or other entities also may forward unsolicited commercial emails to spam@uce.gov.

Law enforcement officials signing up for access to the site provide information to us about their organization and their position within their organization through the website. Signed documents confirming this information and certifying the organization's agreement to CSN's policies is done by mail, pdf by email, or fax.

Finally, for complaint data contributed by external organizations, most of the contributors send batched data using CDs, DVDs, email, or a secured Web interface. The FTC retains in a secure manner the original data contributor files for a period of 90 days after records from that file have been successfully uploaded into the SNS database. For data files received via email or Web service, the FTC encrypts the original data. At the end of this retention period, the FTC purges the original files. If the files were transmitted via CD, DVD, or similar portable media, the media is destroyed in a manner that is consistent with OMB and the National Institute of Standards and Technology (NIST) security standards.

### 2.5 How will the information be checked for accuracy and timeliness?

Consumer complaints collected by the CRC and DNC, complaints provided by data contributors, and unsolicited commercial email submitted by consumers are not checked for accuracy or validity. This information is provided voluntarily by consumers and is made available for law enforcement use and investigation (also see section 2.8, below). Telemarketer data submitted to DNC also is not checked for accuracy when it is submitted. However, telemarketers submitting that information must certify under penalty of perjury that the information they provide is true, correct, and complete. Information submitted by law enforcement organizations and their users who are requesting access to CSN is reviewed by the FTC and LM IS&GS before the application is approved and the user is granted access.

### 2.6 Is SNS using technologies in ways that the FTC has not previously employed (e.g., monitoring software, Smart Cards, etc.)? If so, how does the use of this technology affect individuals' privacy?

Yes, SNS is using new technologies in ways that the FTC has not previously employed, and is combining these with existing technologies to enhance the security and privacy of the information housed within the system.

14

CISADMINRECORD-00122

To protect individuals' privacy, encryption technology is used to ensure information confidentiality and integrity. All sensitive data are encrypted during transmission between the SNS web portals and the end users or external systems using 128-bit Secure Socket Layer (SSL) encryption and Secure Hyper Test Transfer Protocol (HTTPS). Data downloaded or exported from SNS are encrypted and password protected. In addition, all data stored by SNS is encrypted at rest using software encryption. Importantly, all encryption and data transport protocols meet OMB and NIST standards.

In accordance with OMB and NIST standards, access to the SNS CSN portal is strictly controlled and utilizes a minimum of two authentication factors. Authentication factors include: unique user names, passwords, one-time passcodes generated by RSA SecureID tokens, approved IP address ranges, and such other factors as the FTC may determine are necessary to ensure the confidentiality and security of the system and its data.

All user access and operations are logged and logs are kept on a centralized logging server. The logs are used to audit user access and produce relevant security reports. In addition, the SNS application network perimeter is protected through advanced firewalls and Intrusion Prevention Systems (IPS).

To increase efficiency and decrease costs, the SNS system is hosted in a secure cloud environment that provides services exclusively to federal and state government entities.[5] This cloud environment has undergone an extensive Certification and Accreditation process conducted by a FedRAMP-certified third-party assessment organization. The SpamDB is in a cloud environment that is isolated from the remainder of the SNS system to mitigate any data security risks associated with spam email, which may contain viruses and other malware that can exploit security vulnerabilities. The SpamDB permits authorized CSN users to view a static image of the actual email to protect SNS and its users against any risks associated with spam email.

### 2.7    What law or regulation permits the collection of this information?

Several statutes authorize the FTC to collect and maintain consumer complaints. Section 6(a) of the FTC Act, 15 U.S.C. § 46(a), authorizes the Commission to compile information concerning and to investigate business practices in or affecting commerce, with certain exceptions. Information relating to unsolicited commercial email is collected pursuant to the FTC's law enforcement and investigatory authority under the CAN-SPAM Act of 2003, 15 U.S.C. § 7704.

In addition, the Identity Theft and Assumption Deterrence Act of 1998, 18 U.S.C. § 1028 note, mandates the Commission's collection of IDT complaints, and the Fair and Accurate Credit

---

[5] All data transfers associated with the transition to the secure cloud environment were conducted via secure, encrypted means.

CISADMINRECORD-00123

Transactions Act of 2003, Pub L. 108-159, 117 Stat. 1952, requires the sharing of information with consumer reporting agencies.

Amendments to the Telemarketing Sales Rule (TSR), 16 C.F.R. Part 310, required the implementation of the National Do Not Call Registry® and collection of consumer telephone numbers and DNC-related complaints. The TSR also requires telemarketers to access the National Do Not Call Registry®. Telemarketer SSN/EIN collection is mandatory under 31 U.S.C. § 7701.

User names, password, and other system user data that is collected from CSN users accessing the secure system is collected pursuant to the Federal Information Security Management Act (FISMA), 44 U.S.C. § 3541.

### 2.8 Considering the type of information collected and sources of collection, what privacy risks were identified and how were these risks mitigated?

Considering the type of information collected and sources of collection, the following privacy risks were identified:

- Consumers might accidentally provide sensitive PII, which is not required by SNS in the complaint's comments field, which poses a risk of identity theft.
- Consumers might accidentally provide sensitive PII in the body of their email when forwarding unsolicited commercial emails.
- Someone may try to pose as an authorized law enforcement user and try to register and obtain access to CSN, which can pose a security and privacy risk to the system.
- Data provided by consumers and/or data contributors might not be accurate, complete, or timely.
- Data provided by consumers and/or data contributors might be misused, used for a purpose not intended or contemplated by the PIA, or improperly disclosed or accessed.

  **NOTE: Privacy risks and mitigation are discussed in various sections throughout this document, including sections 2.8, 3.1, 3.2, 3.3, 4.1, 4.6, 5.5, and 7.3.**

To mitigate the risk of unnecessary PII being provided by consumers, the CRC uses the Complaint Assistant Wizard, which assists consumers in filing online complaints, and which only collects the information that is relevant to a given complaint. To reduce the risks of consumers accidentally providing sensitive PII, DNC online registration and complaint forms are designed in a way that consumers can only provide required information. In addition, consumers are reminded not to provide sensitive PII in the comments field in each of these complaint forms and on econsumer.gov. We also train the staff and counselors working with consumers directly

16

CISADMINRECORD-00124

to only collect information necessary to the specific complaint and not to collect unnecessary sensitive PII.

To mitigate the risk of unauthorized access to the CSN, CSN employs a well-defined and secure process to enable interested law enforcement organizations and their users to register and obtain access and thereby mitigate any associated security risks. This process requires users to enter a matching passcode that is specifically assigned to their law enforcement organization, submit valid and accurate information including email addresses that match their organization's email domain, and submit proper credentials, such as their badge, to verify that they indeed work for their respective organization.

As to the risk that data provided by consumers and data contributors might not be accurate, complete, or timely, it is important to note that SNS purposefully accepts self-reported consumer complaint information, and makes the process of filing complaints as easy as possible for consumers. Importantly, the information provided by consumers is well suited to the purposes for which it is collected to support the FTC's law enforcement investigations and mission – and authorized users of the data understand the benefits and risks of self-reported information.

With respect to the use and disclosure of SNS data, the FTC recognizes that there is a risk that consumers' information may be misused or disclosed for an unauthorized purpose. To mitigate the risk that this may be caused by a contractor, the FTC requires that all contractors involved with data collection and processing, as well as technical support of SNS, submit to a rigorous security clearance process, sign a non-disclosure agreement, and agree to act in accordance with specified rules of behavior.

To mitigate the risks associated with access by external law enforcement members, SNS utilizes numerous procedural controls, which include a confidentiality and data security agreement. Each member agency and each user agrees, in writing, to maintain the confidentiality and security of SNS data and only to use it for law enforcement purposes (see section 3.3 for a more detailed list of these controls). In addition to the confidentiality and data security agreement, the FTC periodically provides SNS users with training and information on how SNS data may be used and disclosed. If the FTC discloses SNS data in another manner (e.g., in response to a FOIA request or to an entity that is a subject of a complaint), it redacts PII.

In addition, as discussed throughout this document, SNS employs a significant number of layered technical controls to help prevent the misuse or improper disclosure or access of SNS data.

CISADMINRECORD-00125

## 3.0     Use and Access to Data in SNS

### 3.1     How will information in SNS be used?

Both the FTC and external law enforcement members of the CSN use SNS data to accomplish their consumer protection and criminal law enforcement missions. Specifically, SNS data is used to identify potential targets for law enforcement actions. SNS data also may be used as evidence in legal proceedings and may be filed in court. In addition, SNS data may be used to help resolve consumer complaints, locate victims, respond to inquiries, provide consumer and business education, and identify trends. Law enforcement users may access an identity theft complaint in order to update it with police report information. SNS data also is used to assist with consumer redress, periodically review the effectiveness of the FTC's current consumer protection regulations, and develop consumer and business education programs and publications. Aggregate numbers compiled from SNS data also help determine the effectiveness of the FTC's consumer protection program in accordance with the Government Performance & Results Act.

Telephone numbers included in DNC are shared with telemarketers to ensure that telemarketers do not call those numbers. Information provided by telemarketers to DNC is made available to both the FTC and our CSN members for law enforcement purposes.

SNS data is used in accordance with the routine uses outlined in the FTC's Privacy Policy and Privacy Act System of Records Notices. In addition, all uses of the SNS data are both relevant and necessary to the purpose for which the data was collected. All SNS users have a level of access determined by their need-to-know, with the lowest level of access needed to perform their work.

SNS limits users' access to the features, functions and data for which they are authorized. For example, the contractors involved with data collection can only view the data which they enter or update, CPS users only can view data received through econsumer.gov, and data contributors only can access parts of the system that will allow them to contribute their data. Users cannot view Social Security Numbers. External users access the SNS applications through 128-bit SSL encryption and strong two factor authentication. The FTC also maintains audit logs of each user's activity in SNS, to make sure any data accessed can be traced for security reasons.

User name and login information collected from CSN users is used only to allow them access to the pieces of the system they have permissions for and to log which information is being accessed and by whom.

In addition, consumers' complaint information may be shared under very limited circumstances with organizations providing additional consumer counseling services. Consumers' information would only be shared with such organizations if the consumer gives prior express consent and the organization can properly protect the consumer's information..

18

### 3.2 Which internal entities will have access to the information?

Within FTC, SNS data is used by attorneys, investigators, paralegals, data analysts, economists, and consumer protection counselors, for the purposes outlined in section 3.1, above. All internal users have read-only access except for consumer counselors. Counselors also have the ability to enter consumer complaint information into the system and update consumer complaint records already entered, which they do when they receive updated information from the consumer complainant.

The FTC's contractor involved with the design, development, and maintenance of the system, LM IS&GS, also has access to the SNS data to maintain and support the ongoing SNS operations including web portal hosting services and call center services. For example, a call center Customer Service Representative interacts directly with consumers and records the data into the SNS system. Information confidentiality and Privacy Act requirements are specified in the service contract. In addition, SNS must undergo certification and accreditation to ensure that the security controls are properly implemented.

The FTC requires all contractors who are involved with data collection and processing, as well as technical support of SNS, to undergo a rigorous security screening and clearance process, and to sign a non-disclosure agreement.

LM IS&GS personnel who access SNS receive initial training in security awareness and agree to comply with security practices as part of their orientation. They also sign Rules of Behavior for the use of SNS systems and applications prior to being given access to those systems and applications. LM IS&GS personnel receive refresher training annually. Customer Service Representatives also receive security awareness training on sensitive information and PII handling during orientation.

The LM IS&GS personnel with access to SNS are aware of and understand the ramifications and penalties for infractions of the rules regarding privacy and data security. Any failure to comply with the Rules of Behavior is considered a security incident.

### 3.3 Which external entities will have access to the information?

As part of its consumer protection mission, the FTC shares SNS data with other law enforcement agencies (for a complete list, see http://www.ftc.gov/sentinel/members.shtml). Through the CSN, SNS data is shared with authorized local, state, federal, and international law enforcement agencies that have entered into a confidentiality and data security agreement with the FTC. This agreement requires, amongst other things, that CSN data will be accessed solely for law enforcement purposes. As noted above, IDT data is only available to those law enforcement agencies that require access. In addition, in response to specific law enforcement agency requests, the FTC will provide those agencies with data in an encrypted and password protected format, consistent with OMB and NIST standards.

CISADMINRECORD-00127

As discussed previously, SNS also limits users' access to the features, functions, and data for which they are authorized. For example, the ability to extract data from SNS will be limited to local, state, and federal law enforcement agencies in the United States, Canada, and Australia, and will not be available to other foreign law enforcement users. Both the Office of International Affairs and the Office of General Counsel are consulted on all decisions regarding sharing data with foreign entities.

Certain States that have entered into a Memorandum of Understanding with the FTC may download registered consumer telephone numbers from DNC for their State and use this information to update their State-specific do not call lists.

Telemarketers with currently valid subscriptions must, in accordance with the Telemarketing Sales Rule, access and download consumer telephone numbers in their subscription at least every 31 days to ensure that they do not call those numbers.

Pursuant to the Fair and Accurate Credit Transactions Act of 2003, Pub L. 108-159, 117 Stat. 1952, and the Commission's delegation of authority located at 68 FR 46642, the FTC shares certain consumer complaints (e.g., about the accuracy of a consumer's credit report) with consumer reporting agencies (CRAs). The CRAs review the complaints, take appropriate actions, and report back to the Commission on their determinations. In addition, the CRAs will share selected complaints with consumer reporting agencies that maintain consumer files within the CRA system ("associated consumer reporting agencies" or "associated CRAs"). The CRAs will share with each associated CRA only those complaints that pertain to consumer files owned by that associated CRA, and will only share complaints with an associated CRA that has entered into a confidentiality agreement with the FTC. This information is shared in an electronic format, and is encrypted and password protected.

The FTC may be required or authorized to share complaint data with external entities in other circumstances, including in response to requests from Congress, Freedom of Information Act (FOIA) requests from private individuals or companies, requests from the media (not obtained through a FOIA request), or during litigation. Normally, in these situations, the FTC redacts all PII before providing the SNS data. Government agencies also may request SNS data for a non-law enforcement purpose. Such requests must be submitted to and approved by the Office of the General Counsel. Complaint data also may be shared with the entity about which a consumer complains in order to address the complaint. In the latter two situations, the FTC only discloses the data after receiving assurances of confidentiality from the recipients. In addition, consumers' complaint information may be shared under very limited circumstances with organizations providing additional consumer counseling services. Consumers' information would only be shared with such organizations if the consumer gives prior express consent and the organization can properly protect the consumer's information..

SNS employs a number of technical and procedural safeguards, to protect the information that is shared with external entities. See section 2.6 for a discussion of some of the technical

CISADMINRECORD-00128

safeguards.  In addition, as mentioned above, all CSN members are required to execute a confidentiality and data security agreement that outlines many of the SNS procedural safeguards, as follows:

- CSN data will be accessed solely for law enforcement purposes;
- any information printed, downloaded, or otherwise removed from the CSN (either in an electronic or in a printed format) must be properly protected (i.e. via NIST-approved encryption tools for electronic data, or via a locked cabinet for paper based documents);
- any data extract must be destroyed within 90 days unless its use is still required for a valid law enforcement purpose;
- CSN information must be properly destroyed;
- CSN users may only access the system from computers issued and maintained by their organizations;
- CSN users may only access CSN from their official work stations;
- CSN users may only access the system from computers with up-to-date software, including anti-virus and anti-malware programs, a firewall, and properly patched operating system and application software;
- userids and passwords must be properly protected;
- CSN access and CSN information must only be provided to individuals with a need for such access and information;
- CSN members must notify the FTC in case of a data breach;
- CSN members must ensure that their staff understand their responsibilities under the agreement; and
- CSN users must complete a mandatory online training module prior to accessing the system.

## 4.0    Notice and Access for Individuals

### 4.1    How will individuals be informed about what information is collected, and how this information is used and disclosed?

Through Privacy Act notices available on the online complaint forms and through messages and menu items for the toll-free numbers, the FTC informs consumers that the information collected is not mandatory, but that if they do not provide certain information, it may be impossible for the FTC to refer, respond to, or investigate the consumer's complaint or request.  The FTC Privacy Policy also informs consumers that any information they submit in connection with a complaint is voluntary.  Consumer's who choose to submit spam to the SpamDB would need to locate the email address to send submissions.  This email address, spam@uce.gov, is posted on the FTC website in various places, i.e. in several press releases regarding the program, and everywhere this email address is posted, we also provide a link to the privacy policy.

21

The SNS programs are currently covered by three existing Privacy Act System of Records Notices (SORNs). The Privacy Act SORN corresponding to general consumer complaint collection is currently designated FTC IV-1 (consumer information system), the one corresponding to the DNC is designated FTC-IV-3 (National Do Not Call Registry® System-FTC), and an additional SORN regarding login information collected for CSN is designated FTC-VII-3 (Computer Systems User Identifiable and Access Records). The FTC's SORNs, which are published in the Federal Register, are posted and accessible online through the FTC's Privacy Act page, http://www.ftc.gov/foia/listofpaysystems.shtm and through the FTC's privacy policy. In compliance with the Privacy Act, the Internet sites and toll free phone numbers from which consumers can access the complaint forms and DNC, as well as the CSN access pages for law enforcement, contain the required notice of authority, purpose, routine uses, and whether the collection is voluntary or mandatory. They also contain links to the FTC's Privacy Policy or, in the case of the telemarketer website for DNC, a privacy notice tailored specifically to their purposes.

### 4.2   Do individuals have the opportunity and/or right to decline to provide information?

All information provided by consumers to the FTC is voluntary. Consumers may choose to submit some, all, or none of the information requested by the FTC's complaint forms. Consumers are informed during the complaint gathering process that if they do not provide certain information, it may be impossible for the FTC to refer, respond to, or investigate the consumer's complaint or request. For spam submissions, as discussed in section 4.1, consumers who choose to submit spam to the SpamDB would need to locate the email address to send submissions. This email address, spam@uce.gov, is posted on the FTC website in various places, and everywhere this email address is posted, we also provide a link to the privacy policy.

Telemarketers must set up a profile by registering an account on the DNC system before they can access telephone numbers in the National Registry. To set up a profile, telemarketers must provide organizational information. If telemarketers decline to provide organizational information, they will not be able to set up a profile or gain access to telephone number information in the National Registry.

Law enforcement users requesting access to the CSN must go through a comprehensive and secure registration process and become approved and authorized members before being given access to the information available in the system. Law enforcement organizations and their users must provide the required information (see section 2.1, above). If law enforcement users decline to provide the required information, they will not be able to complete the registration process, and they will not be given access to the CSN.

22

CISADMINRECORD-00130

**4.3    Do individuals have the right to consent to particular uses of the information? If so, how would an individual exercise this right?**

Consumers, telemarketers, and CSN law enforcement users do not have the right to consent to particular uses of their information. They consent to their information being provided for all uses described in the applicable privacy policies. Likewise, once registered, CSN users must enter their login information each time they wish to enter the system online, or they will be denied access. Consumers can also choose to share their information with organizations that provide additional consumer counseling services. To do so, consumers would have to give express consent at the time they submit their complaint.

**4.4    What are the procedures that allow individuals to gain access to their own information?**

Consumers may request a copy of information covered by the Privacy Act, by following the FTC's Privacy Act rules and procedures, which are published in the Code of Federal Regulations at 16 C.F.R. 4.13 and highlighted in the FTC's privacy policy. Consumers may update the information they provide in a complaint by following these procedures, or by calling the CRC at 1-877-FTC-HELP or 1-877-ID-THEFT. Consumers also may access their registration information by visiting the DNC website or by calling the DNC's toll-free telephone numbers. In addition, consumers may request to remove their telephone numbers from the DNC by calling the toll-free telephone numbers from the telephone whose number they wish to remove. Telemarketers may correct their information by visiting the DNC website or by contacting the DNC Help Desk. CSN users can access or change their identifying information or passwords by loging into the system and changing the information in their profile.

**4.5    If no formal procedure for individuals to access and/or correct their own information is provided, what alternatives are available to the individual?**

Not applicable.

**4.6    Discuss the privacy risks associated with the process of providing individuals access to their own records and how those risks are mitigated.**

Requests by individuals for access to SNS information are reviewed and evaluated by the FTC's FOIA office, in accordance with the FTC's Privacy Act rules and procedures, which are published in the Code of Federal Regulations at 16 C.F.R. 4.13 (see section 4.4, above). In this regard, privacy risks inherent in the process are managed by the FTC's FOIA Office.

Requests made to the CRC by consumers wishing to update information they submitted are processed by CRC staff. To mitigate the risk that a consumer's information might be updated or shared with an unauthorized third party, the CRC requires callers to provide the unique reference number associated with the consumer's complaint, as well as other identifying details. Each

23

complaint in CSN is assigned a unique reference number, which is provided to the consumer when a complaint is filed.

In addition, consumers may access information related to their DNC registration by visiting the DNC website, or by calling the toll-free DNC telephone number. To mitigate the risk that a consumer's information might be altered or shared with an unauthorized third party, the DNC website employs a multi-step process, which includes the delivery of a confirmation email. The website may only be used to register a telephone number, verify a registration, or file a complaint. Consumers cannot remove or delete a registration via the website. Consumers who use the toll-free DNC telephone number must call from the telephone number that is registered to access or change any DNC information.

## 5.0   Website Privacy Issues

### 5.1   Describe any tracking technology used by the website and whether the technology is persistent or temporary (e.g., session cookie, persistent cookie, web beacon).

For system auditing purpose, SNS collects and stores the following computer system and network related information on each SNS website, including consumersentinel.gov, donotcall.gov, econsumer.gov, and ftccomplaintassistant.gov:

- Date and time when the user gained access to SNS
- Name of the domain and host from which the user gained access to SNS
- Internet address of the site from which the user linked directly to the SNS websites
- Internet protocol (IP) address of the computer the user was using
- User's web browser software information
- User's computer Operating System information

The computer system and network related information is used to determine the number of visitors to different sections of the SNS websites, to help make the websites more useful, to help ensure the proper operation of the websites, and to help resolve helpdesk requests. This information is not used to track or record information about individuals.

SNS websites, including consumersentinel.gov, donotcall.gov, econsumer.gov, and ftccomplaintassistant.gov, do not use persistent "cookies" or tracking mechanisms that collect PII. All of these websites, except for econsumer.gov, do use session cookies on the site to collect a visitor's IP address and the date and time of the visit. Session cookies are temporary files that are erased when a user closes all browsers. The website uses these session cookies so that telemarketers, sellers, law enforcement agencies and other entities accessing the site can move from one secure web page to another without having to log in to each page. Session

24

CISADMINRECORD-00132

cookies are mandatory to ensure the proper functioning of our site. Users may not be able to use the SNS websites if they decline to accept session cookies. In addition, consumersentinel.gov also users a RSA authentication cookie. Because of the high level of security required to protect the information available in Consumer Sentinel, these cookies are required to prevent members from having to log on at each separate page, severely hampering the usability of the system for our law enforcement members.

### 5.2    If a persistent tracking technology is used, ensure certain issues are addressed.

SNS does not use persistent cookies, web beacons, Adobe flash cookies, or other persistent tracking devices on the system websites.

### 5.3    If personal information is collected through a website, page, or online form accessible through the Internet, is appropriate encryption used?  If not, explain.

SNS uses 128-bit SSL encryption when personal information is collected through a website, page, or online form. Encryption also is applied to personal information, collected from consumers, telemarketers and law enforcement agencies, which is stored in the SNS database. No personal information is collected for the SpamDB through the website or by an online form.

### 5.4    Explain how the public will be notified of the Privacy Policy.

Privacy policy information is made available to the public via a hyperlink on every SNS website as well as on the ftc.gov website. The SNS privacy policy is machine-readable (i.e. P3P compliant), and handicap accessible pursuant to Section 508 of the Rehabilitation Act.

### 5.5    Considering any website or Internet issues, please describe any privacy risks identified and how they have been mitigated.

The FTC has identified privacy risks associated with SNS and has taken steps to mitigate those risks. With respect to the collection of data, the identified risks are:

- Consumers might not understand how their information will be used
- SNS might collect more information than is required (e.g., consumers provide SSNs on the general complaint form when not needed)

**NOTE: Privacy risks and mitigation are discussed in various sections throughout this document, including sections 2.8, 3.1, 3.2, 3.3, 4.1, 4.6, 5.5, and 7.3.**

To address these risks, SNS provides notices (on the online complaint forms and through telephone counselors) about how consumers' information will be used. On the online complaint

CISADMINRECORD-00133

forms, SNS provides a link to the FTC's Privacy Policy. Social Security Numbers, if provided, are encrypted when stored in SNS. SNS also explains on the general complaint form that a Social Security Number should be provided only for certain types of complaints.

**5.6    If the website will collect personal information from children under 13, or be directed at such children, explain how it will comply with the Children's Online Privacy Protection Act (COPPA).**

SNS websites are not directed to children under the age of 13, and if an individual lodges a complaint and indicates that he/she is under the age of 13, SNS deletes and purges any PII in that complaint. However, SNS websites accept identity theft complaints filed on behalf of a minor by an adult.

**6.0    Security of Information in SNS**

**6.1    Are all IT security requirements and procedures required by federal law being followed to ensure that information is appropriately secured?**

The FTC follows all applicable FISMA requirements to ensure that information in SNS is appropriately secured.

**6.2    Has a Certification & Accreditation (C&A) been completed for the system or systems supporting the program?**

A FedRAMP-certified third-party assessment organization conducted a Certification and Accreditation for the SNS. The C&A was completed in August 2012.

**6.3    Has a risk assessment been conducted on SNS?**

As part of the SNS C&A process, a Risk Assessment was conducted on SNS. Appropriate security controls have been identified and implemented to protect against the identified risk.

**6.4    Does SNS employ technology that may raise privacy concerns? If so, please discuss its implementation.**

Yes. The SpamDB email preview feature and back-up Simple Mail Transfer Protocol (SMTP) relay are hosted in the Amazon Web Services (AWS) Cloud, which incorporates highly restricted access controls and encryption technology are implemented in the AWS to protect SpamDB data. These security features, together with isolating the SpamDB from the remainder of the SNS system mitigate any data security risks associated with spam email, which may contain viruses and other malware that can exploit security vulnerabilities. The SpamDB permits authorized CSN users to view a static image of the actual email to protect SNS and its

CISADMINRECORD-00134

users against any risks associated with spam email.

### 6.5 What procedures are in place to determine which users may access the system and are they documented?

Access to the SNS CSN portal is role-based for all SNS users, including FTC staff, external law enforcement members, call center staff, data providers, and data receivers. In accordance with OMB and NIST standards, access to the SNS CSN portal is strictly controlled and uses a minimum of two authentication factors. Authentication factors include unique user names, passwords, one-time passcodes generated by RSA SecureID tokens, approved IP address ranges, and such other factors as the FTC may determine necessary to secure the system and its data.

Data contributors and data receivers are also authenticated if they access SNS to either contribute or receive data. Their access is restricted to only uploading or downloading of data.

### 6.6 Describe what privacy training is provided to users either generally or specifically relevant to the program or system.

The LM IS&GS personnel managing or accessing the SNS systems have received initial training in security awareness and accepted security practices as part of their orientation and sign Rules of Behavior for the use of systems and applications prior to their being given access to those systems and applications. LM IS&GS personnel receive refresher training annually.

Consumer Service Representatives from the CRC also receive security awareness training on sensitive information and PII handling during orientation and receive annual training.

For SNS CSN users, a mandatory online training course on PII data handling must be taken prior to first use and repeated annually. Training record information is kept online as part of the user profile.

### 6.7 What auditing measures and technical safeguards are in place to prevent the misuse of data?

The following in-place auditing measures and technical safeguards are applied to prevent misuse of data. These controls include:

- Authenticator/Password Management – Application and monitoring of initial distribution, composition, history, compromise, and change of default authenticators.
- Account Management – Application and monitoring of account establishment, activation, modification, disabling, removal (including unnecessary/defunct accounts) and review.
- Access Enforcement – Application and monitoring of access privileges.
- Least Privilege – Access to SNS data is limited to data necessary for specific user to perform his/her specific function.

27

CISADMINRECORD-00135

- Unsuccessful Login Attempts – System automatically locks the account when the maximum number of unsuccessful attempts is exceeded.
- Audit logs are reviewed for technical and administrative errors.

Privacy risks associated with unauthorized disclosure of information are mitigated through implementation of technical controls associated with need-to-know and least privilege, ensuring that users have no more access to data and no more administrative rights than are required to affect their official duties. In addition, deterrent controls in the form of warning banners, rules of behavior, confidentiality agreements and auditing are in place. Procedures are in place to disable and delete user accounts at the end of use.

### 6.8    Questions regarding the security of the system

Questions regarding the security of the system should be directed to the FTC's Chief Information Security Officer.

## 7.0    Data Retention

### 7.1    For what period of time will SNS data be maintained?

FTC has submitted to the National Archives and Records Administration (NARA) and NARA has approved a comprehensive records disposition schedule that replaces FTC's prior records schedules and schedules previously unscheduled items including electronic systems such as SNS. SNS maintains all complaints filed by consumers (including identity theft and DNC) for a period of 5 years. The SpamDB maintains all submissions sent by consumers for a period of 3 years. Twice a year, all complaint and SpamDB records older than the applicable retention period are deleted, unless a CSN member indicates that a record must be retained for litigation purposes. In those instances, the record will be maintained until the litigation hold is lifted. Consumer telephone numbers remain on the National Do Not Call Registry until the consumer deletes the number. Telephone numbers deleted from the Registry remain in the SNS system to support investigations by CSN law enforcement members in the United States, Canada, and Australia of violations of the Telemarketing Sales Rule. See Section 1.2. Data contributor media is destroyed 90 days after information on the media has been imported into SNS. Original copies of letters and correspondence from consumers received via the mail are retained for one year, and then destroyed. All other records are retained for a period of 30 days. Examples of these records include consumer requests for information, consumer calls referred to other entities, and solicitations. These records are deleted every 60 days.

### 7.2    What are the plans for destruction or disposal of the information?

All SNS information that is subject to disposal (see Section 7.1) is destroyed in accordance with OMB and NIST guidelines.

CISADMINRECORD-00136

### 7.3   Describe any privacy risks identified in the data retention and disposal of the information, and describe how these risks have been mitigated.

To mitigate the risks of unauthorized access or sabotage of privacy data stored in SNS, data encryption technology is employed to secure data in the SNS system.  See Section 2.8 for more information on privacy risks identified in the data retention and how the risks have been mitigated.  Media received from SNS data contributors is securely stored for 90 days after information on the media has been imported into SNS and is then destroyed in accordance with OMB and NIST guidelines.  Data is deleted in a manner that makes it impossible to recover.

## 8.0   Privacy Act

### 8.1   Will the data in the system be retrieved by a personal identifier?

Yes.  Consumer complaint data can be retrieved by the following fields:

- Consumer name
- Street address
- EIN or SSN
- Telephone number
- Email address
- Unique FTC reference number

Telemarketer information can be retrieved by the following fields:

- Organization name
- Street address
- EIN or SSN
- Telephone number
- First name or Last name
- Email address

SpamDB submissions can be retrieved by the following fields:

- Submitter's email address
- Personal identifiers in the body of the email may be searchable by keyword search

CSN member information can be retrieved by:

- Member first name or last name
- Organization name

29

CISADMINRECORD-00137

**NOTE: Telemarketer business entities are not covered by the Privacy Act.**

For two categories of consumer complaints -- identity theft-related complaints and complaints related to the accuracy of the consumer's credit report -- SNS allows the consumer to provide a Social Security Number.  SNS encrypts the SSN, and the number is not displayed when users search the system.  However, the system allows users to search for complaints by specific SSN.

### 8.2      Is the system covered by an existing Privacy Act System of Records notice (SORN)?

The Privacy Act SORN corresponding to general consumer complaint collection is currently designated FTC IV-1 (consumer complaints generally).  The FTC's SORNs, which are published in the Federal Register, are posted and accessible online through the FTC's Privacy Act page, http://www.ftc.gov/foia/listofpaysystems.shtm.  In compliance with the Privacy Act, the Internet sites from which consumers can access the general and IDT complaint forms contain the required notice of authority, purpose, routine uses, and whether the collection is voluntary or mandatory.  They also contain links to the FTC's Privacy Policy.

The DNC is currently covered by one Privacy Act SORN, which is currently designated FTC-IV-3 (National Do Not Call Registry® System-FTC), is published in the Federal Register, and is posted  and accessible online through the FTC's Privacy Act page linked to above.  In compliance with the Privacy Act, the Internet sites and toll-free numbers from which consumers can access DNC contain the required notice of authority, purpose, routine uses, and whether the collection is voluntary or mandatory.  Both the consumer and telemarketer Internet sites also contain links to the FTC's Privacy Policy.

The login information collected for CSN is covered by one Privacy Act SORN, which is currently designated FTC-VII-3 (Computer Systems User Identifiable and Access Records), is published in the Federal Register, and is posted and accessible online through the FTC's Privacy Act page, link found above.  In compliance with the Privacy Act, the Consumer Sentinel website from which this information is collected contains the required notice of authority, purpose, routine uses, and whether the collection is voluntary or mandatory.  The website also contains a link to the FTC's Privacy Policy.

## 9.0      Privacy Policy

The collection, use, and disclosure of SNS information has been reviewed to ensure consistency with the FTC's Privacy Policy.

CISADMINRECORD-00138

## 10.0   Approval and Signatures

Prepared for the business owners of the system by:

**Federal Trade Commission**                    **Lockheed Martin**


_____          _____
David Torok                                              Murali Thirukkonda
Associate Director                                      Program Manager
Division of Planning and Information
Bureau of Consumer Protection


_____          _____
Alexander C. Tang, Attorney                      Jason Ni
Chief Information Security Officer              Information Systems Security Officer
Office of the General Counsel


_____
Peter Miller
Acting Chief Privacy Officer


_____
Jeffrey Smith
Information Assurance Manager


_____
Jeff Nakrin
Director, Records and Filings Office


Approved:


_____
Jeff Huskey                                              Date:
Chief Information Officer

31

CISADMINRECORD-00140

**Federal Trade Commission**
**FREEDOM OF INFORMATION ACT ANNUAL REPORT**
**Fiscal Year 2012**
**(Oct. 1, 2011 - Sept. 30, 2012)**

## TABLE OF CONTENTS

| | | |
|---|---|---|
| I. | Basic Information Regarding Report | 2 |
| II. | Making a FOIA Request | 2 |
| III. | Acronyms, Definitions, and Exemptions | 3 |
| IV. | Exemption 3 Statutes | 7 |
| V. | FOIA Requests | 8 |
| VI. | Administrative Appeals of Initial Determinations of FOIA Requests | 9 |
| VII. | FOIA Requests: Response Time for Processed and Pending Requests | 11 |
| VIII. | Requests for Expedited Processing and Requests for Fee Waiver | 13 |
| IX. | FOIA Personnel and Costs | 14 |
| X. | Fees Collected for Processing Requests | 14 |
| XI. | FOIA Regulations | 14 |
| XII. | Backlogs, Consultations, and Comparisons | 14 |

CISADMINRECORD-00141

## I. Basic Information Regarding Report

1. **Name, title, address, and telephone number of person to be contacted with questions about the report:**

   Andrea Kelly
   Paralegal Specialist
   600 Pennsylvania Avenue, N.W., Room 585
   Washington, D.C. 20580
   (202) 326-2836
   Akelly@ftc.gov

2. **Electronic link for access to the Report on the FTC's website:**

   **http://www.ftc.gov/foia/annualreports.shtm.**

3. **How to obtain a copy of the report in paper form:**

   Federal Trade Commission
   Consumer Response Center
   Room 130
   600 Pennsylvania Avenue, N.W.
   Washington, D.C. 20580

## II. Making a FOIA Request

All FOIA requests must be in the form of a written request precisely describing the records sought. Any request for nonpublic records will be handled as a FOIA request regardless of how it is identified, but requests should be identified as a "FOIA request" in order to avoid delay in processing.

FOIA requests should contain a precise description of the records sought, including the subject matter, relevant time period, and the name and address of any company to which the request pertains. Requests should also include an agreement to pay any FOIA processing fees and the requester's address and telephone number.

CISADMINRECORD-00142

1. **Names, addresses, and telephone numbers of all individual agency components and offices that receive FOIA requests:**

Regardless of how submitted (via mail, fax, or e-mail) requests should be addressed as follows:

>    Freedom of Information Act Request
>    Office of the General Counsel
>    Federal Trade Commission
>    600 Pennsylvania Avenue, N.W.
>    Washington, D.C. 20580
>    Facsimile: 202-326-2477
>    E-mail address: FOIA@FTC.GOV

2. **Brief description of why some requests are not granted and an overview of certain general categories of records to which the FOIA exemptions apply.**

The FTC primarily receives requests for consumer complaints regarding a company's business practices and requests for records relating to the FTC's law enforcement investigations.  The majority of requests that are initially denied, or partially denied, are based on personal privacy concerns reflected in FOIA Exemption 6.  Many denials are also due to statutory constraints on disclosure or because disclosure would interfere with ongoing law enforcement activities.

### III. Acronyms, Definitions, and Exemptions

1. **Agency-specific acronyms or terms:**

    FOIA – Freedom of Information Act (5 U.S.C. § 552)

    FTC – Federal Trade Commission

    HSR – Hart-Scott-Rodino (Clayton Act)

    FY – Fiscal Year

    PA – Privacy Act (5 U.S.C. § 552a)

2. **Basic terms, expressed in common terminology:**

    a. **Administrative Appeal** – a request to a federal agency asking that it review at a higher administrative level a FOIA determination made by the agency at the initial request level.

    b. **Average Number** – the number obtained by dividing the sum of a group of numbers by the quantity of numbers in the group. For example, of 3, 7, and 14, the average number is 8.

CISADMINRECORD-00143

c. **Backlog** – the number of requests or administrative appeals that are pending at an agency at the end of the fiscal year and are beyond the statutory time period for a response.

d. **Component** – for agencies that process requests on a decentralized basis, a "component" is an entity, also sometimes referred to as an Office, Division, Bureau, Center, or Directorate, within the agency that processes FOIA requests. The FOIA now requires that agencies include in their Annual FOIA Report data for both the agency overall and for each principal component of the agency.

e. **Consultation** – the procedure whereby the agency responding to a FOIA request first forwards a record to another agency for its review because that other agency has an interest in the document. Once the agency in receipt of the consultation finishes its review of the record, it responds back to the agency that forwarded it. That agency, in turn, will then respond to the FOIA requester.

f. **Exemption 3 Statute** – a federal statute that exempts information from disclosure and which the agency relies on to withhold information under subsection (b)(3) of the FOIA.

g. **FOIA Request** – a FOIA request is generally a request to a federal agency for access to records concerning another person (i.e., a "third-party" request), or concerning an organization, or a particular topic of interest. FOIA requests also include requests made by requesters seeking records concerning themselves (i.e., "first-party" requests) when those requesters are not subject to the Privacy Act, such as non-U.S. citizens. Moreover, because all first-party requesters should be afforded the benefit of both the access provisions of the FOIA as well as those of the Privacy Act, FOIA requests also include any first-party requests where an agency determines that it must search beyond its Privacy Act "systems of records" or where a Privacy Act exemption applies, and the agency looks to FOIA to afford the greatest possible access. All requests which require the agency to utilize the FOIA in responding to the requester are included in this Report.

Additionally, a FOIA request includes records referred to the agency for processing and direct response to the requester. It does not, however, include records for which the agency has received a consultation from another agency. (Consultations are reported separately in Section XII of this Report.)

h. **Full Grant** – an agency decision to disclose all records in full in response to a FOIA request.

i. **Full Denial** – an agency decision not to release any records in response to a FOIA request because the records are exempt in their entireties under

4

CISADMINRECORD-00144

one or more of the FOIA exemptions, or because of a procedural reason, such as when no records could be located.

**j. Median Number** – the middle, not average, number.  For example, of 3, 7, and 14, the median number is 7.

**k. Multi-Track Processing** – a system in which simple requests requiring relatively minimal review are placed in one processing track and more voluminous and complex requests are placed in one or more other tracks. Requests granted expedited processing are place in yet another track. Requests in each track are processed on a first in/first out basis.

    **i. Expedited Processing** – an agency will process a FOIA request on an expedited basis when a requester satisfies the requirements for expedited processing as set forth in the statute and in agency regulations.

    **ii. Simple Request** – a FOIA request that an agency using multi-track processing places in its fastest (non-expedited) track based on the low volume and/or simplicity of the records requested.

    **iii. Complex Request** – a FOIA request that an agency using multi-track processing places in a slower track based on the high volume and/or complexity of the records requested.

**l. Partial Grant/Partial Denial** – in response to a FOIA request, an agency decision to disclose portions of the records and to withhold other portions that are exempt under the FOIA, or to otherwise deny a portion of the request for a procedural reason.

**m. Pending Request or Pending Administrative Appeal** – a request or administrative appeal for which an agency has not taken final action in all respects.

**n. Perfected Request** – a request for records which reasonably describes such records and is made in accordance with published rules stating the time, place, fees (if any) and procedures to be followed.

**o. Processed Request or Processed Administrative Appeal** – a request or administrative appeal for which an agency has taken final action in all respects.

**p. Range in Number of Days** – the lowest and highest number of days to process requests or administrative appeals.

**q. Time Limits** – the time period in the statute for an agency to respond to a FOIA request (ordinarily twenty working days from receipt of a perfected FOIA request).

CISADMINRECORD-00145

3. **Descriptions of the nine FOIA exemptions:**

   a. **Exemption 1:** classified national defense and foreign relations information

   b. **Exemption 2:** information that is related solely to the internal personnel rules and practices of an agency

   c. **Exemption 3:** information that is prohibited from disclosure by another federal law

   d. **Exemption 4:** trade secrets and other confidential business information

   e. **Exemption 5:** inter-agency or intra-agency communications that are protected by legal privileges

   f. **Exemption 6:** information involving matters of personal privacy

   g. **Exemption 7:** records or information compiled for law enforcement purposes, to the extent that the production of those records (A) could reasonably by expected to interfere with enforcement proceedings, (B) would deprive a person of a right to a fair trial or an impartial adjudication, (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy, (D) could reasonably be expected to disclose the identity of a confidential source, (E) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions, or (F) could reasonably be expected to endanger the life or physical safety of any individual

   h. **Exemption 8:** information relating to the supervision of financial institutions

   i. **Exemption 9:** geological information on wells

CISADMINRECORD-00146

## IV. Exemption 3 Statutes

| Statute | Type of Information Withheld | Case Citation | Total Number of Times Relied upon by Agency |
|---|---|---|---|
| 15 U.S.C. § 46(f) (Federal Trade Commission Act) | "[A]ny trade secret or any commercial or financial information which is obtained from any person and which is privileged or confidential." | Doherty v. FTC, No. 80-0513, 1981 WL 2094, at *3 (D.D.C. June 24, 1981) (15 U.S.C. § 46(f)). | 57 |
| 15 U.S.C. §57b-2 (Federal Trade Commission Act) | Certain investigative materials received by the FTC and "provided pursuant to any compulsory process under this subchapter or which is provided voluntarily in place of such compulsory process;" or "any material reflecting a consumer complaint obtained from any other foreign source, if that foreign source supplying the material has requested confidential treatment as a condition of providing the material;" or "any material reflecting a consumer complaint submitted to a Commission reporting mechanism sponsored in part by foreign law enforcement agencies or other foreign government agencies." | A. Michael's Piano, Inc. v. FTC, 18 F.3d 138, 143-44 (2d Cir. 1994) (15 U.S.C. § 57b-2); Carter, Fullerton & Hayes, LLC v. FTC, 637 F. Supp. 2d 1, 9 (D.D.C. 2009) (15 U.S.C. § 57b-2); National Educ. Ass'n v. FTC, No. 79-959-S, 1983 WL 1883, at *1 (D. Mass. Sept. 26, 1983) (15 U.S.C. § 57b-2). | 108 |
| 15 U.S.C. §18a(h) ( Hart-Scott-Rodino Antitrust Improvements Act) | Information submitted in connection with the premerger notification provisions of the Hart-Scott-Rodino Antitrust Improvements Act of 1976. | Its use was upheld in *Lieberman v. FTC*, 771 F.2d 32 (2nd Cir. 1985). | 16 |
| 21 U.S.C. § 355 (Medicare Modernization Act) | Any information or documentary material that may have been filed pursuant to a pharmaceutical agreement notification. | None | 2 |

7

CISADMINRECORD-00147

## V. FOIA Requests

### A. Received, Processed and Pending FOIA Requests

|  | Number of Requests Pending as of Start of Fiscal Year | Number of Requests Received in Fiscal Year | Number of Requests Processed in Fiscal Year | Number of Requests Pending as of End of Fiscal Year |
|---|---|---|---|---|
| Agency Overall | 30* | 1415 | 1438 | 7 |

*The FTC's FOIA Annual Report for Fiscal Year 2011 mistakenly reported that there were 32 requests pending at the start of the fiscal year, and 28 requests pending at the end. In reality, there were 34 requests pending at the start of FY2011, and 30 requests pending at the end.

### B. (1) Disposition of FOIA Requests- All Processed Requests

| Number of Full Grants | Number of Partial Grants & Partial Denials | Number of Denials Based on Exemptions | Number of Full Denials Based on Other Reasons than Exemption | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | No Records | All Records Referred to Another Component or Agency | Request Withdrawn | Fee-Related Reason | Records Not Reasonably Described | Improper FOIA Request for Some Other Reason | Not an Agency Record | Duplicate Request | Other See B. (2) | Total |
| 637 | 483 | 19 | 223 | 0 | 27 | 10 | 5 | 10 | 2 | 6 | 16 | 1438 |

### B. (2) Disposition of FOIA Requests- "Other" Reasons for "Full Denials Based on Reasons Other Than Exemptions"

| Description of "Other" Reasons for Denials from Chart B. (1) & Number of Times Those Reasons Were Relied Upon | Total |
|---|---|
| Public Records | 13 |
| Glomar (The agency could neither confirm nor deny the existence of a record) | 3 |

8

CISADMINRECORD-00148

**B. (3) Disposition of FOIA Requests- Number of Times Exemptions Applied**

|  | Ex. 1 | Ex 2 | Ex. 3 | Ex. 4 | Ex. 5 | Ex. 6 | Ex. 7(a) | Ex. 7(b) | Ex. 7(c) | Ex. 7(d) | Ex. 7(e) | Ex. 7(f) | Ex. 8 | Ex. 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Agency Total | 0 | 0 | 138 | 57 | 86 | 432 | 31 | 0 | 9 | 5 | 9 | 0 | 0 | 0 |

## VI. Administrative Appeals of Initial Determinations of FOIA Requests

### A. Received, Processed and Pending Administrative Appeals

| Number of Appeals Pending as of Start of Fiscal Year | Number of Appeals Received in Fiscal Year | Number of Appeals Processed in Fiscal Year | Number of Appeals Pending as of End of Fiscal Year |
|---|---|---|---|
| 3 | 29 | 32 | 0 |

### B. Disposition of Administrative Appeals- All Processed Appeals

| Number Affirmed on Appeal | Number Partially Affirmed & Partially Reversed/Remanded on Appeal | Number Completely Reversed/Remanded on Appeal | Number Granted a Discretionary Disclosure or Amendment to the Initial Response | Number of Appeals Closed for Other Reasons | Total |
|---|---|---|---|---|---|
| 17 | 6 | 5 | 3 | 1 | 32 |

### C. (1) Reasons for Denial On Appeal- Number of Times Exemptions Applied

| Ex. 1 | Ex 2 | Ex. 3 | Ex. 4 | Ex. 5 | Ex. 6 | Ex. 7(a) | Ex. 7(b) | Ex. 7(c) | Ex. 7(d) | Ex. 7(e) | Ex. 7(f) | Ex. 8 | Ex. 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 4 | 2 | 11 | 5 | 5 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |

CISADMINRECORD-00149

## C. (2) Reasons for Denial on Appeal- Reasons Other than Exemptions

| No Records | Records Referred at Initial Request Level | Request Withdrawn | Fee-Related Reason | Records Not Reasonably Described | Improper Request For other Reason | Not Agency Record | Duplicate Request or Appeal | Request in Litigation | Appeal Based Solely on Denial of Request for Expedited Processing | Other See C. (3) |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 1 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |

## C. (3) Reasons for Denial on Appeal- Other Reasons

| Description of "Other" Reasons for Denial on Appeal from Chart C. (2) & Number of Times Those Reasons Were Relied upon | Total |
|---|---|
| Appeal Based on Lack of a Vaughn Index | 4 |
| Requester Category Upheld | 2 |
| Search Determined to be Adequate | 1 |

## C. (4) Response time for Administrative Appeals

| Median Number of Days | Average Number of Days | Lowest Number of Days | Highest Number of Days |
|---|---|---|---|
| 18 | 18.81 | 10 | 43 |

## C. (5) Ten Oldest Pending Administrative Appeals

| | 10th Oldest Appeal | 9th | 8th | 7th | 6th | 5th | 4th | 3rd | 2nd | Oldest Appeal |
|---|---|---|---|---|---|---|---|---|---|---|
| Date of Receipt | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Number of Days Pending | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

10

CISADMINRECORD-00150

## VII. FOIA Requests: Response Time for Processed and Pending Requests

### A. Processed Requests- Response Time for All Processed Perfected Requests

|  | Simple | | | | Complex | | | | Expedited Processing | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Median Number of Days | Average Number of Days | Lowest Number of Days | Highest Number of Days | Median Number of Days | Average Number of Days | Lowest Number of Days | Highest Number of Days | Median Number of Days | Average Number of Days | Lowest Number of Days | Highest Number of Days |
| Agency Overall | 3 | 5.29 | 1 | 129 | 26.5 | 49.48 | 1 | 463 | 16 | 11.4 | 1 | 18 |

### B. Processed Requests- Response Time for Perfected Requests in Which Information was Granted

|  | Simple | | | | Complex | | | | Expedited Processing | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Median Number of Days | Average Number of Days | Lowest Number of Days | Highest Number of Days | Median Number of Days | Average Number of Days | Lowest Number of Days | Highest Number of Days | Median Number of Days | Average Number of Days | Lowest Number of Days | Highest Number of Days |
| Agency Overall | 5 | 6.73 | 1 | 106 | 15 | 29.8 | 1 | 499 | 5 | 5.33 | 2 | 9 |

### C. Processed Requests- Response Time in Day Increments

### Simple Requests

|  | 1-20 Days | 21-40 Days | 41-60 Days | 61-80 Days | 81-100 Days | 101-120 Days | 121-140 Days | 141-160 Days | 161-180 Days | 181-200 Days | 201-300 Days | 301-400 Days | 401+ Days | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Agency Total | 1130 | 18 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1152 |

11

CISADMINRECORD-00151

**Complex Requests**

| | 1-20 Days | 21-40 Days | 41-60 Days | 61-80 Days | 81-100 Days | 101-120 Days | 121-140 Days | 141-160 Days | 161-180 Days | 181-200 Days | 201-300 Days | 301-400 Days | 401+ Days | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Agency Total | 195 | 40 | 13 | 12 | 5 | 4 | 3 | 6 | 0 | 2 | 1 | 0 | 2 | 283 |

**Requests Granted Expedited Processing**

| | 1-20 Days | 21-40 Days | 41-60 Days | 61-80 Days | 81-100 Days | 101-120 Days | 121-140 Days | 141-160 Days | 161-180 Days | 181-200 Days | 201-300 Days | 301-400 Days | 401+ Days | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Agency Total | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |

### D. Pending Requests- All

**All Pending Perfected Requests**

| | Simple | | | Complex | | | Expedited | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number Pending | Median Number of Days | Average Number of Days | Number Pending | Median Number of Days | Average Number of Days | Number Pending | Median Number of Days | Average Number of Days |
| Agency Overall | 2 | 5 | 5 | 5 | 6 | 22.8 | 0 | 0 | 0 |

12

CISADMINRECORD-00152

**E. Pending Requests-Ten Oldest Perfected Requests**

| | 10th Oldest Request and Number of Days Pending | 9th | 8th | 7th | 6th | 5th | 4th | 3rd | 2nd | Oldest Request and Number of Days Pending |
|---|---|---|---|---|---|---|---|---|---|---|
| Date of Receipt | | | | 9/27/2012 | 9/24/2012 | 9/21/2012 | 9/21/2012 | 9/20/2012 | 9/19/2012 | 5/11/2012 |
| Number of Days Pending | N/A | N/A | N/A | 1 | 4 | 5 | 5 | 6 | 7 | 96 |

## VIII. Requests for Expedited Processing and Requests for Fee Waiver

### A. Requests for Expedited Processing

| | Number Granted | Number Denied | No Determination: Closed in Less Than 10 days | Median Number of Days to Adjudicate | Average Number of Days to Adjudicate | Number Adjudicated within Ten Calendar Days |
|---|---|---|---|---|---|---|
| Agency Total | 3 | 12 | 2 | 2 | 3 | 14 |

### B. Requests for Fee Waiver

| | Number Granted | Number Denied | Not Billable | Median Number of Days to Adjudicate | Average Number of Days to Adjudicate |
|---|---|---|---|---|---|
| Agency Total | 9 | 17 | 76 | 5 | 12.23 |

13

CISADMINRECORD-00153

## IX. FOIA Personnel and Costs

| | Personnel | | | Costs | | |
|---|---|---|---|---|---|---|
| | Number of "Full-Time FOIA Employees" | Number of "Equivalent Full-Time FOIA Employee" | Total Number of "Full-Time FOIA Staff" | Processing Costs | Litigation Related Costs | Total Costs |
| Agency Overall | 1 | 10.45 | 11.45 | $620,096 | $15,845 | $635,941 |

## X. Fees Collected For Processing Requests

| | Total Amount of Fees Collected | Percentage of Total Costs |
|---|---|---|
| Agency Overall | $28,981.38 | 4.67% |

## XI. FOIA Regulations

The Federal Trade Commission's FOIA regulations, including fee schedule, are located at FTC FOIA Regulations 16 CFR 4.11

## XII. Backlogs, Consultations, and Comparisons

| | Number of Backlogged Requests as of End of Fiscal Year | Number of Backlogged Appeals as of End of Fiscal Year |
|---|---|---|
| Agency Overall | 1 | 0 |

CISADMINRECORD-00154

**B. Consultations on FOIA Requests- Received, Processed, and Pending Consultations**

|  | Number of Consultations Received from Other Agencies that Were Pending at Your Agency as of Start of the Fiscal Year | Number of Consultations Received from Other Agencies During the Fiscal Year | Number of Consultations Received from Other Agencies that Were Processed by Your Agency During the Fiscal Year | Number of Consultations Received from Other Agencies that Were Pending at Your Agency as of End of the Fiscal Year |
|---|---|---|---|---|
| Agency Overall | 0 | 2 | 2 | 0 |

**C. Consultations on FOIA Requests- Ten Oldest Consultations Received from Other Agencies and Pending at the FTC**

|  | 10th Oldest Consultation and Number of Days Pending | 9th | 8th | 7th | 6th | 5th | 4th | 3rd | 2nd | Oldest Consultation and Number of Days Pending |
|---|---|---|---|---|---|---|---|---|---|---|
| Date of Receipt | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Number of Days Pending | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**D. Comparison of Numbers of Requests from Previous and Current Annual Report- Request Received, Processed, and Backlogged**

|  | Number of Request Received | | Number of Requests Processed | |
|---|---|---|---|---|
|  | Number Received During FY2011 | Number Received During FY2012 | Number Processed During FY2011 | Number Processed During FY2012 |
| Agency Overall | 1523 | 1415 | 1527 | 1438 |
|  | Number of Backlogged Requests as of End of FY 2011 | | Number of Backlogged Requests as of End of FY2012 | |
| Agency Overall | 7 | | 1 | |

15

CISADMINRECORD-00155

**E. Comparison of Numbers of Administrative Appeals from Previous and Current Annual Report- Received, Processed, and Backlogged**

|  | Number of Appeals Received | | Number of Appeals Processed | |
|---|---|---|---|---|
|  | Number Received During FY2011 | Number Received During FY2012 | Number Processed During FY2011 | Number Processed During FY2012 |
| Agency Overall | 28 | 29 | 25 | 32 |

|  | Number of Backlogged Appeals as of End of FY 2011 | Number of Backlogged Appeals as of End of FY2012 |
|---|---|---|
| Agency Overall | 3 | 0 |

16



# Federal Trade Commission
## Protecting America's Consumers

---

## What Does the FTC Do with Your Personal Information?
### — Our Privacy Policy —

Federal law requires us to tell you how we collect, use, share, and protect your personal information. Federal law also limits how we can use your personal information. Protecting the privacy and security of consumers' personal information is very important to us. Please read this notice carefully to understand what we do with the personal information we collect both online and offline.

When you contact us to help you with a problem, any personal information you provide is voluntary. We collect and use only the minimum information necessary to respond to your concerns and conduct investigations. In most cases, we collect limited personal information, such as name, address, telephone number, or email address. In limited cases, depending on the nature of your request or of our law enforcement investigations, we also may collect other personal information such as Social Security numbers, account numbers, or mortgage or health information.

### When do we collect personal information?

### When you contact us...

- to order publications, obtain redress, or register for the National Do Not Call Registry.

- to file a complaint or seek help for possible consumer fraud or identity theft.

- to file a public comment or participate in a rulemaking or a workshop.

### When we contact you...

- to ask if you will participate in a consumer survey.

- to provide information in response to a subpoena or other legal process.

### When we contact others...

- to collect information about potential victims when we investigate possible law violations.

### Where does your information go?

### Within the FTC...

- we contact consumers to further our law enforcement investigations.

- our contractors use your information when they perform certain services, such as operating the National Do Not Call Registry or our Consumer Response Center, processing redress claims, or fulfilling your order for publications.

### To other government agencies (federal, state, local, international)...

- we work with our partners to investigate complaints, coordinate law enforcement investigations, cooperate with oversight investigations, or follow up on ID theft reports.

### To others outside government...

- we post public comments and transcripts, including names, state of residence, and other non-confidential information, on the FTC website in a rulemaking, workshop, blog, or other public FTC proceeding.

CISADMINRECORD-00157

6/21/2013

- we provide information to credit bureaus for complaints about consumer fraud, ID theft, or credit reports.
- we provide only your phone number to telemarketers to enforce the National Do Not Call Registry.
- we provide information to businesses or individuals in response to court orders, subpoenas, or Freedom of Information Act requests, or to resolve complaints.

---

## Questions or Complaints About This Privacy Policy

Write to the FTC's Chief Privacy Officer:

Federal Trade Commission
600 Pennsylvania Ave, NW H-342
Washington DC 20580
cpo@ftc.gov

## Questions About Identity Theft & Online Issues

Visit ftc.gov/idtheft to learn about the crime of identity theft, including detailed information to help you deter, detect, and defend against it.

Visit OnGuardOnline.gov to learn how to be on guard against Internet fraud, secure your computer, and protect your personal information.

## Questions About Other Issues

Visit our Contact Us page to find email, phone, and mail contact information and links to our secure online complaint forms.

[Back to Top]

---

Last Modified: Tuesday, June 19, 2012

CISADMINRECORD-00158



Joshua A. James
Direct: 202/508-6265
Fax: 202/508-6200
josh.james@bryancave.com

May 30, 2013

**VIA E-MAIL**

Freedom of Information Act Request
Office of General Counsel
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
E-Mail: FOIA@FTC.gov

Pursuant to the Freedom of Information Act ("FOIA") I would like to request a copy of 500 randomly selected consumer complaints that are recorded in the Consumer Sentinel Database.

I agree to pay up to $250 for any costs involved in this request. Should the $250 fee restriction permit the retrieval of additional complaints above the 500, please provide as many as possible until the $250 limitation is exhausted.

If possible, I request that the information be produced in Microsoft Excel Format, or a similar digital format.

In addition, I request that you provide an explanation of how the complaints were chosen randomly, i.e. the process that was used in choosing the complaints provided.

If you have any questions about this request, please contact me at (202) 508-6265.

Thank you for your consideration of my request.

Sincerely,
/s/
Joshua James

**Bryan Cave LLP**
1155 F Street, NW
Washington, DC 20004
Tel (202) 508-6000
Fax (202) 508-6200
www.bryancave.com

**Bryan Cave Offices**

Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

**Bryan Cave
International Consulting**
*A TRADE AND CUSTOMS CONSULTANCY*

www.bryancaveconsulting.com

Bangkok
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

4106868.1

CISADMINRECORD-00159



United States of America
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Joshua James
Bryan Cave
1155 F Street, NW,
Washington, DC 20004

JUL 0 3 2013

Re:   FOIA-2013-00963
Random Complaints

Dear Mr. James:

This is in response to your request dated May 31, 2013 under the Freedom of Information Act seeking access to 500 randomly generated consumer complaints in the Consumer Sentinel database. In accordance with the FOIA and agency policy, we have searched our records as of May 31, 2013, the date we received your request in our FOIA office.

We have located 500 responsive complaints that consumers have made to the Federal Trade Commission ("FTC"). You should know that the enclosed complaints have not necessarily been verified by the FTC. Therefore, you should make your own judgment about relying on the information provided. I am denying access to consumers' names and addresses, and any other identifying information found in the complaints. This information is exempt from release under FOIA Exemption 6, 5 U.S.C. § 552(b)(6), because individuals' right to privacy outweighs the general public's interest in seeing personal identifying information. *See The Lakin Law Firm v. FTC*, 352 F.3d 1122 (7th Cir. 2003).

On June 28, 2013 we received a request that we waive any fees incurred in processing your request. We are denying your request for a fee waiver because you do not qualify for a fee waiver. *See* 5 U.S.C. § 552 (a)(4)(A)(iii). In the meantime, we will continue processing your request as you have requested. Please pay the $744.00 that we initially agreed upon on June 20th 2013.

Based on the fee provisions of the FOIA, 5 U.S.C. § 552(a)(4)(A), and the Commission's Rules of Practice, 16 CFR § 4.8 et seq., as amended, I am also enclosing an invoice for the charges we incurred for this partial response to your request. Failure to pay this bill promptly will result in our refusal to provide copies of accessible documents in response to future requests. If not paid within 30 days, this bill will accrue interest penalties as provided by Federal Claims Collection Standards, 31 C.F.R. § 900-904, as amended.

Please make checks payable to U.S. Treasury and send payment to:

Financial Management Office, H-790
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC  20580

If you are not satisfied with our denial of your request for a fee waiver and/or the response to your request, you may appeal by writing to Freedom of Information Act Appeal, Office of the General Counsel, Federal Trade Commission, 600 Pennsylvania Avenue, N.W., Washington D.C. 20580, within 30 days of the date of this letter. Please enclose a copy of your original request and a copy of this response. If you believe that we should choose to disclose additional materials beyond what the FOIA requires, please explain why this would be in the public interest.

If you have any questions about the way we handled your request or about the FOIA regulations or procedures, please contact James Witherington at 202-326-3661.

Sincerely,

Dione J. Stearns
Assistant General Counsel

Enclosed: CD w/ Complaints and Sampling Methodology

An official website of the United States Government                                   Español


Consumer Financial
Protection Bureau

Contact us (855) 411-2372

Search

| HOME | INSIDE THE CFPB | GET ASSISTANCE | PARTICIPATE | LAW & REGULATION | SUBMIT A COMPLAINT |

HOME> SPEECHES> PREPARED REMARKS OF DIRECTOR RICHARD CORDRAY AT THE CONSUMER RESPONSE FIELD HEARING



MAR 28 2013

# Prepared remarks of Director Richard Cordray at the Consumer Response field hearing

BY RICHARD CORDRAY

**Prepared Remarks of Richard Cordray**
**Director of the Consumer Financial Protection Bureau**

**Consumer Response Field Hearing**

**Des Moines, Iowa**
**March 28, 2013**

Thank you for being with us today. We are here to talk about the work we are doing with consumer complaints to improve consumer financial markets. For us, consumer complaints tap into the rich vein of personal experience that is generated every day as people navigate the complex and confusing marketplace for household credit and other financial products and services. And for a brand-new agency like the Consumer Financial Protection Bureau, born out of the recent financial crisis, consumer complaints are an opportunity for us to help consumers in three distinct and important ways.

First, and most obviously, each complaint is a chance for us to evaluate a perceived problem and see if it can be resolved successfully. Behind each complaint lie the troubles of real people – people like Roxanne from Iowa whom I talked with this week. After losing her husband of 35 years to cancer, Roxanne took over responsibility for their mortgage and successfully negotiated a loan modification. Each month, after her Social Security check arrived, she would dutifully make her mortgage payment by the due date of her grace period. Nonetheless, she still got constant phone calls asking for her deceased husband. Some days, the mortgage servicer would call three to six times to find out if, when, and how the payments would be made. She told them to stop calling, but they did not. So Roxanne filed a complaint with us. Less than one week later, her mortgage servicer sent her a letter of apology and stopped the calls.

Yesterday, we had the chance to visit the Consumer Bureau's contact center in Coralville, near Iowa City, where we were able to listen in to several people asking for assistance. We heard from Lisa in Virginia about her foreclosure, from Martina in Florida about her car loan, and from Jane in California about her credit card.

I share these stories with you because they are the people behind the data. Once a consumer submits a complaint to us, it is individually processed. We forward each complaint via a secure web portal to the appropriate company, which reviews the information, communicates with the consumer as needed, and determines what action to take in response. The company reports back to us and to the consumer. We then invite the consumer to review the response and provide feedback. We assess the feedback, and if the complaint merits further review, we elevate it to our investigations unit. Throughout this process, consumers can call us or log onto our website, at ConsumerFinance.gov, to receive status updates, provide additional information, and review the responses by the company.

Thus far, the Consumer Bureau has received more than 130,000 complaints from individual consumers, including complaints about mortgages, credit cards, student loans, auto loans, bank accounts, credit reports, and more. We have helped consumers secure millions of dollars in monetary relief and further satisfaction in the form of non-monetary relief, such as cleaning up their credit reports, which helps

CISADMINRECORD-00162

them put problems behind them that have been affecting them for months or even years. In this way, our consumer response team is making a real difference in the financial marketplace.

\* \* \*

The second important way these complaints make a difference is by informing our work and helping us identify and prioritize problems. We know that if we hear about a particular problem from fifty consumers, that likely means it looms larger than if we hear about it from two. We know that if we begin to see a disturbing trend among the complaints we receive, that we should consider allocating some of our limited resources to combat that particular problem.

For these reasons, we examine issues raised in consumer complaints as we go about our own work. They are a source of information that we consult in approaching our supervisory work of examining financial institutions. They provide leads for our enforcement work of investigating and addressing potential wrongdoing. And they help guide our efforts as we deal with issues of concern through consumer education and engagement. In fact, we find complaint information to be so helpful that we also access the FTC's Consumer Sentinel database to supplement our own, which has been invaluable to our work. And we are mindful of the need to share such data in return, so we recently launched our secure Government Portal to allow other federal and state law enforcement officials to view our data and inform their work. As we are able to wield each of these tools in a more informed manner, we are acting to clean up problems and improve the workings of consumer financial markets.

So it is important to recognize that even for those consumers whose complaints do not lead to an individual solution or restitution, their complaints are still making a difference. If they are students who took out more than they could afford in private student loans and who are now working two jobs to make ends meet, we still hear them and understand the effect on their lives. If they are homeowners having trouble making their mortgage payments but cannot qualify for a loan modification, we take note. Or if they are elder Americans who were hurt by a reverse mortgage, we are sensitized to the kinds of problems their experiences highlight. People who contact the Consumer Bureau are constantly informing our priorities and improving our work.

\* \* \*

But there is also a third way consumer complaints can matter to our work, which is the specific focus of our discussion today. The accumulation of complaints from many thousands of individual consumers yields an ever-more informative impression of what is happening to consumers en masse in the marketplace. And so, quite apart from how this information informs our own work at the Bureau, it can have real consequences and ramifications for the operations of the financial marketplace. To put it most bluntly, if we find, as we do, that this information can be helpful to us in going about our own work, then almost certainly it can be helpful to industry and to consumers themselves in figuring out how they approach consumer financial issues as well. For here is the key point: not all, or even most, consumer protection comes from government agencies, after all. Instead, the first two places to look for consumer protection are out in the marketplace, in how a business decides to treat its customers and also in how effectively those customers are able to stand up for themselves when they are mistreated.

Let me try to come at these points from a different direction. Think for a moment about the American economy, or even just about the American financial marketplace. These are among the single largest uncoordinated aggregations of human behavior ever developed. They operate not according to some central plan, but by the endless interactions of hundreds of millions of independent actors, each with their own needs, wants, expectations, patterns, and reactions. The basic task even of understanding what is happening in these huge, sprawling arenas of human life is formidable. Each month, some of the best minds make predictions about growth, employment, prices, and many other economic and financial variables. Immense sums are riding on the accuracy of their views. Each month, they routinely get it more or less wrong and are surprised by what they find to be happening. Even after the fact, their estimates of these variables are frequently shown to be wrong and in need of revision, sometimes over the course of months, other times over the course of many years. The humbling lesson is that every additional piece of data that can shed more light on hard subjects like these is well worth having.

In this imperfect world of ours, the ability to create and utilize new data that illuminates what is happening to consumers, in real time, can be immensely valuable. Think of the old parable about a group of blind men and an elephant. Each man touches the elephant to learn what it is like. Each one feels a different part, and comes away with a vastly different impression. To one who touches the leg, the elephant seems to be a pillar. To another who touches the tail, it seems to be a rope. To one who touches the trunk, it seems to be a snake. All of them are partly right, and all of them are partly wrong. The elephant, like the consumer financial marketplace, can be many different things depending on how we encounter it. But the more data we can assemble, process, and share, the more complete and accurate picture we can forge of this immense and seemingly contradictory creature, and the more we can come to a better understanding of it.

CISADMINRECORD-00163

Today, the Consumer Financial Protection Bureau is going live with the largest collection of complaint data on federal consumer financial products and services ever made public. We are immediately expanding our existing Consumer Complaint Database from roughly 19,000 credit card complaints to more than 90,000 complaints about mortgages, bank products, student loans, consumer loans, and credit cards. By opening up this searchable data to public scrutiny, we are helping to enable all the players in the consumer financial marketplace – including consumers themselves – to see a much bigger whole. By sharing these complaints with the public, we are creating greater transparency in consumer financial products and services, which ultimately will lead to a better marketplace for consumers.

* * *

Looking through the database, you will see twelve fields of information, including the type of complaint, the consumer's zip code, the company to whom we sent the complaint for response, and how the company responded. Essentially, the database allows the public to see the who, what, when, where, and why of each consumer complaint.

There are two important things to note. First, no personal information about a consumer is included other than the consumer's zip code. And second, while we do not verify each and every allegation that consumers make in their complaints, we do verify that a commercial relationship exists between the consumer and the named company. The complaint only gets uploaded onto the database after the company verifies that the consumer is in fact its consumer.

To offer another metaphor, think of the database as like a mosaic. While every tile on the mosaic is certainly not perfect, you can still step back from it and see something new. And as the mosaic comes to contain more and more tiles, each tile becomes like a pixel and begins to blend together with the others to give a sharper and clearer view of the whole picture. The static generated by individual cases tends to get canceled out by the weight of cumulative information. That is what the database offers – an aggregate of an increasing number of consumer complaints that gives you a more complete and refined view of the consumer financial marketplace.

It is a live database, updated daily. So, as the Consumer Bureau handles more complaints, more information will be added. And as we accept other types of consumer complaints, they also will be added in time. For example, credit reporting complaints, which we recently began to accept, will be included in the database in the near future, as the processing of those complaints ripens to the point of yielding data for all of the twelve information fields.

* * *

Today's launch will allow the public – be it individual consumers, analysts, private groups, or the companies themselves – easily to track, sort, search, and download this data. With all of this information being assembled, the most interesting thing to watch will be not what we do with it, but what you do with it. Users will be able to filter across any of the fields and build their own visualizations, such as charts and graphs. They can also embed the data on other websites and share it through social media. They can normalize the information to make meaningful "apples to apples" comparisons, since the raw data typically needs context to fully understand its various possible meanings. Larger companies, for example, typically show up on the database as having more complaints when they might just have a much larger number of customers.

It will be possible to slice and dice the data in countless ways. For example, a third of complaints about bank accounts concern deposits and withdrawals. About 6 percent have to do with using a debit or ATM card. In Iowa, about two-thirds of all the complaints concern mortgages or credit cards. One in ten of Iowa's mortgage complaints has to do with mortgage brokers and mortgage applications.

The amount of information you can glean from our Consumer Complaint Database is gigantic. So we are most excited to be making this information available because we believe that disclosure is one of the best tools government agencies can use to improve the operation of the marketplace. People across the spectrum can draw their own conclusions from the database. But let me home in on two users in particular – financial companies and consumers.

For financial companies, this data can help them identify their pain points so they can detect and understand problems. If they want to do so, they can use this information to improve their customer service and their general practices. Data can help them detect regulatory risks and address problems before they are faced with potential enforcement action or private litigation. They can also view the strengths and weaknesses of their competitors in a new light. And perhaps they can find things to tout in the data: taking credit, for example, for having the highest resolution rates or the quickest response times. Most good companies already access all the information available to them to assess these data points. Now they will have another significant source of information to evaluate.

If the data informs us, and it informs companies, then it should also inform consumers. So we are making the information about each complaint broadly accessible not only to the company, the regulator, and those willing to pursue a formal inquiry through the Freedom of

CISADMINRECORD-00164

Prepared remarks of Director Richard Cordray at the Consumer Response field hearing > Consumer Fina...   Page 4 of 4

Information Act, but to anyone who wants to make ready use of it. Consumers can see, for example, which companies provide timely responses or higher rates of resolution. They can draw their own conclusions. For consumers, this will become a valuable educational and shopping tool.

It will also be possible for anyone who wishes to do so to use this information to rate companies in these areas. Just as Consumers Union uses publicly available information to rate the safety of cars in their Consumer Reports, it will now be possible for third-party sources to rate the performance of different financial products and services by evaluating what the public, in the aggregate, has to say about them. No doubt the companies will respond with their own take on the data, and we encourage them to do so. For that is exactly where these matters should be fought out: in the marketplace of ideas, subject ultimately to the verdict rendered by the court of public opinion, which is just how economic marketplaces are designed to work.

For those who have criticized our database and suggested that this information should be suppressed, we would respond in the words of that noted consumer advocate, Justice Louis Brandeis. As he once wrote for the Supreme Court, for those "with confidence in the power of free and fearless reasoning," in responding to concerns raised about possible falsehoods and fallacies of information, "the remedy is more speech, not enforced silence." By providing consumers with this timely and understandable information about financial products and services, we will help to improve the functioning of the consumer financial market.

So in this age of data and transparency, we believe sharing this information is in everyone's best interest. Indeed, the Consumer Bureau generally supports an open-data agenda. As part of our Project Catalyst, a program developed to support innovation in the consumer finance space, we will be using this and other upcoming opportunities to participate in more open-data initiatives.

Right now, however, we want everyone to take a look through this data-rich window into consumers' financial lives. So we encourage the public, including consumers, the companies that serve them, analysts, data scientists, civic hackers, developers, policymakers, journalists, and academics, to analyze, augment, and build on the public database. We want you to do whatever you want with this data, including developing ways for consumers to access the data more easily or mashing it up with other public data sets to reveal potential trends. To borrow a phrase, we have faith that you can help us sift through the data and help us separate the signal from the noise. And we ask you to share your work, from visualizations to new tools, by tweeting @CFPB using the #CFPBdata.

* * *

We are eager to see what people will be able to do with the growing universe of data about consumer financial issues included in our Consumer Complaint Database. The insights you glean, and the perspective you bring, will help consumers all across America. We have a deep confidence that the marketplace of ideas, driven by human ingenuity, can do great things with this data. And as we go along, we will be glad to share those things with all of you.

Thank you.

---



Consumer Financial
Protection Bureau

Privacy policy and legal notices

Accessibility

Plain writing

No FEAR Act

FOIA

USA.gov

Office of Inspector General

Ombudsman

Visite nuestro sitio web en español

ESPAÑOL

---

Contact us   |   Newsroom   |   Jobs   |   Open government

CISADMINRECORD-00165

UNITED STATES OF AMERICA
BEFORE THE FEDERAL TRADE COMMISSION
Washington D.C. 20580

|  |  |
|---|---|
| Administrative Appeal From Denial Of<br>Request Nos. 2013-680 and 2013-949 Under<br>The Freedom Of Information Act | )<br>)<br>)<br>)<br>)<br>) | Appeal No. _____ |

## DECLARATION OF JOSHUA JAMES

I, Joshua James, hereby declare, verify, and state as follows:

1.     I am an attorney employed by Bryan Cave LLP.

2.     On May 30, 2013 I requested under the Freedom of Information Act ("FOIA") that the Federal Trade Commission ("FTC") provide a sample of 500 randomly selected consumer complaints. *See* FOIA Request No. 2013-00963. I received the requested materials from the FTC on July 8, 2013. A true and correct excerpt of the complaints received ("Sample 1") has been attached hereto and bates labeled CISADMINRECORD-00168-91.

3.     I have also reviewed the files of Bryan Cave LLP and have identified requests made in 2013 by a Bryan Cave attorney under the FOIA for consumer complaints, and the consumer complaints provided by the FTC in response to those requests ("Sample 2").

4.     In total Sample 2 contains 19,229 consumer complaints.

5.     I caused the consumer complaints within Sample 2 to be reviewed in order to identify the number of instances in which the FTC had redacted material within an information field and had inserted a marker indicating the redaction related to a "b(6) exemption" under the FOIA. The following provides an accurate summary of the rate of such redactions within Sample 2:

a. "Company Name" field: 10 complaints had redactions in which the FTC claimed a b(6) exemption.

b. "Company Address, Line 1," "Company Address, Line 2," "Company Address, Line 3," or "Company Address, City" fields: No complaints had redactions for which the FTC claimed a b(6) exemption claim.

c. "Complaint Comments" field: 1,450 complaints had redactions in which the FTC claimed a b(6) exemption. In total, Sample 2 contained 10,551 complaints for which the "Complaint Comments" field had been requested.

d. "Other Information Comments" field: 45 complaints had redactions in which the FTC claimed a b(6) exemption. In total, Sample 2 contained 2,069 complaints for which the "Other Information Comments" field had been requested.

Joshua James
Associate
Bryan Cave LLP

Date: 7/9/2013

| | A | AX | AY | AZ | BA | BB | GP |
|---|---|---|---|---|---|---|---|
| | Reference Number | Company Name | Company Address, Line 1 | Company Address, Line 2 | Company Address, Line 3 | Company Address, City | Complaint Info Comments |
| 1 | 22619559 13171622 | Consumer Protection Associates / Comcast | 13355 NOEL RD | STE 2100 | | Dallas DECATUR | (Product Name: Reporting Inaccurate information) Credit Protection Associates first entered information on Transunion, Equifax, and Experian credit report that both accounts are $510.00 each and were both sent to collections in November 16th, 2007, when I called they gave me dates in 2002 and 2003 at addresses I did not live at on those dates. They were also listed as creditors along with Comcast in my chapter 7 bankruptcy that was discharged March 12, 2007. I have re-sent my discharge other 3 times and disputed the information with the credit bureaus 3 times. Each time it is removed by the creditor reinserts it a week later. comcast sold the debt to credit Protection Associates. 1. They are reporting inaccurate data 2. They are reporting inaccurate debt 3. They are being malicious and resubmitting information once removed because they can't verify it as accurate to the bureaus. |
| 2 | 13290690 | | | | | | (Product Name: Collections Issue) They are being malicious and resubmitting information once removed because they can't verify it as accurate. |
| 3 | 13623387 | F S LENDING | | | | | (Product Name: DO NOT CALL - Violation for cash advance) Telephone calls to home number for indicating loan. Automated calls from 877-606-3783 to our home number. We are registered on DO NOT CALL. I don't need loans, they just need to be stopped from calling and advice they need to be removed from the list. |
| 4 | | Washington Mutual | PO Box 660433 | | | Dallas | Consumer states she is unemployed and she has had problems making credit card payments. She is upset because Washington Mutual stopped sending the monthly statements because she stopped sending payments. |
| 5 | 13881126 | | | | | | The consumer states when receiving phone calls from the creditor, 877-533-7475. The person on the phone asked for a "russell bennett" when advised that no such subject lived at this address, the person hung up. We have now begun to receive daily calls from the same phone number. When I have answered the call asking for the same person, no one is there. When receiving another call from them, and asked the person who called, I was now receiving repeated calls (4 times now in the past two hours). The "help" on the phone said they will not remove our number from the list. |
| 6 | | ENCORE RECEIVABLE | | | | | The consumer states that he purchased a 1996 and he found out that later on that the car was a 1994. The consumer wants to place a complaint against the auto dealer Joseph Family Motors. The consumer did not provide the company address. |
| 7 | 13804361 | Joseph Family Motors | | | | | |
| 8 | N03(10) | N03(10) | bO3(10) | bO3(10) | bO3(10) | N03(10) | N03(10) |
| 9 | 19872119 | KAPLAN LAW OFFICES | PO BOX 800893 | | | BRAINTREE | 6/13/2008 CDStevenBabby Attorney Ron Kaplan and Ken Gucci of Ashton & wineberg fraudly represented me on the phone that Judge Patrick 6/20/2008 RAMcavallife. I purchased pills through a seller on collber.com and then sent the money via paypal. The seller kept not been giving me the merchandise (telling me days every day). I did not recall the size but I later needed to do a settlement plan to pay it off, note that I have spoken with a number of representatives with this company as eveytime they call it is someone different. |
| 10 | 19873731 | kroad1162@aol.com | | | | | this company calls 5-8 times per day, sometimes with a recorded message telling me to call back, sometimes a live person is on the line and at least three times per day when I answer they hang up on me. when I asked for them to provide verification which I have requested no less than a dozen times they get abusive and tell me they cannot do that. Within the past month I tried to contact the seller several times via email and received no response, I later got a refund through paypal because the transaction is over 45 days old. She will not respond and I want my money back which is $150.00 |
| 11 | 19720859 | progressive financial services | 1919 w fairmont | 8 | | tempe | this non-existent business to become loan officers. Company charges us $20 monthly for service. Only offers web site and information for sale for consumers who do not own computers. Theodroid |
| 12 | 19924385 | Lowratesapproved | 10161 Park Run Dr | ste 150 | | Las Vegas | ICICC Ref #n6(3) I responded to an e-mail on a 4-26-2008 from a woman driven mother in Abidjan Ivory Coast West African with a 17 year old son asking for help to come to the US and has some $10M USD to transfer to the US and. Then the local bank got in, and a local lawyer was recommended. the money was on its way, but a fee of $14,965 USD has to be paid in London through Teifi for clearance. I followed their instruction. After I sent the $14,965 plus $60 USD fee through Western Union, I received another call from them, and a settlement plan to pay it off. You can reach him on the Telephone numbers, (+22066506917), or his Email address is (lords_chamberous@yahoo.com). Then I sent the amount of $14,965 USD through Western Union again to London in tax transmission, five of which were personally picked up, but the last one is the amount of $1,365 was not made out of fear. I became suspicious and called the IMF and found out their employee, Mr. Michael Degbe(IMF EUROPEAN UNION DIRECTOR), was being used for the fraud. I have all the e-mails that I can send to you through e-mail, when you need them to use the Western Union to London, being scammed until the last money out of $1,365 to Western Union to London. But I was upset and sent them to the law enforcement agencies to stop such fraud. Please contact me through e-mails of call my cell phone(n6). I appreciate anything you can assist. Thanks.  (n6) |
| 13 | 19956073 | Alfred Simpson | THREAD NEEDLE STRE | | | LONDON | |

CISADMINRECORD-00168

| A Reference Number | Company Name | AX | AY Company Address, Line 1 | AZ Company Address, Line 2 | BA Company Address, Line 3 | BB Company Address, City | CP Complaint Info Comments |
|---|---|---|---|---|---|---|---|
| 13 | 20072814 | Not Provided By Org | | | | | ICCO Ref #a(b)This is the e-mail I received. I have not acted on it. I just want to report this. I have also reported it to the bank. Mr.b(6)EMAILb(6)Dear Sir/Madam, I felt safe dealing with you in this business proposition trusting to go through your valuable profile on the internet. Through this medium (internet) has been globally abused. I choose to reach you through it because it still remains the fastest, surest and most secured medium of communication. However this Correspondence is unofficial and private, as such, it should be treated as such... Scam mail and I urge you to treat it with the seriousness it deserves. I also guarantee you that this deal is 100% free from all what you may think of. I am Mr. Richard Wang, manager Abacadan Department/HSBC PLC UK/Amsterdam Branch. My office monitors and controls the affairs of all banks and financial institutions in United Kingdom... to the local and international levels in line with foreign claim settlement. I have before me net list of funds, which could not be transferred to some nominated accounts as these accounts have been identified either as ghost accounts, unclaimed deposits and over-invoiced sum etc... regards to your unpaid funds and I have your file before me and hope your deal is sincere and you must/in find... outcome of that case myself, I wish to inform the deceased... to inform you that this deal is from... deserve. I also guarantee you that this deal is 100% free from all what you may think of. I am Mr. Richard Wang, manager... |
| 14 | | | | | | | [continuation text] 2)This deal must be kept secret forever, and all correspondence will be strictly by email / telephone, for security purposes. 3)There should be no third party as intermediary, associated with your transfer or transactions. 4)You AGREE with my conditions... I am giving to do this legally with your name as the bona fide beneficiary of the amount in question by employing the service of a tax relevant attorney, who will handle all the legal documentation and lay claims through his legal authority on your behalf. My Conditions: 1) The sum of 7.5M only will be transfer into your account after the processing of all relevant legal claims through his legal authority on your behalf... Waiting for your reply soon. Faithfully, Mr. Richard Wang |
| 15 | 20060084 | Mr. Kimberly McKnight | 3045 Donniston | | | INDIANAPOLIS | ICCO Ref #a(b)I had a truck for sale on Craig's list. I received an offer and corresponded accordingly. On the second party, was informed that he offered more than the asking amount for the truck. It all led to me being instructed in having my immediate profile and details. The difference should be sent back to the bank. I called the sheriff and was informed that since nothing had been done at this point - there was no crime. I let the matter drop and heard nothing for about a week and a half. Yesterday, an envelope arrived with a check for the amount of b(6) ... I answered their phone call and they insisted that I pay this debt immediately. I again informed them that I was paying this debt through Credit Advisors and did not wish for any more phone calls. They have continued to call while blocking their phone number... I am going to do this legally with your name... I hope you don't reject this offer and have your funds transferred. |
| 16 | 20022431 | Oxford Management Services | | | | Delray Beach | This bill is currently being paid in payments through Credit Advisors (a debt consolidation agency). According to the account manager at Credit Advisors they have been paid on time for the last year. No payment has been returned by this collection agent, so they are insisting that I make an additional payment... continues to contact me concerning this collection account requesting immediate payoff. They have offered a settlement, but I informed them... that I was paying them through the debt consolidation and would not pay the settlement. I asked them to call me again in reference to this matter. My husband answered the phone, and when they continued to call I did not answer the phone. They then started blocking their phone number and called me about this debt. I answered their phone call and they insisted that I pay this debt immediately. I again informed them that I was paying this debt through Credit Advisors and did not wish for any more phone calls... my husband answered the phone and informed them that I could no longer continue taking these calls at work. My husband informed the collection agent that he could not continue to talk over me and that he would continue calling until... The agent has not called back since. We are in the process of writing a letter to this company and will be sending it certified mail. |

CISADMINRECORD-00169

| | A | AX | AY | AZ | BA | BB | CP |
|---|---|---|---|---|---|---|---|
| 1 | Reference Number | Company Name | Company Address, Line 1 | Company Address, Line 2 | Company Address, Line 3 | Company Address, City | Complaint Info Comments |
| 17 | b(3)21(f) | b(3)21(f) | b(3)21(f) | b(3)21(f) | b(3)21(f) | b(3)21(f) | b(3)21(f) |
| 18 | 20329841 | The InterNess | 5009 W 12th St # 9B | | | SIOUX FALLS | Complaint Type: - Delivery Issues |
| 19 | b(3)21(f) | b(3)21(f) | b(3)21(f) | b(3)21(f) | b(3)21(f) | b(3)21(f) | b(3)21(f) |
| 20 | 21097273 | Trans World Systems | | | | | Consumer got a letter from TransWorld System, collection agency is trying to make her pay for a hospital bill that she doesn't owe because it was workman's comp issue. No alt # or email |
| 21 | 21642905 | Match.com, LLC | PO Box 25472 | | | DALLAS | Complaint Type: - Refund or Exchange Issues |
| 22 | 21762515 | Allied Interstate | | | | | I have no business with or knowledge of Allied Interstate until today. Bill Graves, Allied Interstate, phoned my home looking for my daughter who is 29 years old. When I explained she did not live here (and hasn't for approx. 3 years), he wanted her cell phone number. I told him I was not permitted to give that number out. He accused me of trying to hide and protect her, and said that he was going to phone me everyday. I am on the do not phone list and do not want to harassed by calls I have nothing to do with. |
| 23 | b(3)21(f) | b(3)21(f) | b(3)21(f) | b(3)21(f) | b(3)21(f) | b(3)21(f) | b(3)21(f) |
| 24 | 22191541 | LHR | | | | | Consumer is making a complaint against LHR, a third party debt collector. Company is calling repeatedly to obtain the location of the debtor. UPDATE: 04/10/09 Consumer reports that he has not recieved no more calls. Consumer did send a cease communication letter. jspinnato |
| 25 | 22292946 | Club Par Excellance | 3350 American Drive | | | MISSISSAUGA | Complaint Type: - Sales Practice Issues |
| 26 | 22300969 | Ford Motor Company | | | | | Consumer is filing a complaint against Ford Motor Company. His stabilizer bar broke and spring went through tire. Consumer contacted Ford and was told to take receipts to a dealership. Consumer states they would not reimburse since he took it to Miller Body Shop to fix. Consumer states the warranty is expired. Consumer states they have been having safety issues regarding the bar is plastio. |
| 27 | 22326484 | FEDERAL BUREAU OF INVESTIGATION | | | | | "I received an e-mail from what appeared to be from the Federal Bureau Of Investigation. It was notifying me of the inability of fund beneficiaries to receive what is rightfully theirs as at when due. The e-mail identified me as the Fund""Beneficiary. It asked me for the following informationwhich I did not give."""") Your Full name;""3) Your contact telephone and fax number;""""""""""," |
| 28 | 22634114 | Cricket | 8200 E Maplewood Ave., | | | ENGLEWOOD | Complaint Type: - Service Issues |
| 29 | 22754049 | BANGALORE BRAZIL US MAIL | PO BOX 1120 | | | ALACHUA | 4/3/2009 AEasterling complainant states they had a business transaction with this company, I successfully payed for received 1 order of designer womens t-shirts from Bangalore Brazil. they then charged my credit card for a second order that was not desired and was not received. The company assured us that all would be rectified. It was never was and we are unable to file a claim for charge-back to Bangalore Brazil due to the time restriction of 3 months. |
| 30 | 22939561 | The Call Center | | | | | The consumer has been receiving telemarketing calls regarding her debit card information. Consumer receives that call 2-3 times a day. The consumer is newly registered with the DNC registry. |
| 31 | 23182842 | GF Institute | | | | | Consumer recieved a letter from GF Institute concerning a goverment grant that states she does not have to pay anything back. Consumer is requesting if the company is legite. Consumer did not provide alternate phone number.UPDATE 06/23/2009 consumer called to report that Gf was a scam . Consumer didnt respond to scammer . |
| 32 | 23309544 | Clearwire Eugene | 1600 Coburg Rd Ste 3 | | | EUGENE | Complaint Type: - Contract Issues |
| 33 | 23410628 | Elton Tony | | | | | ICCC Ref #:b(6). I did not reply to the email. It has been sent to me twice. I wanted to bring it to your attention as a possible internet scam SOUTH AFRICA FIFA WORLD CUP 2010 SOUTH AFRICA FIFA WORLD CUP 2010 CONGRATULATIONS! We are pleased to inform you of the release, of the long awaited results of the SOUTH AFRICA 2010 World cup Bid award INTERNANTIONAL LOTTERY PROMOTION, held in Zurich Switzerland on the 2 OF May. 2009. You were entered as dependent clients with: Reference SERIAL NUMBER: b(6) and Batch number b(6).Your email address attached to the ticket number: b(6)that drew the lucky winning number, which consequently won the sweepstake in the first category, in four parts. You have been approved for a payment of $500.000, 00 Dollars (Five hundred thousand United States Dollars) in cash credited to file reference number:lb(6).This is from a total cash prize of five million Dollars shared among the ten international winners in first categories. All participants were selected through a computer ballot system drawn from 50, 000, 00 (Fifty thousand) names of email users around the world, as part of our international promotion program. CONGRATULATIONS! Please be informed that your fund, $500.000, 00 is now deposited with the SA Finance and Security Company insured with your email address which won you this prize, therefore you are instructed to contact your agent and give them your full names so that they will re-insure your money with your full names. Due to the mix up of some numbers and names, we ask that you keep this award strictly from public notice until your claim has been processed and your money remitted to your account. This is part of our security measures to avoid double claiming or unwarranted taking advantage of the situation by other participants or impersonators, 1. Full names. 2. Phone number. 3. Fax number. 4. Occupation. 5. Sex. 6. Age. 7. Nationality. 8. Winning numbers. NAME: b(6). EMAIL b(6) Tel: b(6) He is your agent, and responsible for the processing and transfer of your winnings to you. YOURE SECURITY FILE NUMBER IS b(6) (keep personal) GLOBAL MEGA LOTTERY SOUTH AFRICA UNIVERSAL BUILDING: 132-133 PARKHURST BALFOUR UNIT 1440 JOHANNESBURG GAUTENG 2001 SOUTH AFRICA Yours Sincerely, MR. John Krume. Congratulations from the Staff & Members of the National Lottery Board Commission |
| 34 | 23412028 | NORTH CAROLINA DEPARTMENT OF REVENUE | PO BOX 2500 | | | RALEIGH | ICCC Ref #:b(6). At the end of May, I received a letter that stated they I owed back-taxes to the State of North Carolina for the year of 2006. I have lived in California my whole life and at the time, 2006, I was 18. I ignored the letter as the website that they were asking me to pay was ending in, ".com" no government website will end in such domain name. Another aspect of the letter that seems suspicious is the fact that they are asking me to pay these, "back-taxes" using my credit card. I received another letter dated June 10, 2009 the first week of July stating that since I did not pay in time I had incurred a late fee. |
| 35 | 23440533 | Citi Bank | | | | | The caller is a realtor and has contacted Citi Bank in regards to an extension for a foreclosure and is requesting information and is not being provided. |
| 36 | 23696094 | Honda Parts Direct | 3905 NEW BOSTON RD | | | TEXARKANA | ICCC Ref #:b(6). On or about 06/06/09 I placed an order for 4 parts for a Honda motorcycle that was billed to my credit card in the amount of: $362.53 Returning to the website later in the week I discovered that the website said it was going out of business, but any valid orders before 06/12/09 would be processed and shipped. My order wasn't shipped until 06/19/09. When the box arrived at my residence, it only contained two of the four parts; even though the Shipping manifast listed all four parts as being shipped. Emails and phone calls to the business resulted in no contact and/or action until I called the hosting company for the website and then I received a call from a person named Jay. We discussed the issue and he said a refund of the difference woulb be made to my credit card for the differnce, plus shipping difference of $250.25 and at the time I gave him my credit card information over the phone. I later received an eamil from: hondapartsdirect@gmail.com stating that a refund had been made to said credit card. Nope, never happened and I've been checking that card for any credits from that site since. Any further voicemail messages and emails have been ignored and I have had no communications with said website or Jay since. I have contacted the BBB in the related area and I know not what they have been able to do. |

|  | Reference Number | Company Name | Company Address, Line 1 | Company Address, Line 2 | Company Address, Line 3 | Company Address, City | Company Address, | Complaint Info Comments |
|---|---|---|---|---|---|---|---|---|
| 1 |  |  | AX | AY | AZ | BA | BB | CF |
| 37 | 23766211 | Barclays Premier League | 30 Gloucester Place Lon |  |  | UNITED KINGDOM |  | ICCC Ref #(x0). I signed up with Arkansas Worldcup poker. I was seeking part-time work on the side, from home. I was contacted by Jonathan Daniels and told there was a backing company importing and exporting artwork and paintings. (an international trading company importing and exporting artwork and paintings). I was requested my name, phone numbers, job occupation, gross income, address, and zip code. I provided them with this information. I was to receive payments from the customers, cash them at my bank and forward the payments to the company's accountant (Travis Jordan Address: 29 Leicester Square Center, London UK WC2H 7LA) through Western Union Money in Minutes. Alleged customer was James Thomas Address: 26 Maple St Salley, SC 29137sent the payments (total of 2 sent all together) through Western Union. I received the first payment on 8/27 in the amount of 1,790.00 less my 10% (179). I forwarded 1,599 +103 sec fee. Then I received the second payment and my bank informed me that it was a scam and I immediately returned the second payment. But am now facing a 1780 debt due to this scam. |
| 38 | 24007007 | Busby & Busby Fabrics | The Old Stables Winterbo Blandford Forum |  |  | DORSET |  | I requested for the company not to contact me regarding someone else's debt. They called back the next day and said they would continue to call. UPDATE: 10/2/09: Consumer wants to know how to stop the phone calls. |
| 39 | 24207031 | Admin Recovery | ? |  |  |  |  | Complaint Type: ... Contract Issues |
| 40 | 24265141 | AT&T Advertising & Publishing | PO Box 5010 |  |  |  |  | Complaint Type: Customer Service Issues |
| 41 | 24265141 | Payday Claim | 5460 Clark Drive Suite B |  |  | BAKERSFIELD |  | Complaint Type: Advertising Issues |
| 42 | 24272362 | Charfa Claims | PO Box 3726 |  |  | SEATTLE |  | Complaint Type: Advertising Issues — Consumer is getting an add on craig list. They wanted to send a check for more then the amount. The extra money would be wired money to another location. She did received the check. |
| 43 | 24329846 | unknown |  |  |  |  |  | ICCC Ref #(x0). My 80 year old father has been victimized by mail and telemarketing scams. He was at first receiving letters of &quotSweepstakes&quot... but now is being harrassed by a Jamaican lottery scam. He has been mailed approximately $900 to these sweepstakes scams in the past four months. However, now they are calling him on his cell phone. The man calls him numerous times during the day asking for $4000 in order to win 2.5 million dollars. My father hangs up on the man but he continues to call and harass him. My sister spoke to the man and asked him to stop calling our father, however, he continues to call. |
| 44 | 24847818 | Global Sweepstakes Funding |  |  |  |  |  | ICCC Ref #(x0). Recently, I put an ad on Craigslist to sell a poker table valued at $500. I received an email from a potential buyer saying that he would like to purchase the furniture, but he told me he would pay me an extra $50 to take the ad off of craigslist. I agreed to do... Then, I received a cashier check in the mail for the amount of $1,500. The buyer explained that his secretary had made a mistake in issuing the check amount, but the error could be solved if I would wire/transfer the difference to the mover, and he gave me a name of Jose Espino from the city of San Antonio, TX 78226. He specifically noted that I would need to provide him the full name of the sender, address, and the MTCN#. After he check had cleared at my bank, I thought that everything was legit so I went ahead and wired/transferred the amount $900 to this man through &quotBlockedDquot;. calls from the buyer asking me if I had sent the money yet. The potential buyer made me mistake in calling me several times after he cashed check. It turns out the check and the buyer was a fraud. I reported this to the police (8913178-0007 - I googled this area code, and this area code hails from the Palmdale, CA area. ... Notably also, his English was terrible, and it was clear from his accent that he was foreign. He called every time from a different phone number every time he called except the last time. The number shows up on my phone as harm the buyer may do now that he knows my name and address and my phone number. In any case, if any more scams come out of this situation, I will call. |
| 45 | 24653717 | Jose Espino |  |  |  |  |  | Complaint Type: Billing or Collection Issues — This is my second letter to you in regard to the same matter with trouble charging me for service I didn't receive. I have tried to contact them on numerous occasion with no resolution the last time I complain about it... |
| 46 | 24821726 | HSBC Finance Corp. | 961 W Weigel Ave |  |  | PALMDALE ELMHURST |  | Complaint Type: Billing or Collection Issues — ... |
| 47 | 24832120 | Trimble | Customer Relations | P.O. Box 37360 |  | Albuquerque |  | Other/Other Update: ... |

CISADMINRECORD-00171

| | A | AX | AY | AZ | BA | BB | CP |
|---|---|---|---|---|---|---|---|
| 1 | Reference Number | Company Name | Company Address, Line 1 | Company Address, Line 2 | Company Address, Line 3 | Company Address, City | Complaint Info Comments |
| 48 | 25021527 | Midland Credit Management | PO BOX 60578 | | | LOS ANGELES | 11/8/2011 AEasterling SOC 1245700 was reassigned to b(6). |
| 49 | 25024078 | Viswanath | 1601 YARROW CIRCLE | | | DAYTON | 11/19/2009 JHernandez Enclosed is communication we had, I paid for an Acutary exam book. I did not receive the book, Seller has cashed my check. |
| 50 | 25040653 | Not Provided By Org | | | | | ICCC Ref #:b(6). I've not been victimized in many years. I was asked many years ago tp continue to send the fbi all scam emailks to their New Haven Office. Today, though, I encountered a problem causing me to contact the office. They sent me here. I average 20 scam emails a week, both in my inbox as well as my spam folders. I would like to continue this. Where shall I send all pertinent Emails? Thank you. b(6) |
| 51 | 25409182 | Dell Inc | 1 Dell Way MS 8210 | | | ROUND ROCK | Complaint Type: - Refund or Exchange Issues |
| 52 | 25581761 | 1 & 1 Internet Service | 701 Lee Road, | Suite 300 | | Chesterbrook | I have paid my complete bill for hosting, yet I continue to receive bills from 1 and 1 and its collector, NCO Financial. |
| 53 | 25680495 | Lincoln Property Company | 2000 McKinney Ave Ste | | | DALLAS | Complaint Type: - Contract Issues |
| 54 | 25757442 | Nicole Adams | | | | | ICCC Ref #:b(6). Just filing another report about scam spam... Begin forwarded message: From: "diplomat Nicole Adams"<mighty.diplomatcfinance@live.com> Date: February 25, 2010 11:36:12 AM EST Subject: FROM:Diplomat Nicole Adams..... Reply-To: <diplomatnicoleadams1313@live.com> Return-Path: <mighty.diplomatcfinance@live.com> Delivered-To: dfarm011@warwick.net Received: (qmail 1151 invoked from network); 25 Feb 2010 19:46:03 -0000 Received: from unknown (HELO server.alicom.com) (217.73.224.29) by frontend2.warwick.net with SMTP; Thu, 25 Feb 2010 14:46:03 -0500 Received: (qmail 31025 invoked from network); 25 Feb 2010 19:38:20 -0000 Received: from web3.seeyes.net (217.73.226.31) by server.alicom.com with SMTP; 25 Feb 2010 19:38:20 -0000 Received: from [82.128.69.208] (helo=User) by web3.seeyes.net with esmtpa (Exim 4.69) (envelope-from <mighty.diplomatcfinance@live.com>) id 1NkjX9-0005qO-OL; Thu, 25 Feb 2010 20:38:05 +0100 Mime-Version: 1.0 Content-Type: text/plain; charset="Windows-1251" Content-Transfer-Encoding: 7bit X-Priority: 3 X-Msmail-Priority: Normal X-Mailer: Microsoft Outlook Express 6.00.2600.0000 X-Mimeole: Produced By Microsoft MimeOLE V6.00.2600.0000 X-Magicmail-Uuid: 6861bea6-2246-11df-bf78-001f2909bf3e FROM:Diplomat Nicole Adams Firstly, I wish to introduce myself as a sympathizer of your situation. I am the Comptroller of Fund Movement Terminal and Director of national warehouse where abandoned fund/valuables consignments are dumped. This is to inform you that fresh arrangement was made by me to conclude the shipment of your consignment of funds to your country. I choose to do this because records on your files shows tha your consignment has packed for seizure due to lack of compliance of the british laid down rules and regulations.I want to make sure you are ready to work with me, and as well confide in you to make this a success. I found out that this consignment has been lying here due to lack of contact and none payment of delivery cost. I decided to use my good office as the Delivery/Shipment officer in charge of the National Security warehouse. (This is where all the abandoned consignments in london are kept as instructed by the british Government) Therefore, this email is highly confidential and top secret. For this reason,you must not inform anybody about this email or my contact with you. You must keep my relationship with you to be topped secret and highly confidential as I have made all arranged for your consignment to be delivered to you. CONDITIONS OF THIS DELIVERY 1. You must keep my relationship with you highly secret/confidential. 2. You must not expose all the above information to anybody. 3. You must be willing to act fast on any information and directives given to you. Be informed that this arrangement is strictly confidential as this consignment/Payment has been surrendered to the British Government for seizure, Hence my involvement. As soon as I receive your response, further details will be furnished to you accordingly Yours Sincerely Diplomat Nicole Adams |
| 55 | 25795353 | Leasing Financial Corp | | | | | Consumer is filing a complaint because she cancelled her contract w/the company to no longer lease their cc equipment machine for her business but they wanting to charge her debit card account. - Consumer requested additional fulfillment. UPDATE:03/19/2010 Consumer was calling back to provide us with the correct name of the company which LFG financial group.DPEREZ |
| 56 | 25865541 | Warranty Activation HQ Inc | 12244 Tesson Ferry Road | Suite 300 | | ST LOUIS | |
| 57 | 26002848 | James Miller | | | | | ICCC Ref #b(6). We received an e-mail requesting 24 bottles of Crystal Champagne 2002 vintage on 02-21-2010, we didnt follow up because in the past we had a similar e-mails requesting food to go and when we are ready to process payment him/they asked us if we can charge a greater amount, of course we denied and it just didnt sound right. Then we got automated calls trying to do the same and never gave us phone number only e-mail addresses and we were able to stop these calls when we told them that we needed names, last names and phone numbers, and now we are getting this e-mails. We received another e-mail today same wording him/they only changed the date they suppose to need the champagne for. We had the names, phone number of all employees that were able to answered at least one of these automated calls (see information below) and Im the one receiving this e-mail. |

| | A | AX | AY | AZ | BA | BB | CP |
|---|---|---|---|---|---|---|---|
| 1 | Reference Number | Company Name | Company Address, Line 1 | Company Address, Line 2 | Company Address, Line 3 | Company Address, City | Complaint Info Comments |
| 58 | 26019038 | Craigs List | 701 Brickell Ave. | | | MIAMI | ICCC Ref #:b(6). I wired the money to Gerald Guilford and I was promised that as soon as I wired the money the car would be shipped and I should recieve it by Monday morning. I was also suppose to receive a tracking number to track the car and when it should arrive. I have not received any more e-mails and a phone number was never provided so I could not communicate with the person who was selling the car.I completed a second report online,because I filed a local police report with San Antonio Police Department and this is the case #b(6). In one of the e-mails I was asked to send my personal information and I am wondering if my name will be used when they decide to scam the next person? They have my name, address, phone, city, state and zip. I found out through Western Union that the money I wired to Miami Florida was picked up in Naples,Florida and that a form was completed to pick up the money and a picture ID was presented,Western Union will only give information to Law Enforcement the number is b(6) and the wire MTCN#b(6). I look forward to hearing from your organization soon and Thank you for your help in bringing these criminals to justice. Please let me know if I should file a police report with Naples Florida. |
| 59 | 26091512 | Kaiser Permanente | 711 Kapiolani Blvd | | | HONOLULU | Complaint Type: - Advertising Issues |
| 60 | 26132363 | One click cash | 52946 Highway 12 Suite | | | Niobrara | This company has been told not to keep calling my home and my job they have debited my acct so many times causing it to go in the negative and also the bank closed my acct. I do not owe them anymore money, they are making it hard for me at work they are calling my payroll supervisor on me, this is a illegal company, they are not registerd in the state they have listed,im afraid that im going to get fired if they keep calling my job,and calling me harassing me.Please help me with this illegal lender they are making my life misable,I dont owe them a dime,please contact me by email, i am a field worker (electrion)cannot have calls at work, work on power lines.I want them to stop calling me and my family and my job |
| 61 | 26485140 | Alternate Billing Corporation | 24078 Greenway Street | Suite #3 | | Forest LAke | PS9000: Alternate Billing Corp. Other-Other Update |
| 62 | 26712285 | Countrywide | | | | | Consumer calling about Countrywide,consumer was victim lost home to foreclosure in another state. has not received redress. Seen article in newspaper. |
| 63 | 26877443 | Global Tel Link | | | | | My husband received a call from (713)981-0098 at 7:15 pm or so today (June 29, 2010). My Caller ID showed that it was from Global Tel Link. It was a recording asking if he would accept a collect call from an inmate. If "yes", please press one... My husband quickly hanged up without pressing any number. The same phone no. called again and we did not pick it up.I called Time Warner (my phone provider) and reported to them about the incident. The lady said she would put it on record and she said that we should registered with Do Not Call which we already did. Our phone number is unlisted.It is very scary to get phone calls like this. I wonder how did Global Tel Link (or whosoever is the real perpetrator) get our phone number and what would happen to us? I hope that there is a way to stop this. Thank you for your attention.. PS9000: Collect call from inmate Other-Other Update |
| 64 | 26890604 | Jackson's Buy-Sell-Trade, Inc. | Rte 1 PO Box 528 | | | KAMIAH | Complainant & her husband are AAA members & residents of Texas. While traveling in Idaho in July, their van broke down on Hwy 95 south of Whitebird. They called AAA & a tow truck from Jackson's Buy-Sell-Trade, Kamiah, was sent. The tow truck driver only towed the van 2-3 miles to Hoots (auto shop), & when the complainant & her husband objected to being "stranded in the middle of nowhere," the tow truck driver said he would take them & the van to Grangeville or Kamiah for $3.50/mile. Complainant & her husband (who is in poor health) elected to stay at Hoots & spent 2 days there in the heat, etc. until their son came over from the Oregon coast to retrieve them & the van. Complainant eventually reviewed her AAA membership guide which allegedly states, "When a vehicle cannot be started or safely driven, the vehicle can be towed to the independent service provider's facility, no matter how far away, at no charge to the member." Complainant believes that the business should have its contract with AAA revoked as a result of its reckless, irresponsible & unethical behavior. --- Occupation: Towing Companies --- Law Violation Code: Customer Service |
| 65 | 27049388 | Relax Inn Of Hartford City | 1806 N Walnut St | | | HARTFORD CITY | Complaint Type: - Service Issues |
| 66 | 27236446 | Not Provided By Org | | | | | ICCC Ref #:b(6). I recently wrote you guys with a similar complaint, but someone, ( who i dont know) has access to all of my online accounts, so they delete any emails i get from people i try to ask for help, so this time, i put my moms phone number and email address so they have no access to it. there is a pretend online assistance that has been trying to help me. they are saying that they are protecting me and my accounts from getting hacked by other people. I believed them at first, but now i think they are just scamming me to get information and pictures of me, and they have control over me by having access to all of my online accounts. whenever i change my passwords, someone hacks them like 30 seconds later. i think it is the system that says they are trying to help me. i think it is one girl who is trying to get pictures of me so she can fake me on myspace and facebook.. it sounds ridiculous but it is really getting out of hand. the police in my town have been involved but theres not much they can do at this point because i dont have the money to trace back where the emails are coming from, but i was told to try this out, so please help me. i just want protection over my online accounts. please get back to me asap. |

| | A | AX | AY | AZ | BA | BB | CP |
|---|---|---|---|---|---|---|---|
| 1 | Reference Number | Company Name | Company Address, Line 1 | Company Address, Line 2 | Company Address, Line 3 | Company Address, City | Complaint Info Comments |
| 67 | 27363678 | Angel Investment Network | | | | | ICCC Ref #b(6). I applied for a Personal Assistant job on craigslist. The man who emailed me claimed to be an investor and worked for Angel Investment Network and was currrently out of the country and needed me to startt working right away. I was sent 2 money orders in the amount of $990 and was directed to cash them and keep a small portion for myself as a payment and the rest was to be sent via western union to an "Orphange" in Illinois. After the fact I realized that I didn't do enough research on this company and am now part of this scam. I am now in a bad situation. I owe my bank money for the fake money order that was cashed and I cannot afford to give the back $1980 since I am currently employed, hence the reason why I was looking for a job on craigslist. I just need help resolving this problem mostly with the bank but also so that this doesn't happen to anyone else. |
| 68 | 27910490 | Motricity Inc | 601 108th Ave NE Ste 90 | | | BELLEVUE | Complaint Type: - Billing or Collection Issues |
| 69 | 28143934 | Sherwin Marketing | 653 20 Rd. | | | BEELER | ICCC Ref #:b(6). This spam email claims I have 10,500000.00 in a Bank of america account . It says I will be arrested if I don't contact the "Criminal justice information services" of the FBI and lists Robert Mueller III as Director |
| 70 | 28190705 | Big Vanilla Athletic Club | 1209 Ritchie Hyw | | | ARNOLD | Complaint Type: - Contract Issues |
| 71 | 28198506 | Charter Communications Inc | 12405 Powerscourt Dr | | | SAINT LOUIS | Complaint Type: - Billing or Collection Issues |
| 72 | 28227370 | Westin Mini Mart | Big Tree Rd | (next to McDonalds restur | | Lakeville | This business is guilty of false advertisement. The large sign out by the road advertises three prices for 3 grades of gasoline. The most expensive price, is labeled as "Ultra 93"...but when you get to the pump, the price is higher than the price on the sign. The price on the sign, matches the next lower grade of gasoline called "premium 91" on the pump There are four grades on the pump. I have tried to explain this to the attendants. This evening, the young girl called the owner or manager, and she was told to tell me to take my business elsewhere. I told her that I was going to report this, and she just shrugged.. PS9000: gas station mini martket Other-Other Update |
| 73 | 28359239 | GE Money | | | | | Consumer states the company is attempting to collect on a debt that is already paid for. |
| 74 | 28364985 | DWAYNE HELLER | 1405 YALMOUTH DR AP | | | MODESTO | 10/18/2010 JFloyd Dwayne Heller set up an autograph signing with Willie Mays through a website we are members of, sportscollectors.net. The cost was $80 per autograph. I mailed him a check for $80 along with an 8x10 photo and SASE. He cashed the check in October 2009, and he has never sent back my photo with the autograph. Several other members of the website have the same problem. He does not respond to any refund requests from us and we fear we are victims of a scam. |
| 75 | 28391685 | RECOVERY CONCEPTS INC. | 1925 E. Beltline Road | Suite 510 | | Carrollton | This company has been told they are violation of fair debt practices and b(6) has said he will do what it takes to to settle the debt. I have made good on making payments and they continue to harass. |
| 76 | 28597149 | Richard Weeks | 1719 w champagne ave. | | | TAYLORSVILLE | ICCC Ref #:b(6). western union b(6) 500$ western union b(6) 100$ Money Gram b(6) 150$ |
| 77 | 28812373 | BCI | | | | Forth Worth | These two phone numbers seem to be from a payday loan scam. Both names involved are : Harry Smith and Mr. Anderson. They fail to inform me who the creditor of the so called complaint is from. How much the debt is and all they do is use obscene and foul language. They threaten me to send me to jail and they threaten bodily harm. I infomred them that I have taped their threats and they have told me they do not care! They constantly call my home number, WORK number aand family and friends phone numbers. They are harrassing me to no end. I try to hang up all the time but they continue to harrass.I believe that some how they have acquired basic information from an online pay day site I visited and decided not to complete the application. Please investigate. I have filed complaints to the Texass Attorney General. I will file in my state as well. I have also filed complaints on 800 notes for others to see and I will contniue to file in any place I can. I am also making a Police Report with the taped conversations. |
| 78 | 28933935 | Capital One Bank | 1680 Capital One Drive | | | Mclean | A letter and a settlement amount was sent to the plaintiff on January 4, 2011 informing them of an attempt to settle any outstanding debts. Two checks were mail within the letter. One check in the amount of One Thousand Dollars (Check No. b(6)) and the other check in the amount of Five Hundred Dollars ($500.00).By the plaintiff processing the checks as an automated transaction which was posted to the written account on January 18, 2011, acknowledges proof that my settlement offer was accepted. The plaintiff failed to acknowledge my attempt to settle my debt. |
| 79 | 29018515 | Your Daily Tarot | FAce Book App | | | | The email sent has a link that can unsubcribe but the link has never worked. Face book will not handle the situation. I do not wish this spam in my email daily. Other-Other Update |
| 80 | 29089609 | Jnr Adjustments | | | | PLYMOUTH | NOTE: These comments are received through a mobile device in response to an unwanted call the consumer has received. — No complaint description |
| 81 | 29091064 | UNAVAILABLE | | | | | |
| 82 | 29126046 | Paulina Christos | | | | | SEARCH@IC3.GOV. Please check the "More Information on Data Contributor Complaints" link for further details on IC3 data. — Incident description: Just filing another report about scam spam... Begin forwarded message: From: "Mrs.Paulina Christos" <markdenis@att.net> Date: January 3, 2011 7:23:14 AM EST To: undisclosed recipients: ; Subject: Greetings in the name of the lord. Reply-To: mpchristos@aol.com Return-Path: <markdenis@att.net> Delivered-To: dfarm011@warwick.net Received: (qmail 2465 invoked from network); 3 Jan 2011 12:23:15 -0000 Received: from unknown (HELO nm19-vm0.bullet.mail.sp2.yahoo.com) (98.139.91.216) by frontend2.warwick.net with SMTP (3d3eda5e-1734-11e0-8b26-001f2909bf3e); Mon, 03 Jan 2011 07:23:15 -0500 Received: from [98.139.91.67] by nm19.bullet.mail.sp2.yahoo.com with NNFMP; 03 Jan 2011 12:23:15 -0000 Received: from [98.139.91.27] by tm7.bullet.mail.sp2.yahoo.com with NNFMP; 03 Jan 2011 12:23:15 -0000 Received: from [127.0.0.1] by omp1027.mail.sp2.yahoo.com with NNFMP; 03 Jan 2011 12:23:15 -0000 Received: (qmail 5978 invoked by uid 60001); 3 Jan 2011 12:23:14 -0000 Received: from [213.7.17.253] by web80006.mail.sp1.yahoo.com via HTTP; Mon, 03 Jan 2011 04:23:14 PST X-Yahoo-Newman-Property: ymail-3 X-Yahoo-Newman-Id: 187697.30639.bm@omp1027.mail.sp2.yahoo.com Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=att.net; s=s1024; t=1294057394; bh=M/fzAQYM8ww7SU+DnGr4tK2oQ1GwDfRXRafdcPKvABc=; h=Message-ID:X-YMail-OSG:Received:X-Mailer:Date:From:Reply-To:Subject:To:MIME-Version:Content-Type; b=3wfZWFVhZEB9+ylL+B7cfVgBPk/3aojHL24J0jzanXL4yOqT5BNt4Mz1c4LSB+IQ9PG1Zq3I3R4ILVrLOuxKxqAfuWh1TRT7r ObFetcQxTJCfMWH5+QOpmpobG6X0mOjmG87Jcyy//hvs0Fr7FCczEvXCINHcqUyAmdOFICLYc= Domainkey-Signature: a=rsa-sha1; q=dns; c=nofws; s=s1024; d=att.net; h=Message-ID:X-YMail-OSG:Received:X-Mailer:Date:From:Reply-To:Subject:To:MIME-Version:Content-Type; b=Eydkd5O0kSteyZZjyp/YD3jzA/2CkDWClWIj8U9m61akCnPAhfFOvFlqj/kvYDj/Oi4ab9C14nkAw8MHdG178LEoX5a9ZKQIS VcJr6HQhI3UOqrhB3+05mAhxt43TTurJoNj1IwNZ3Ci6g0ritea/+uwfHjCdn3GTSsk2KaRM/o=; Message-Id: <640646.82959.qm@web80006.mail.sp1.yahoo.com> X-Ymail-Osg: IQoZeGAVM1mwhuwd9OPoHt6fpmXXT1v3XUhPEGEAzt.bVNv M.aAtpylsCvw2adA1eBadjG2c8y84alU4F2RSS7va6IFPLRL8bplzg84tUQt irUpRfAFBuLDxjXLHNop3sLmJooUikhL6hzuVNUG.h3usBGMV16FsAhMHIdD 6YQIMSD5Yfhe02ob2W1FouR5t6hxZvAJXtIT2P5MUCkIYXsPCveZaFOpvWgI yQbJwQqh47a6z3Q_74PY07YTx4uj_IPCKXMtNMzg28a3D9Yb8vAu2EKmh466 06Huu7zVA1fidcECZaRHouNBUI5WVVDuG3OqV5fnrGTlx.HeB86Mzv1cZ_b0 OhgBJ4Cg_u6bUMgZvoQTXN5itTNpiEoA- X-Mailer: YahooMailClassic/11.4.20 YahooMailWebService/0.8.107.285259 Mime-Version: 1.0 Content-Type: multipart/alternative; boundary="0-2014283330-1294057394=:82959" X-Magicmail-Uuid: 3d3eda5e-1734-11e0-8b26-001f2909bf3e Greetings in the name of the lord. A letter from me to you.Mrs.Paulina Christos , 70yrs old from Switzerland. You might be wondering where I got your contacts from but I have really taken my time in searching thoroughly. You came into my mind as the lord has directed me to and am willing to do so. I have noticed that you are God fearing, courageous, fulfilling and ambitious in life. I want you to know that you have been the chosen one and please, try and do my will because each of my words or statements must not go unfulfilled reaching the unprivileged,orphanages and the needy as you are blessed. Dear Beloved One, I am the above named person but now undergoing medical treatment here in Europe. I am married to Dr.Nikolas Christos , who worked as a world contractor for over a decade before his death. We were married for fifteen years without a child. He died after a brief illness |

| | Reference Number | Company Name | Company Address, Line 1 | Company Address, Line 2 | Company Address, Line 3 | Company Address, City | Complaint Info Comments |
|---|---|---|---|---|---|---|---|
| 1 | b2l2(l0) | b2l2(l0) | b2l2(l0) | b2l2(l0) | b2l2(l0) | b2l2(l0) | b2l2(l0) |
| 83 | 29227022 | Not Provided By Org | | | | | NOTE: To prevent interference with pending law enforcement action, prior to any investigative action, please contact the ICS at SEARCH@ICS.GOV. Please check the "More information on Data Contributor Complaints" link for further details on ICS data. — Incident description. Spam / more again. |
| 84 | 29227022 | Not Provided By Org | | | | | NOTE: To prevent interference with pending law enforcement action, prior to any investigative action, please contact the ICS at SEARCH@ICS.GOV. Please check the "More information on Data Contributor Complaints" link for further details on ICS data. — Incident description. Spam / more again. |
| 85 | 29622831 | Not Provided By Org | | | | | I am writing as the daughter of a senior citizen (my mother who is alone and helpless). My mother was tricked into giving information and had to by this people from Space Coast Publications who alleged that my father had left the magazine subscription. Then fraudulently charged exorbitant rates of $59.95 monthly starting in June 2010 through the present January 2011 for alleged subscriptions. Most ANNUAL magazine subscriptions don't cost half this amount and they are charging MONTHLY. My Mom lives on her social security income (she is 85 years old) and has NO other source of income. When charges suddenly appeared under a different company name starting in November 2010, the name 'Sunset Publication' and references the same contact phone number 321-751-2989, leading me to the assumption they closed one corporation (Space Coast) due to multiple claims against them under the prosecution to them and re-opened a new corporation 'Sunset Publication' in order to continue to defraud the public. My mother is 85 and is a senior citizen, and after innocent people, while enjoying her safety from prosecution that the laws of incorporation provide. Please respond and investigate this fraud immediately. |
| 86 | 29582373 | PCH | | | | | THE LETTER STATES THAT THEY ARE USING THE NAME: PCH TO OFFER VACATION PACKAGES TO COSTA RICA. — PCH Customer ID: b2l6(l) |
| 87 | 29540008 | Sunset Publications Inc | 13 E. Melbourne Ave | | | MELBOURNE | I intend to write a letter to the Florida Attorney General as well to start my complaint, of which this is the first. Sincerely petition on behalf of my Mother, b2l6 who resides at b2(l6). Carmel, NY b6(l) — Additional Comments: I am seeking $479.60 for the period from June 2010 through January 2011 of the amount in the amount of $59.95 charged without authorization to my mothers debit card. Further I plan to research the matter in more depth and keep this activity from reoccurring in the future. I further plan to dispute all charges to her account over the telephone and with written records from the bank. Thank you. NOTE: These comments are received through a mobile device in response to an unwanted call the consumer has received. — No complaint descriptors. |
| 88 | 29563347 | WIRELESS | | | | | NOTE: These comments are received through a mobile device in response to an unwanted call the consumer has received. — No complaint descriptor. Consumer mistakenly called a wrong number and every since then she has been harassed by the people she contacted. Consumer states she is receiving multiple calls and they are being abusive to her. |
| 89 | 29750169 | Unknown | | | | | On 3.26.09, I co-signed as guarantor of payment for my step-sister, b6(l), on a leased car with Ford/Mazda. At the time I was married and I was under b6(l). My step-sister moved to Ireland and rented the car on 6.23.10. I received a phone call on 1.11.11 from a Debt Collection Agency, SRA Associates, regarding the outstanding amount on the lease b6(l), $7 months later, I was not even aware that there was any problem with this card. I tried reaching my step-sister in Ireland, but kept getting the run around from her. On 1.14.11, I contacted the debt collector and they confirmed that they had not heard from her, so I gave the amount in full that day - not even trying to set up payments or negotiate down the amount as I just wanted all of my financial obligation paid off and over for this Debt Collection agency on 1.6.11 and 6 Days later they were able to get a hold of me on my cell phone - the same cell phone number that was listed on the Application Statement. I wrote a letter to the only person that I was able to get a hold of at Mazda, after one hour and numerous phone calls, on 1.21.11 and they were going to forward it to the finance company to ask for a good faith refund of my co-sign obligation, of which this is the only blemish I have on it. I finally received a response on 2.25.11 and the facts were not even correct, nor was there any good given to me that they are even contacting me. Where I moved and the car was rented, I had a final payment in arrears of $2900. I had a brand new company address with me. My Mom and I was only aware from the Application Statement and I was not even given a chance to make good on this debt before it went this far. Now, the lease is up on my car and I am being put in financial hardship for something that was not my fault. Had you not made the good on it, I request legal counsel to try to repair my professional hardship, but in return, you could not even clear my credit to change it from a '9' to a '7'? I have all the back-up documentation should it be necessary and so does my legal counsel. I believe that they reported this unfairly and I want my credit report corrected and my good standing and assistance with this. MAIL: Consumer wrote to file a complaint against Bank of America for refusing to correct violations on consumer's loan document. |
| 80 | 29794927 | Mazda American Credit | PO Box 542000 | | | Omaha | |
| 81 | 29873558 | Bank of America | | | | | |
| 82 | 29342610 | b2l2(l0) | b2l2(l0) | b2l2(l0) | b2l2(l0) | b2l2(l0) | b2l2(l0) |
| 83 | 30128459 | PUBLISHERS CLEARING | | | | | CUSTID: b6(l) |

DOI!DOCS-#409625-v1-A-500_Random_Complaints.XLS
CIS Complaint 8

| | A | AX | AY | AZ | BA | BB | CP |
|---|---|---|---|---|---|---|---|
| 1 | Reference Number | Company Name | Company Address, Line 1 | Company Address, Line 2 | Company Address, Line 3 | Company Address, City | Complaint Info Comments |
| 94 | 30169412 | Eric Robbins | 4570 Vrain St | | | DENVER | NOTE: To prevent interference with pending law enforcement action, prior to any investigative action, please contact the IC3 at SEARCH@IC3.GOV. Please check the "More Information on Data Contributor Complaints" link for further details on IC3 data. — Incident description: This person named Roger Gates from Craigslist listing who sent me $1960 in counterfeit usps money orders. These are his/her exact words and I still have the email saved. Hello I am happy to inform you that the funds needed for the first assignment has been sent to your house address through united state postal service(USPS) Tracking number is(b(6)US),You will receive the total payment of $1960 You are to cash the money orders at your bank, deduct $200 as your own wages and you will have $1760 left so I want you to proceed to any nearest western union location to you and pretend like a customer to send $1,720 to the secret shopper in another location via western union money transfer. The remaining $40 will be for the western union transfer charges (money in a minute). Here is the name below: FIRST NAME- ALONSO LAST NAME - KASAT CITY- MANILA COUNTRY: PHILIPPINES You are expected to secretly perform the following shopping operation: 1. How fast and Efficient is the Western Union Money Transfer Service? 2. How long does it take you to have the funds wired? 3. How Close is the Western Union Money Transfer Location to your area? 4. Is the Senders Request Form too short or Long? 5. Is the neighboring environment safe for handling Western Union Money Transfer Service. 6. What is the name of the Local Western Union Money Transfer Agent where you have the funds wired? 7. General Comment .... You are expected to have this done today and email us back your results with the following information after you have the funds wired: 1. Name and Address of Sender 2 Money Transfer Control Number 3. Amount Wired I will be waiting to read from you ASAP with the requested transfer details. Regards |
| 95 | 30286226 | Clint or Tom Moore | 5225 Sunrise Drive | | | PORTAGE | NOTE: To prevent interference with pending law enforcement action, prior to any investigative action, please contact the IC3 at SEARCH@IC3.GOV. Please check the "More Information on Data Contributor Complaints" link for further details on IC3 data. — Incident description: Tom Clint, or Clint Moore, asked to buy an item I offered for sale on an astronomy third-praty sales site called (Cloudy Nights) I received a copy of a check for $3550, which is $2100 MORE than I was asking for the price I wanted. Check arrived in an envelope with the name of BETTY JEAN MASSEY; 2691 S Waverly Hwy; Lansing, MI 48911-6304; drawn on the bank of: LAKE TRUST CU; 501 S. Capitol; Lansing, Mi 48933-0000 CK # 5500 in the amount of $3550; numbers at check bottom are: b(6) b(6) THIS CK arrived in an envelope cancelled through Gary, IN 464 ... dated 28 Mar 2013 PM ...I received the check on Mar 30, and something looked suspicious, namely, the even number of thecheck, 5500. I immediately scanned a copy to my computer and took the check to my bank and tried to deposit it. The bank discovered it was counterfiet. My bank is: Arvest Bank b(6) my acct b(6) Only several days after I received the check and discovered the counterfeit nature, Tom Clint actually THREATENED me with turning me in to FBI if I didn't send $2100 to his "seller" who was named Rachelle Muller. The threat was made twice or three times before they stopped sending threats. Days later, a new name asked to buy the exact same item, with the EXACT SAME PLOY, WHICH WAS: Hello Seller, My Name is Shehan, I saw your advert that was posted at the cloudynights website, and i am willing to purchase the(Van Slyke Bi-filar Micrometer ) posted for sale on the site,i'm okay with the price and condition. But i will be leaving the state to CANADA for a speculative purpose. As per payment i will have to instruct my colleague to send you a certified cashiers check or a US money order via ups courier service which will take only 2-3 days to get to you. That is the only means of payment I can offer you now due to my departing schedule. You should not worry about the shipping, i have my shipper that will come down to your house for the pick up as soon as payment is done. So to make payment out to you, you'll have to email me the: FULL CONTACT NAME FULL CONTACT ADDRESS CITY,STATE & ZIPCODE PHONE NUMBER # MOBILE # FINAL ASKING PRICE FOR THE ITEM Many Thanks, And Awaiting Your Response ***THIS TIME, the buyer was named RickShehan111@gmail.com. I recognized this for what it was and sent back a F*** Y** and removed the bi-filar micrometer from the site. IMPORTANT! This same scam is apparently being attempted again, by a Timothy Cole, <Tim.Cole2010@yahoo.com> for another item I have for sale from thesame website (Cloudy Nights) His message asks for: Hello, Thanks for the fast response towards this transaction,I'm okay with the asking price and the present conditions of it and i want you to note that i will be paying with paypal and the payment that will be sent to you will include the shipper's fee which mean's you don't have to bother yourself on the shipping and immediately you receive the payment you will deduct your item fee and get the shipping cost wired via western union or money gram to the shipper's information that will be sent to you and if you are okay with this terms kindly get back to me with your Full Name,Address and your contact phone number and your full paypal account email so that the payment can be issued out to you as soon as possible. Hope to read from you soon... Regards... The latest email from Tim Cole (tonight) states that he will deposit payment for my item (8" dia dew shield and a 14" dia dew shield)via PayPal tomorrow....we'll see, but I intend to see if they will do so, and I have already contacted PayPal to give them notice of this possibility. Surely, this pers |
| 96 | 30312118 | National Credit Solutions\|West Asset Management | 3675 E 1240 Service Roa | | | Oklahoma City \|Unknown | This company and West Asset Managtment calls several times a day, there are times when after I answer the call someone sits there breathing and wont say anything and then hang up, and there are times when the rep will come online and ask me to verify personal information before they will speak with me, and when I wont will become extremely irate, rude, which is very unprofessional. Without verifying information, I would advise the rep I will not verify any information because a woman is currently using my last name, home address, and home telephone number. I asked how they got my home telephone number, but the rep wouldnt answer my question had to be through skip tracing. I have called both companies back hoping to get different rep, now theyre calling my cell phone. This happens a great deal with collection law firms as well. The agencies and law firms are asking to speak with Mylania (or something to that affect) Robinson. I also get mail for this person as well.I am doing everything I can to get my life back, but I refuse to speak to this Oklahoma office. They will not let me speak with a supervisor, they wont allow me to verify alternative information so that I can see if this is "my" account, and the law firms are worse, they actually project threatening connotations, rude, condescending, you name it.I realize they have a job to do, and "if" it is "my" account, just as I have been doing, I will make arrangements and pay it off. But I will not speak to anyone who is rude, threatening, or condescending. |

| | A | AX | AY | AZ | BA | BB | CP |
|---|---|---|---|---|---|---|---|
| 1 | Reference Number | Company Name | Company Address, Line 1 | Company Address, Line 2 | Company Address, Line 3 | Company Address, City | Complaint Info Comments |
| 97 | 30377803 | The Debt Answer, LLC\|The Trial Firm of Simon & Bocksch | 12655 N Central Expy Ste | 1001 Brickell Bay Drive, S | | Dallas\|Miami | In 8-09 we called The Debt Answer (TDA) per their promise, due to debt. The website had the backing of a "top lawyer firm" (Simon and Boskch), and we were sold the bill of goods by our salesman, and agreed to contract. A quick review of our financial situation at the time. We had cards with a 17k balance, a 3k balance, a 9k balance, and a 5k balance. We agreed to a 430$ paymentmonth for 4 yrs, aware that we would not see much progress until year 2. Fast-forward almost 2 yrs later the following has occurred. Currently 2 of my credit card debts were supposed to have been settled, and what we have been paying $230.00+ a month in fees for. A debt settlement agreement was reached for the card ending b(6). Simple enough, we were initially very excited when we got this notice. The fee schedule compared to what was paid out by Noteworld per their instructions show that all the payments were remitted to CCB Credit Services (the company that agreed to a settlement) on time except for the last payment due 12-30-10, that Ali (rep from Simon and Boksch) had assured was to go out in a timely manner, and for which we provided the appropriate funds for. The fine print, stated that the settlement would be considered null and void if amounts were not remitted to their office by date specified. Email correspondence that took place wAli prior to the execution of that final payment note that she clearly wrote "Everything is fine with both accounts. The payment for $700 will be coming out today." So of course my wife and I assumed everything was fine and that that final $200.00 went out as we were told it would, big mistake. Most recently we received a notice from Creditor Financial Group, LLC noting that they now have the debt as it is apparent that CCB Credit Services never received that final $200.00 payment despite Ali's assurance that this would be sent in a timely manner. Now 4 months later, that debt that we were told was taken care of, now is owed minus the 2380.00 we paid. Per the latest notice we now owe that creditor $7113.36, again for an account we were promised would be settled and were told to just keep sending our money in per your instructions. Instead, it appears to me that the money intended for CCB Credit Services was instead used for 200.00+ in TDA fees. Since them I have been unable to contact TDA for satisfactory resolution for this. In ensuing conversations with Lloyd Ward and Associates (account was then transferred to them), we were assured that that account was taken care of, so again my wife and I have been under the impression that this account was settled successfully. As for the other credit card endingb(6), we thought that was okay until we got a court summons and ended up having pay 2000.00$ extra dollars we didn't have to avoid going to court. Luckily at least that account appeared to have actually been settled. Since I started this debt settlement in 2009, I have paid out of pocket 10,456.50, out of that I have successfully applied 2380.00 toward credit card debt, and I have also taken care of $5268.96 credit card in full (not reduced), which leaves me with $2807.54 used for fees. This morning I called Lloyd Ward and was told that I no longer had a representative and that they would only start negotiations once I have half of the amount due for card in my account. I was told that I will hear back from a negotiator within 3 business days! A visit to TDA reveals that the domain name expired. |
| 98 | 30385900 | Innovative Computers | 1203 East Cornerview | | | GONZALES | Complaint Type: - Customer Service Issues |
| 99 | b(3)21(f) | b(3)21(f) | b(3)21(f) | b(3)21(f) | b(3)21(f) | b(3)21(f) | b(3)21(f) |
| 100 | 30478561 | Not Provided By Org | | | | | NOTE: To prevent interference with pending law enforcement action, prior to any investigative action, please contact the IC3 at SEARCH@IC3.GOV. Please check the "More Information on Data Contributor Complaints" link for further details on IC3 data. --- Incident description: Since yesterday 5/3/11 an unknown male has been harrassing me calling from 408-520-2483. He has a very heavy Indian accent. He is trying to get me to believe that he is a debit collector from an internet company cash net usa. He is threatening me with loss of my employment, trial at court and/ or arrestment. I tried to verify what company he was from but would only say that he had a lawsuit attached to my SS# and that he will cause lots of problems for me. I contacted the company he said he was calling for and they said it was a scam and he was a fraudulent debt collector. Today he called my place of employment and when he got put through to a general voice mail was very hostile screaming obsenities and such. I have filed a complaint with the FTC as well. |
| 101 | 30573725 | Sprint PCS | 6200 Sprint Pkwy | | | OVERLAND PARK | I went through a horrible ordeal with sprint at least 4 years ago. I had to file a BBB complaint and all was supposed to be resolved and paid. It revolved around lines that had ETF fees and contract lines that got automatically renewed without me knowing. I am not with sprint anymore. Now in 2011 I find that there is a collections amount put on my credit report for 77 dollars from Sprint in late 2010. I have not receive any type of bill from Sprint issue was resolved with the BBB. <br /><br />Originally, back when I was going through this whole thing I spent hours on hold with different reps and had to call sprint at least 10 times. That is when I turned to the BBB and got what I thought was some resolution to the matter. So the issue is still here. I just want to be done with Sprint. <br /><br />The reference number that was given on the credit report was b(6) and my old number is b(6).DesiredSettlementID: Other (Requires Explaination)Product_Or_Service: Other /Palm Treo 600/Only reference number found on credit report was b(6)Account_Number: b(6) — Additional Comments: ' |
| 102 | 30681594 | Inshape America, Inc. | 109 Herb Park Ct. | | | ANDERSON | I am writing because of a contract breach and a refusal to refund my money. On January 30, 2010 I visited a local curves facility and signed up with Greg Smith, the owner of this business for a 26 week weight loss program that was to include a personal coach, for the amount of $495. This purchase was made less than 10 miles from my home address and in the same state, and it was also based on an advertisement that was mailed to me. This amount was then charged to my card on January 31, 2010. <br /><br />When I arrived for my first visit the next day, my expectations were not even close to being met and I opted to cancel my contract with him. The contract I signed on January 30th, 2010 had a clause where I had three days to back out of the contract with no fees. I followed the instructions to the letter. I sent a letter via certified mail before midnight on the third business day (postmarked January 31, 2010) requesting a cancellation of my contract.<br /><br />I have followed up at this point dozens of times. Individuals at the Curves facility, where I signed the contract assured me that they had received it and Greg would refund my money promptly. After a multitude of phone calls and conversations, Greg Smith has refunded a portion of my money, but not all of it. On February 2nd, 2011 he refunded me $360, with no explanation as to why he kept $99. I have called Greg three times since then and left messages but with no response. <br /><br />Thanks for your time. — Additional Comments: I would like Greg Smith to refund me the remaining portion of my money.' |
| 103 | 30705467 | Cohen's Fashion Optical (545 Fifth Avenue) | 545 Fifth Avenue | | | NEW YORK | I went in for an exam with Cohen's Fashion Optical. I received the eye exam but also requested that I get my pupillary distance measured and that they provide it. The optometrist told me that the sales associate would provide it for me. <br /><br />The sales associate's name was Bengieli. She tried to sell me some eyeglasses but I just requested I receive a copy of my prescription and that she measure my pupillary distance as the doctor told me such. Bengieli informed me that I would get it measured once I purchase eyeglasses. I told her I would just want the prescription and the measurement. She then told me that it was not included even though the doctor informed me that she would provide it. Bengieli then told me that since I was using a coupon for the eye exam, it was not included and that there may be an extra service fee for it. She then asked her coworker who then said there is a charge for it and said it would be $20 (even though the measurement would just be using a ruler to measure the distance).<br /><br />Such practices are patently questionable and only done so that Bengieli could sell me glasses, such that I do not use the prescription and go elsewhere and purchase glasses. I paid for the eye exam and was told that it was included, but she refused to provide it without an additional service charge. — Additional Comments: An apology and refund of the money for full service not offered as a pretext in order to induce me into making a purchase at their store. ' |

| | A | AX | AY | AZ | BA | BB | CP |
|---|---|---|---|---|---|---|---|
| 1 | Reference Number | Company Name | Company Address, Line 1 | Company Address, Line 2 | Company Address, Line 3 | Company Address, City | Complaint Info Comments |
| 104 | 31113223 | loisse Smith | 76 Buckingham Palace R | London Sw1W 9TQ | | LONDON | NOTE: To prevent interference with pending law enforcement action, prior to any investigative action, please contact the IC3 at SEARCH@IC3.GOV. Please check the "More Information on Data Contributor Complaints" link for further details on IC3 data. — Incident description: First email was on may 18, 2011 response to my Timeshare ad. From: "loisse" <loissewhite128@gmail.com> To: b(6)Sent: Wednesday, May 18, 2011 3:32:13 AM Subject: $600 resort studio (Mexico) (map) ** – Hello, My name is Loisse Smith,I will like to know if my wife and i can spend 3 nights at your place starting from June 10-13.I will like you to get back to me with the cost and availability. Thanks this message was remailed to you via: b(6) ——————————————— I responded: which place, puerto penasco, Riviera maya, puerta vallarta? —— Original Message —— May 21, 2011: Sent By: ronnieangeleyes@comcast.net On: May 05/21/11 11:05 AM To: "loisse smith" <loissewhite121@gmail.com> did you want to stay 7 nights at the riviera maya in June or Sept so I check availability? Veronica Ochoa 925 367-4889 —— Original Message —— From: "loisse smith" <loissewhite121@gmail.com> To: ronnieangeleyes@comcast.net Sent: Friday, May 20, 2011 11:13:00 PM Subject: Re: $600 resort studio (Mexico) (map) I am interested in rivera maya,I will be coming on this vacation with my wife from UK,our trip will be sponsored by my wife's employers in the states and payment will be done by US certified check.please let me have the following information so that the check can be sent to you. Name which you want to appear on the check: Address (not P.O Box): City: State: Zipcode: Tel: Total Amount Hope to hear from you soon. From: "loisse smith" <loissewhite121@gmail.com> To: ronnieangeleyes@comcast.net Sent: Monday, May 23, 2011 11:31:21 AM Subject: Re: $600 resort studio (Mexico) (map) We will like to stay in June so i want you to check availabilities and email me back asap. May 26, 2011 Original Message —— From: "loisse smith" <loissewhite121@gmail.com> To: ronnieangeleyes@comcast.net Sent: Thursday, May 26, 2011 7:51:21 PM Subject: Re: $600 resort studio (Mexico) (map) We have decided to use the place from 6-10 to 6-17,i want you to email me the total cost and your full name and address so that i can have them send the check to you asap. Original Message —— From: "loisse smith" <loissewhite121@gmail.com> To: b(6) Sent: Monday, May 30, 2011 5:46:39 AM Subject: Re: $600 resort studio (Mexico) (map) Hello How are you today,i am happy to inform you that the payment has been sent to you and will deliver to you soon.I was informed that our travelling funds was included to the money that was sent to you for booking and this was supposed to come in a different check that was supposed to go to our travel agent.But since it has been sent,as soon as you get the check,i will like you to deduct the full cost for the booking and get the excess money to our agent and due to the short time before our arrival,i will like you to send the money to the agent through Western Union so that she can do all neccesary things pending the time of our arrival.I hope you understand this and we can be able to depend on you. Thanks Original Message —— From: "loisse smith" <loissewhite121@gmail.com> To: ronnieangeleyes@comcast.net Sent: Wednesday, June 1, 2011 7:28:12 AM Subject: Re: $600 resort studio (Mexico) (map) Hello Am sorry for getting back to you late,the check will deliver to you today through fedex,here is the tracking number of the check b(6) which you can confirm on www.fedex.com to know what time the check will be delivered.As soon as you have the check with you,i will like you to deduct the total cost for ou |
| 105 | 31233736 | Jamaica | | | | | The consumer is recieving a call in spanish saying she won a million dollars, consumer claims the caller also used abusive language towards her. The consumer is recieving calls from Jamaica. The calls have been coming in for over a month. |
| 106 | 31354775 | Henry Artkins | A 4 Nwakobi Street Uwar | | | ENUGU | NOTE: To prevent interference with pending law enforcement action, prior to any investigative action, please contact the IC3 at SEARCH@IC3.GOV. Please check the "More Information on Data Contributor Complaints" link for further details on IC3 data. — Incident description: I put up a craigslist listing for my laptop, and Henry emailed saying that he was gonna buy it for $260. I am new to craigslist and paypal so he had forged an email supposedly from "service @paypal.com" saying that $260 I thought that it was in my account and I sent him the laptop. I spent $50 on the shipping as well as the fact I lost out on my laptop. I contacted paypal after checking my account and noticing no money had ever been deposited and they told me that the emails were fraud, and were not from paypal, now Mr. Atkins will not reply to any of my emails. |
| 107 | 31493560 | Redneck Riviera | PO Box 82 | | | STOWELL | They business owes me my deposit of $100 from back in 2/8/11.Their manager Russ, was harassing me so bad that he was calling me at 2-3am and steeling from me. It was so bad that the police had to come out.Russ had to quit his job.I didn't file charges because I don't believe in hurting people and now the owner is playing games. Saying that they did send the deposit to me. I am still wanting for it. I have my receipt and RV Rule. — Additional Comments: Send me my deposit now.' |
| 108 | 31594596 | American Debt Solutions, LLC | 56925 Yucca Trail | Ste. 360 | | Yucca Valley | I originally contacted this company in April, believing they were a company I had previously done business with (I now believe its a different company with a very similar name). I gave them my information, and 3 credit cards to arrange a debt settlement with: Discover, Charter One, and Citibank. They took out the first two payments per our arranged schedule in May and June (the 15th). My ID number with the company is b(6)The July payment did not come out as scheduled. I have tried multiple times to call them and e-mail them, but I have received no response from either Nicole Dresden or Brandon David, and calling the companys main number and going into the phone queue does not get to a real person either. Its as if nobody is there any more. Im very concerned that theyve taken my personal information, and may use it improperly.I havent seen any evidence of improper activity yet, but Ive put a hold on my credit report, and Im going to contact the credit card companies next. |
| 109 | 31763309 | | | | | | Consumer is calling to request info on Silver Fulcon Mining Company. Consumer is calling to see if company is lagitmate. |
| 110 | 31931477 | Metro Car Sales | 1745 Winchester Road | | | MEMPHIS | NOTE: In addition to the complaint notes immediately below, the Tennessee Division of Consumer Affairs provided additional information in fields whose header titles are quoted and follow the complaint notes. In these notes, C stands for Consumer and R for Respondent. — C claims R sold her a car with pre-existing problems — Date Complaint Closed: 17-Jun-10 — Closure Code: No Response By Complainant — Amount Recovered: 0.00 |
| 111 | 32280287 | James Berry | 4465 Township Rd 1207 I | | | CROOKSVILLE | NOTE: To prevent interference with pending law enforcement action, prior to any investigative action, please contact the IC3 at SEARCH@IC3.GOV. Please check the "More Information on Data Contributor Complaints" link for further details on IC3 data. — Incident description: I posted an ad for a Genie Lift on 8/21/11 on Craigslist for $600. A Williams Cole contacted me via e-mail the same day wanting to purchase the item. I responded back on or about 8/23/11 with contact information because he said he wanted it picked up and shipped to him. He said he would send a "certified check" and send enough money to cover shipping. We corresponded via e-mail 3 more times about the check before 8/28/11. I received the "certified check" on 8/27/11, but did not find it until 8/28/11. It was sent overnight FedEx. When I opened it–it did not appear to be from any known or reputable bank, instead it appeared to be a check from a business called Frankfurt, Inc, but it did have a Wells Fargo address as well. The amount was for $2,300–the agreed amount was $600 dollars plus shipping. The lift that I am selling can be bought brand new for less than $2000 from a local business near this person–more than likely. I e-mailed Williams Cole back immediately on 8/28/11 and told him the transaction was over and to "cancel" the bogus appearing certified check. I also said that I was going to report this–I didn't know who to at the time–I said the SEC, but I know now obviously. The information I listed in the blocks above is the info on the FedEx container for the check. The emails were all with Wiliams Cole w/ email of bardycole0101@googlemail.com. b(6) |

| | A | AX | AY | AZ | BA | BB | CP |
|---|---|---|---|---|---|---|---|
| 1 | Reference Number | Company Name | Company Address, Line 1 | Company Address, Line 2 | Company Address, Line 3 | Company Address, City | Complaint Info Comments |
| 112 | 32518191 | Not Provided By Org | | | | | NOTE: To prevent interference with pending law enforcement action, prior to any investigative action, please contact the IC3 at SEARCH@IC3.GOV. Please check the "More Information on Data Contributor Complaints" link for further details on IC3 data. --- Incident description: On 09/08/2011 at 2200 HRS, I checked my Virginia Savings Bank online Checking Account Balance and observed eight (8) DEBIT Transactions against my account from Winn Dixie and Publix Stores in Miami, FL that were apparently made earlier this date. I noticed an article in the 09/08/11 Northern Virginia Daily newspaper regarding a rash of credit card number thefts in the Frederick and Shenandoah County (VA) region. The article further mentioned information from the Frederick County Sheriff's Office that the other victims had used their cards at the Alamo Drafthouse and Cinema located in Frederick COunty, VA. I had used my VISA Debit (Virginia Savings Bank)card at the th same Alamo Dafthouse & Cinema on 07/01/2011 to purchase two (2) online tickets and on 07/02/2011 to purchase food at that location. An additonal charge was made on 09/07/2011 at Winn-Dixie #03 in Miami, FL in the amount of $40.78. All transactions have been reported to the Virginia Savings Bank, Front Royal, VA and to the Shenandoah County Sheriff's Office on 09/09/2011. |
| 113 | 32633514 | West Texas RV Brandon Little\|Nicholas John | \| | PO Box 3454\| | \| | Abilene\| | I listed a trumpet on Craigs List for sale at $600. Nicholas John responded to add wishing to purchase trumpet and requested that I remove listing from Craigs list which I did. He then sent a check via FedEx for $2,831. He is after me to deposit check but Im not going too.. PS9000: sale of personal property on Craigs list to private party Other-Other Update |
| 114 | 32716283 | Xo Florida Co. | | | | Miami | My husband called at 1800 713-7001 for info about a product name Variles , which is a cream that supposedly disappears spider veins. They asked my husband to provide my telephone number, so that they can call and give me all the information. They call me from 786 219 4264 and gave me the info I requested. The seller told me that I have to pay $149 dollars using my credit card. I told him that I did not have credit cards with me because I was working and I asked him to call me back in one hour, so I can check with my husband to see if we can buy it. He asked then: "But, are you interested on the product? Do you want the product?" I answered yes but I have to talk with my husband first. Then he told me that in order to secure the special price of $149 I have to provide my home address, so I did. When my husband comes back from work, he wants some more info So he went to the internet to look for the company or product and the organization has no website and he could not find it on Google. When the seller called again my husband spoke with him requesting more info and the seller in a rude manner told him that he was just calling because they had a recorded contract with me that say that I did order the product and now I have to pay for it. I never was told that they were recording the conversation or asked me permission to do so. Also, they never told me that by giving my address I was entering into a legal contract or obligation. They try to scare us arguing and inferring that they have a legal department that will enforce the contract and it will cost us a lot of money to break this contract. They demand to be paid with a credit card. We told them that this was a fraud, that we did not order or want any product at all and they said that this is like ordering a pizza, once you say you want it you have to pay for it. They even ask during the conversation if we were legally married, if we were U.S. citizens, etc. We did not provide any credit card information or social security numbers. We just end the call and told them to proceed as they wish. Then they threaten us and stated that they will enforce it any way. Other-Other Update |
| 115 | 32817746 | IVR | | | | | The consumer reported is receiving calls from IVR offering to purchase her timeshare. The consumer had notice repeat hang ups from the same numbr and had called to request information as to who they were and was advice as to their timeshare buying. The consumer is registered with the DNC and has advice is not interested and to stop calling ,but the calls persist. |
| 116 | 32894179 | Kellie Auto Sales | 101 PHILLIPI RD | | | COLUMBUS | NOTE: In addition to the complaint notes immediately below, the Ohio Attorney General's Office provided additional information in fields whose header titles are quoted and follow the complaint notes. --- Consumer would like car to be repaired in safe working order. --- Topic Description: Consumer purchased used car at dealership. She was stopped by police after accident and after some diagnostic testing she also found that there was no airbag. Consumer called dealer and was told by the dealership owner that the car would be replaced with another car or repaired. The dealer took the car in for repairs but told consumer they did not have the parts. Consumer took car back. Now the dealership is continually telling consumer that they are working on getting the parts. |
| 117 | 32960872 | Bank of America | 22 Bull St | | | SAVANNAH | Additional Comments: ' |
| 118 | 32964114 | AT&T Mobility LLC | 340 Mt. Kemble Avenue | | | MORRISTOWN | My IPhone was not working and I was told to return the phone in its box and I will be sent another IPhone to my address. They claim that it was sent by Fed-Ex but I have not received the phone. I have been charged for usage of the IPhone which was not working and which I sent back. --- Additional Comments: If I do not receive the phone I would like the amount of the phone be sent to me. I want to be credited for the time I was charged for using the IPhone' |
| 119 | 33108964 | Unknown | | | | | Received fraudulant phone call on my cell phone listed from 503.548.2927 stating they were calling about my Wells Fargo debit card and to push "1" for new PIN number information. I do not have a Wells Fargo Debit card. My Daughters phone recieved the same call. This is a fraudulant call. Other-Other Update |
| 120 | 33387160 | SHARON LEE WOLFE\|FRED MEYER #00449\|WUINT WEBMT SENDING AGT NONARS | \|5425 W CHINDEN BLVD\| | \|\| | \|\| | GARDEN CITY\|GARDEN | NOTE: In addition to the consumers' comments immediately below, Western Union provided additional information in fields whose header titles are quoted and follow the comments For an explanation of those header titles, see the "Toolbox" on the Consumer Sentinel Network homepage. --- WHAT WERE YOU SELLING? WARDROBE PIECE OF FURNITURE --- Status: PAID --- Paid Date: 10/4/2011 0:00 |
| 121 | 33465380 | Shopper Systems, LLC | 6800 SW 40th St., #642 | | | MIAMI | I joined this business shopperselect.com on 10/12/2009. I was told I would have a 14 day trial period and would be charged $2.95 for that period. If I did not cancel within the 14 day period I would then be charged $39.95 per month. I cancelled my membership on 10/26/2009 but was still charged the $39.95. When I called to ask for the refund, they told me I didn't cancel it until today (10/28/2009). They also told me it was only a 7 day trial period. I was also charged an additional $1.95 and $49.95 from a company connected to them that I never gave authorization for. They refuse to refund my money. --- Additional Comments: I would like my money refunded.' |
| 122 | 33466616 | Takhar Collection Services Ltd. | 1623 Military Road Suite | | | NIAGARA FALLS | July i started receiving calls from takhar group & ignored them until they said that they would take action against me on my voicemail. So i called & they told me i owed them i say i dont know nothing about it,they also said i was april something, i say that not my name i just gota cell phone they got the wrong person &they contiuned to tell me i was her finally they said ok well document it. well they left another voice message I saved the number on my phone. since then they been calling me about 2-3 times a week or more & i dont answer after getting many harrassing phone messages,i look them up & see many of complaints about them & they were fraud, they reporting false info to credit report.they dont give info, like the reg collection agencys,nothing is by mail they just telephone and assist that you give ur info and pay. they are rude, demanding & threating. I got the info off the complaints about how to file a complaint. i call the federal trade commison and filed a complaint with them and they said they would report and hire investigators into the matter. they also told me to call yall and file a complaint with BBB as well. The takhar call me today, i tell them to take my name off thier calling list, as well as my phone number. they said they couldnt & was rude,when you call my phone,and i dont answer it says you have reached tabitha narcisse & then a so they know its not april whoever they trying to get. we got in a fight over the phone and she hung up. i called back and asked to speak to the supervisor, told him he said he would remove it, well see i doubt it others have filed with yall as well as the federal trade commsion and still gtting calls from this group and being harrased. please find someway to stop this group. If you look up on the net about the complaints you will find they can file a false fraud report to ur credit and you have it against you. they have no proof, all they ask is for payment info. thank you --- Additional Comments: that they stop calling me and false accusing me and harrassing me. To stop leaving mesages for another perosn when they hear my name and know its not me. To put a stop to this fraud ,swindling company.' |
| 123 | 33534647 | Stacey Thompson | | | | LAS VEGAS | NOTE: To prevent interference with pending law enforcement action, prior to any investigative action, please contact the IC3 at SEARCH@IC3.GOV. Please check the "More Information on Data Contributor Complaints" link for further details on IC3 data. --- Incident description: This above person has my social security card number and has been using my identity on and off for the last 10 years. --- Specified Other Payment: none |
| 124 | 34881561 | Prime Star Unlimited Co. | 3562 Knights Mill Dr. | | | VALDOSTA | ordered pro coat floor sealer in June 2011. We have paid for it on our credit card. We have not received the product. Tried calling several times. The first time the company said it was shipped to Cleveland Ohio instead of Cleveland Wisconsin. Since then we have tried several time to call now there is no answer at the phone number that was on the invoice. The total cost of the product was $499.75. On the credit card statement the state for company was New York - phone number 1-800-506-9027. The sales rep that is on the letter head that we received was Allan K. ? --- Additional Comments: refund' |

| Reference Number | Company Name | Company Address, Line 1 | Company Address, Line 2 | Company Address, Line 3 | Company Address, City | Complaint Info Comments |
|---|---|---|---|---|---|---|
| 125 35140716 | Not Provided By Org | | | | | NOTE: To prevent interference with pending law enforcement action, prior to any investigative action, please contact the ICS at SEARCH@IC3.GOV. Please check the "CSR Record Details" page - Data Reference Ref link for further details on IC3 data. — Incident description: 1:09:12 14:90:00 was a charge I did not authorize … (see original) |
| 126 35169450 | Libreria & Diocesca Mexicana | 205 West 4th Street | | | LOS ANGELES | They have cancelled the card, but the pending charges may not be able to be stopped. The credit union informed me that there might be a late credit card bond there, I don't know for sure. — Additional Comments: Payment for materials being denied … Bridge Publications sent consignment materials to Libreria de Diocesca Mexicana in February 2010. There are sold and payment is being denied. — Additional Comments: Payment for materials sent to Bridge Publications of EEFF 30' |
| 127 35569942 | CignaHealthy Living/Kevi Cig Free | 170 Eucalyptus Avgnumx II | | | PLEASANTVILLE-ATLAN | Additional Comments. Data taken, two months, two additional companies began charging my card twice a month, unauthorized by me, and I received nothing for these charges. |
| 128 36364903 | Unknown | | | | | To Whom It May Concern:www.payjha.com addressed company supplies importing and exporting info about the items, companies and so on so forth, it has three different subscription plan but has also campaign that contact commitments as: "If you are or not subscribed the fee, you will provide full refund…" … |
| 129 36467062 | Peybia | phone number: +91-226-… 20 West 22nd Street, Suit | | | New York | Harrassment for collection of a debt. A rep from this company called me on Saturday Feb 4 2012 and for 45 min refused to let me off the phone … |
| 130 38616759 n/32/10 | Klentec | 18122 Monte Street #101 | n/32/10 | | SYLMAR n/32/10 | I signed up with this company today w/ no manager delayed … — Additional Comments: I would like the fish to be addressed with upper management before a formal complaint is filed with the Federal Collection |
| 131 n/32/10 | Unknown n/32/10 | n/32/10 | n/32/10 | | n/32/10 | Consumer Affairs |
| 132 38668377 | Midland Credit Management Inc | 8875 Aero Dr #200 | | | SAN DIEGO | In April I phoned Verizon to correct my bill and told them that I thought my plan had unlimited minutes, this was verified by Steve on June 17th … |
| 133 38918907 | Verizon Wireless Vzn10 WEST | 15505 Sand Canyon | Bldg. D/Mail Stop D305 | | IRVINE | 17h conversation.Detail.Additional=... Other (Requires Explanation)Account_Number: b(6)Purchase_Price: 278.00 — Additional Comments: |
| 134 38925414 | DIRECTV, Inc. | 2230 East Imperial Hwy. | | | EL SEGUNDO | direct tv is attempting to monopolize their services and prevent their customers from their right to a choice of tv services … |
| 135 37201910 | Unknown | | | | NULL | Comments: remove my contract terms of 2 years and make it one year. offer 30 day return policy |
| 136 37201910 | Unknown | | | | NULL | Comments: remove my contract terms of 2 years and make it one year. offer 30 day return policy Update. |
| 137 37232006 | Gardner Funeral Home | 126 South Black Horse P | PO Box 288 | | Runnemede | My husband passed the day of the previewing had visible marks of material in his mouth The position of the fingers and hands were unusual his hands were not in a relaxed position … — Other Other finance was a ring of blood on the casket pillow. Pb3900C Gardner Funeral Home improperly prepared my husbands body. |
| 138 37501141 | DirecTV, Inc. | 2230 East Imperial Hahw | | | EL SEGUNDO | Company not honoring contract. — Additional Comments: Cancel service without any cancellation fees |

CISADMINRECORD-00180

| | A | AX | AY | AZ | BA | BB | CP |
|---|---|---|---|---|---|---|---|
| | Reference Number | Company Name | Company Address, Line 1 | Company Address, Line 2 | Company Address, Line 3 | Company Address, City | Complaint Info, Comments |
| 139 | 37970895 | USA Supreme Tech, Inc | 1500 E. Thomas Road #1 | | | PHOENIX | see Attached document – – Additional Comments: see Attached document ... NOTE: To prevent interference with pending law enforcement action, prior to any investigative action, please contact the ICS at ... Please note this "Call Record Detail" pages may contain personals ... description. Estimados Señores: he recibido un email de Robert S.Maller III que dice ser director del FBI. Me pide varios datos personales para enviarme US$6.000.000,00 que está en el banco de Nigeria. Tengo dudad de la autenticidad de que el e-mail haya sido enviado desde el FBI. |
| 140 | 38014079 | Oferta de dinero | Arellenores & Monolavi / Pennsylvania Ave | | | WASHINGTON D.C. | |
| 141 | 38425430 | Automotive Service Protection | 4167 Crescent Dr Ste 10C | | | SAINT LOUIS | I was not able to be covered because of vehicle mileage but didn't receive a refund A inquired about Automotive Warranty Protection for my new vehicle ... |
| 142 | 38576696 | Discover | | | | | I paid off a Discover account in Oct 2008 by a balance transfer. I did not receive a statement and did not realize that there were interest charges due after it was paid off. This showed up on my credit report after it was 30 days past due and I paid it immediately. It was a small amount. But the interest was still affecting my credit ... Have contacted D.C. Issue |
| 143 | 38771439 | Unknown | | | | | NOTE: These comments are received through a mobile device in response to an unmerited call the consumer has received. — Annoying call |
| 144 | 38775356 | Unknown | | | | | |
| 145 | 39240349 | Law Firm Hogan Lovell | | | | Washington DC | b(6) wanted to sell his site on Craigslist Grand Rapids for $650. 1 b(6) posted the ad ... "Email ... shippingexpress.com@b.com After I send this Donald Single C an email that we were not interested in any contact any more I received several threatening emails. |
| 146 | 39934557 | eBay Inc. | 2145 Hamilton Ave. | | | SAN JOSE | ebay charged me what they call it a final fee value on an item the customer did not pay for it, they insist that the transaction is complete and it is my accounting book or business law a sale is when the service is rendered or the buyer client ownership and responsibility of ... |
| 147 | 40108613 | Verizon Wireless vwl G WEST | 15505 Sand Canyon | Bldg. D/Mail Stop D205 | | IRVINE | To whom it may concern I have been in contact with Verizon Wireless multiple times over the past few months to resolve the issue of charges on my account for two replacement phones I received (and returned two defective phones) ... Verizon charging me for ... |
| 148 | 40328610 | Financial Acquisition Agency | PO Box 527800 | | | Miami | EA Advertised the Sims 3 Generations digital download for 19.99, but would not honor it. They advertised the Sims 3 Generations for 19.99 ... |
| 149 | 40350108 | Electronic Afs, Inc. | 2 Nemours St. #550 | | | SAN FRANCISCO | 19.99 digital download and then made it so when I adds to cart it's the physical copy. They refused to honor the 19.99 for the digital copy. I have a copy of the chat with their customer service when they said it was not supposed to be 39.99, and that they would not ... |
| 150 | 40373907 | Mid West Center | 7850 Ruffner Avenue Del | | | VAN NUYS | Elderly Mother ordered quizfree Trileaf on 2 weeks after the loss of her husband. Family contacted MidWest to return pkg and stop charges. No luck. — Additional Comments: Allow return of package sent to my Mother. Stop calls from Midwest Center to my Mothers home ... |

| | A | AX | AY | AZ | BA | BB | CP |
|---|---|---|---|---|---|---|---|
| 1 | Reference Number | Company Name | Company Address, Line 1 | Company Address, Line 2 | Company Address, Line 3 | Company Address, City | Complaint Info Comments |
| 151 | 40463192 | Enterprise Rent-A-Car | 6855 Bermuda Rd | | | LAS VEGAS | The company fraudulently charged my credit card. They wouldn't check the car while I was there at the time I returned it with a full tank of fuel.4 days later I was first allowed to see the receipt. The receipt showed they incorrectly added a charge for the fuel tank not being full. I had turned the car in to a Red Rock Casino valet employee, not an Enterprise employee, per the instructions from Enterprise. No one from Enterprise looked at the car in my presence when I returned it. The Enterprise employee I talked to inside told me I was done, and could get the final receipt online in 48 hours. After seeing the receipt I called the local Enterprise company. I was told Chad the supervisor would call me. 4 Hours later I called again and again was told Chad would call me that day. I received no call so I called the Enterprise national support # on 9-8-12. I was told Chad refused to do a refund for the incorrect charge, and that Chad would call me at noon. Hedidn't call. This prompted me to take the next step and file this complaint on 9-9-12. My concern is that this person is intentionally committing fraud. They give the customer no chance to see what they claimthe customer did incorrect. I feel that if they claim there is damage or something done incorrectly by the customer they should show me that damage at the time I return the car. But they try to sneak in a charge after the customer is gone, instead of dealing with the truth.Product_Or_Service: 1 day car rentalAccount_Number: b(6) — Additional Comments: DesiredSettlementID: Refund I would like a refund of the amount I was wrongfully charged. It would also be very good if something can be done to prevent these people from trying these tactics on others.' |
| 152 | 40674481 | Time Warner Cable's New York | One Time Warner Center | | | NEW YORK | see Attached document --- Additional Comments: see Attached document' |
| 153 | 40796819 | CPS SERVICING CENTER | PO BOX 57071 | | | IRVINE | Status Description: CLOSED SATISFIED — CREDITOR MAKING CALLS TO WORK/CEASE — Note: For additional information on this complaint, please contact the South Carolina Department of Consumer Affairs at scdca@scconsumer.gov. |
| 154 | 41047594 | Senate Federal Credit Union | 34 A Senate Office Buildi | | | WASHINGTON | see Attached document — Additional Comments: see Attached document |
| 155 | 41186289 | CUSTOMER CARE | POSTBUS 62 | | | AB ZETTEN | |
| 156 | 41261393 | American Equity Mortgage Inc | 11933 Westline Industrial | | | SAINT LOUIS | mortgage contract included real estate taxes escrowed in monthly payment. taxes were not paid/escrowed as mortgage contract stated. around sept of 2011 i began the process of qualifying for a mortgage with a fixed rate with american equity. with all the obsticles that they required me to overcome, i was finally approved and signed the final mortgage contract jan 24th, 2012. in august 2012, i called the county treasurer because i had recieved a notice that the first 1/2 of the taxes were not paid. I called Chase (the financial institution am. equity sold my mortage to). their rep. informed me that the contract transfer did not include taxes to be escrowed into monthly payment. i called the agent that i had been working with orgianally to get approved. he informed me that he no longer worked for american equity. i told him of the problem with the taxes. he said he would call his former boss and see if he could resolve the issue since the taxes were indeed to be escrowed into the monthly payments. he called me back and told me that i would be getting a call from am. equ. the next day as soon as they could investigate the problem. i recieved no such call. i called am. equ. i was told that someone was looking into where am. equ had 'dropped the ball' with my contract. my calls were not answered nor were my messages responded to. some time went by as i called every other day or so. finally, when i did get to talk to '(NAME)', he was surly and short with me. he told me that they couldn't find my orginal contract. i told him i would fax him the pages that had the boxes marked with the amount of the monthly payment and what each escrowed amount was far, along with the date and signature of both parties. i was told that when he recieved the fax, he would again check on what happened and call me back. he never called me back. when i finally got in touch with him several days later, he confirmed he had recieved the pages of the contract but had not finished his 'investigation'. i have recieved no calls, emails, faxes or letters concerning their breech of contract with the escrowed taxes. my husband and i had to pay the taxes all at one time before the end of this month to keep our home from being sold for back taxes owed. we are also in the process of refinancing with a local bank. american equity mortgage company dangled that fixed rate (3.7%)for a set number of years with in front of me. i have never had a lower rate and all of my mortgages have been balloon notes. and in the process of appling for this mortage, they run a 'hard' credit check on me 16 times in 90 days!!! it lowered my credit score over 50+ points!!! i didn't know this fact until the local bank ran a credit check on me and told me. this outrageous checking on my credit almost cost me the new mortgage. it put me within a few points of being denied !!! american equity did not honor their end of the mortgage contract. they treated me badly when i made calls and/or attempts to make the situation right. (i did not use foul language or make accusations and remained respeotful but firm at all times). i am a small person that does not have the money to fight a business as large as american equity, but what they did and how they treated me afterward is wrong. (last week i got an email for the agent that replaced the agent that orginally took my application for a new mortgage loan. i returned his offer with a short statement of facts on how american equity mortgage breeched their contract and then treated me. he responded with an apology and assurance that he would look into the matter and get back with me. so far i haven't gotten any response from him nor do i expect one. — Additional Comments: since the box that stated my real estate taxes would be escrowed into my monthly payment and they were not, my husband and i had to pay them all at one time. this created a financial burden on us. it also upset me further with sleepless nights and the stress and anger |
| 157 | 41809418 | cheryl turner | | | | | This person: Cheryl Turner is a "known Pay Pal Scammer" and needs to be stopped! "She" responded to my legitimate used car ad on Craigslist and offered to make a paypal transaction, which is a scam. |
| 158 | 41963474 | BBC assuming it is a real fraud | | | | LONDON | NOTE: To prevent interference with pending law enforcement action, prior to any investigative action, please contact the IC3 at SEARCH@IC3.GOV. Please check the "CSN Record Details page - Data Reference field" link for further details on IC3 data. — Incident description: Following is the email I received today: BBC Natoinal Lottery 12:37 PM (57 minutes ago) Reply to me BBC National Lottery Draws Web: http://www.bbc.co.uk/lottery/ British Broadcasting Corporation Broadcasting House –(Lottery Dept), Portland Place, London W1A 1AA Dear Winner, RE. BRITISH BROADCASTING CORPORATION WINNING NOTIFICATION Thank you for contacting us with your inquiries. In your correspondence email to me, the email alert you received was from the BBC Lottery Department and it was sent by our authorized Head of Publicity to all Approved Winners {email} in this ongoing BBC CASH-OUT which was held at the BBC Lottery Hall, United Kingdom. All emails used for this programme were selected from the worldwide E-mail address generated from the worldwide web. The draw was conducted through a computer ballot system drawn from a pool of over 25,000 web of distinguished professionals drawn from Europe, America, Asia, Australia, New Zealand, Middle-East, parts of Africa, and North & South America as part of our international promotions programmed conducted annually to encourage prospective overseas entries. This promotion takes place twice annually. However, your email was among the Twenty Five (25) listed email ID's that won a cash prize of One Million British Pounds (1,000,000.00 GBP) each and other NOKIA gifts packages from the Nokia Corporation which will be delivered to winners. Your Winning Cheque has been signed today and will be delivered to you along with your BBC Winning Certificate and Two (2) Nokia E7 Mobile Phone, (Slide out QWERTY keyboard High quality 4" AMOLED touch screen) , a Free Nokia Booklet 3G Laptop worth 589 GBP and Three (3) Nokia Bluetooth Stereo Headset BH-905i - Overview. Your prize award has been insured in your email address and is ready for claims, This is real and not a hoax. You can click on the website link below to view your winning number 12 22 30 31 34 39 BONUS 36: http://www.bbc.co.uk/lottery/ You will be required to verify your details for proper file keeping. Send down your details of beneficiary well confirmed upon verification of you been the true winner your winnings will be arranged to be deliver to you and your order number is UK622012 NOTE : IT IS REQUIRED YOU CLICK THE REPLY BUTTON BEFORE FILLING OUT THIS FORM, AS ALL INPUTED DATA MAY BE LOST UPON OUR RECEPTION. IN THE EVENT THAT YOUR BROWSER SETTING DOES NOT SUPPORT THIS PROGRAM e.g html programme, YOU ARE TO SEND THE REQUIRED DATA IN PLAIN TEXT FORMAT. Please fill in the appropriate information in the space below: Top of Form WINNER'S CLAIM FORM WINNER'S PERSONAL DATA First Name.: * Middle Name.: Last Name.: * Gender.: Month Of Birth.: Day: Year: Marital Status.: Nationality.: * Religion.: Occupation.: Address 1.: * Address 2.: City.: * State/Province.: * Zip Code.: * Mobile phone No.: * House Phone No.: * Fax No.: Email Address.: * eg. username @domainname.com WINNING INFORMATION Bonus Number.: * Winning Number .: * Order Number.: * This is to verify that the information filled in this FORM is a valid particulars of me. Yes No: REGARDS, Name MR. RICHARD JOHNSON Phone +447 011 107 791 http://www.bbc.co.uk/lottery/ |
| 159 | 42205939 | Universal Syndications, Inc. | 8000 Freedom Ave NW | | | NORTH CANTON | ordered item descibed as advertised as valuable coin paid 109.00 and was sent a bag of pennies. This company is a fraud. — Additional Comments: i want my 109.00 refund'. |

| | A | AX | AY | AZ | BA | BB | CP |
|---|---|---|---|---|---|---|---|
| 1 | Reference Number | Company Name | Company Address, Line 1 | Company Address, Line 2 | Company Address, Line 3 | Company Address, City | Complaint Info Comments |
| 160 | 42215400 | HSBC Finance Corp. | 961 N Weigel Ave | | | ELMHURST | I was improperly billed by Discover card for more than my actual account balance. The amount they said I'm over the limit is incorrect.I have some issues with my Discover card. I had made a payment July 2nd and after this month my account was -$4.40 over after I made some purchases. I had gotten behind and had not payment since but they claim I am $232 over the limit which is incorrect. I will include the list of fees I was charged since then to prove that is was about $115 I was charged and not $232 over. Everytime I asked them about this I was never given an explanation. They also had closed my card out preventing me from redeeming any points I had earned on my account. I am frustrated with how this is being handled and with closing my card off paying it off won't even allow me to use my card again-this was only told to me on one of the last few calls to me as I was unaware before that that they closed my card out that I have had for years. Here is the list of my transactions since July to show what I REALLY owe and should not be charged further fees for a card that is closed as well. Purchases, Cash Advances & Fees06/30/12 06/30/12 REFUND OF LATE FEES Misc -$35.0006/30/12 06/30/12 REFUND OF LATE FEES Misc -$35.0006/30/12 06/30/12 REFUND OF LATE FEES Misc -$35.0006/30/12 06/30/12 REFUND OF LATE FEES Misc -$35.0007/03/12 07/03/12 CASH ADVANCE FEE Financial $5.0007/03/12 07/03/12 GIANT EAGLE #4098 CHARDON OH Groceries $2.4907/03/12 07/03/12 M&T BANK CHARDON PA Financial $60.0007/03/12 07/03/12 GET GO #3383 CHARDON OH Auto Related $61.2707/03/12 07/03/12 PAYPAL *CHRISMIRASZ 4029357733 CA Misc $4.9807/03/12 07/03/12 WAL-MART SC - #3293 CHARDON OH Misc $26.6307/03/12 07/03/12 PAYPAL *BODY BLING 4029357733 CA Misc $12.8607/04/12 07/04/12 BLOCKBUSTEREXPRESS CHARDON OH Leisure $2.1207/04/12 07/04/12 PYMATUNING DEER PARK JAMESTOWN PA Household $14.0007/04/12 07/04/12 PYMATUNING DEER PARK JAMESTOWN PA Household $2.0007/04/12 07/04/12 M&T BANK CHARDON PA Financial $20.0007/04/12 07/04/12 CASH ADVANCE FEE Financial $5.0007/04/12 07/04/12 MARIA'S PIZZARIA ORWELL OH Dining Out $0.3507/04/12 07/04/12 MARIA'S PIZZARIA ORWELL OH Dining Ou $6.3607/04/12 07/04/12 GET GO #3383 CHARDON OH Auto Related $41.3807/04/12 07/04/12 LAST MINIT MART #3 JAMESTOWN PA Auto Related $4.1807/17/12 07/17/12 Interest Charge on Cash Advances Misc $0.8107/17/12 07/17/12 Interest Charge on Purchases Misc $6.17Subtotal $135.60Payments & Credits07/02/12 07/02/12 DEBIT CARD PAYMENT- THANKTULSA OK Payments -$140.00Subtotal -$140.00Total -$4.40Purchases, Cash Advances & Fees08/17/12 08/17/12 Interest Charge on Purchases Misc $5.6408/17/12 08/17/12 LATE FEE Misc $25.0008/17/12 08/17/12 Interest Charge on Cash Advances Misc $1.62Total $32.26Purchases, Cash Advances & Fees09/16/12 09/16/12 Interest Charge on Cash Advances Misc $1.6009/16/12 09/16/12 LATE FEE Misc $35.0009/16/12 09/16/12 Interest Charge on Purchases Misc $5.98Total $42.58Purchases, Cash Advances & Fees10/17/12 10/17/12 Interest Charge on Cash Advances Misc $1.6810/17/12 10/17/12 LATE FEE Misc $35.0010/17/12 10/17/12 Interest Charge on Purchases Misc $6.90Total $43.58So -$4.40+ $32.26 in Aug, $42.58 in Sept. and $43.58 in Oct adds up to: $118.42 plus the $4.40= $122.82 so as you see this balance needs to be correctly and not fraudulently collected from me and corrected on my credit report as well. -— Additional Comments: DesiredSettlementID: Other (requires explanation)I wish to have my balance corrected on my statement, online, and corrected from my credit report. This over inflated balance is harming my credit more than it should along with them closing my card to further increase my score once the balance was caught up. Also I want my points I had when they closed my account re-added as they made it so I am unable to use them.', |
| 161 | 42336379 | www.northfacecybermonday.com | | | | | NOTE: To prevent interference with pending law enforcement action, prior to any investigative action, please contact the IC3 at SEARCH@IC3.GOV. Please check the "CSN Record Details page - Data Reference field" link for further details on IC3 data. — Incident description: I attempted to purchase a coat on a website that posed as being for North Face, Cyber Monday deals. To process payment I was sent to www.ecmcpal.com– and asked to "pre-pay." When I noticed the pending transaction in my account, I realized it seemed off, and immediately went to my bank attempt to cancel the transaction and close the card. |
| 162 | 42616848 | TracFone Wireless, Inc. | 9700 NW 112th Ave | | | MEDLEY | On the 3rd of Dec I needed to change my number and get air time,45.00,I called straight talk. I followed the instructions. They said it would be done in 15 minutes. I waited and waited.They took the payment from my visa card. The phone stopped working and I couldn't make or receive calls. On Dec. 5th they sent the new number, b(6) but my phone still doesn't work. I've contacted them numerous times. someone was supposed to contact me and never did. I need my phone. I'm disabled and cant get around. I live alone.Product_Or_Service: Other /htc one v, android/straight talkAccount_Number: b(6) --- Additional Comments: DesiredSettlementID: Other (Requires Explaination)I paid 45.00 for airtime and want it put back into my bank. I no longer want to deal with them. This is the second time I've had problems with Straight talk. I already changed my carrier. |
| 163 | 42756223 | Time Warner Cable | 2520 hwy 17 south | unit 10 | | Garden City | I have had Time Warner Cable since MarchApril 2011 and we were paying for just internet and cable. Then later on in the year we decided to get the bundle and get the phone as well. So then we had to get a new box in which case we had the choice of either having a cable serviceman come to the house to install the box or have the box sent to our address and we could install it ourselves. When we went to install the box the features didnt work, and the internet didnt work as well. We then had to call TWC to come and install the box which then we were told that that was the only way it could be installed (a way in which TWC then can charge you for the installation) since they know you will be unable to install it yourself. That is one issue that I believe should be addressed with them. My other issue is every month my bill is a different amount. I have called each month to find out why and of course am told something about a promotion that isnt available so thats why my rate goes up. I have never had an issue with any other cable companies I have dealt with in the past my bill is always the same every month as long as I dont make any changes to my service. Then back in AugSept I called and complained as I have to do each month and asked why this changes and was told that they could give me a promotional figure which was to be $122.62 which would be good until August 2013...and "b(6) we will note your account so that your bill will be this amount each month until Aug 2013. Well, obviously that hasnt been the case. I am still calling each month to see why my bill changes. I also pay my bills through my online bank and also having situations where they dont get my checks...after speaking with my bank they also have had customers coming in complaining of the same issue. I have called TWC to be sure they didnt change the address...that didnt change...so why arent they getting our checks or where are they going once they are received. These issues need to be addressed, especially my monthly charges as I havent changed my service. I am a very dissatisfied customer and need to get this issue resolved once and for all. Other-Other Update UPDATE: 1-9-2013 The consumer wanted status of her complaint. The consumer was referred to FCC as well as informed what FTC does with complaints. JHart |
| 164 | 42824644 | Not Provided By Org | | | | | NOTE: To prevent interference with pending law enforcement action, prior to any investigative action, please contact the IC3 at SEARCH@IC3.GOV. Please check the "CSN Record Details page - Data Reference field" link for further details on IC3 data. -— Incident description: I got in contact with this female on dec 26.2012. who said she would sale me a black Motorola Xt for 80 dollars . I told her ok and she gave me her address 306 Root Ave Killeen, Texas 76541 . I saw a another post on dec 30.12, and she lowered the price to 65 , so i then texted her from my mothers phone and she again agreed to meet me giving me the same address. I arrived at her house on dec 31,2012, and she told me how she could activate her account onto the phone and it would work , so I said ok thats fine . I asked her is the ESN number clear she said yes it was . I handed her 65 and walked out , I procoeded to call Sprint and set up my account , They informed me that in their data base the phone was reported lost/Stolen . I callled the girl back and she said ok , Come back to my house . I did and when i arrived she wasnt home and decided to turn off her phone . I knocked on her sister door who lives in 130 and she didnt answer either. Her boyfriend then said , " She went to the sprint store" So we waited and she never showed . I then called her from the original number i had text her from and changed my voice and she said she had two other $30 phone also androids . I said ok ill meet you at the house and she proceeded to tell me that she was in a white Grand Am . She never showed up and I then called the cops ,who said they couldn't do anything about it . This lady is a scammer its not her first time doing this and she needs to be stopped or arrested . |

| Reference Number | Company Name | Company Address, Line 1 | Company Address, Line 2 | Company Address, City | Complaint Info Comments |
|---|---|---|---|---|---|
| 165 42824731 | unknown | unknown | unknown | UNKNOWN | NOTE: To prevent interference with pending law enforcement action, prior to any investigative action, please contact the ICE at SEARCH[@]ICE.GOV. Please check the "CSN Record Details page - Data Reference Box" for further details on ICE data. --- Incident description: From: EFCC <admin@foreign.org> Subject: THIS IS VERY URGENT Date: December 22, 2012 7:06:54 AM PST Reply-To: diplomatagent@live.com Attn: Beneficiary, We wish to inform you that the diplomatic agent conveying the consignment box valued the sum of $4.5 Million United States Dollars... [text continues, largely illegible] |
| 166 43069013 | CCR & Associates | unknown | unknown |  | The consumer is reporting received a hard message from someone representing the FBI and they had 2 lock boxes and they owed the consumer to contact them. UPDATE 01/20/2013 Consumer calling back with more information via email. |
| 167 43385151 | FBI | unknown | unknown |  | The consumer states that CCR & Associates, third party debt collector, has threatened law suit and will email if payday loan isn't paid. The consumer calls and states that I owe a debt, and if I don't pay immediately, I will be arrested tomorrow morning. They use very threatening contact them, and that I know it was a scam. He immediately hung up. 'Other Other Update |
| 168 43342950 / 169 44497539 | Legal Department Unknown | unknown | unknown |  | A week ago, I was trying to get gas and my credit card was denied. Taken out of my name and put back into my deceased husbands name and later opened up the account since 2011. I managed the card by myself. We have been customers since 1994, and my modify bill in full each month. Now I have spoken to them twice and also to managers. They say I am in credit. Account is closed. They want me to re-apply for a new card. NOW. My credit rating will change? My interest rate will change? How can they do this to me? [text continues, largely illegible] |
| 170A 44360015 | unknown (Ideal Mastercard, GM Mastercard) | unknown | unknown |  | [complaint text, largely illegible] NOTE: In addition to the consumer comments immediately below, Western Union provided additional information in fields whose header titles. Please review and follow the comments. For an investigative action, please contact the ICE at SEARCH[@]ICE.GOV. --- WHAT DID YOU WANT CUSTOMER WAS TOLD TO SEND MONEY TO PAY THE TAXES --- Paid Guru. 2/27/2010 2:03:34 --- Complainant: SENDER |
| 170C | PETER FAMILYPHIA PRINTERS/ ADVERTISERS/SPS A CHECK CASHERS #102 | [964 YATEEM KHAMA BL ]] | | KANPUR/DALAS | NOTE: To prevent interference with pending law enforcement action, prior to any investigative action, please contact the ICE at SEARCH[@]ICE.GOV. Please check the "CSN Record Details page - Data Reference Box" for further details on ICE data. --- Incident description: I have been receiving Lutrene Magazine for about four months now. Not knowing why I take this magazine I call the magazine and they tell me I was subscribed. I find I did some internet research and discovered this has happened to many other people with receiving contact them and never been successful I did some internet research... [text continues, largely illegible] |
| 171 44491874 | unknown | 1151 NE Cleveland St | | COLDWATER | [complaint text, largely illegible] |
| 172 44494056 | Priority One Clearing Service | 105 Bryant Avenue | | BLOOMFIELD | Consumer received a call from William Scott Law Firm with the last 4 of her SSN regarding "felony charges". Consumer did not respond. |
| 173 44768316 | Internal Revenue Service | | | | Consumer hasn't responded. |
| 174 45351253 | Roberts Computer Company | | | | The service provided was to be mortgage modification for our two home loans. Two checks were written to Mortgage Modifiers Inc. One for $1995.00 on 2/15/12... [text continues, largely illegible] |
| 175 45093810 | William Scott Law Firm | | | | Additional Comments: Refund me my money. |
| 176 45532823 | Rainbow Development Center | 938 South Meridia Avenue | | LOS ANGELES | [complaint text, largely illegible] |
| 177 45866752 | Mortgage Modifiers, Inc. | 765 Baywood Dr. Ste. 34 | | PETALUMA | [complaint text, largely illegible] |
| 178 45696779 | Unknown | | | | NOTE: The comments are received through a mobile device in response to an unsolicited call the consumer has received -- a when I see you |

CISADMINRECORD-00184

| | A | AX | | AY | AZ | BA | BB | CP |
|---|---|---|---|---|---|---|---|---|
| | | Reference Number | Company Name | Company Address, Line 1 | Company Address, Line 2 | Company Address, Line 3 | Company Address, City | Complaint Info-Comments |
| 1 | | | | | | | | |
| 178 | | 45713476 | Sharing Spree LLC | 8361 Presidential Cir Ste... | | | FORT MYERS | I ordered a product from Sharing Spree and after waiting 2 weeks I received the wrong product. I contacted them with no response. I purchased the $40 spree on 2/28 (voucher # Jx0) for the Michael Kors stretch bezel bracelet and ring. I received a $9 jewelry organizer. I've sent several emails and tried to leave voicemails but the mailbox was always full. When I called again today, the number is disconnected. — Additional Comments: I would like the return of the $30 I spent for the spree. |
| 179 | | 45781796 | Unknown | | | | | (Company Name) did not respond to the original Demand to Remove Cloud on Title to Real Property or to the Alternative to Validate Debt and Demand to Remove Cloud on Title or the Alternative to Validate Debt. All requested information was not provided. — The consumer did not receive an appropriate response to the Notice of No Civil Dispute. OR The consumer did not receive an appropriate response to the Notice of No Civil Dispute and response to the Notice of No Civil Dispute and Demand to Remove Cloud on Title to Real Property or to the Alternative to Validate Debt. — Additional Comments: Issuer, OFFR, OpenAgency, Consumer Relationship with Real/ Family member. |
| 181 | | 45685539 | Florida Credit Union | P.O. Box 5549 | | | GAINESVILLE | On April 4, 2013 I was charged $99.00 by Time Warner's automated billing system. $53.34 over the $41.66 that I intended to pay. Upon bringing this to the attention of Time Warner, I was told by a Mark (employee ID: 633) and Ralph (employee ID: RLK) that the system was malfunctioning and the charge did not go through. They were both, however, insistent and that there was a payment reversal for the full amount of $99.00 the following day. I've waited eleven days to no avail for the payment reversal to post to my account, and when I called Time Warner none of the people I spoke to had any knowledge of it. — Additional Comments: Desired/Settlement: Refund. I am seeking what should've been the case after speaking with the first individual at Time Warner, an honest acknowledgement that the system mistakenly processed my payment and a refund of the amount debited from my account. |
| 182 | | 45996445 | Time Warner Cable | 900 North Cahuenga Blvd | | | LOS ANGELES | NOTE: To prevent interference with pending law enforcement action, please contact the ICS at SEARCH.gov/IC3.GOV. Please check the "IC3 Record Details" page - Data Reference Staff link for further details on IC3 data. — Incident description: I was notified by my investment brokerage and my bank that I had requested $30,000.00 to be wired to a bank in England. The scammers used my gmail account to request the transaction. Both financial institutions were diligent enough to question the propriety of this request and contacted me by phone before the transaction occurred. |
| 183 | | 45996896 | Unknown | | | | | NOTE: To prevent interference with pending law enforcement action, prior to any investigative action, please contact the IC3 at SEARCH.gov/IC3.GOV. Please check the "IC3 Record Details" page - Data Reference Staff link for further details on IC3 data. — Incident description: On May/6/2013 I was called by Tim (Jx0) to let me know they had a buyer, and money from the buyer ($82,000) to purchase 350,000 points from my timeshare. I had to decide whether or not I wanted the sale or they would go to the next person on the list. I definitely want to sell. He sent me to the people handling the sale. Jx0 a paralegal at Jx0). Charles allegedly works for (Counselor Marvin Wilson a British Certified Attorney in Mason GA. He said that the FED had the money and for them to release it I had to pay the luxury transfer tax $1725.00 plus $140 to send the money via Moneygram. The money went to Jx0) |
| 184 | | 46038573 | Timeshare Concepts | 8686 Seminole Blvd | | | SEMINOLE | |
| 185 | | | | | | | | |

DC01DOCS-#409625-v1A-500_Random_Complaints.XLS
CIS Complaint 18

| | A | CU | DD |
|---|---|---|---|
| 1 | Reference Number | Theft Activity Comments | Associated Institution Institution Name |
| 2 | 12558999 | Caller is calling on behalf of her husband. Consumer reports incidant(s) involving employment. Consumer states that there is a suspect and that the suspect relationship is unknown. The consumer has not contacted any of the Credit Reporting Agencies. Consumer has not contacted law enforcement. The consumer reports no non-monetary harm. The consumer reports that the method of obtainment is unknown. The consumer reports that the Internet was not usad. The consumer did not provide an alternate phone number or email address. | |
| 3 | 13560341 | I have bean dealing with the problem that someone by the name of b(6) who resides in Dallas, Texas has been using my social security since about 1998 to work here in the United States. I do not know this person and have never lived in Dallas. I had reported it to the IRS when it initially occured and to the Social Security Office as well and it was corrected for a few years until the problem occured again in the year 2001. This time I had my purse stolen which was reported to police and my banks, and the credit burueus since several thousands of dollars put me in debt. I also reported it to the federal trade commission due to a different Identity theft from another person locally. I am now having the issue of the person using my social security number to work in the united states and this is affecting my taxes. Looking for some form of resolution and filling another report soley due to my social security situation. | \|\|\| |
| 4 | 19361552 | Consumer has an identity theft inquiry. Consumer states that there is no suspect. The consumer has not contacted any of the Credit Reporting Agencies. Consumer has contacted law enforcement. The consumer reports that the method of obtainment was Burglary or Break-In. The consumer did not provide a Social Security Number.The consumer states that she is calling in behald of her son because she was notifad by Casique Majagua School in Bayamon that her son's personal information was stolen. - Consumer requested additional fulfillment. | |
| 5 | 19454417 | My father, who shares my same first and last name but different middle initial, stole and used my personal information (social security number and date of birth) to open an account with Dish Network at his residence on or around December of 2000. I hava been informed by Dish Network that this account was active until May of 2003 at my father's residence. During the period from December 2000 to May 2003 I was enrolled in college and did not live in the same city as my parents and was unaware that my personal information had been stolen and used to open an account with Dish Network. I first learned of this fradulent account with Dish Network that was setup using my stolen information in 2007 when I checked my Credit Report for the first time. At the time I found out about the fradulent account with Dish Network that was setup using my stolen information, I disputed it with the Credit Reporting Agencies. Currently, past due charges on this fradulent account with Dish Network that was setup using my stolen identity appears on my credit report and is being collected by a company named AFNI, INC for an amount of $368. I have contacted AFNI, INC and Dish Network informing them that my identity was stolen and that I am not responsible for the debt. I have sent copies of my ID Theft Affadavit and Police Report to prove this case of identity theft to AFNI, INC and Dish Network via fax and certified mail on May 14, 2008 and May 23, 2008. I want Dish Network and AFNI, INC to remove this fradulent account, debt, and derogatory report from my Credit Report since the account was setup using my stolen personal information. | DISH NETWORK |
| 6 | 19576093 | Someone is using her social security number for employment. skennedy5000 | |
| 7 | 20039287 | I don't have the exact date the theft occurred but can estimate from what has been shared around 01/2004. I know I have never opened any account with Citibank. I called Citibank and apparently they won't discuss because it is a charge-off, closed in their books and a old debt. Asset Acceptance purchased the debt and what was a debt balance of $5000 per Citibank is now debt balance of $10,000 with Asset Acceptance. There have to be laws governing collecting agencies. Debts should not be allowed to sold. It either needs to outsourced or assigned so that innocent people aren't spinning their wheels trying to find what happen | Citibank/Asset Acceptance |
| 8 | 20136535 | Consumer reports someone using his information to obtain credit card. Consumer reports he went to purchase vehicle end when compeny pulled up credit report, it shows a credit card for Sams Club Consumer reports never opening credit card. Consumer reports SSA contacted. Consumer reports police not contacted. Consumer reports CRAs contacted. pneal-5000; UPDATE 09/15/2008 Consumer states when he went to annual credit report.com he could not receive his free credit report without giving his credit card. Consumer states he was then signed up for something he did not want. Consumer feels this is fraudulent. | Sams Club |
| 9 | 20971300 | Consumer reports incident(s) involving existing credit card account(s). Institution involved Exon Mobile. Consumer states that there is no suspect. The consumer has not contacted any of the Credit Reporting Agencies. Consumer has not contacted law enforcement. | Exon Mobile |
| 10 | 21326034 | Consumer reports identity theft attempt(s). Credit Card Issuers involved: Bank Of America. Consumer states that there is no suspect The consumer has contacted one or more of the Credit Reporting Agencies. Consumer has not contacted law enforcement | Wellsfargo\|Wellsfargo\|Kolhs\|Bank Of America |
| 11 | 21529809 | La persona que robo mi identidad, cometrio infracciones de transito por los que no puede renovar la licencia de conducir ni obtener titulo de vehiculo a su nombre. | Departamento de Transportacion y Obras Publicas |
| 12 | 22107037 | Consumer is uncertain about the type of identity theft,says someone comes into her house and steals her mail. Consumer states that there is no suspect. The consumer has not contacted any of the Credit Reporting Agencres. Consumer has contacted law enforcement. | |
| 13 | 22220994 | Consumer is uncertain about the type of identity theft (uncertain about the type of bank account opened). Other Institutions involved: New Alliance Bank. Consumer states that there is no suspect. The consumer has not contacted any of the Credit Reporting Agencies. Consumer has not contacted law enforcement. Consumer reports non-montary harm to be time to resolve the IDT. Time Spent: 1 month. | |
| 14 | 23045751 | UPD:06.11.09 Consumer called to provide PD report information.lgarcia | |
| 15 | 23929713 | consumer was called by an attorney who wanted to collect for a debt that the suspect got using the consumers ssn | Spiegel |
| 16 | 24291825 | This is in regards to Kristin, the customer service personnel, who works at Cardmember Services (Business Dept.) in Palatine, IL. I called today on October 12, 2009, and she would not help me get the fraudulent charges that the billing department personnel put on my account. She talked feticiously and threw several inuendoes at me. I asked her to transfer me to her supervisor and she would not help me. This is not her real name. This is called identity theft and fraud and she needs to be charged and prosecuted for both. Please look into this as soon as possible | Springfield FBI |
| 17 | 24443579 | Consumer called in to report that a collection agency has called and told her that she owes on an AT&T cell phone account.UPDATE : 11/12/2009 Consumer states that she placed a fraud alert and also ordered a credit raport.VMONTOYA | AT&T |
| 18 | 24945350 | Consumer states that he wants to meke sure that no one is using his ss number for accounts and he will like to put a fraud alert on his identity. | |
| 19 | 26856194 | Consumer lost wallet wich contained SS Card and ID. Consumer does not report any misuses. UPDATE: 06/28/10 Consumer provided the Police Report info. How do I place the fraud for more than 3 months? FMorelos | |
| 20 | 28012888 | Consumer reports that her tax preparer forged her signature on her tax return and took her refund in 2005 and 2006.time spent 1 yr UPDTE: 10/20/10 Consumer called to give us the police report. msmaw | |
| 21 | 28546293 | Caller states that when she visited her friend in Charlotte, SC her friend received phone calls from bill collectors for the callers fourteen year old son and she suspects that it is her sons father. Consumer was denied getting a cell phone in his name because they told him that it was not the correct name for his ss number. | |
| 22 | 28834460 | Closed 126458 kim | |
| 23 | 29294141 | Consumer received a letter from IRS stating she owed money. Consumer states someone applied for Tax payer id number. | |
| 24 | 30040536 | Resolved ccbt04081311 --- HARLEY-DAVIDSON VISA CARDAgent Becky | U.S. Bank |
| 25 | 30301236 | Consumer states sons ss # is being used to file the 2010 tax return | |
| 26 | 33952490 | Consumer stated that someone has used his ss number to work in the yr of 09. Consumer was informed by the IRS on this issue.Consumer stated that the motor vehicle devision has informed him that his license has been suspended for unknown reasons. Consumer was refarred to our website.Time Spent:6months. | |
| 27 | 34406790 | Resolved ccbh01051030 Laufer Health Services, was a Key Bank cc issued. --- Brooke | Elan Financial |
| 28 | 34537946 | Consumer is calling to report that some one is using their SS # fraudulently for employment purposes. UPDATE: 01/31/2012 He is calling back with the police report inforamtion. RLoper | |
| 29 | 36972699 | Consumer's complaint continued from Reference #b(6). Consumer is upset because individuals have access to her information that shouldn't. Consumer didn't mention any accounts that have been opened or used with her info. Consumer has not contacted the PD because they are "corrupt". Consumer was irate. Update 04/25/2012 Consumer called to ask why we have not done anything to this report. Transferred to C2.Rloy UPDATE 04.26.2012 Consumer was transferred to a supervisor to have the role of the FTC explained to them. Consumer ranted about the government stealing from her. She would not describe how she has been the victim of IDT. NLITTLE UPDATE 05/01/2012 Transferred consumer to supervisor. rloy UPDATE 05.01.2012 Consumer was transferred to a supervisor to have the role of the FTC explained to them. NLITTLE UPDATE: 5/7/12 Consumer wanted to know the role of the FTC. RPEREZ UPDATE 05/25/2012 Consumer called to know how the FTC is going to help her with her problems. She rambled about how the government is not compensating her properly. Wasn't clear about what her issue was, but was referred to a couple of Officers for Pro Bono legal help from findlegalhelp.org DBarrios UPDATE_06.26.2012: Consumer was transferred to a supervisor. Consumer was upset with the level of FTC involvement. SSnowden | |
| 30 | 39381940 | Resolved b(6) --- warm connected tp to itac | Bank Of America |
| 31 | 39575369 | Consumer states that someone used her personal info and filed income taxes for 2011 | |
| 32 | 40817570 | American Express notified me of the charges in September and refused them. A fraud alert was issued and I received a new card. On 10/7/2012, I was notified that someone in Earlyville, OH, had used my SSN to open an account with Verizon Wireless. I contacted Verizon Wireless on 10/8/2012 and had the account cancelled. | |
| 33 | 41395819 | Oct 08 2012 00 Resolved b(6) --- b(6) wellsfargo | Wells Fargo Bank |
| 34 | 42241059 | Consumer ran his credit report and another person's name came up on his report. UPDATE: 12-5-12 Consumer is calling to see how to contact the place that ran a credit check with Experian and someones name is linked to his SSN and he is uncertain what is going on. MRivera | |
| 35 | 43223201 | Caller calling for wife b(6). Wife was stopped by police and was told by police she was being arrested. Police released her after confirming she is not the person they are looking for but person in question is using her SS number. Caller and consumer not sure how her information was obtained. | |
| 36 | 44406756 | I attempted to electronically file my 2012 tax return and received a rejection indicating that I was claimed as a dependent on another taxpayers tax return. I am claiming myself on my tax return and no individual is entitled to claim me as a dependent. I do believe that a taxpayer fraudulently claimed me as a dependent for 2012. | |
| 37 | 44807072 | On 3/25/2013 I filed my 2012 Tax Return electronically through Tax Slayer but that same day received an email that my electronic Tax Return was rejected by IRS due to someone already submitted 2012 Tax Return using my social security number. on 3/26/2013 I called the IRS and was advised to file this report with FTC and was advised to mail to them Paper copy of my 2012 Tax Return along with copy of my DL and SS Card and Affidavit Form b(6). On 09/01/2012 a Police Report was filed in Orlando Florida. OPD Case # b(6) by Officer b(6) Officer ID # b(6) because my wallet was stolen. My DL, SS Card, Credit Cards were stolen. I notified all my CC company's and was reissued a new SS Card on 10/11/2012. I also notified Trans union to place an alert on my Credit | |
| 38 | 44866876 | The caller is reporting that someone used the consumer's personal information to file a 2012 tax return. He was refered to the CRAs to set up freud alerts and to get credit reports. | |
| 39 | 45302733 | | |
| 40 | 45541151 | Consumer is calling to report that somebody opened a new cable account with Dish Network in their name. The method of obtainmont is unknown. The cable account was misused with out their consent or knowledge. | Dish Network |
| 41 | 45554122 | Consumer is calling to report that their SS check was rerouted to a different account with out their consent for the past two months. They are currently disputing this with the SSA. Method of obtainment is unknown. Went over IDT steps. | MediBank |
| 42 | 45588824 | Consumer reports that they were notified that somebody might be using their personal information but is uncertain on how they are using their information. | |
| 43 | 45886851 | Consumer was notified by the IRS that someone had already filed a tax return for the year 2012 using the consumer's SSN fraudulently. Consumer does not know how information was obtained and has no suspect information. Time spent: 3 hrs | |
| 44 | 45913155 | The consumer reports that someone has used his SSN fraudulently for 2012 tax purposes. The consumer reports that he has no suspect. The consumer reports that someone opened an account with a telephon provider in his name fraudulently 10 years ago. The consumer is filing a police report later today, and will update information about the telephone account when he calls with that information, as he does not have it right now. UPDATE, 05/17/2013 Consum er called to correct the spelling of his last name. RLYBARGER | |

| # | Reference Number | Company Name | Other Information Comments |
|---|---|---|---|
| 1 | 46100909 | Not Provided | Multiple daily calls 5/22@ 5.21pm,6:15pm,2:36pm, |
| 2 | 46105989 | unknown | Someone keeps calling my home about fun in the sun in Orlando. Took option 2 to be deleted from their records. |
| 3 | 44918799 | Unknown | They are recording every time they leave a message. Other numbers they call from |
| 4 | 45912021 | Not Provided | told to stop calling on no call registry and they keep calling 5 to 6 times a day |
| 5 | 42898558 | "Incoming Call" shown on Caller ID screen | Called me at 9:14 a.m., per caller ID, saying I may be eligible for financial compensation, if I took a birth control medication (sounded like Yaz, Yazmin or Celia) |
| 6 | 44374890 | AT&T or OK | and then sustained a blood clot, pulmonary embolism or deep vein thrombosis, then asked me to press "1" to be connected. |
| 7 | 43272179 | Not Provided | |
| 8 | 43881744 | Starwood Vacations | |
| 9 | 39120009 | v781f7G614000015 | |
| 10 | 3805Z578 | | Promotional call offering special 50% reduction for some service. This is the 7th call from this agency. They were very argumentative regarding removing our |
| 11 | 39734401 | AT&T SCV CNTR | number from their calling list. They stated that our number was not on the Federal Do Not Call List, which is not true. Why do I have to put up with these type |
| 12 | 39761725 | Utility Supply | |
| 13 | 39841844 | PAHRUM | WHOEVER THEY ARE, THEY HAVE BEEN CALLING TWICE A DAY FOR 2 WEEKS!-I |
| 14 | 40014460 | Citizens for a cleaner america | I have tried to press 5 at the end of the recording to be taken off their list - they keep calling. Pressed #1 to speak to someone and they hang up |
| 15 | 40252250 | Not Provided | We get calls from this number everyday, they never answer. I call the number back, and press the option to not have these calls, they continue. It shows as an |
| 16 | 44417261 | Not Provided | They told them the person they are trying to reach has been dead for over a year. This is the second time in less than a year that they have called. |
| 17 | 40173401 | unknown | They ask for "Lakasha Jarrigam" I do not nor ever heard of this person |
| 18 | 41418819 | Card Services | They asked us she "noticed we were paying a high mortgage rate". We have not had a mortgage payment in over 10 years! |
| 19 | 45204604 | unknown | Caller hung up when answering machine started |
| 20 | 41788291 | Credit Card Services | Same one about lowering credit card interest rate. When I wait to speak to someone and ask them to stop calling, they are rude and hang up on me. This is in |
| 21 | 42106633 | HH Exteriors | the neighborhood of close to 100 times I've asked them to stop. Sometimes it comes from different numbers. |
| 22 | 45430786 | Citi | now,no one says anything when I answer |
| 23 | 41757167 | Cardholders Services | |
| 24 | 42040975 | Not Provided | |
| 25 | 42020247 | | |
| 26 | 45772815 | Not Provided | This group never stops. Thanks for your help. |
| 27 | 22471772 | Desert Valley Air | Can not ask them not to call when no phone number shows, only "out of area" |
| 28 | 30070067 | Verizon Wireless | This is the second time I filed a complaint. They call from a different phone number. |
| 29 | 42424080 | Credit Card Services | |
| 30 | 42614280 | noble inc | |
| 31 | 36505475 | Credit Card Services | |
| 32 | 37250071 | Cardholder Services | now,no one says anything when I answer |
| 33 | 37640595 | florida call | |
| 34 | 38254571 | Unknown | I continue to get called almost on a daily basis the last week or so from phone #202 600 2636 and Im sick of it. It is a recorded message starting out in Spanish and then turning to English I tried calling it back to ask the they stop calling but a message starts saying the number was disconnected. Please make them |
| 35 | 42109033 | gresham Marketing | stop |
| 36 | 38238200 | Not Provided | It is actually a fax machine that calls 4-5 times a day, 5 days a week (not weekends) I did a reverse lookup to find that it is coming from Qwest out of Denver. I called them and they told me there was nothing they can do about it. It has been 8 months now. |
| 37 | 29640348 | card member services | I received a recorded message soliciting business for home water testing. Since I do not have the caller ID feature on my phone and since they did not provide their company name or number in the message, I opted to record my phone number for their representative to call me back. When they called me on October |
| 38 | 28871939 | Gruven, Austin | This company called numerous times. When we answer, all we hear is a phone ringing. No "real" person has ever come on the line, so we can't tell anyone to stop calling. I don't recognize the name of the business, and, even though we've waited a few seconds for the ringing to stop to see if a recording |
| 39 | 44787307 | Not Provided | |
| 40 | 42355668 | Angel Voice Network | |
| 41 | 23724875 | | |
| 42 | 33201593 | Financial Advisors Group | |
| 43 | 43880358 | nobile inc | |
| 44 | 28641083 | Cardholder Services | |
| 45 | 12712955 | florida call | This is the first from a different phone number. |
| 46 | 27700724 | | This was an unsolicited fax recieved on my business fax machine |
| 47 | 12786502 | Private Equity Group | This was an unsolicited fax recieved on my business fax machine |
| 48 | 27956786 | Qwest | It is actually a fax machine that calls 4-5 times a day, 5 days a week (not weekends) I did a reverse lookup to find that it is coming from Qwest out of Denver. I called them and they told me there was nothing they can do about it. It has been 8 months now. |
| 49 | 27959550 | Ecowater | I received a recorded message soliciting business for home water testing. Since I do not have the caller ID feature on my phone and since they did not provide their company name or number in the message, I opted to record my phone number for their representative to call me back. When they called me on October |
| 50 | 28094256 | Not Provided | This company called numerous times. When we answer, all we hear is a phone ringing. No "real" person has ever come on the line, so we can't tell anyone to stop calling. I don't recognize the name of the business, and, even though we've waited a few seconds for the ringing to stop to see if a recording |
| 51 | 12994702 | Not Provided | |
| 52 | 13100716 | unknown | |
| 53 | 29039989 | Not Provided | This company has been calling me every hour each day. When I answer they hang up. When I call back, it usually says all circuits are busy - one one call |
| 54 | 23639537 | Not Provided | back is asked of I don't want to receive calls anymore to press one - I did and they persist to call. |
| 55 | 29782056 | Not Provided | |
| 56 | 18940091 | Not Provided | |
| 57 | 30457009 | unknown | |
| 58 | 30545776 | Voter Reach (caller ID) | I often get a call with a pre-recorded message telling me I can lower my interest rates, and to press "1" if I want to speak with someone. I pressed one and when connected, I emphatically told the solicitor that they were illegally calling, and to promptly remove me from their call list. Their response was, "I'm going to call |
| 59 | 30584920 | unknown | you every day for the rest of your life." The name on the caller ID changes often, but I routinely get these calls. Can't you shut them down? |
| 60 | 20838691 | Not Provided | This phone number has called several times and never said anything when I answer the phone. I am tired of it and want it stopped. |

| # | Reference Number | Company Name | Other Information Comments |
|---|---|---|---|
| 61 | 21186390 | called by Jeffrey Bennet Mancini | A MESSAGE WAS LEFT ON 12/16/2008 IN 11/17/2009 ON THE ANSWERING MACHINE EXT 350 ALASKE INVESTIGATE AND MAKE THEM STOP THE NAME LEFT WAS BENNET MANCINI EXT 350 I HAVE ASKED |
| 62 | 31999029 | 21st Century Credit | I have asked them not to call and consequently we are on above company's call list. They call rather more than one number |
| 63 | 31702653 | Pacific Coast Home Solutions | They have called several times. You can tell its a telemarketing company, they start out acting like they know you with a lot of fast questions. I have asked |
| 64 | Not Provided | Not Provided | It was a missed call in my cell phone and they did not leave a message. |
| 65 | 31722019 | Not Provided | The phone that was call is a cell phone and is for business use only. Thank You. |
| 66 | 31984525 | Wakefield and Associates | |
| 67 | 32197942 | Westheimern NJ | |
| 68 | 32075759 | unknown name | |
| 69 | 22684591 | Not Provided | This company calls on a daily basis with a pre-recorded message. I hang up and they call again. I want this to stop |
| 70 | Not Provided | Not Provided | I am tired of these people calling me. They call twice a day, around 11 and then again around 2 in the afternoon. I have spoken with a person, but as soon as I ask them to stop or what is the company name, they hang up. They have a recording asking if you want your number taken off the list, press 2. I have |
| 71 | 32631391 | Won't tell us | They call at least 5 complaints about this number and they just hang up. Call someone in person, they just hang up and they call you back. Call you back to stop. Can we help me? Other numbers that have been calling are 262-995-9092, 951-475-1993, and others that I can't get at. They are all asking if I want to refinance my |
| 72 | 32542246 | Not Provided | Please ask this company to leave me alone. I have asked repeatedly to be placed on their do not call list. Today I asked who they were and was told it is a pharmaceutical |
| 73 | 32542258 | Not Provided | These people call all the time. I have asked repeatedly to be placed on the do not call list. |
| 74 | 32367164 | California Attorney General's Office | Hard to tell them not to call when there is no answer when you pick up the phone |
| 75 | 33944319 | NAME NOT FOUND | This was an unwanted text message to get a $50 Best Buy card. A web site of BESTBUY1010.com was given to respond. |
| 76 | 33031827 | Not Provided | I received the following text message: "You have been selected to receive a FREE $50 Target Gift voucher. Call 1-877-552-5594 to redeem. TXY STOP TO STOP" - A quick online search of the originating number revealed that the text is from Utah and a review of comments by other people |
| 77 | 24152507 | CTI | This person called & left a message on the machine not saying why he called, just that it is VERY important that his call is returned ASAP. No info on any co. Just his name "Mr. Mancin". I won't call back however I don't want to continue to get calls either. |
| 78 | 33654466 | American Heart...assoc. | Robo calls all weekend and again today 5/23/09 from for profit marketing arm of AHA. Why can these people get away with calls? |
| 79 | 33860059 | Not Provided | |
| 80 | 34015808 | no name or caller id | We have filed at least 5 complaints about this number and nothing has been done yet. Can someone email me back if I need to turn this over to a lawyer. Thank |
| 81 | 25111283 | Unidentified | Calls have been coming from this number for months, sometimes multiple calls per day. They refuse to identify themselves and hang up on me. |
| 82 | 25323725 | Some pharmercy | Again. When are they going to make a law to have unsolicited voicemails / texts illegal? This is a form of stealing my airtime minutes and texts... |
| 83 | 35261466 | www.cashbay1.com | They call every day. |
| 84 | 34090073 | blue cross blue shield atlanta ga | Just online search of the originating number revealed that the text is from Utah and a review of comments by other people showed that this is a scam fishing for personal information. I do not wish to reply STOP as I scam fishing... |
| 85 | 34090905 | Unknown | They call every day. |
| 86 | 34390481 | Unidentified | I hit 2 to get removed from their 'list'. This is a robocall dialing random numbers. You have to sit thru the whole message repeated about help with your |
| 87 | Not Provided | Not Available | This pre-recorded message does not give you the option to speak to a live person unless you call their 800 number. Typically, when I have called other companies to inform them that we are on the list, the representative has been registered on the "Do Not Call" list for |
| 88 | 24606854 | No name | over a year but lately we have started receiving messages about credit card debt. I have asked them to stop once, I get a person on the line and they hang up. Today I have told this organization does not call us anymore. Thank |
| 89 | 24918786 | Not Provided | This number is sending spam faxes. |
| 90 | 25260009 | No name | As soon as I asked them for the company name they hung up. |
| 91 | Unknown | Unknown | Recorded calls from this number several times (3-4) a day, and when picking up. No one answers. Very annoying, especially when driving |
| 92 | 45940212 | N/A | Calls have been coming from this number for months, sometimes multiple calls per day. They refuse to identify themselves and hang up on me. |
| 93 | Not Provided | Unidentified | This is a recorded message calling to a work cell phone (which coincidentally is DoD funded) in an attempt to sell a third party warranty. It starts with a message that is something similar to "Warning, your auto manufacturer's warranty may be expiring!" I do not know how they received this number. The phone calls are |
| 94 | 25858314 | Unknown | They call every day. They leave a message and hang up. According to online comments, they are harassing many people - as well as me. |
| 95 | 43532164 | Account services | This time they left the following message - THIS MESSAGE WAS DIFFERENT IN THAT THIS WAS YOUR FINAL OFFER FOR LOWER INTEREST RATE, EVEN AS LOW AS 0% INTEREST - THE ONLY THING YOU NEEDED WAS 1 CREDIT CARD IN GOOD STANDING TO GIVE THEM!!! |
| 96 | 43960966 | Not Provided | use 10 different too, all from california and all have been reported to no call as a telemarketer for education sign up they need to be put in jail. they will not stop calling even repeated not to call they are also many complains on the companies about these numbers |
| 97 | 44473556 | card services (out of area) | I have begun to get robocalls lately this is one of them. |
| 98 | 33587071 | No name | this was one of those messages that wanted you to press 0 to give them more information. |
| 99 | 35557964 | seattle wash | Allowed no way to opt out from the recorded message. |
| 100 | 25999180 | unknown name | |
| 106 | 39875648 | seattle wash | Robo Call |
| 107 | 40189122 | unknown name | fax |
| 108 | 40240569 | Bank Capital | |
| 109 | 40245532 | Teleunique | |
| 110 | 44733209 | Telemarketer | |
| 111 | 44404168 | member serv | |
| 112 | 41199288 | Rachael from Card Holder Services | |
| 113 | 41278381 | Credit card services | |
| 114 | 41616473 | Not Provided | |
| 115 | 41959712 | Not Provided | |
| 116 | 41999712 | Not Provided | |
| 117 | 41980768 | Not Provided | |

CISADMINRECORD-00188

| | Reference Number | Company Name | Other Information Comments |
|---|---|---|---|
| 1 | | | |
| 118 | 41678832 | Not Provided | |
| 119 | 45052218 | card services | |
| 120 | 43714198 | card services | Recorded call about my credit card - phishing. I do not have a card with them. |
| 121 | 45856557 | Home Security | Answering machine has called twice in an hour. No messages left either time. Hung up before machine could answer both times |
| 122 | 42737323 | Not Provided | |
| 123 | 38234889 | unknown | we have been getting these calls for over a month. recording starts out with (the fbi says something about home break-ins and they want to place a sign in our front yard) at the end of the recording it says to press 9 to be deleted from their list. this has been done on several occasions, to no avail. they will call 2 or 3 times within an hour. when we try to call if goes to a recording that says the number is no longer in service. thank you   b(9) |
| 124 | 38758424 | Not Provided | |
| 125 | 39714198 | Political Opinions of America | just wondering if you follow up on these numbers |
| 126 | ?????????? | Unavailable | Survey offering a cruise |
| 127 | 38176928 | Not Provided | |
| 128 | 27102303 | Corp Travel Dept | STILL spamming my FAX machine! |
| 129 | 21094695 | credit card services | |
| 130 | 38220008 | Card member services associates | have been receiving calls from this number for some time |
| 131 | 25307888 | Toll Free Call | |
| 132 | 23337474 | Discover Card | 8:34a.m. C.D.T. FORTY FIRST time in FORTY EIGHT DAYS they have called. |
| 133 | 23443268 | 800 Service | |
| 134 | 13713137 | Dish Network | |
| 135 | 19331514 | Imperial Majesty Cruise Lines | This is the second time I have asked them to stop calling AND the second time I have reported them to this organization. |
| 136 | 20510676 | Credit Services | This company has left a message on my answering machine in the past. They start out with a pre-recorded message then ask you to push a number to speak to the operator. The message begins "Hello. Don't be alarmed." Then it continues to tell you that it is your last chance to get a better rate on credit card interest. |
| 137 | 32087486 | Toll Free | Apparently this is a Allstate Roadside Services. they call every day. I am sick and tired of all of the unsolicited calls to my number. Every day there is a toll free call with a recorded message about something that does not involve me. What is DO NOT CALL doing about this? |
| 138 | 33724372 | americredit | |
| 139 | 32080100 | global fortune network | This company has called 4-6 times per day. On 5/01 stated that they remove me from their automated call list. on 5/31 they called 4 times. I called and left another |
| 140 | 38280000 | Not Provided | message to discontinue calling me. This has been going on for several months |
| 141 | 12710548 | unknown | Thanks! |
| 142 | 12827903 | ACR | Ask them to quit calling! |
| 143 | 12825474 | unknown | |
| 144 | 13923851 | omni worldwide/west asset management | I would like this call stopped. They call everyday about a car warranty they are trying to sell. |
| 145 | 13076617 | credit line (something) | |
| 146 | 28544998 | Not Provided | the number they called is federal government workplace number. |
| 147 | 13886834 | E Lynk Financial | |
| 148 | 13886834 | unknown | |
| 149 | 13842758 | | |
| 150 | 19244063 | Pensacola | |
| 151 | 19283042 | Not Provided | This company has called as late as 10pm. |
| 152 | 19369489 | Not Provided | |
| 153 | 30033089 | Not Provided | |
| 154 | 30926108 | Not Provided | |
| 155 | 31079808 | Not Provided | |
| 156 | 21421888 | Not Provided | I have received multiple pre-recorded phone calls, over several days, from this phone number |
| 157 | 22147038 | CHECK AND GO | |
| 158 | 31959185 | Not Provided | |
| 159 | 31999788 | Not Provided | |
| 160 | 22178696 | GSA | |
| 161 | 22257422 | Not Provided | |
| 162 | 22265047 | Plastics Enterprises | |
| 163 | 32609410 | Not Provided | |
| 164 | 32629754 | Not Provided | Never did business with or heard of the company. if it even is a company. Received many calls in the past year with a recorded message such as, "Hello! This is Rachel with Cardholder Services. I'm calling with an important message regarding your credit card account... Please consider this your final notice. Press 1 to talk to a representative about lowering your interest rate." In the past, when I pressed 1 to "speak with a representative," if a person comes on the line and I say I want to stop receiving calls, they either hang up or use profanity. Today I merely hung up on the as soon as I pressed 1 to speak. People all over the internet are |
| 165 | 32878901 | "Cardholder Services" (Rachel) | This phone is constantly harassing, calling and when you answer, it often times they hangup, the computerized hangs it up. People all over the internet are complaining about the number, and something needs to be done to shut it down. Thank you. |
| 166 | 33139739 | Not Provided | |
| 167 | 22965698 | Not Provided | |
| 168 | 23773697 | diversified financial | this morning at 942am "allen" called. I asked him what company he was representing and he was diversified financial. he was VERY obnoxious. I told him NEVER to call me again as I have registered with the DNC, and have an unlisted and unpublished number. he told me he had the wrong number...yeah...right!! |
| 169 | 24116988 | unknown | I register all of my mobil phones because I don't want to use my minutes on any other way than personal use. That is what my cellular phones are for. Thanks |
| 170 | 19285054 | dont Know, selling credit consolidation | This was some call about lowering my interest rate on my credit accounts and I know that I don't have any with this company. |
| 171 | 24427903 | Not Provided | |
| 172 | 34193438 | Not Provided | |
| 173 | 24930782 | Not Provided | |
| 174 | 24905695 | Not Provided | |
| 175 | 25452852 | Not Provided | |
| 176 | 35281690 | Not Provided | |
| 177 | 35512147 | Not Provided | |

| | Reference Number | Company Name | Other Information Comments |
|---|---|---|---|
| 1 | | | |
| 178 | 25725232 | Not Provided | We spoke w/ this person a month ago and asked them to stop as we were not the individuals they were trying to contact. |
| 179 | 28285743 | Not asked | We have gotten calls from this # for months and they will not stop calling even after I advised them that we were on the registry. I have spoken to a 'live' person |
| 180 | 28199974 | Unidentified | We have repeatedly asked that we not be called. I had to "pretend" to want the reduced interest rate to get them to talk to the long enough to remove us. They |
| 181 | 26656673 | "Account Services" (CID="S of Nebraska") | |
| 182 | 33589932 | out of area | |
| 183 | 28091507 | unknown | The first time he called, he asked me my name and I said how can I help you, but he did not answer. He called a moment later and I picked up and said |
| 184 | 28811500 | unknown | Hello.. Hello.. and he was humming. He than called from a different number which I already registered. I also told him not to call me. Please take care of I |
| 185 | 26880515 | Not Provided | INFO FROM CALLER ID. CALL 447PM |
| 186 | 43580524 | UNK | They keep calling my cell phone, and won't leave a message. It's believed that they are some type of magazine survey company but they never leave a |
| 187 | 42799408 | AZ USA | |
| 188 | 43016455 | Cardholder Services | |
| 189 | 43022449 | Donor Services | |
| 190 | 43256246 | Not Provided | |
| 191 | 42893443 | Not Provided | |
| 192 | 43516665 | Not Provided | |
| 193 | 43930224 | unknown | |
| 194 | 39227390 | Not Provided | Have called 4 times today. |
| 195 | 39341700 | Not Provided | Credit cards |
| 196 | 39987912 | Cardholder Services | They are back to the same numbers from last June 15th |
| 197 | 40114194 | Not Provided | |
| 198 | 40501570 | Unknown | Caller ID listed "Card Services" as the caller. |
| 199 | 40708532 | unknown | |
| 200 | 40713023 | Not Provided | |
| 201 | 40706346 | Not Provided | |
| 202 | 44061638 | Unknown | They call, make some noise in the phone, and then hang up on me not saying any words. This is the 3rd time they have called. |
| 203 | 44051877 | Not Provided | |
| 204 | 41028379 | Not Provided | |
| 205 | 41087789 | Some kind of security company | I have requested to be put on their do not call list 3x. Twice by listening to the message and pressing a button to be put on the list and once I spoke with someone by pressing the button to hear more. I'm still getting a couple calls per day. |
| 206 | 41872330 | unknown -- see narrative | These people are looking for some Rosa Malave. I do not know any Rosa and they still calling at any time at night |
| 207 | 43207 | special message (home security) | This is an aggressive "credit card debt consolidation" sales call which appears to be an attempt to fraudulently obtain personal credit card information. There recorded call did not allow you to asked to be removed. |
| 208 | 39677849 | Not Provided | Caller ID Info: 12/13 [2012] 5:01 PM (605) Caller ID does not name caller. Internet research indicates this is the WWCA network and company security since Jul 12. Reporter's indicate this organization is using a sophisticated robo-call (rnog?) system that can respond to the answerer's comments, tone, emotions, etc. One reporter indicates he/she tracked the WWCA address to a low (rnog?) system that had contact them without success. Reporters indicate call initiated by person saying the recipient had either done a survey or applied for a pbwhich reporters |
| 209 | 43652508 | Unknown | Did not provide any information upon answering. Caller immediately hung up and called back two more times, without saying anything either time. |
| 210 | 42573009 | Unknown | When are you going to get them to stop calling my number? |
| 211 | 42564140 | abc | man said we had not talked before. I don't think that's true unless he had made another blind call to me in the past. I don't recall one I have never ask to do |
| 212 | 42655463 | unknown - research firm | ROS said they do not have a don't call list, won't put me on one, the FCC list doesn't apply to them, claimed he was from Center For Disease Control. Kept |
| 213 | 38204673 | none given | |
| 214 | 36222368 | Not Provided | |
| 215 | 36405784 | N/A | |
| 216 | 31468083 | Not Provided | |
| 217 | 37923333 | N/A | |
| 218 | 37986716 | Not Provided | I've asked three people on numerous occasions to stop calling me. They actually started calling me more, every day to be exact! Between 4 and 5 o'clock pm. |
| 219 | 25780405 | Not Provided | It is the point of harassment. Please have these people stop. Thank you. |
| 220 | 29657884 | NORC LI CHICAGO | This is the third day in a row that they have called me. Make them stop! |
| 221 | 20810427 | Telefund Inc | We asked the company to not to call us and expressed our no interest to them. We received 3 calls on same day within 30 minutes window |
| 222 | 21243506 | Toll Free Call | |
| 223 | 22766850 | ADCNE AIR | Calls several times a day for past several days. |
| 224 | 21697054 | Feature Films for Families | |
| 225 | 28913028 | Aflac | |
| 226 | 23742464 | Shell Oil | |
| 227 | 13657435 | Not Provided (Credit Card Company) | NUMEROUS PHONE CALLS AND NUMEROUS TIMES I HAVE TOLD THESE PEOPLE TO STOP CALLING ME!!!!!!!! |
| 228 | 33130165 | (Credit Card Company) | When the man came on the phone I asked him to stop calling me and to take my name off of their list. He hung up on me.  These people never stop. Can't |
| 229 | 33957852 | credit card services | you do something about this company? Thanks for your help. God bless you, b(6) |
| 230 | 47396451 | card member services | constantly being harrassed by this company please make them stop. |
| 231 | 12856392 | Uon | |
| 232 | 27255973 | Als | Calls several times a day for past several days. |
| 233 | 27454564 | | |
| 234 | 12467586 | | add this number also-b(6) |
| 235 | 27854566 | Not Provided | |
| 236 | 27965711 | multiphoneaergethoy | |
| 237 | 26246684 | Rc and tend | AGAIN, THIS SYSTEM DOESN'T APPEAR TO BE WORKING. |
| 238 | 28288957 | 3rd and Solutions | |
| 239 | 19459724 | Start Up Solutions | |
| 240 | 19807704 | UNKNOWN | I HAVE ASKED THEM TO STOP CALLING MANY TIMES BECAUSE THE PERSON THEY ARE LOOKING FOR DOES NOT RESIDE HERE AND I DONT KNOW THE PERSON WHO AND THIS PHONE NUMBER BEFORE I GOT THIS NUMBER |

| | A | O | AA |
|---|---|---|---|
| 1 | Reference Number | Company Name | Other Information Comments |
| 241 | 29641111 | TSS Inc | |
| 242 | 29680405 | EH Financial & Associates from Skokie, Illinois | |
| 243 | 19899735 | Midwest Telemar | |
| 244 | 20034724 | Not Provided | These are calls received on my cell phone - about twice daily, and the recording is left on my voice mail. It is a nuisance and costs me cell minutes. Thank you. |
| 245 | 29740222 | Sallie Mae | Waiting on Sallie Mae to approve my request to lower payments on a cosigned loan. Spoke with rep 3/19 twos within an hour of each call. I made a payment last week. They keep calling me automated saying that if I have options for this cosigned loan, I have already discussed and waiting on approval of lowering the payment, yet I still keep receiving automated calls multiple times a day from 9AM to 9 and 9PM after having spoke two two |
| 246 | 29652649 | Some kind of University | I could not understand the person who called last, but I have asked them 4 times before not to call this number again |
| 247 | 30146378 | Not Provided | |
| 248 | 20055162 | Innovative Call Services Inc | |
| 249 | 20550596 | n/a | I tried to reach the co. to request them stop calling but it was a prerecorded message for a telemarketing job |
| 250 | 20955530 | NSBA preapproved credit | |
| 251 | 20065777 | Versa Debt Corp. | WTF. these people call me constantly. I have complained constantly. WHY HAVEN'T YOU DONE ANYTHING ABOUT IT? |
| 252 | 32932987 | Service Mag | This company uses caller ID blocking and spoofing. This Key West, FL number does not belong to Versa Debt and is disconnected. I have turned in umteen reports on Versa Debt and their many phony phone numbers they use, as has thousands of other people across the country. Is anyone really there looking out |
| 253 | 21983469 | Not Provided | |
| 254 | 31488919 | Texas | This phone number called 6 times on 1/10 |
| 255 | 21467180 | ACR | This is the 3rd call that we have had. I did not record the number of the first. The second call was today 1/11/2011 at 2:22 from number 214-498-2580 regarding the same thing. They give a spiel about refinancing your credit card debt on all cards...and then ask you to punch 1....just hang up and ignore it but They call at different times of the day and at least two to three times a week |
| 256 | 31727173 | Rate Management | harassment calls 24 hours a day, these people never stop |
| 257 | 22031643 | place capital | Do not want unsolicited calls |
| 258 | 22351528 | CLICK PHONES | I just registered a complaint within the past 5 minutes, and I have received yet another call. I asked for some information, like company name and how would they reduce my interest rate. They mentioned the "financial stimulus act" and told me the supervisor would answer all my questions and then just hang up on me. |
| 259 | 32378577 | Unknown | at various times have called numbers 7165585637  7165585606  7165585614 |
| 260 | 32474588 | Ryan Dubois | Same recorded message but originates from different numbers. Caller ID displays a personal name, not business.  I have repeatedly complained on these people and asked them to stop. It's some kind of scam about lowering interest on credit cards.  Please shut them down! |
| 261 | 32698791 | Not Provided | Received call with identical message from the same phone numbers before. |
| 262 | 33461854 | SPAM CALLER | harassment calls 24 hours a day, these people never stop |
| 263 | 33627474 | Not Provided | Do not want unsolicited calls |
| 264 | 24022121 | big | they also called around 10 a.m. |
| 265 | 24125006 | PDS | |
| 266 | 24237336 | Not Provided | This company has repeatly been asked to stop calling and the calls have not stopped |
| 267 | 34495580 | UVoix Marketing | This was an unsolicited FAX advertising cheap vacations. |
| 268 | 33611280 | E Travel | This company has called me 8 times over the past few days.  I told them I was on the do not call registry and to take me off their call list.  They hung up and do |
| 269 | 25544629 | Not Provided | |
| 270 | 25654850 | Not Provided | |
| 271 | 35534272 | not sure something about credit | |
| 272 | 32620653 | State of Michigan | They called twice today. grrr |
| 273 | 25180844 | unknown | |
| 274 | 26581466 | unknown | |
| 275 | 36019875 | did not provide | offered car insurance, press 1 to speak to an agent.  called my cell phone |
| 276 | 36019875 | | |

CISADMINRECORD-00191